KEKER, VAN NEST & PETERS LLP
JAN NIELSEN LITTLE - # 100029
jlittle@keker.com
ANDREW F. DAWSON - # 264421
adawson@keker.com
FRANCO MUZZIO - # 310618
fmuzzio@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants DAVID CANEPA, NOELIA CORZO, JACKIE SPEIER, RAY MUELLER, and LISA GAUTHIER

*EXEMPT FROM FILING FEES*
*[GOVERNMENT CODE § 6103]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERIFF CHRISTINA CORPUS,<br><br>            Plaintiff,<br><br>     v.<br><br>DAVID CANEPA, President and Member of the San Mateo County Board of Supervisors, NOELIA CORZO, Vice-President and Member of the San Mateo County Board of Supervisors, JACKIE SPEIER, Member of the San Mateo County Board of Supervisors, RAY MUELLER, Member of the San Mateo County Board of Supervisors, LISA GAUTHIER, Member of the San Mateo County Board of Supervisors, and DOES 1-10,<br><br>            Defendants. | Case No. 3:25-cv-5962-VC<br><br>**DEFENDANT'S RESPONSE TO A MOTION TO SEAL REGARDING COMPLAINT FOR DECLARATORY AND INJUNTIVE RELIEF (EX PARTE YOUNG, 209 U.S. 123 (1908), AND 42 U.S.C. § 1983)**<br><br>Date Filed:  July 18, 2025<br>Ctrm:        Courtroom 4, 17th Floor<br>Judge:       Hon. Vince Chhabria<br><br>Date Filed:  July 15, 2025<br><br>Trial Date:  Not Yet Set |

1    Defendants San Mateo County Board of Supervisors submit this response to Sheriff Corpus's Administrative Motion to Seal filed July 18, 2025. Sheriff Corpus filed this motion under seal and did not serve it upon Defendants. *See* ECF 13. Defendants therefore do not know the Sheriff's basis or reasoning for requesting sealing.

Defendants understand that the motion only seeks to seal Exhibits 12 and 14 to the Declaration of WS Wilson Leung, as indicated by the Sheriff's re-filing of that declaration. *See* ECFs 14–15. Although Defendants previously sought to avoid public disclosure of some information in these documents to protect the privacy rights of third parties, the Sheriff has since publicly filed both of these documents she now seeks to seal in separate proceedings in San Mateo Superior Court. *See* Notice of Lodging and Lodging of Exhibits Volumes One through Four, *Sheriff Christina Corpus v. Cnty. of San Mateo Bd. of Supervisors*, No. 25-CIV-04319 (Cal. Super. Ct. Jun 27, 2025), available at https://odyportal-ext.sanmateocourt.org. As far as Defendants are aware, Sheriff Corpus has not taken any measures in that proceeding to remove them from the public docket, where they remain to this day. *Id*. After the documents were filed on the public docket, they were also published in their entirety in the press. *See, e.g.*, Dave Price, *Confidential Documents in Sheriff Corpus Case posted on Court Website*, PALO ALTO DAILY POST (Jul. 2, 2025), https://padailypost.com/2025/07/02/confidential-documents-in-sheriff-corpus-case-posted-on-court-website/.

Dated: July 22, 2025                                   KEKER, VAN NEST & PETERS LLP

                                                By:    */s/ Jan Nielsen Little*
                                                       JAN NIELSEN LITTLE
                                                       ANDREW F. DAWSON
                                                       FRANCO MUZZIO

                                                       Attorneys for Defendants
                                                       DAVID CANEPA, NOELIA CORZO,
                                                       JACKIE SPEIER, RAY MUELLER,
                                                       and LISA GAUTHIER