EXHIBIT 1

NEWS > POLITICS • News

# San Mateo County elects first Latina Sheriff in California with promises of reform

Unless Sheriff Carlos Bolanos can close the gap, Christina Corpus is set to become California's first Latina Sheriff



By **ALDO TOLEDO** | Bay Area News Group
UPDATED: June 10, 2022 at 11:09 AM PDT

Christina Corpus, Millbrae's top cop, appears to have become California's first Latina sheriff and San Mateo County's first woman sheriff in its 166-year history according to updated election results Thursday.

With 75,776 ballots counted so far and about 77,000 to go, Corpus — a sheriff's office captain who serves as Millbrae's police chief under the city's contract with the office — had collected 36,598 votes, or 54%. Her boss, Sheriff Carlos Bolanos, received 30,545, or 45%.

Corpus is unlikely to head to a runoff against Bolanos in the Nov. 8 general election as her 9-point lead continues to hold. She said in an interview she is "very encouraged" by the results so far. Her victory culminates two decades of working her way up the ranks from a correctional officer in the county's jail to becoming captain.

On Wednesday, Corpus said she owes her support to people in the county who want to see real change in the sheriff's office.

"It's very telling of our times that the people in this county are not OK with the status quo and the establishment, the pass-downs and political favors that are always paid back," Corpus said. "People want someone that's going to come in and really care about the people in this county and work together to move our law enforcement agency to the 21st century."

Throughout the campaign, Corpus has been promising to lead a cultural change of the sheriff's office, fill dozens of vacant deputy positions, raise salaries, rebuild relationships with the immigrant community, reduce lethal force situations and organize better mental health response and follow-up programs.

She's also promised to fully audit the sheriff's office budget and "questionable" contracts as well as change the overall culture in the department.



San Mateo County Sheriff Christina Corpus

Corpus was passed up for a promotion by Bolanos to be assistant sheriff before being assigned to serve as Millbrae's police chief, which she called "a blessing in disguise." She claims the person who got the assistant sheriff's job wasn't more qualified than she but Bolanos had "favors to pay back." Bolanos has denied that.

Corpus also said she's faced unwarranted scrutiny from Bolanos and his executive team, which Bolanos also denies.

"It's common knowledge in our organization that if you're not loyal to the sheriff then you will pay the price," Corpus said. "That's the worst kind of leadership when you are feared by your people. I'm not going to be that kind of leader."

Bolanos did not return a request for comment.

Bolanos has been sheriff for six years and also faced opposition in the 2018 election, which he won with 60.4% of the vote against sheriff's deputy Mark Melville.

Since then, Bolanos has come under fire for cooperating with Immigration and Customs Enforcement agents seeking to deport people in the sheriff's custody, a policy he changed in 2021 after years of protest from county residents.

And like many other law enforcement departments across the country, the sheriff's office faced calls for defunding and reform amid Black Lives Matter protests in 2020 after the police killing of George Floyd.

Bolanos had also faced criticism after he was detained at an east Las Vegas brothel by the FBI in 2007 along with then-Sheriff Greg Munks. In an interview before the election Bolanos said he didn't commit any crime and "really doesn't have much to say beyond that, it's been 15 years."

The embattled sheriff did not receive the county Democratic Party's endorsement, which went to Corpus. And other top officials sided with his opponent.

California Assembly Speaker pro Tempore Kevin Mullin, who is likely headed to a run-off against San Mateo County Supervisor David Canepa in November, endorsed Corpus, and in a statement Wednesday said he was pleased with the initial results.

"Christina Corpus will bring enhanced transparency to the office," Mullin said. "I am excited for her to get to work strengthening trust between the sheriff's office and the public."



SAN CARLOS, CALIFORNIA – MARCH 24: San Mateo County Sheriff Carlos G. Bolanos, speaking on Thursday, March 24, 2022 at San Carlos City Hall, announces the arrest of a suspect in the 1993 murder of Shu Ming Tang, owner of the Devonshire Little Store in San Carlos, Calif. (Karl Mondon/Bay Area News Group)

Corpus' likely victory has sent shockwaves through the San Mateo County establishment, which had backed Bolanos up to this point.

Despite the optimism voters have for Corpus' ability to implement significant change in the department, Deputy Sheriff's Association President DJ Wozniak said she's going to have a hard time delivering on her promises.

During her campaign, Corpus said she will focus on hiring 100 officers in a year, a number Wozniak thinks said just isn't possible given the department's inability to hire deputies over the past several years.

Wozniak blames the department's hiring woes on County Executive Mike Callagy and the Board of Supervisors for not giving deputies a raise in two years. As a result, he said, the department cannot compete with better pay and benefits paid at other Peninsula police departments.

"You know I think she tells people what they want to hear, and she's going to have a hard time delivering," Wozniak said. "We're equally as curious as to how she's going to implement the things she's been promising because we're skeptical."

Former Sheriff and current Supervisor Don Horsley said he was shocked Bolanos lost, though he admitted there was trouble in 2018 when a "no name" garnered nearly 40% of the vote.

"Bolanos probably needed to spend more time talking to people in the community and being available because I do think personally he has a much more winning personality," Horsley said. "I don't think she'll run into hurdles, but today people want to see change in law enforcement and I think she'll be the face of that and the person who makes those kinds of changes.

And if she doesn't then she'll end up with the same kind of opposition in the future."

400 County Center in Centennial, Redwood City, C…

Originally Published: June 8, 2022 at 6:00 PM PDT



## Around the Web

2022 > June > 8