EXHIBIT 2

NBC BAY AREA                                                              Watch 24/7

CALIFORNIA

# History Made: 2 Latinas Elected to Run Sheriff's Departments in the Bay Area

By **Sergio Quintana** • Published June 16, 2022 • Updated on June 17, 2022 at 10:56 pm

Log in or create a free profile to save articles



NBC Universal, Inc.

2:04 / 4:57

San Francisco's Orpheum Theatre is currently hosting "& Juliet," the acclaimed musical that dares to reimagine Shakespeare's most famous heroine. This vibrant production flips the script, exploring Juliet's life after Romeo, set to an electrifying soundtrack of chart-topping pop anthems by Max Martin. Audiences are raving about its

Two of the first Latinas ever elected to run sheriff's departments in California will be serving the Bay Area.

   Watch 24/7

Sheriff's Department and now, she's putting together a transition plan after being elected to lead the entire department.

**Watch NBC Bay Area News free wherever you are**

WATCH HERE

"I'm very happy," she said.

She'll be entering office with an agenda to change some of the ways the department works.

Corpus plans to completely end inmate transfer agreements with immigration and custom's enforcement.

She wants to recruit more deputies as the department is short about 70 positions, and they've been working without a contract for a year and a half.

Corpus also wants to audit the department in an effort to be more transparent with the public.

**Local**


**3 HOURS AGO**
Tillman family issues statement on relative's arrest in San Jose post office crash


**4 HOURS AGO**
Fiery San Jose post office crash: Pat Tillman's brother arrested, mail service delays

And, she's hoping to change the way deputies respond to some calls.

"I'm not saying to be soft on crime, that is not what I'm saying. What I'm saying is, when it comes to mental illness, why aren't we working with mental health professionals to respond to calls to service that are non-violent?" said Corpus.



Watch 24/7

Housing Deconstructed newsletter.

SIGN UP

She will be the first Latina sheriff elected to San Mateo County since it was incorporated in 1856.

Across the Bay, in Alameda County voters have also picked their first Latina sheriff.

"Latinas have been deeply underrepresented at every level of elected office. And Latina leadership is transformational," said Yesenia Sanchez, Alameda County sheriff elect. "When elected, Latinas are powerful changemakers."

Corpus and Sanchez may soon have another Latina sheriff colleague.

In Monterey County, candidate Tina Nieto has a significant lead in that contest as votes continue to be counted.

Corpus says she knows winning this race, and making history in doing so, is a big deal. Especially for her daughter and lots of young women like her.

"It's well worth it, because when I see the smile on my daughter's face and she says 'mom you did it.' That's priceless to me," said Corpus.

This article tagged under:

CALIFORNIA • ALAMEDA COUNTY • SAN MATEO COUNTY

WOLF & SHEPHERD | SPONSORED                                    Shop Now

The Business Sneaker Loved by CEOs and NFL Stars

HOMEBUDDY.COM | SPONSORED

Here's The Average Price of a 6-Hour Gutter Upgrade in San Francisco