EXHIBIT 3



# FY 2023-2024
# Performance Measures

**SAN MATEO COUNTY SHERIFF'S OFFICE**

*Presented by*

Sheriff Christina Corpus



# OUR MISSION

"As stewards of our community, we envision a world where all humanity is valued and respected. We recognize our role as leaders in this effort and commit to seeking creative and effective ways to work with and listen to the needs of our residents, businesses, and stakeholders. We do this with the passion to preserve safety for all who live, visit, or work in San Mateo County."

— Sheriff Christina Corpus.

*People First – Service Above Self*



Sheriff Christina Corpus is proud to be San Mateo County's 26th Sheriff and the first female Sheriff since the founding of the Sheriff's Office in 1856.

# SAN MATEO COUNTY SHERIFF'S OFFICE

In a continuation of our mission, I also want to highlight our philosophy of "Beyond the Call," which is part of a larger culture shift at the San Mateo County Sheriff's Office.

This is about doing more for our communicates than just responding to routine calls for service. We recognize that every interaction with the community is an opportunity for us to understand and work to address the root of the underlying issue at hand. Whether it's taking time to go the extra mile, or connecting residents with organizations who can assist, we aim to build trust with our communities by going above and beyond.

Over the last year, I can think of countless examples where deputies, correctional officers and professional staff have gone "Beyond the Call" and have saved lives and improved services.

"The San Mateo County Sheriff's Office is dedicated to protecting lives and property and is committed to providing the highest level of professional law enforcement and correctional services. We pledge to promote public trust through fair and impartial policing and will treat all persons with dignity, compassion and respect.

Sheriff Corpus' philosophy of Beyond the Call speaks directly to our commitment to doing more for our communities than just responding to routine calls for service. Through this philosophy, Sheriff Corpus encourages our deputies to see every interaction and call for service as an opportunity to understand and work to address the root of the underlying issue at hand. Whether it's taking time to go the extra mile, or connecting residents with organizations who can assist, we aim to build trust with our communities by going above and beyond."



*People First – Service Above Self*

# DEPARTMENT OVERVIEW

## Priority Goals

Three priority goals that I want to highlight include: **Internal and External Communication**, **Increased Preparedness on the Coast** and **Reopening the Work Furlough Program**.

**1** Communication Internal and External

**2** ESB Equipment/ Preparedness on the Coast

**3** Reopen the Work Furlough Program

- Over the last year we have enhanced both internal communication with our employees and external communication with the residents we serve.
- Internally, we launched an Officewide newsletter in March. The newsletter, which we call "Behind the Badge" is a place to share updates with all of our employees who work various shifts while fostering a greater sense of connection as an Office.
- Externally, we have enhanced our news releases and made an intentional effort to share more regular updates with our communities.
- I've opened lines of communication with San Mateo County residents, including implementing the Officer Survey Initiative, creating "CARE" groups that offer a chance for a diverse group of community members to collaborate with me in-person, as well as hosting multiple Town Halls this year.

- As you are aware, and thanks to your support, we recently leased the former fire station building on the coast and plan to transform it into an emergency services building.
- There are unique challenges when accessing the coast, and during an emergency, there are often significant challenges including road closures.
- The new building will store equipment to ensure it is readily available and can be deployed in minutes vs. hours. When responding to emergencies, every minute counts.
- It will also offer space for a temporary evacuation site, including offering charging stations, food, water, and other necessities to the community.
- We look forward to having it officially in-service in 2025.

- The **Work Furlough Program** was established years ago as a cost-saving and rehabilitation mechanism for incarcerated persons who are considered low-risk and have committed non-violent offenses. Participants must be recommended for the program by a Judge. If the incarcerated person is accepted into the program, they are housed within our Transitional Housing Unit and are permitted to leave the correctional facility to attend work, school, or a treatment program. After they complete their work assignment, they are required to come back to the correctional facility. The program involves electronic monitoring, and participants are prohibited from using drugs or alcohol. During the COVID-19 pandemic, the program was put on pause due to heightened restrictions and exposure concerns. We are looking at bringing the program back this fiscal year.

