EXHIBIT 7

| | | |
|---|---|---|
| **COUNTY OF SAN MATEO** | BOARD OF SUPERVISORS | COUNTY EXECUTIVE/ | COUNTY GOVERNMENT |
| BOARD OF SUPERVISORS | DISTRICT 1: Dave Pine | CLERK OF THE BOARD | CENTER |
| | DISTRICT 2: Noelia Corzo | Michael P. Callagy | 500 County Center |
| | DISTRICT 3: Ray Mueller | | Redwood City, CA 94063 |
| | DISTRICT 4: Warren Slocum | COUNTY ATTORNEY | Telephone: 650-363-4123 |
| | DISTRICT 5: David J. Canepa | John D. Nibbelin | www.smcgov.org |

# MINUTES - FINAL

| 500 County Center<br>Chambers, 1st Fl. | **Wednesday, November 13, 2024** | 4:00 PM |
|---|---|---|

**SPECIAL MEETING OF THE BOARD**
https://smcgov.zoom.us/j/83828626102

### ***IN-PERSON WITH REMOTE PUBLIC PARTICIPATION AVAILABLE***

The meeting was called to order at 4:00 p.m. by Vice President David J. Canepa.

## PLEDGE OF ALLEGIANCE

## ROLL CALL

**Supervisor Warren Slocum participated remotely in this meeting pursuant to the provisions of the Brown Act that allows for remote participation by Board members. The location from which he participated was mentioned on the published agenda.**

**Staff present: Michael P. Callagy - County Executive, Iliana Rodriguez - Assistant County Executive, John D. Nibbelin - County Attorney, Sukhmani Purewal - Asst. Clerk of the Board, Sherry Golestan via Zoom - Deputy Clerk of the Board.**

**Present:** 5 - Supervisor Dave Pine, Supervisor Noelia Corzo, Supervisor Ray Mueller, Supervisor Warren Slocum, and Supervisor David J. Canepa

## PUBLIC COMMENT

Speakers for Item No. 1: Jim Lawrence, Nancy Goodban, Bill Newell, Jason Wentz, Ben Therriault, Huy Nguyen, Eliot Storch, Deacon Lauren McCombs, Veronica Escamez, Maria Contreras, Elsa Schafer, Becca Kieler, Ron Snow, April Vargas, Carina Merrick, Nora Melendrez, Pat Willard, Aisha Baro, Sue Henkin-Haas, and Sheriff Christina Corpus.

Speakers for Item No. 2: Ben Therriault, Huy Nguyen, Jason Wentz, Alexis Lewis, Drew Lobo, and Carina Merrick.

## ACTION TO SET AGENDA

**Motion to set the agenda: Corzo / Second: Pine**

**Yes:** 5 - Pine, Corzo, Mueller, Slocum, and Canepa

**No:** 0

# REGULAR AGENDA

## BOARD OF SUPERVISORS

**1.** Adopt a resolution:

  A) Stating the Board of Supervisors' position of no confidence in Sheriff Christina Corpus; and

  B) Calling on Sheriff Corpus to resign; and

  C) Directing staff to transmit the report of independent investigation prepared by Judge LaDoris Cordell to the San Mateo County District Attorney, the California Attorney General, and other local government agencies; and

  D) Directing staff to transmit the report of independent investigation to the San Mateo County Civil Grand Jury; and

  E) Affirming authorization of release of the report of independent investigation; and

  F) Directing staff to prepare an ordinance to place before the San Mateo County voters an amendment to the San Mateo County Charter to allow removal of the Sheriff by the Board of Supervisors upon a finding of good cause.

  *Sponsors:* Supervisor Noelia Corzo and Supervisor Ray Mueller

  Speakers: All Supervisors spoke and John Nibbelin, County Attorney

  **Motion to approve the resolution: Mueller / Second: Corzo**

  **Yes:** 5 - Pine, Corzo, Mueller, Slocum, and Canepa

  **No:** 0

  Enactment No: Resolution-080747

**2.** Adopt a resolution abolishing the classification of B421, Sheriff's Executive Director of Administration - Unclassified, and authorizing an amendment to the Master Salary Resolution 080517 to remove the salary set forth for this classification.

  *Sponsors:* Supervisor Noelia Corzo and Supervisor Ray Mueller

  Speakers: All Supervisors spoke

  **Motion: Corzo / Second: Mueller**

  **Yes:** 5 - Pine, Corzo, Mueller, Slocum, and Canepa

**No:** 0

Enactment No: Resolution-080748

## ADJOURNMENT

The meeting adjourned at 5:34 p.m.