EXHIBIT 8

COUNTY OF SAN MATEO
BOARD OF SUPERVISORS

BOARD OF SUPERVISORS
DISTRICT 1: Dave Pine
DISTRICT 2: Noelia Corzo
DISTRICT 3: Ray Mueller
DISTRICT 4: Warren Slocum
DISTRICT 5: David J. Canepa

COUNTY EXECUTIVE/
CLERK OF THE BOARD
Michael P. Callagy

COUNTY ATTORNEY
John D. Nibbelin

COUNTY GOVERNMENT
CENTER
500 County Center
Redwood City, CA 94063
Telephone: 650-363-4123
www.smcgov.org

# MINUTES - FINAL

| | | |
|---|---|---|
| **500 County Center**<br>**Chambers - 1st Fl.** | **Tuesday, November 19, 2024** | **9:00 AM** |

### https://smcgov.zoom.us/j/88698957593

The meeting was called to order at 9:05 a.m. by Vice President David J. Canepa.

## PLEDGE OF ALLEGIANCE

## ROLL CALL

**Supervisor Warren Slocum participated remotely in this meeting pursuant to the provisions of the Brown Act that allows for remote participation by Board members. The location from which he participated was mentioned on the published agenda.**

**Staff present: Michael P. Callagy - County Executive, Iliana Rodriguez - Assistant County Executive, John D. Nibbelin - County Attorney, Sukhmani Purewal - Asst. Clerk of the Board, Sherry Golestan via Zoom - Deputy Clerk of the Board.**

**Present:** 5 - Supervisor Dave Pine, Supervisor Noelia Corzo, Supervisor Ray Mueller, Supervisor Warren Slocum, and Supervisor David J. Canepa

## HONORING THE LIFE OF / BOARD MEMBER REMARKS

None

## PUBLIC COMMENT

Public Speakers: Joaquin Jimenez, Patrice Massicotte, India Harsett, Diana Dino, Lynn Rivas, Colette Bernard, Martin Fox, Olina Altamirano, Dr. Rona Hu, Dr. Karen Li, Dr. Erica Cao, Dr. Katherine Sanborn, Diane Wakeham, Sydney.

Supervisor Canepa asked Mike Callagy, County Executive to provide an update on Redwood House at a future Board meeting.

## ACTION TO SET AGENDA and TO APPROVE CONSENT AGENDA ITEMS

**Motion to set the agenda, move Item No. 11 to be heard right after Item No. 4, and approve consent agenda items: Corzo / Second: Pine**

**Yes:** 5 - Pine, Corzo, Mueller, Slocum, and Canepa

**No:** 0

## PRESENTATIONS AND AWARDS

**1.** Presentation of a proclamation designating the week of November 18-22, 2024 as California Clerk of the Board of Supervisors Week.

_Sponsors:_ Supervisor Warren Slocum

Speakers: All Supervisors spoke, John Nibbelin - County Attorney, Mike Callagy - County Executive, Sukhmani Purewal - Assistant Clerk of the Board, Sherry Golestan - Deputy Clerk of the Board, and Dan Stegink.

**Motion: Slocum / Second: Corzo**

**Yes:** 5 - Pine, Corzo, Mueller, Slocum, and Canepa

**No:** 0

Enactment No: Proc/Hon. Res-4749

**2.** Presentation of a resolution honoring and commending the Zoppè Italian Family Circus.

_Sponsors:_ Supervisor David J. Canepa

Speaker: Giovanni Zoppe

**Motion: Canepa / Second: Pine**

**Yes:** 5 - Pine, Corzo, Mueller, Slocum, and Canepa

**No:** 0

Enactment No: Proc/Hon. Res-4750

## MATTERS SET FOR SPECIFIED TIME

## 9:00 a.m.

## HEALTH

**3.** Conduct a public hearing to consider an ordinance adopting the Health Department's proposed amendments to the Environmental Health Services Division's (EHS) fee schedule and automatic adjustment of fees and introduce such ordinance:

A) Open public hearing

B) Close public hearing

C) Introduction of an ordinance amending the Environmental Health Services fee

schedule, amending Sections 5.64.060 and 5.64.070 of the San Mateo County Ordinance Code, relating to imposition and collection of fees for enforcement of state public health laws, and authorizing the automatic annual adjustment of fees pursuant to changes in the Consumer Price Index and Cost-of-Living Adjustments, and waive the reading of the ordinance in its entirety.

