EXHIBIT 9

San Mateo County Board of Supervisors

November 19, 2024

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    VICE PRESIDENT DAVID CANEPA:  Just so
2  we're clear through county -- the County
3  Attorney's Office, I want this item continued at
4  the next board meeting.  Yeah.
5    JOHN NIBBELIN:  Understood.
6    VICE PRESIDENT DAVID CANEPA:  Thank you
7  very much.  The next item on the agenda is Item 4
8  set for 9:15 a.m. or thereafter introductions of
9  an ordinance calling for a special election to be
10  held on March 4, 2025 for the purpose of voting
11  on an amendment to the An Mateo County Charter
12  granting the board of supervisors authority to
13  remove an elected sheriff for cause by a four-
14  fifths votes and another associate matters and
15  waiving the reading of the ordinance in its
16  entirety.
17    This item is sponsored by Supervisor
18  Corzo and Supervisor Mueller.  Supervisor Corzo
19  and Mueller, I will ask you for any introductory
20  remarks that you may want to offer.
21    SUPERVISOR RAY MUELLER:  I can go
22  first.  Okay.  So today's proposed charter
23  amendment gives a voice to voters in response to
24  the crisis to public safety created by
25  disfunction in the San Mateo County Sheriff's

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

Office as set forth in Judge Cordell's 400-page
report.  The proposed charter amendment asked
voters to give the board of supervisors authority
to remove the sheriff from office if conditions
set forth to the charter amendment are met.  And
as my colleagues saw, those conditions are a
violation of any law related to the performance
of the sheriff's duties, flagrant or repeated
neglect of the sheriff's duties as defined by
law, misappropriation of public funds or property
as defined in California law, or willful
falsification of a relevant official statement or
document.

And then finally, obstruction as
defined in federal, state, or local law
applicable to a sheriff of any investigation into
the conduct of sheriff and/or the San Mateo
County Sheriff's Department by any government
agency, including the County of San Mateo Office
or commission with jurisdiction to conduct such
investigation.

The proposed charter amendment -- if
those conditions -- excuse me.  Additionally, the
grant of power in the charter amendment is
specific to this immediate crisis as set forth --

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    as it sets forth a sunset provision expiring at
 2    the time of the next general election in 2028.  I
 3    wanted to go ahead and share with my colleagues
 4    why the sunset clause was included.
 5              Given the short schedule for debate of
 6    this charter amendment, and it's an incredibly
 7    appreciated schedule, we thought it was necessary
 8    to include the charter amendment given -- to
 9    include the sunset provision as it seems most
10    reasonable to fashion the amendment in the way
11    best characterized as a temporary grant of power
12    to protect the public safety rather than a more
13    permanent change to the charter that some would
14    allege was using this instance as a power grab.
15              So what we really want to say to the
16    voters is we're giving you a voice in this
17    specific circumstance in these highly unusual
18    conditions to give the board the ability to act,
19    but it is specific to this circumstance.  I think
20    we're best served to keep our eyes fixed on this
21    crisis in front of us in this -- and urgency
22    rather than be pulled by distraction and to
23    debate a general policy.  And I think the sunset
24    provision provides that.
25              So with that, I'm going to go ahead and
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    -- oh, there was one last note.  In public
2    comment, there was some discussion about this
3    process being a race -- somehow race-based.  And
4    I want to point out that Judge Cordell is a woman
5    of color who conducted this investigation.  Mr.
6    Tapia, who is here today, is a man of color.
7            Supervisor Corzo, I highly respect you
8    as a woman of color.  So I actually -- I know in
9    my heart that's not the case, and I know if Judge
10   Cordell was here to defend her report she also
11   would make that case strongly.  Supervisor Corzo?
12           SUPERVISOR NOELIA CORZO:  Thank you.
13   I'll start by saying that we are bringing this to
14   the board because it is absolutely necessary.  We
15   are going to face some difficult times very, very
16   soon as Californians, as Americans.  It does not
17   benefit our community to have the type of chaos
18   that we see happening right now at the sheriff's
19   office.
20           It's not something anyone here wants to
21   deal with, but it is our duty to lead and to deal
22   with this.  We were also elected to be a voice
23   for our community members, and we are responsible
24   for the safety net of this county, the safety net
25   services and for protecting our most vulnerable.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    And right now what's happening at our sheriff's
        2    office is impacting and negatively impacting
        3    public safety.  While it may be true that certain
        4    people or communities have seen improved
        5    conditions, that is not the case for everyone,
        6    and most definitely not the case for both
        7    administrative and sworn staff in the sheriff's
        8    office who are working under duress, working
        9    under conditions that no one should be exposed
       10    to.
       11          We continue to hear of people leaving
       12    the sheriff's office because of the dysfunction
       13    there.  It's not something that we would bring to
       14    the board if it -- if we didn't have to, if we
       15    didn't feel like our community absolutely needed
       16    this.  This ordinance, again, is an urgent
       17    response to what is happening right now in our
       18    sheriff's office.
       19          It's our duty to protect all county
       20    staff, all county residents.  And right now,
       21    there is concern about that.  We have worked
       22    tirelessly with county leadership, county
       23    counsel.  We've looked to other jurisdictions for
       24    models of how we can lead our community through
       25    this.  And this is something that intend to take

                         Veritext Legal Solutions
                    Calendar-CA@veritext.com 866-299-5127

1    to the voters so that they can make their voices
2    heard.
3           We are in extremely unique
4    circumstances, and I'll detail some of those in
5    just a bit.  But I want to speak to this
6    ordinance and what it does.  It only allows for
7    the removal of a sheriff in certain instances
8    where serious wrongdoing has been found that
9    jeopardizes public safety and trust, and these
10   are violation of the law related to the
11   performance of a sheriff's duties, flagrant or
12   repeated neglect of a sheriff's duties,
13   misappropriation of public funds or property,
14   willful falsification of an official statement or
15   document, obstruction of any investigation into
16   the conduct of a sheriff.
17          We have gotten some concerns about
18   diluting the voice of the voters, and I want
19   people to know that we hear that concern.  But
20   when we place something on the ballot, it will be
21   the voters that decide whether it is passed or
22   not.  And I want people to understand, you know,
23   what a recall effort actually takes for those who
24   have been involved in recalls.
25          It is not a simple lift.  It is not

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

something that is done overnight. In this case
specifically, a recall effort by the community by
our voters would take nearly 45,000 signatures
just to place on the ballot. It is -- for us as
a board, for me as a county supervisor, to think
that we would wait until our community finds the
time and the energy to collect 45,000 signatures
when we know that the need to remove this sheriff
right now is absolutely urgent, it's just not a
viable option.