- **In Fiscal Year 2023-2024, we surpassed our goals and our data showed that at least 90% of all incarcerated individuals worked with our in-custody case managers. That is significantly up from 83% in Fiscal Year 2021.**

*People First – Service Above Self*

# PERFORMANCE METRICS

## Crime Statistics 2023 - 2024



Crime is down across several key categories throughout our jurisdiction - from homicides to assaults to burglaries - reaffirming our commitment to safety and security.

Between January 1, 2024 and August 31, 2024, our year-to-date crime statistics illustrate significant improvements in public safety when comparing data from the same time period in 2023.

Our key metric at the San Mateo County Sheriff's Office is to keep our communities safe by providing high-quality law enforcement services for the residents of our County.

The crime stats on your screen demonstrate that we are doing just that.

I want to highlight a few areas:

- **No homicides have been reported so far this year;**
- **Residential and Commercial Burglary incidents are down 23%, offering greater peace of mind to homeowners and business owners across San Mateo County;**
- **Stolen Property cases are down 38% with 37 fewer cases reported, underscoring the impact of the office's collaboration with local businesses and residents;**
- **Aggravated Assaults have decreased by over 40% with 49 fewer cases reported.**

We attribute this notable decrease in violent crime and property crime to our proactive policing strategies and strong community partnerships.

While many other communities are seeing crime trends go in a different direction, our County is becoming safer.

I want to thank all of our deputies who work every day to safeguard our communities.

I also want to bring to your attention another performance measure of ours related to domestic violence, which is such an important issue for our community.

**During the last fiscal year, 100% of Domestic Violence Calls were successfully referred to intervention programs through our partnership with CORA. As a member of the Domestic Violence Council, I am proud to see these crucial efforts paying off as we work together to end domestic violence.**

# PERFORMANCE METRICS
## Diversity of Workforce and Training

Another key focus area of ours is the quality and delivery of the training we are providing to our employees as well as diversifying our workforce.

We're continuously looking for ways to better equip our personnel (both sworn and professional staff) with the knowledge and experience so they can better serve San Mateo County residents.

**We go above and beyond what the Commission on Peace Officer Standards and Training (also known as POST) requires for our deputies and correctional officers. For Fiscal Year 2023-2024, we far exceeded our goal of 50,000 training hours, completing more than 53,000 training hours.**

Additionally, I've brought forward several new training initiatives that are already making a huge difference, with metrics demonstrating their profound impact.

- 500 sworn and professional staff members completed comprehensive autism awareness training, expertly led by Dr. Lauren Gardner from Johns Hopkins All Children's Hospital. The interactive training marked a significant advancement in our commitment to serving all members of our communities with dignity, compassion and respect. Following the training, Johns Hopkins sent out a survey, and notably, 100% of participants reported significant improvements in their readiness to respond to autism-related calls.






- In August, we brought in specialized trainers to prepare our employees for a wide range of emergencies. Combining detailed instruction with practical, hands-on scenarios, the program emphasized critical response tactics, incident management, and effective communication under pressure. The dynamic drills exposed our front-line personnel to a diverse range of critical incidents - all with the goal of sharpening our response strategies and saving lives.
- In July, we hosted "Emotional Intelligence" training for our recruitment team. When hiring, we're not only looking for the best candidates, but we're also looking for those who have high EQ and will serve as compassionate leaders. Following the training, a survey was sent out, and notably, 100% of participants found the training to be helpful and worth their time.
- Myself and several team members had the privilege of participating in the life-changing Sojourn Project.
  - The Sojourn Project is a journey through the Civil Rights Movement.
  - It opened my eyes to so many injustices you don't learn about in the classroom.
  - It is a truly transformative journey as you literally walk in the footsteps of and meet prominent and inspiring figures of the Civil Rights Movement
- This fiscal year, we are exploring additional training opportunities that go beyond the norm.