> Speakers:  Heather Forshey, Director of Environmental Health Services and Mike Callagy, County Executive

> **Vice President David J. Canepa asked for a unanimous consent to open the public hearing without objection.**

> **Public Speakers: Peter Baracas and Chris Cavigioli**

> **Vice President David J. Canepa asked for a unanimous consent to close the public hearing without objection.**

> **Motion made by Supervisor Mueller, seconded by Supervisor Pine and passed 3-2 with Supervisors Corzo and Slocum casting a "Nay" vote to postpone this item to the December 3, 2024 regular meeting.**

## 9:15 a.m.

## BOARD OF SUPERVISORS

**4.**     Introduction of an ordinance calling for a special election to be held on March 4, 2025 throughout the County of San Mateo for the purpose of voting upon an amendment to the San Mateo County Charter granting the Board of Supervisors the authority to remove an elected Sheriff for cause, by a four-fifths vote of the Board of Supervisors, after written notice and an opportunity to be heard, proclaiming said special local Countywide election pursuant to Elections Code Section 12001, and requesting that the election be consolidated with any and all other elections to be held on March 4, 2025, and waive the reading of the ordinance in its entirety.

> *Sponsors:*   Supervisor Noelia Corzo and  Supervisor Ray Mueller

> Pubic Speakers: Bryan Howell, Deacon Lauren McCombs, Ron Soucy, Dan Stegink, Michael Kelley, Sameena Usman, Julie Lind, Ron Snow, Chris Cavigioli, Pat Willard, James Brown, Alberto (Spanish Speaker), Steven Booker, Elizabeth Quiroz, Albert Yam, and Kris Perez.

> Supervisor Slocum left the meeting virtually at 10:25 a.m. and then returned to the meeting virtually at 10:29 a.m.

> Written comment by Sandra Mckee

> **Motion: Mueller / Second: Corzo**

**Yes:**   5 -   Pine, Corzo, Mueller, Slocum, and Canepa

**No:**   0

**10:00 a.m.**

## CORONER

**11.**     Recommendation to:

A) Adopt a resolution accepting a Strengthening the Medical Examiner-Coroner System Program grant from the Department of Justice, Office of Justice Programs, Bureau of Justice Assistance in the amount of $12,744 for re-accreditation with the International Association of Coroners and Medical Examiners during the period of October 1, 2024 through September 30, 2027; and

B) Approve an  Appropriation Transfer Request (ATR) in the amount of $12,744 in grant funds from the Department of Justice, Office of Justice Programs, Bureau of Justice Assistance to the Coroner's Office FY 2024-25 budget for the Strengthening the Medical Examiner-Coroner System Program.

> **Supervisor Mueller left the meeting at 11:24 a.m.**
>
> **Motion: Canepa / Second: Slocum**

|        |      |                                  |
|--------|------|----------------------------------|
| **Yes:**    | 4 -  | Pine, Corzo, Slocum, and Canepa |
| **No:**     | 0    |                                  |
| **Absent:** | 1 -  | Mueller                          |

> Enactment No: Resolutions-080749 and 080750

## DEPARTMENT PERFORMANCE PRESENTATIONS

**5.**     Public Works - Ann Stillman, Director

> **Supervisor Corzo left the meeting 11:26 a.m. and then returned at 11:29 a.m.**
>
> **Supervisor Mueller arrived to the meeting at 11:33 a.m.**

**6.**     Parks Department - Nicholas Calderon, Director

> **Supervisor Slocum left the meeting virtually at 11:37 a.m. and did not return for rest of the meeting.**

**7.**     Sustainability Department - Carolyn Bloede, Director

**8.**     Agriculture\Weights & Measures - Koren Widdel, Director

**9.**     Planning and Building - Steve Monowitz, Director

**10.**    Department of Child Support Services - Kim Cagno, Director

Motion made by Supervisor Corzo, seconded by Supervisor Pine to amend the agenda to hear closed session items during recess and approved 4-0-1 with Supervisor Slocum being absent.

Board recessed to closed session at 12:43 p.m.