       If that is what has to happen, then I
would support that. But right now I see it
clearly as it being our duty as a board of
supervisors to offer solutions to our community.
And this is one that meets the urgency of the
facts that we are presented with right now.

       And honestly, March is not soon enough
for what's happening right now. But let me be
very clear. Public safety is at stake right now.
And this is absolutely necessary. And the
ordinance has been drafted with limited powers
with a sunset clause in it, which gives checks
and balances.

       And what makes this situation unique is
that right now we have a sheriff that has a six-

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

year term, which is not -- it's not four years.
An additional two years is -- it's a longer term
than most sheriffs.  And I will tell you this
also.  I've been a county -- I've been an elected
official now for seven years.  I take this job
extremely seriously as I did when I served on the
school board.

          With the trust of the voters come great
responsibility, and it's not something that any
ethical elected official uses to personally
benefit themselves.  And right now we have a
sheriff that does not hesitate to lie to the
media, to lie to our community, to divide the
Latino community as we saw from a public comment
earlier today based on lies.

          So this charter amendment is something
that I think the voters have a right to vote on,
should have a right to vote on.  Let them be
presented with all of the facts themselves.  Let
them read the report.  Let them decide what is
best for our community.  Our sheriff was elected
by the people, and the people will make the
ultimate decision here.  Thank you.

          VICE PRESIDENT DAVID CANEPA:  Thank
you.  Are there any comments or questions for

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
1   Supervisor Slocum or Supervisor Pine or other
2   board members?  Okay.  Seeing none, we can move
3   to public comments, okay, both in chambers as
4   well as remotely.
5               SUKHAMANI PUERWAL:  Sure.  Thank you,
6   Mr. Vice President.  I do have two speakers from
7   chambers and then we'll take comments from Zoom.
8   And then I do have one additional return comment.
9   We'll start with Deacon Lauren McCombs followed
10  by Bryan Howell.
11              DEACON LAUREN MCCOMBS:  Good morning to
12  the board of supervisors and all others present.
13  My name is Deacon Lauren Patton McCombs, and I'm
14  a member of Fixing San Mateo.  I want to start by
15  saying my thoughts and prayers are with all
16  parties involved in this unfortunate folding of
17  events within the sheriff's office.
18              The findings of the report released
19  about Sheriff Corpus and her staff was extremely
20  alarming to our greater community.  Many state
21  officials have asked for her resignation in order
22  to further damage to the organization as well as
23  to protect public safety.  There are 12 serious
24  allegations of misconduct that undermine the
25  moral integrity of the sheriff's office and the
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

deputies who are dedicated to serving our county.

Where is the trust and transparency
that the sheriff ran her campaign on in 2022?
Please follow Warren Slocums, who has stressed
that the time is now to make the imperative
decision to have a completely independent
oversight commission as well as a permanent
inspector general.  And I would like to thank the
board of supervisors for their time in serving
our county.

SUKHAMANI PUERWAL:  Thank you.  Bryan
Howell?

BRYAN HOWELL:  Good morning,
supervisors.  My name is Bryan Howell.  Sure.  As
a proud Redwood City native and a teacher in our
community for the last 20 years, I've had the
privilege of knowing remarkable individuals
dedicated to serving others.  I first met Sheriff
Corpus 20 years ago as a second-grade teacher at
Fair Oaks Elementary School.  I was a new second
grade teacher and she was the new sheriff's
resource officer at the school.

From the beginning, Sheriff Corpus
exemplified resilience, bravery, and integrity.
Her unwavering dedication to reform and make

positive changes even in the face of relentless
opposition and personal attacks has been nothing
short of inspiring.  She refuses to be
intimidated and continues to prioritize the needs
of both the department and the citizens of San
Mateo County.  The decision to remove Sheriff
Corpus should rest solely with the voters, not
with a handful of individuals relying on possible
and (indiscernible) fabricated stories.

        Attempts to fire Sheriff Corpus
undermine the democratic process and insult the
will of the people who place their trust in her
leadership.  The citizens of San Mateo County
deserve the right to decide if these accusations
hold merit.  Please don't take away my vote or
the people's voice.  Let democracy prevail.  And
it sounds like kind of that's where we're already
on the route to do that.  So thank you for your
time.

        SUKHAMANI PUERWAL:  Thank you.  No
additional speakers from chambers, so madam
clerk, please proceed.