**We are making great strides to diversify our workforce. We are extremely mindful of attracting and retaining a workforce that represents our community, and our performance data reflects this. For example, 66% of our workforce identifies as being a race other than white and 19% of our workforce is bilingual. On a later slide, we will also talk about our efforts to bring more women into the law enforcement profession.**



*People First – Service Above Self*

# EQUITY/ INNOVATION

The Sheriff's Office is a leader in innovation, and we actively seek opportunities to improve the services we provide to our residents. Those improved services start from within our own Office. Two recent programs that I'd like to highlight include our soon-to-be Child Care Center for Sheriff's Office employees, as well as our many expanded wellness initiatives for our staff.



### Child Care Center for Sheriff's Office Employees



### Expanded Wellness Initiatives

Our new Child Care Center is a groundbreaking initiative, which has garnered national attention as a key innovation in recruitment and retention for our office. This project is not just an idea—it fills a critical need for our deputies, correctional officers, and professional staff, all of whom are essential to the success of our county. The Child Care Center has been praised as an innovative solution for enhancing employee well-being, making it the first of its kind in Northern California and a model for similar programs nationwide. The center will serve up to 60 children, offering extended operating hours to ensure childcare is available to parents working non-traditional shifts.

In this County we talk about praising innovation and solution-focused ideas. This Child Care Center is exactly that. As we reshape workplace culture in law enforcement, the Child Care Center will help us improve retention, attract top-tier talent, and ultimately, save taxpayers money.

I also want to highlight several other new wellness programs. These programs are improving the well-being of our employees, and in turn, making our communities safer. We've prioritized nutrition by making healthy meal options available to employees in both of our correctional facilities and in our headquarters building. We now have a therapist available to employees 24/7. Employees can call the therapist anytime they need at no cost to them, and it's completely anonymous. We recently expanded our Peer Support Team, which is now made up of 22 sworn and professional staff members and aims to guide colleagues through stressful times, fostering support both in the workplace and at home.

# EQUITY/INNOVATION

## Recruitment Initiatives



As I've mentioned, recruitment is a huge focus of ours as we look to hire the best and brightest to serve our San Mateo County residents. We have pushed forward several key equity initiatives as it relates to hiring, including…

1. Hosting several women's and co-ed Boot Camps. From Boot Camps hosted in 2024 alone, we've hired 13 people and have a dozen more currently in our hiring process.
2. We've streamlined and personalized our hiring process, meeting applicants where they are at, and it's making a huge difference.
3. We're going outside of our county to hire – including working with partners in the military and our education systems
4. We're participating in the Law Enforcement Candidate Scholars' (LECS) Program in partnership with Sacramento State. This program exposes college students to a career in law enforcement and we've hired two Deputy Sheriff's from this program with several more in the hiring process.





**In addition to these data points, I also want to share an update on our efforts to ensure greater representation of women in law enforcement. As partners of the 30x30 initiative, which aims to have 30% of our workforce be made up of women by the year 2023, I am pleased to share that we are making great strides. Currently 28% of our Office is made up of women. When looking at the number of sworn deputies and correctional officers at the Sheriff's Office, nearly 14% of women hold those positions.**

There is more work to do, but the data shows us we are heading in the right direction. We continue to focus on ensuring greater representation, especially among sworn positions.

*People First – Service Above Self*

# EQUITY/INNOVATION

In 2022 the Sheriff's Office launched its current Transparency Portal, which is available on our website.

Data is refreshed on a quarterly basis and includes several categories like Employee Demographics, Calls for Service, Crimes/Arrests, Corrections, RIPA, Use of Force, and more.

We are committed to greater transparency and showcasing data that's beyond surface level statistics to provide more meaningful information to our residents.

With our new and improved portal, which is expected to launch in January, we will be providing residents with more in-depth information as well as deploying additional categories such as data on "3ft. Rule" violations affecting the safety of bicyclists, as well as adding a greater breakdown of our hiring efforts.

## New and Improved Transparency Portal





*People First – Service Above Self*



# THANK YOU!

*People First – Service Above Self*