## CLOSED SESSION

**36.** A) **Conference with Legal Counsel - Existing Litigation (Paragraph (1) of subdivision (d) of Gov. Code Section 54956.9)**:

1. William Passmore v. County of San Mateo
   Claim Numbers: WC-2022-12818, WC-2022-13171
   WCAB Case Numbers: ADJ16373427; ADJ16468118

2. Sara Medina v. County of San Mateo
   Claim Numbers: SM110522, SM120268
   WCAB Case Numbers: ADJ8692781, ADJ8705146

3. Joseph Cang v. County of San Mateo
   Claim Numbers: WC-2021-10013
   WCAB Case Numbers: ADJ15615773

4. Janette Masterson and Patrick Masterson v. Stephen Blair et al.
   San Mateo County Superior Court Case No. 21-CIV-03474

B) **Conference with Legal Counsel - Anticipated Litigation, Initiation of Litigation (Paragraph (4) of subdivision (d) of Section 54956.9)**:
One case

Board reconvened to open session at 2:06 p.m. with Supervisors Pine, Corzo, and Vice President Canepa present and Supervisors Mueller and Slocum absent.

John Nibbelin, County Attorney had nothing to report out of closed session.

## REGULAR AGENDA

## PLANNING AND BUILDING

**12.** Public hearing to consider amendment of the Planning and Building Department's Planning Service Fee Schedule and Building Service Fee Schedule and the County Fire Marshal Service Fee Schedule:

A) Open public hearing

B) Close Public hearing

C)  Adopt a resolution amending the Planning and Building Department Planning
Service Fee Schedule, Building Service Fee Schedule, and County Fire Marshal
Service Fee Schedule, to be effective January 1, 2025, and authorizing the
automatic annual adjustment of fees pursuant to increases in the Consumer
Price Index.

Staff Speaker: Steve Monowitz, Director of Planning and Building

**Vice President David J. Canepa asked for a unanimous consent to open the
public hearing without objection. Supervisors Mueller and Slocum were absent.**

**Public Speakers: None**

**Vice President David J. Canepa asked for a unanimous consent to close the
public hearing without objection. Supervisors Mueller and Slocum were absent.**

**Supervisor Mueller arrived to the meeting at 2:16 p.m.**

**Motion to approve the resolution: Pine / Second: Corzo**

Yes:      4 -   Pine, Corzo, Mueller, and Canepa

No:      0

Absent:    1 -   Slocum

Enactment No: Resolution-080751

13.     Receive an informational briefing on the North Fair Oaks Community Plan Review project.

Staff Speaker: Steve Monowitz, Director of Planning and Building, Aaron
Aknin - Good City Company, and Noa Kornblah - Good City Company

**Supervisor Corzo left the meeting at 2:34 p.m.**

# BOARD OF SUPERVISORS

14.     Adopt a resolution encouraging a mental health focused lens in all county goals,
programs, and policies in the County of San Mateo.

_**Sponsors:**_   Supervisor David J. Canepa and  Supervisor Dave Pine

Staff Speaker:  Jei Africa, Director or Behavioral Health and Recovery
Services

Public Speaker: Marlon Jonathan Herrera Sanchez and Martin Fox.

Written comment by Thomas Weissmiller

**Motion: Canepa / Second: Pine**

Yes:     3 -   Pine, Mueller, and Canepa

**No:** 0

**Absent:** 2 - Corzo, and Slocum

Enactment No: Resolution-080752

**15.** Adopt a resolution encouraging the transition from paper to digital to reduce expenses, decrease our environmental impact, and enhance transparency within the County of San Mateo.

*Sponsors:* Supervisor David J. Canepa

Public Speaker: Marlon Jonathan Herrera Sanchez

**Supervisor Corzo arrived to the meeting at 2:55 p.m.**

**Motion: Canepa / Second: Pine**

**Yes:** 4 - Pine, Corzo, Mueller, and Canepa

**No:** 0

**Absent:** 1 - Slocum

Enactment No: Resolution-080753

# COUNTY EXECUTIVE

**16.** **Measure K:** Adopt a resolution authorizing a one-time grant of district-discretionary **Measure K** funds, not to exceed $50,000, to Community Overcoming Relationship Abuse (CORA) for domestic violence legal support, and authorizing the County Executive, or designee, to execute the grant agreement.