        SHERRY GOLESTAN:  This time we have
nine hands raised and counting.  We're at Item
Number 4.  Please do continue to raise your hands

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1   because the vice president could make a final
 2   call for raised hands at any time.  We are at Dan
 3   Stegink followed by the Millbrae Anti-Racist
 4   Coalition.  Dan Stegink, please unmute and begin.
 5            DAN STEGINK:  Thank you.  Can you hear
 6   me, council members?  Supervisor?
 7            SHERRY GOLESTAN:  Yes.  Thank you.
 8            DAN STEGINK:  Excellent.  I think it
 9   was Barak Obama who said elections have
10   consequences.  I've calculated this as probably
11   going to cost the county $4.8 million.  I'd
12   remind county council and elections that it's not
13   legal to pull on the recall or charter ballot
14   question.  I have an unusual viewpoint having run
15   against a previous sheriff and for the
16   supervisor's seat.
17            I think you've got a labor problem and
18   a campaign-promise problem.  And I'd like to see
19   the charges against Carlos Tapia dropped.  I'd
20   like to see the county sit down in mediation with
21   both the fixing San Mateo people and the DSA and
22   get this solved in a way that doesn't involve our
23   entire county being laughed at nationally.
24   Usually we see self-dealing in investigation
25   situations.  There's no evidence of it here.
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    Thank you.
 2              SHERRY GOLESTAN:  Thank you.  Ten
 3    hands.  The Millbrae Anti-Racist Coalition
 4    followed by Sameena Usman.  Coalition, please
 5    unmute and begin.
 6              MICHAEL KELLEY:  Good morning,
 7    supervisors.  My name is Michael Kelley.  I'm
 8    sorry that it showed up as the Anti-Racist
 9    Coalition.  I'm speaking on behalf of myself.  It
10    is deeply disturbing that some of you supervisors
11    are participating in this highly inappropriate
12    effort for the removal of our honorable Sheriff
13    Christina Corpus.
14              It is apparent to everyone that's
15    paying attention that the results of this
16    massively biased special investigation are part
17    of a political hatchet job orchestrated by the
18    cronies of disgraced ex-Sheriff Bolanos and his
19    cohorts that remain on the county payroll.
20              Ex-Judge Cordell would not allow
21    testimony from many sworn officers that wanted to
22    share their vastly positive experiences.  She
23    only heard from the ones with an agenda to take
24    Sheriff Corpus down.  Our sheriff has attained
25    the historically highest and fastest growth rate
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    ever of filling the longstanding vacancies of the
2    deputies increasing public safety.  They want to
3    work for her for good reason.  Supervisor Corzo,
4    Supervisor Mueller, along with Fix and SMC, you
5    have been dishonest brokers of information and
6    many of your comments are reprehensible.
7             The report is corrupt.  Please don't
8    waste anymore county time and resources on a
9    meritless change to our next voting event.  Thank
10   you.
11            SHERRY GOLESTAN:  Thank you.  For the
12   record, this is Michael Kelley and not the
13   Millbrae Anti-Racist Coalition.  Next we have --
14            VICE PRESIDENT DAVID CANEPA:  To the
15   clerk, to the clerk --
16            SHERRY GOLESTAN:  Yes.
17            VICE PRESIDENT DAVID CANEPA:  -- last
18   call for speakers.
19            SHERRY GOLESTAN:  Thank you, Mr. Vice
20   President.  Members of the public, at this time a
21   final call is being made for public comment on
22   Item 4.  On Zoom, please click "raise hand" and I
23   will announce the final name we'll take for this
24   item.  Final call has been made.  So after I
25   announce this name, no further hands will be

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

taken for this item.  Okay.  The last called
speaker we had was Steven Booker and Elizabeth
Quiroz was already called.  So those are the
final two.  So we have 10 speakers.

Those are Sameen Usman, Julie Lind, Ron
Snow, Chris Cavigioli, Pat Willard, Alberto,
James Brown, Albert Yam, and I think we just lost
one hand as I was announcing those names.  So I
will go take a look at what I had.  I have it
here.  It was a phone caller ending in 357.  So I
will check on that while we take these names.
Sameena Usman, please unmute and begin.

SAMEENA USMAN:  Hello.  My name is
Sameena Usman.  I'm here on behalf of Secure
Justice.  Today I call -- I urge you to call for
a special election to vote on a proposed
amendment to grant authority to remove an elected
sheriff for cause and to do so without a sunset
clause.  Otherwise we might have to do this again
at taxpayer expense.

Accountability is at a course -- is a
cornerstone of public trust in our democratic
institutions, particularly in law enforcement.
While elected officials must remain independent,
there must also be safeguards to ensure that they

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1  at in the best interest of the community.  This
2  amendment provides a fair and transparent
3  mechanism to address serious misconduct or
4  dereliction of duty aligning with principles of
5  good governance.
6          In losing their job is the only real
7  fear an elected sheriff has, then having such
8  authority in your charter will lead to less
9  misconduct by future sheriffs because of the very
10  real possibility that a future board member will
11  remove them.  Calling a special election allows
12  for voters of San Mateo County to make their
13  voices heard on these critical issues.  I urge
14  you to please vote in favor of this.
15          SHERRY GOLESTAN:  Thank you.  Julie
16  Lind followed by Ron Snow.  Julie, please unmute
17  and begin.
18          JULIE LIND:  Thanks, Sherry.  Good
19  morning, honorable supervisors, County Manager
20  Callagy, and staff.  My name is Julie Lind with
21  the San Mateo Labor Council representing 100
22  affiliate unions and over 85,000 members and
23  their families countywide, including the San
24  Mateo County Deputy Sheriffs Association.
25          On behalf of our membership, I'd like

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

to thank you all for how you've handled and are
continuing to handle this current situation.  I
know it's not easy on you just like it's not easy
on the folks that I have the honor to represent.
Though the pieces on this chess board seem to be
continuously changing, you all have remained
committed to transparency, accountability, and to
protecting our county and all who live and work
within its lines.

This ballot measure is another example
of that.  Our top county safety officer has
failed to keep her employees safe, refused to
accept responsibility for her actions, and has
put our entire community at risk, and needs to
end.  And our county and its workforce need to be
able to rebuild.  It seems this is our only path
forward.

While I was very excited to take a nice
break from campaigning, it looks like there is
still miles to go before we sleep.  So, we will
see everybody back in the field.  Thank you.

SHERRY GOLESTAN:  Thank you, Julie.
Ron Snow followed by Chris Cavigioli.  Chris?
I'm sorry, Ron, please unmute and begin.