*Sponsors:* Supervisor Noelia Corzo

**Motion: Corzo / Second: Mueller**

**Yes:** 4 - Pine, Corzo, Mueller, and Canepa

**No:** 0

**Absent:** 1 - Slocum

Enactment No: Resolution-080754

**17.** **Measure K:** Adopt a resolution authorizing a one-time grant of district-discretionary **Measure K** funds, not to exceed $500,000, to the San Mateo County Historical Association to expand programs and galleries, and authorizing the County Executive, or designee, to execute the grant agreement.

*Sponsors:* Supervisor David J. Canepa

Speaker: Mitch Postal - San Mateo Historical Association

Supervisor Mueller left the meeting at 3:01 p.m.

Motion: Canepa / Second: Pine

**Yes:**     3 -   Pine, Corzo, and Canepa

**No:**     0

**Absent:**     2 -   Mueller, and Slocum

Enactment No: Resolution-080755

# CONSENT AGENDA

## AGRICULTURE\WEIGHTS & MEASURES

**18.**     Adopt an ordinance amending Section 5.124.020 and adding a new Section 5.124.030 of Chapter 5.124 of title 5 of the San Mateo County Ordinance Code increasing annual device registration fees for commercial weighing and measuring devices and setting fees for out of county water meters, previously introduced on November 12, 2024, and waive the reading of the ordinance in its entirety.

Enactment No: Ordinance-4896

## BOARD OF SUPERVISORS

**19.**     Adopt an ordinance adding Chapter 2.89 of Title 2 of the San Mateo County Ordinance Code regarding procurement preference for local businesses, previously introduced on November 12, 2024, and waive the reading of the ordinance in its entirety.

_**Sponsors:**_   Supervisor Warren Slocum and  Supervisor Noelia Corzo

Enactment No: Ordinance-4897

**20.**     Approve an honorary resolution honoring Manūfou Liaiga-Anoa'I for profound impact on education, community advocacy, and Pacific Islander representation.

_**Sponsors:**_   Supervisor David J. Canepa

Enactment No: Proc/Hon. Res-4751

**21.**     Recommendation for the reappointment of Basem "Sam" Manneh to the San Mateo County Parks Commission, representing District 5, for a third term from January 1, 2025 through December 31, 2028.

_**Sponsors:**_   Supervisor David J. Canepa

## COUNTY ATTORNEY

**22.**     Approve corrections to the identified tax rolls.

**23.**     Report recommending the denial of claims (Non-culpable)

## HEALTH

**24.** Adopt a resolution authorizing an amendment to the agreement with Cerner Corporation to provide the utilization of the Cerner Electronic Medical Record, applications, and services, extending the term by one year through December 31, 2025, and increasing the amount by $3,590,810 to an amount not to exceed $67,691,132.

> Enactment No: Resolution-080756

**25.** **Measure K:** Adopt a resolution authorizing:

> A) An agreement with Family Caregiver Alliance for **Measure K** services for the term of December 1, 2024 through June 30, 2027, in a total not-to-exceed amount of $300,000; and

> B) An agreement with Institute on Aging for **Measure K** services for the term of December 1, 2024 through June 30, 2027, in a total not-to-exceed amount of $750,000; and

> C) An agreement with Peninsula Family Service for **Measure K** services for the term of December 1, 2024 through June 30, 2027, in a total not-to-exceed amount of $1,800,000; and

> D) An agreement with Special Olympics Northern California for **Measure K** services for the term of December 1, 2024 through June 30, 2027, in a total not-to-exceed amount of $750,000; and

> E) An option to extend the agreements with Family Caregiver Alliance, Institute on Aging, Peninsula Family Service, and Special Olympics Northern California for **Measure K** services for the term of December 1, 2024 through June 30, 2029, in a total amount not to exceed $6,000,000.

> Enactment No: Resolution-080757(a-d)

**26.** Adopt a resolution authorizing an agreement with Royal Ambulance, Inc. to provide non-emergent patient transport services, for the term of November 1, 2024, through October 31, 2027, in an amount not to exceed $1,907,689.

> Enactment No: Resolution-080758

## HUMAN RESOURCES

**27.** Adopt a resolution authorizing:

> A) A three-year agreement with The Standard for the purpose of providing life insurance, accidental death and dismemberment, and disability benefits for the

period of January 1, 2025 to December 31, 2027 with the aggregate County cost not to exceed $150,000 each year; and

B) The Director of Human Resources to execute contract amendments which modify the County's maximum fiscal obligation by no more than $25,000 (in aggregate), and/or modify the contract term and/or services so long as the modified term or services is/are within the current or revised fiscal provisions.