RON SNOW:  Supervisors, I would hope to

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    -- you see by the statements of both Supervisors
2    Mueller and Corzo that you should not -- that you
3    should deny this agenda item.  It has a sunset
4    clause because it's for a specific thing, not a
5    global thing that should be incorporated into the
6    charter.
7            The fact that it will expire is proof
8    of that.  The agenda item is about making as a
9    charter change.  Yet comments about the
10   problematic investigation where the sheriff in
11   particular are being suppressed, this is an
12   agenda item about putting something on the
13   ballot.  Yet public comment about the sheriff was
14   suppressed.
15           If people want the sheriff removed,
16   then we have a real procedure in place to do
17   that.  Supervisors should not spend millions,
18   especially when those same dollars could be used
19   on other important programs as it was
20   (indiscernible) today.  Supervisors should allow
21   voters to recall.  They should not circumvent
22   that process.
23           SHERRY GOLESTAN:  Thank you.  Chris
24   Cavigioli followed by Pat Willard.  Chris, please
25   unmute and begin.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1          CHRIS CAVIGIOLI:  Yes, thanks.  I have
 2    three points.  One of them is the investigation
 3    was already done.  I actually read it.  So that's
 4    already been done.  It's proven there is evidence
 5    of her criminality.  So -- and it's very serious.
 6    So that's number one.
 7          Number two is that if you have someone
 8    in office that's doing something really bad,
 9    let's say just fictionally let me just she goes
10    to the elementary school with a handgun and
11    starts shooting little children, you'd probably
12    not wait for voters to come and, you know, put
13    something on a ballot.  You'd have to act right
14    away.
15          If she's doing criminal stuff, we
16    should act right away and get rid of her
17    immediately.  And then the third thing, and this
18    is important too, let's not bring in racism.
19    Let's not bring in the fact of her background or
20    her skin color and stuff like that.  That's
21    called racism.
22          We have something in our laws called
23    non-discrimination.  We do not discriminate about
24    skin color and ethnic background.  So just don't
25    even bring that up.  That's not relevant.  Okay.
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    Thanks.
 2              SHERRY GOLESTAN:  Thank you.  We'll now
 3    go to Pat Willard.  Pat, please unmute and begin.
 4              PAT WILLARD:  I've read about 200 pages
 5    of Judge Cordell's report, and that illustrates
 6    what I call the real world has come to San Mateo
 7    County.
 8              In addition, I would urge the board of
 9    supervisors to recast the civilian oversight of
10    the sheriff's office as exists in Los Angeles
11    County where it does not allow for the sheriff to
12    appoint members of the commission or the
13    sheriff's select four advisors overseeing the
14    oversight committee as currently exist.
15              Also, an ordinance for a permanent
16    inspector general exactly that as stated in the
17    Los Angeles County document that I sent to all of
18    the members of this board, which this inspector
19    general attends the oversight commission and
20    responds to its votes or inspections when
21    necessary.  Thank you.
22              SHERRY GOLESTAN:  Thank you.  Alberto,
23    your hand was raised and lowered.  So Alberto, if
24    you did intend to speak, please raise your hand
25    again.  James Brown, please unmute and begin.
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

JAMES BROWN:  Good morning.  Thank you.
This action is unnecessary.  It is a drastic
change to the California -- to the county
charter.  It's unnecessary and it's opposed by
the California State Sheriff's Association.  I'm
sure you received their letter.

          This is personal against Sheriff
Corpus.  If it wasn't, then the county would've
called for resignations when Sheriff Horsley had
250 pounds of explosives stolen, or when Sheriffs
Munks and Bolanos were caught in a brothel with
underaged prostitutes and narcotics, or when
Bolanos armed deputies to extradite a citizen of
another state on the behest of one of his donors.

          Or when contraband was smuggled to a
prisoner under Bolanos' watch and the contractor
was allowed to continue -- his company was
allowed to continue working for the county.  Or
when Bolanos' campaign manager stole funds from a
children's program or Callagy wasted millions of
dollars in PPE that was wasted by sitting on the
reign.  No resignations were called for then.

          And this report is extremely biased.
It mentions Bob McSweeney 18 times.  And I know
Bob McSweeney.  I spoke to him.  He was never