    Enactment No: Resolution-080759

**28.**   Adopt a resolution authorizing an amendment to the Master Salary Resolution 080517 to delete three positions, add four positions, set the salary range of four new classifications, and adjust the salary of three classifications; and accept the updated report of biweekly salaries by classification.

    Enactment No: Resolution-080760

## HUMAN SERVICES AGENCY

**29.**   Adopt a resolution authorizing:

A) A System Improvement Plan for the period of March 6, 2023 to March 5, 2028, a component of the California Child and Family Services Review mandated under Assembly Bill 636; and

B) Execution of the Notice of Intent authorizing the Human Services Agency to administer the Child Abuse Prevention, Intervention and Treatment, Community-Based Child Abuse Prevention, and Promoting Safe and Stable Family funds; and

C) Designation of the San Mateo County Child Abuse Prevention Council as the Child Abuse Prevention Council and Promoting Safe and Stable Families Collaborative; and

D) Designation of the San Mateo County Child Abuse Prevention Council Oversight Committee as the County's Children's Trust Fund Commission.

    Enactment No: Resolution-080761

## PARKS

**30.**   Adopt a resolution authorizing:

A) The President of the Board of Supervisors to execute amendments to the agreements with Bay Area Tree Specialists, Capital Program Management, Inc., CMG Landscape Architecture, Gates and Associates, and Ninyo and Moore for the delivery of on-call professional services, to increase the amounts payable

under those agreements in a combined aggregate amount not-to-exceed $3,550,000; and

B) The Parks Director, or the Parks Director's Designee, to execute additional amendments to each of the agreements to modify the County's maximum fiscal obligation by no more than $25,000 (in aggregate per agreement), and/or to modify each agreements' terms and/or services, so long as the modified term(s) and/or services is/are within the current or revised fiscal provisions.

Enactment No: Resolution-080762(a-e)

## PLANNING AND BUILDING

**31.**     Adopt a resolution:

A) Authorizing an agreement with Gray Quarter Inc. for the provision of online permitting capabilities for all planning permits for a term of December 1, 2024 through December 1, 2026, in an amount not-to-exceed $599,677.50; and

B) Authorizing an agreement with Gray Quarter Inc. for the provision of ongoing maintenance and support services for the Accela platform, for a term of December 1, 2024 through November 30, 2027, in an amount not-to-exceed $370,908; and

1. Authorizing an option to extend the ongoing maintenance and support services agreement for up two additional years, from December 1, 2027 to November 30, 2029, in an amount not-to-exceed an additional $266,189.24, at the sole discretion of the Director of Planning and Building, or designee.

Enactment No: Resolution-080763(a-b)

## PLANNING AND BUILDING / SUSTAINABILITY

**32.**     Adopt an ordinance amending Sections 10.44.080 and 10.44.090 of Chapter 10.44, Green Building Code, of the San Mateo County Ordinance Code to remove Section 4.106.5 ("All-electric buildings") and Section 5.106.13 ("All-electric buildings"), and repealing Chapter 10.40, Energy Code, of the San Mateo County Ordinance Code and replacing it with a new Chapter 10.40, Energy Code, with local amendments to require higher energy efficiency targets, previously introduced on November 12, 2024, and waive the reading of the ordinance in its entirety.

Enactment No: Ordinance-4898

## PUBLIC WORKS

**33.**     Adopt a resolution authorizing Amendment No. 6 to the Agreement with Hill-Rom Company, Inc. for the San Mateo Medical Center Nurse Call Upgrade Project, increasing the not-to-exceed amount by $100,000, for a new not-to-exceed amount of $841,696 and

extending the term of the Agreement through March 31, 2025.

Enactment No: Resolution-080764

## SHERIFF

**34.**  Adopt a resolution authorizing an amendment to the agreement with CML Security, LLC to extend the term for three months to August 31, 2024 and increase the amount by $284,527.32 for a new contract amount not to exceed $8,251,292.32.

Enactment No: Resolution-080765

## SUSTAINABILITY

**35.**  Approve an Appropriation Transfer Request (ATR) in the amount of $791,080 from Non-General Fund Reserves to Services and Supplies to fund one-time expenditures for waste reduction and diversion programming.

Enactment No: Resolution-080766

## ADJOURNMENT

The meeting adjourned at 3:08 p.m.