                    Veritext Legal Solutions
                Calendar-CA@veritext.com 866-299-5127

```
 1    interviewed.  He does not know Victor that it was
 2    alleged that he does, and the name of the company
 3    is completely wrong that Judge Cordell mentioned
 4    that it is the same company.  You didn't
 5    interview him.  You should've interviewed him.
 6    This entire report is flawed and biased.  Thank
 7    you.
 8            SHERRY GOLESTAN:  Thank you.  Alberto,
 9    please unmute and begin.  Alberto?  If you can
10    unmute.
11            ALBERTO:  (Speaking Spanish).
12            SHERRY GOLESTAN:  (Speaking Spanish).
13            ALBERTO:  Si.
14            SHERRY GOLESTAN:  Victor, if you can
15    please interpret and allow Alberto to know he has
16    the three-minute timer.
17            VICTOR:  (Speaking Spanish).
18            SHERRY GOLESTAN:  Two-minute timer.
19    Apology.
20            ALBERTO:  (Speaking Spanish).
21            VICTOR:  My -- listen, my objective
22    today here is that I want to let you know that
23    our community is very worried with Ms. Christina
24    Corpus.
25            ALBERTO:  (Speaking Spanish).
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1          VICTOR:  So I actually live in the Fair
 2   Oaks area and -- for 20 years and I've known her
 3   for a long time.
 4          ALBERTO:  (Speaking Spanish).
 5          VICTOR:  My goal is that the community
 6   actually knows her.  (Speaking Spanish).
 7          ALBERTO:  (Speaking Spanish).
 8          VICTOR:  So the goal here is that the
 9   community knows her and really trusts here.
10          ALBERTO:  (Speaking Spanish).
11          VICTOR:  So the question is because
12   we've known her for such a long time, we've
13   actually given her the vote of confidence because
14   many people have known her for a long time and
15   the efficiency of her work.
16          ALBERTO:  (Speaking Spanish).
17          VICTOR:  So she was not put in a
18   position by others but by the community, and so
19   that's why the community is very concerned for
20   that.
21          ALBERTO:  (Speaking Spanish).
22          VICTOR:  So I've decided to talk about
23   this because I'm involved with my church.  I've
24   been involved with my church for ten years, and
25   our community constantly talks about this.
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1              ALBERTO:  (Speaking Spanish).
 2              VICTOR:  And I know as the board of
 3    supervisors you have to support her because our
 4    community trusts in you.
 5              ALBERTO:  (Speaking Spanish).
 6              VICTOR:  And we trust in her.
 7              ALBERTO:  (Speaking Spanish).
 8              VICTOR:  So thank you.  That's all I
 9    have.  I hope that you support her because she's
10    a good person and our community is very
11    concerned.
12              ALBERTO:  (Speaking Spanish).
13              VICTOR:  Thank you.
14              SHERRY GOLESTAN:  Thank you.  We'll now
15    go to our next speaker Steen Booker.  Please
16    unmute and begin.
17              STEVEN BOOKER:  Thank you for allowing
18    me this time to speak.  Steven Booker, Half Moon
19    Bay resident.  And I'm here today with
20    reservations.  The sheriff's office is a very
21    powerful position and I speak in support of
22    Christina Corpus along the same sentiments as
23    James Brown and Dan Stegnik.  But as a black man
24    in America, I'm afraid of intimidation and
25    intimidated by the sheriff's office as far as
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

their deputies if I stand with Christina Corpus
and the possible retaliation when I'm out on the
streets in Half Moon Bay or in San Mateo.

Like James Brown said, there's been
many other incidences in the sheriff's office
before Christina Corpus got there. She promised
to clean up the good-old-boys' system and has
been met with resistance. And like I said, once
again, this is hard for me to do. I have respect
for the board of supervisors and our elected
officials, but I also have a lot of respect for
Christina and her staff.

And I stand in support with them and
believe that the county should not spend money
unnecessarily on a recall election. The voters
haven't called for it, and you're going to have
people that stand with her and people that stand
against her just like you will with any elected
official.

So therefore, I support Christina
Corpus and I stand with Dan and James Brown and
think that the county should not have a recall
election. When we can't give our employees
raises but we can spend millions and millions of
dollars on a recall election, I think that's

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

asinine and it's not in the best interest of the
county.  Once again, I thank you for your time
and I respect each and every one of you.  But I
do not agree with this recall election.  Thank
you.

SHERRY GOLESTAN:  Thank you, Steven.
We'll now go to our phone caller that had the
lowered hand when it was raised.  Caller ending
in 357, please unmute.

VICE PRESIDENT DAVID CANEPA:  Through
the clerk?

SHERRY GOLESTAN:  Yes.

VICE PRESIDENT DAVID CANEPA:  How many
speakers do we have left?

SHERRY GOLESTAN:  This -- after this is
our last named speaker which is Elizabeth Quiroz.

VICE PRESIDENT DAVID CANEPA:  Great.
Thank you so much.

SHERRY GOLESTAN:  And that would be the
last.  Of course.  Caller, you can press star 6
to unmute and this will be the last attempt.  357
caller?  Okay.  We'll now go to our last-named
speaker Elizabeth Quiroz.  Please unmute and
begin.

ELIZABETH QUIROZ:  Hi, everyone.  Can

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

you hear me?

SHERRY GOLESTAN:  Yes, thank you.

ELIZABETH QUIROZ:  Hi.  So my name's
Elizabeth Quiroz, and I am a survivor leader in
the Bay area.  And you know, I'm a -- I know I
don't have a lot of time, but I want to share a
little bit of my back story.  So I am a survivor
from trafficked, and I was trafficked in San
Mateo in (indiscernible) for many years and had a
lot of bad interaction with law enforcement in
San Mateo County.

And so when I came across Sheriff
Christina Corpus, she was the only law
enforcement that showed me compassion and love
and supported me and gave me hope.  And so
because of that interaction, it restored my hope
in law enforcement.

And so now I'm an advocate.  I'm a
survivor leader in the Bay, and I'm bringing
awareness (indiscernible) to trafficking.  And
I've been working with Sheriff Christina Corpus
for years.  And I've known her for a very long
time.  And so to hear what's going on breaks my
heart.  So I -- you know, she's a wonderful
person to me.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    I support her in general because she's
2  an amazing person in all the work she's done.
3  And so I just hope this is resolved.  Thank you.
4    SHERRY GOLESTAN:  Thank you.  Mr.
5  President, we have one hand raised, but they're
6  not part of the final names that were called.  I
7  defer to you.
8    VICE PRESIDENT DAVID CANEPA:  Let's
9  take this last remote comment.
10    SHERRY GOLESTAN:  Okay.  Albert Yam,
11  please unmute and begin.
12    ALBERT YAM:  Hi, board of supervisors.
13  I think this is not necessary because basically
14  you're trying to take away the voters' rights in
15  this situation.  What should've -- what it should
16  be on the March ballot is an effort to put on a
17  recall election for an elected official.
18    What you're trying to do is set a
19  precedence and also change the dynamics of
20  sheriffs.  Future sheriffs is going to be
21  impacted and worry about how they undertake their
22  obligations of the job out of the fear that board
23  members, a small group of constituents, to decide
24  the fate.  You're losing the independency and
25  this is a power grab.  And I urge you not to

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

consider this and take more of the voter rights
away from us.  This should be a voter matter, not
a board of supervisor matter.

SHERRY GOLESTAN:  Thank you.  Mr. Vice
President, the phone caller appears to have
raised their hand again, the one that was part of
the list.  Would you like me to attempt that one
again?

VICE PRESIDENT DAVID CANEPA:  Sure.
And my understanding is through the clerk we have
one in-person comment.  Is that correct?

SUKHAMANI PUERWAL:  That's correct,
yes.

VICE PRESIDENT DAVID CANEPA:  Great.
So why don't we take the comment online?

SHERRY GOLESTAN:  Okay.  Caller ending
in 357, please unmute.  And you're calling by
phone.  I think you can press star 6 to unmute.

KRIS PEREZ:  Great.  Hi.  Can you guys
hear me?

SHERRY GOLESTAN:  Yes, thank you.

KRIS PEREZ:  Hi.  My name is Kris
Perez.  I live in San Bruno.  I'm one of the
82,000 voters who voted for Sheriff Corpus and
elected her to office.  The item you're

considering to put on the ballot is unnecessary
and oversteps your authority.  It's a slap in the
face to the voters.  The sheriff is elected by
the people.  She is not appointed by you.  She
won her election in June 2022 by over 13 points.
She crushed her appointment who was truly
corrupt.

She challenged the good-old-boys' club
and her candidacy was going to be risky to take
if she lot.  But she prevailed.  Let's go back in
the time machine and remember all the scandals
that Bolanos was involved in and embarrassed us
with from the Vegas brothel and the Bat Mobile
incident.  Some folks were calling you guys
before to remove Bolanos.

And the late great Don Horsley, a very
respected supervisor and a former sheriff, said
this to a reporter.  We can do -- what we can is
extremely limited.  This is the constitution of
California.  The sheriff is an elected officer.
We cannot remove her from office.  Remove from
them from office who was speaking of Bolanos at
the time.

So I support Sheriff Corpus.  This is a
bad idea.  We don't need the cost of a special

election, and it's unnecessary.  The recall is
your mechanism to take out an elected official by
the voters, not by you guys.  Thank you.

SHERRY GOLESTAN:  Thank you.  We'll go
back to you, Mr. Clerk.

SUKHAMANI PUERWAL:  Thank you.  We do
have one speaker from chambers Ron Soucy.  Yes,
please.

RON SOUCY:  Yes.  My name is Ronald,
and it's the first time that I ever appeared
here.  And I support Sheriff Corpus.  I
campaigned for her, went door to door delivering
flags.  And I agree with all of these people that
came up on the board as -- on the speaker to
support her.

You're giving all these people only a
minute speak, but yet you allow the
(indiscernible) to speak for several minutes.
And I think that a lot of these people would like
to speak for much longer.  And I think that you
trying to eliminate these people or getting her
kicked out of office when she went into an office
to clean the place and she's doing it.  And
apparently you guys don't like it because she's
doing a good job, and she's been doing a good

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

job.

        She's been doing a good job in the
North Fair Oak.  I live in the North Fair Oak and
I know she's doing a good job.  So why don't you
let her do her job as she's supposed to?  And why
don't you look back on what you guys did when
Bolano was there?  You didn't do anything.  He
ran you guys.  You didn't run him.  So why are
you trying to crucify some poor lady that's
trying to do a good job and she's been doing a
good job?  Thank you.

        SUKHAMANI PUERWAL:  Mr. President, I do
have one written comment.  So there were several
comments that were sent yesterday which were
emailed to the board and I'll submit publicly
available.  I'll be really quick.  This last
written comment came from Sandra McKee, senior
citizen from Redwood City.

        "I am wondering if the board of
supervisors and other participants in the sheriff
investigation should have additional security
protections.  Remember what happened with the
staff board of supervisors' removal of then-
Supervisor Dan White back in the '80s when Mayor
Moscone and Supervisor Harvey Milk were shot dead

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

by Dan White for revenge?

        "I wonder how stable this sheriff is at this time. And with the power of gun and badge could be a risk for other law enforcement officials and herself as her anger escalates." That's the end of public comment.

        VICE PRESIDENT DAVID CANEPA: Great. Thank you very much. We want to thank those, you know, who made public comment. I'll bring this back to the board for discussion. If there is no discussion, I'll take a motion on the item.

        SUPERVISOR NOELIA CORZO: I'd like to say a few words.

        VICE PRESIDENT DAVID CANEPA: Okay.

        SUPERVISOR NOELIA CORZO: Thank you. I want to thank everyone for coming and giving their comments today. I want to name that what we see happen in these chambers, everyone gets a voice and they are not retaliated against for sharing their voice even when they disagree.

        You may have noticed that we don't have any sheriff's employees here and let me tell you why. They are still working under our current sheriff and her former employee, and they are in fear. And it is our board's duty to protect them

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

and our community at large.  I think it's
important that every single member who is
concerned about this charter amendment and who
has not read the report.  Because if you have,
then you would know that there are hard facts.
There is clear evidence.  There is documentation
proving the corruption that is happening right
now in the sheriff's office.

Personally, I am a truth-teller.  I
will say it even when I disagree with others.  I
will say it even when it hurts.  I will be the
first to admit when I made a mistake, and I will
do it right now.  I supported Sheriff Christina
Corpus.  I knocked on thousands of doors for her
and myself, and I would not pull back my support
for no reason.  Please believe that.

Sheriff Corpus was given every
opportunity to succeed.  She was given support no
other elected official was given.  She was given
the funding for a transition team because we knew
that there may have been resistance in the
sheriff's office from the former sheriff's
friends and etcetera.

But let me tell you something that
maybe not everyone realizes.  When you promise

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

change, when you tell the community that you are
going to create change, there will always be
resistance.  And you know how you overcome that
resistance?  By doing a good job, by being
ethical, by being fair, by being impartial, by
leading with integrity and courage and honesty.
That is not what happened.

          And trust me, I am equally as
disappointed.  But as someone who supported her,
I see it now as my duty to lead our community
through this.  Because people are being harmed
and they are in fear.  And not just fear for no
reason.  Actual fear.  Actual validated fear.

          There are things that are in that
report around suppressed rifles being brought
into the sheriff's office that no member of the
executive sheriff's team has the training or
certifications to possess.  And yet that happened
last month in October through the direction of
Victor Aenlle.  If that is another act of
intimidation to every other employee in that
office I don't know what is.

          By every account, Sheriff Corpus was
given multiple opportunities to right her ship.
I wish I could tell people why we are in this

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

situation and why she chose and continues to
choose to lie to our community, to lie to the
media.  In time, the truth always comes out.  The
truth always comes out.  And it is this county
and this board of supervisors who will have to
clean her mess.  And whoever steps in after she
is removed, they will have to clean her mess.

And it will take millions of dollars,
yes.  You know why?  Because when you actually
have people being harmed, and it will eventually
be proven in a court of law, the county is on the
hook to pay out for all of those lawsuits.  And
that's going to happen.  And it will be no one
else's responsibilities but hers.  She created
those situations.  She has put our community at
risk.  She is misspending tax dollars.

And I want to address something that I
heard come up several times.  I have been in
office in -- on this board, and so has Supervisor
Mueller, for two -- for almost two years.
Exactly the same amount of time as Sheriff
Corpus.  I will speak for us and even this
current board.  Former sheriffs and the things
that they did or did not do, Supervisor Ray
Mueller and I were not here for.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1          We don't know all of the facts for --
2      that led to the board at that time making those
3      decisions.  I was one of Sheriff Bolanos' biggest
4      critics.  And I would have stood against him as I
5      have to stand against Sheriff Corpus now.
6      Because I will not stand by and see corruption
7      and abuse of power happen and not do everything I
8      can to protect our community and our staff.
9          I would've done it then.  I'm going to
10     do it now.  And if I have to knock on thousands
11     of doors like I did last time, I will because
12     it's the right thing to do.  And I know it's an
13     ugly truth.  I know it's hard for people that
14     supported her to really take in and believe.  But
15     please, look at the facts.  Look at the facts.
16     Read the report.  Look at the evidence for
17     yourself.  Come to your own conclusions.
18          You may have had a good history with
19     her in the past.  I did too.  I supported her.  I
20     believed her.  I believed in her.  She also at
21     one point restored my faith in law enforcement.
22     But when you are given new information and new
23     facts, you have to analyze that.  We need to come
24     together as a community and we will.  And I'm
25     going to say it right now.  I've said it to her

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

directly. I've said it at this dais before. She
needs to step down. That is the right thing to
do.

And I also just want to say for the
record that the charter amendment and the
ordinance that we have before us right now, it
has a sunset clause. I would personally support
it without a sunset clause. Because the truth is
we do have a history of questionable leadership
in the sheriff's office. But it has a sunset
clause right now, and I will support it in any
way because we need a way out of this for our
community.

And I'll just reiterate one more time.
The reason you don't see any sheriff staff right
now giving public comment is because they are
working in an environment of fear and
retaliation. So I just want to say one more
thing. (Speaking Spanish). Oh, sorry, Victor.

VICTOR: Please continue.

SUPERVISOR NOELIA CORZO: Okay.
(Speaking Spanish). Thank you.

VICE PRESIDENT DAVID CANEPA: Thank
you, Supervisor Corzo. Supervisor Mueller?

SUPERVISOR RAY MUELLER: Just real

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

briefly, I want to speak to all those who spoke
today who expressed their respect and support for
the sheriff.  I want to say I hear you, and I
want to say it's incredibly hard when someone who
you respect and you care about does something
that disappoints you.  But I have to say to you
I'm in that same boat.

And unfortunately, the case against the
sheriff continues to get stronger.  For example
-- and I'll -- I don't know if I'm supposed to
share this, but I'll share it.  The homophobic
slurs text that she went to great length to deny
to the one -- the night -- the day we presented
the report.  We have the phone now and we
verified she sent that text.

It continues to strengthen as we go
through all of the evidence presented.  The
strength of that 400-page report is standing up.
And I know that's hard to accept.  It's hard for
us to accept.  But we've had longer to do so.

So I ask you to please take a look at
that report and go along with this.  Because
you'll get to where I am now where someone I
respected and cared about I am deeply
disappointed in and I no longer believe she is

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1   fit to serve this county.  I think I'm going to
 2   go ahead and leave it at that for my colleagues.
 3   Thank you.
 4             VICE PRESIDENT DAVID CANEPA:  Great.
 5   Thank you very much.  There was -- you know, Ms.
 6   Corzo was speaking in Spanish.  If you wouldn't
 7   mind a translation, Victor.
 8             VICTOR:  Thank you, Vice President.  I
 9   think Supervisor Corzo was just reiterating what
10   she had previously said in English, but I do just
11   want to provide some brief interpretation.  So we
12   can't stand for this division.  No one's taking
13   away from her good works that she's done in the
14   past, but I am absolutely committed to talk to
15   anybody about this as regards to what's happening
16   here in order to protect ourselves and protect
17   the community.  We can't have these types of
18   distractions.
19             SUPERVISOR RAY MUELLER:  There is one
20   last point also to those who support her.  Could
21   you ask her to please sit for sworn deposition
22   testimony to address the allegations?  If she's
23   willing to make the statement to you that the
24   things in that report are not true, ask her why
25   she won't sit under oath and say that.
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1          VICE PRESIDENT DAVID CANEPA:  Thank you
 2    very much.  With all that said, does a supervisor
 3    want to make a motion to introduce this ordinance
 4    calling for election to amend the charter and to
 5    waive the reading of the ordinance in its
 6    entirety?
 7          SUPERVISOR NOELIA CORZO:  I'd like to
 8    make sure that Supervisor Slocum has a chance to
 9    chime in if he would like before we put a motion
10    on the floor.
11          VICE PRESIDENT DAVID CANEPA:
12    Supervisor Slocum, would you --
13          SUPERVISOR WARREN SLOCUM:  Yeah.  I'm
14    sorry.  I was muted.  I do appreciate the
15    opportunity.  I think a lot has been said here by
16    Supervisor Mueller and Supervisor Corzo and I
17    really don't have a lot to add.  I support the
18    comments that they have made and the perspectives
19    that they have shared.  I do have a question that
20    I'll direct to the county attorney in a moment or
21    two.
22          But you know, each of us took an oath
23    of office as did the sheriff.  And I think when
24    we talk about ethics, honesty, transparency,
25    abuse of power, those to me are in clear
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

violation of the oath that we all took.  This has
been, as the two supervisors know and the rest of
us know, an enormous time drain taking us all
away from the important business of the county.

Just look at the testimony this morning
off the Redwood House.  You know, that's a
significant mental health issue.  It requires
time to deal with.  And unfortunately, just an
inordinate amount of time is being spent and has
been spent and will continue to be spent on this
issue.

I find it very interesting, just to
follow up on Supervisor Mueller's comment, I made
a note here let's invite the sheriff once again
to come and give sworn testimony under oath.
Give her a chance to tell her side of the story
and answer our questions.  I think that would be
extremely important.

There was a reason why so far she has
not chosen to do that.  I think the reason that
she stated in the media was she'll do it when she
gets an attorney.  Well, so be it.  I think she
has an attorney.  Maybe I'm wrong.  But I would
welcome -- I would invite her to come and give
testimony to us and answer questions.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1          I, as like the rest of you, watch her
 2   press conferences and interviews and there are
 3   things that are said that are just not true.
 4   Just not true.  So with that, I really don't have
 5   anything to add to the comments that have been
 6   made.
 7          I would ask a question of the county
 8   attorney.  Assuming we passed this ballot measure
 9   today, it has to be read, as I understand it, a
10   second time here pretty quickly to meet the
11   election code deadlines.  And the question is
12   then if we take those two votes and they're -- we
13   vote to place it on the ballot, could a future
14   board, that is specifically the new board coming
15   in, in early January, could they vote to reverse
16   decisions that we've made?
17          JOHN NIBBELIN:  Supervisor Slocum, the
18   -- so the question is whether or not the board
19   that is -- as constituted in January could take
20   action to rescind the action to put this matter
21   on the ballot?  Is that the question?
22          SUPERVISOR WARREN SLOCUM:  Yes, that is
23   the question.  Thank you, sir.
24          JOHN NIBBELIN:  Yeah.  There's a
25   limited amount of time actually after the board
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1   acts to put something on the ballot.  As you were

2   noting, the board would have to, at its next

3   regular meeting on December 3rd, adopt the

4   ordinance.  Today would be an introduction of the

5   ordinance.  The board would have to vote to -- at

6   the next -- at its next regular meeting on

7   December 3rd vote to adopt the ordinance.

8         There's a limited amount of time

9   thereafter that the board has to act to remove

10   something from the ballot.  I believe it's 83

11   days prior to the election.  So I don't think

12   from a timing perspective that would be possible

13   actually.

14         SUPERVISOR WARREN SLOCUM:  Yes.  Thank

15   you.  I also wanted to talk about some of the

16   speakers talked about let's not spend the

17   millions of dollars for this election.  And from

18   my perspective, the number of lawsuits that we

19   possibly face and will face far exceeds the cost

20   of this election.

21         So somebody said it was 4.8 million.

22   I'm not sure if that's accurate or not.  I know

23   it's very expensive, but I would just suggest

24   following up on Supervisor Corzo's point about

25   the pending lawsuits that will be coming to the

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

county in the future.  So I'm prepared to support
the motion, but I'll let Supervisor Mueller or
Corzo make the motion and second and go from
there.

SUPERVISOR DAVE PINE:  I'd just like to
just briefly state that -- and this is an
extraordinary measure, but this is an
extraordinary time and it calls for decisive
action by the board of supervisors.  So I'm
supportive of the motion.

SUPERVISOR RAY MUELLER:  I'll make the
motion.

SUPERVISOR NOELIA CORZO:  Second.

VICE PRESIDENT DAVID CANEPA:  Roll call
please.

SUKHAMANI PUERWAL:  Sure.  Supervisor
Pine?

SUPERVISOR DAVE PINE:  Yes.

SUKHAMANI PUERWAL:  Thank you.
Supervisor Corzo?

SUPERVISOR NOELIA CORZO:  Yes.

SUKHAMANI PUERWAL:  Supervisor Mueller?

SUPERVISOR RAY MUELLER:  Yes.

SUKHAMANI PUERWAL:  Supervisor Slocum?

SUPERVISOR WARREN SLOCUM:  Yes.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1           SUKHAMANI PUERWAL:  Thank you.
 2    Supervisor Canepa?
 3           VICE PRESIDENT DAVID CANEPA:  Yes.
 4           SUKHAMANI PUERWAL:  Thank you.  Motion
 5    passes unanimously.
 6           VICE PRESIDENT DAVID CANEPA:  Okay.
 7    Thank you very much, colleagues.  We'll be moving
 8    on.  We move the agenda.  We'll be moving onto
 9    Item 11.
10           (End of requested portion)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1              C E R T I F I C A T I O N

 2

 3   I, Sonya Ledanski Hyde, certify that the

 4   foregoing transcript is a true and accurate

 5   record of the proceedings.

 6

     Date:  February 24, 2025

 7

 8

 9

10

11

                    <%12151,Signature%>

12               Sonya Ledanski Hyde,

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127