EXHIBIT 10

1

2

3

4

5

6

7

8

9

10

11

12

13    San Mateo County Board of Supervisors

14    December 3, 2024

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1            SUPERVISOR DAVE PINE:  Okay.  We now
 2    move to Item 10, which his to adopt an ordinance
 3    calling for a special election to be held March
 4    4, 2025 for the purpose of voting an amendment to
 5    the San Mateo County Charter granting the board
 6    of supervisors the authority until December 31,
 7    2028 to remove an elected sheriff for cause by a
 8    four-fifths vote of supervisors.  This is brought
 9    forward by Supervisors Mueller and Corzo.  Do you
10    have any comments?
11            SUPERVISOR RAY MUELLER:  I do have a
12    comment.  I see now that the sheriff is
13    represented by counsel.  Is that correct?
14            JOHN NIBBELIN:  What I'd note is the --
15    we've received correspondence from counsel that
16    indicate that the sheriff has requested separate
17    counsel.  The board hasn't yet acted on that
18    matter.  I guess that's what I would say.
19            SUPERVISOR RAY MUELLER:  Okay.  Well,
20    to the extent the sheriff -- I mean, the sheriff
21    is indicating she has counsel, the last time she
22    appeared before this board she indicated that she
23    would consider testifying before the board once
24    she had counsel.  We made that request to her
25    when she was here and she said as she was going
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

out the door she refused obviously to participate in the investigation when it was taking place, the independent investigation.

So I would like to once again invite her, now that she's represented by counsel -- at least we've seen correspondence purported to saying that she's represented by counsel, to please provide testimony to this board.

And then the second thing I wanted to talk about is last night we received a letter from the sheriff, and I have some real concerns about the letter. Because the letter -- one of the -- what gave rise to all of this is really, just to sort of summarize it in the beginning, was the way -- the complaints we had from employees about how they were being treated within the department.

So much so now that it's risen to the level that all of the sworn union personnel have voted and are unanimous. They're calling for her to resign. The captains have called for her to resign. The only sworn personnel in the office who's still supporting her on record is the second undersheriff she's had.

In that backdrop, last night the

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1   sheriff sent us a letter and said -- and she was
 2   questioning against the voracity of the texts
 3   that it's been said -- alleged came from her
 4   phone and that -- or we've had forensically
 5   looked at.  And she said in her sentence, "Would
 6   the county have hired a company to trace a text
 7   to my phone that one former employee claims came
 8   from me?"
 9            And the problem I have with that
10   sentence is that Witness 3 is not a former
11   employee.  Witness 3 still works for the County
12   of San Mateo in the sheriff's department.  And so
13   I don't know, as I sit here today, is the sheriff
14   saying that she intends to fire Witness 3 now?
15   Why is she referring to her as a former employee?
16   And that has given me great pause that we still
17   are in a circumstance where the sheriff is
18   communicating about people who haven't taken part
19   of this investigation and is either talking about
20   the future or giving a threat.
21            I don't know what this means that she
22   refers to her that was a former when she is not
23   or they are not.  And we know the witness knows
24   who -- the sheriff knows who this person is
25   because the sheriff and Mr. Aellne has referred
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    to about this -- who -- this witness in news
 2    interviews.  So I'm -- I am really taken aback by
 3    that.  And it's in that context today that we're
 4    really moving forward to protect the employees of
 5    this county.
 6              SUPERVISOR DAVE PINE:  Supervisor
 7    Corzo.
 8              SUPERVISOR DAVE PINE:  Thank you.  So I
 9    wanted to just kind of take a step back and share
10    that typically when we have these kinds of
11    resolutions or, you know, proposals, the second
12    reading can go on the consent agenda and we don't
13    need to have a public forum unless it's pulled by
14    a member of the public.  But we put this on the
15    agenda because we recognize that there are a lot
16    of questions about why this is happening, why
17    now.
18              You know, there are questions about the
19    report, so I want to take the chance to address
20    some of those concerns proactively and again
21    restate that this board is, has been, and will
22    continue to be committed to transparency,
23    accountability, and doing what it is in the best
24    interest of the public good.
25              So I'd like to set the record straight
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1  on a few misconceptions that I've heard in the
2  community specifically about the report.  And I
3  want to make sure people understand that this is
4  an independent human resources investigation.  As
5  someone who served for many years on a school
6  board, I have seen many of these kinds of
7  investigations done, and I want to be really
8  clear that these are not popularity contests.
9  These are not meant to be a platform for anyone
10 being investigated, for anyone to have their
11 cheerleaders give character references.
12         These kinds of investigations are done
13 to investigate serious allegations and then make
14 determinations based on credibility and facts
15 about whether these kinds of allegations are
16 sustained, unfounded, or even inconclusive.  And
17 through the years, I have seen many of these
18 kinds of reports determine that there wasn't
19 enough evidence to determine whether something
20 was sustained or unfounded.
21         And even, you know, as a board member,
22 as a school board member I've seen these kinds of
23 investigations come back as inconclusive when
24 personally I thought that the allegations were
25 credible and that the complainants were credible.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

But that's not the case here.

I have never in my seven years as an elected official seen an investigation, first of all, that has 15 allegations that are being investigated. I want people to understand how rare that is. That is not normal. And I think it speaks to the level of severity of what is happening in our sheriff's office. Twelve of the fifteen allegations were sustained.

And I also want to explain to the public that these kinds of investigations are not necessarily required to be done by a former judge like we had in this report. This -- you know, reputable independent investigators do not have to be former judges. They are not courtrooms. They are not required or even is it normal to have complainants, you know, under oath because they're not courtrooms. So I want people to understand that.

I also want to say that, you know, if this matter does make it into a court of law, I am really confident that anyone who lies under oath can and will face consequences for not telling the truth. And in this case, I believe that is our sheriff. She has used many tactics

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    that are greatly questionable.  You know, tactics
2    that we see around delaying, denying, deflecting
3    loudly publicly in front of the cameras.
4           And I -- because someone is loud does
5    not make them righteous or does not make them
6    truthful.  And I want the community to know that.
7    We have many civil employees, most of who are
8    women -- all of whom are women, the complainants,
9    in the report who were interviewed.  And they are
10   not represented by a union.  They are not
11   represented or protected by unions, and they are
12   extremely vulnerable to this day because of the
13   conditions that they have had to work under.
14          Earlier today we saw many, many of our
15   county employees being celebrated, being
16   respected for their work, and we have those kinds
17   of employees in the sheriff's office who just
18   because of the mere like willpower they have for
19   their families, for our community have endured
20   treatment that no one should have to work under.
21          So I want to take a second now to also
22   address some other questions that I've heard in
23   the community.  Does this charter amendment being
24   placed on the ballot take away the power from the
25   voters?  And I want to be very clear, no, it does

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

not.  This is going to be in front of the voters.
The voters will inform themselves and they will
make educated votes.

And why now?  Because this matter
continues to harm people in the sheriff's office.
What we are seeing has never happened before.
And we cannot delay.  We can't.  The people of
the County of San Mateo will decide for
themselves if they want to pass this charter
amendment, and they will do so just like they
would in any election.  They will be presented
with facts.  They will come to their own
conclusions, and it is up to the community to
educate themselves, and for us as a board and us
as a community to make sure that we understand
really what's happening here.

And I've also heard, you know, that we
should wait for a recall.  And while a recall is
the right of the voters, I want to again
reiterate that a recall is really a huge lift for
a community, especially a county-wide recall.
For -- about 46 signatures would be required to
even place something on the ballot for a recall
to be put on the ballot at all.

And what we see here is, you know,

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

continued violations of county policy, continued

harm to sheriff's office employees.  And

honestly, even -- I would say every county

employee and every county resident is being

impacted by this.  This is not something that

anyone would ever choose to be subjected to, but

it is our responsibility as a board to offer the

community solutions, and that is what we're doing

here today by taking this vote.

One more thing I want to address.  You

know, is this board -- there have been questions

about why this board never took any similar

action for previous sheriffs.  And I said this

last time and I will say it again.  I was not on

this board for any previous decisions.  I don't

know the facts of any decisions that were made.

That is not my responsibility.  My responsibility

as a county supervisor is to make decisions right

now for the matters before us and that is what

we're doing.

And I want to also just recognize that

I had and I still have criticisms about former

sheriffs in this county.  And that is the -- a

huge part of why I supported Sheriff Corpus to be

our sheriff in this county.  I will say again

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

that our sheriff has proven to be a sheriff that
we cannot trust. And so what -- the board that
we will take -- the vote that we will take will
be based on facts and with a commitment to
transparency, accountability, and doing what is
right for the public good.

We cannot sit here and do nothing. And
I refuse now and always to, you know, look past
what I believe to be corruption. And in terms of
due process, I want it to be very clear that the
sheriff had an opportunity to participate in the
investigation and chose not to. The sheriff has
been invited by this board to come before this
board to have a conversation and she has chosen
not to.

The sheriff went in front of cameras
and said that she was disappointed that I didn't
speak to her. And then when I did, she shared a
voicemail for the media that was, I'm sorry, not
threatening at all. But I do believe that our
sheriff must resign. And if she doesn't and we
have to move forward with this election in March,
she will be responsible for the millions of
dollars that it will cost our county taxpayers to
hold that special election.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1     I will just wrap up by saying that I

2 personally believe that this is the best option

3 before us.  We must place this on the ballot.

4 Our sheriff needs to be held accountable.  No one

5 is above the law.  No one should be above the

6 law.  And with that, I will conclude my comments

7 and just last thing say that the will of the

8 voters will decided what happens in our

9 community.  And that is something that I believe

10 to my core.  And we will move forward with the

11 will of the voters.  Thank you.

12          SUPERVISOR RAY MUELLER:  Supervisor

13 Pine, thanks.

14          SUPERVISOR DAVE PINE:  Supervisor

15 Mueller.

16          SUPERVISOR RAY MUELLER:  So first,

17 Supervisor Corzo, you said 46 signatures.  I

18 think you meant 46,000?

19          SUPERVISOR NOELIA CORZO:  Yes.

20          SUPERVISOR RAY MUELLER:  Okay.  And

21 then secondly, there is just a couple of things

22 that I just wanted to add.  There have been -- I

23 saw a text from a news -- from a reporter I think

24 and there's been -- it's been put out into the

25 world that all of the -- it's somehow known that

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

all of the witnesses in the report were former
Sheriff Bolanos supporters in the campaign.  That
is absolutely false.  The reporter who did -- who
put that out there should retract that.

Some of the people in this report,
these witnesses, were some of the most -- some of
Sheriff Corpus' most ardent supporters during her
campaign.  It's just false.  I don't know.  I
don't know how that could even be reported.

Second thing that I wanted to share is
with respect to the recall, and county counsel,
if you could verify this, if a recall was
initiated in  -- hypothetically in early
December, if the county were to take its full
time, if the elections office were to take its
full time that it's statutorily allowed to verify
signatures, and if the full time was necessary to
gather signatures, that may push the election
date into 2026.

JOHN NIBBELIN:  That's true.  I think
the earliest that a recall could feasibly take
place would be November of 2025.  Probably more
likely it would be April of 2026.

SUPERVISOR RAY MUELLER:  Right.  So for
it to take place in November of 2025,

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

hypothetically that would mean the -- all the
signatures were gathered in an earlier amount of
time than statutorily allowed.  And also the
verification of those signatures would happen
faster than statutorily allowed.

JOHN NIBBELIN:  A lot of things would
have to fall into place optimally in order for a
November 2025 to happen.

SUPERVISOR RAY MUELLER:  So I want
people to understand that, that the circumstances
and the working conditions that we're hearing
from our employees resoundingly in the sheriff's
office that exist today, absent this charter
amendment process, that they would be in those
working conditions possibly until 2026.

So you have that effect on employees
that we're concerned about as supervisors.  But
not only that, I want everyone to think about
what the effect of that is in terms of our
readiness for a public safety event.  What does
that dysfunction mean if we were to have a major
public safety event in this county during that
interim time period?  We can't take that risk.

That's how I feel about it looking at
this as a supervisor today.  I'm going to -- so I

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

feel like this is why we have to put this in

front of the voters.  Look at all of the

circumstances and use your best choice.  That's

all we can do is prevent you -- present you with

the evidence we've been presented with, share

with you the concerns that we have about it, and

ask you the voter what should be done.

            SUPERVISOR DAVE PINE:  I would just

want to reiterate the points -- one point made by

my colleagues, which is ultimately this will be

the decision of the public whether or not to

grant the board of supervisors this authority.

The public will have the opportunity to assess

all the facts and circumstances and consider

whether this is a power it wants to grant to us.

So in that regard, I think it's fair to the

public.  Supervisor Slocum, would you have any

comment?

            SUPERVISOR WARREN SLOCUM:  Yes.  Thank

you.  Thank you, Mr. Pine.  Obviously this is a

very difficult position that we're in.  It's a

difficult vote that we are about to undertake.  I

think it's unprecedented in the county's history.

And the bottom line for me here is that I have

mixed feelings about putting this on the ballot.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

Why do I have those mixed feelings?
Well, it does lead to a campaign.  And Supervisor
Pine, you just said the voters will consider the
facts, but I'm not so sure that that's totally
accurate because I do not believe that this
sheriff will fight this campaign with facts.  I
know that we will, but I don't believe the
sheriff will.

        And my questions around this around,
what happens if this passes?  What happens if it
fails?  Maybe counsel could just briefly walk
through that in a minute here.  But for me, the
recall path is probably the most appealing just
on its surface.  But if we're talking April of
2026 or sometime soon before that, I just can't
imagine being an employee working under the
circumstances that have existed and that exist
today.

        I have a concern about -- and I know
there's a sunset provision for this, but I do
have concerns about future boards.  And as I
said, even though there's a sunset, I still have
that nagging feeling that it shouldn't be left to
future boards.  Maybe it wouldn't be given the
sunset.  I'm curious, and maybe somebody could

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

answer this, maybe Supervisor Mueller or Corzo,
or may county executive or county attorney, I'm
curious about if we're still getting
whistleblower complaints or complaints from the
staff in the sheriff's office.

I'm concerned about the lawsuits that
most likely will come from this and the cost
thereto. And I'm curious, finally with another
question, that if the sheriff were to resign
sometime between now and March, would the sheriff
retain her county retirement and county benefits
that she may otherwise be entitled to? So
there's a few questions in there. I don't know,
county attorney, if you made note of those or if
you could respond.

JOHN NIBBELIN: Thank you, Supervisor
Slocum. Maybe I'll start with what were -- what
would happen if the county charter amendment were
to pass. And a couple of things I wanted to note
is the -- what the charter amendment states
specifically is that if the board were to seek to
exercise its power under the charter amendment
and endeavor to remove the sheriff by a four-
fifths vote, a couple of things that are
specifically required to happen is one that the

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

sheriff would have to be served with a written
statement of alleged grounds for removal and
would have to be provided a reasonable
opportunity to be heard regarding the --
regarding any explanation or defense.

The charter amendment also provides
that the board of supervisors may provide for
procedures by which a removal proceeding pursuant
to the charter would be conducted. So I want to
anticipate that the board would have a meeting at
which the board would establish procedures and
that notice, written notice, a written statement
of alleged grounds for removal would be provided
and then there be an opportunity for a hearing at
which the sheriff would have the opportunity to
offer an explanation or defense. That's what the
charter amendment sets forth. So that's what
would happen procedurally if this charter
amendment were to pass.

SUPERVISOR WARREN SLOCUM: Could I stop
you there for just a moment and thank you for
that thorough explanation? I'm curious, the part
about the sheriff has a chance to come forward
and respond. When in your best thinking might
that take place assuming we approve this Item 10?

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    JOHN NIBBELIN:  Again, I anticipate
2    that that would occur -- pursuant to the charter,
3    that would occur at some point after the March
4    election date, at a point after the board of
5    supervisors has served a written statement of
6    alleged grounds for removal.  So we'd be talking
7    about some point after the election in March.
8            SUPERVISOR WARREN SLOCUM:  And there
9    would be -- I know this may be off base, but
10   there would be no way to get that testimony into
11   the record ahead of the election.
12           JOHN NIBBELIN:  Well, there's nothing
13   that would stop that kind of a conversation from
14   taking place if -- you know, if the parties were
15   inclined to do that.  But the -- but again, the
16   specific process set forth in the charter
17   contemplates written notice, then a response or
18   an opportunity to be heard with respect to the
19   written notice.  So -- but again, nothing to stop
20   a conversation taking place in a different -- on
21   a different track if the parties were inclined to
22   have that kind of a conversation.
23           SUPERVISOR WARREN SLOCUM:  Yeah.  My
24   question is based on Supervisor Mueller's
25   invitation to the sheriff that now that she has

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    counsel to come forward and appear before the
 2    board and --
 3              JOHN NIBBELIN:  Right.  Right.
 4              SUPERVISOR WARREN SLOCUM:  -- testify.
 5              JOHN NIBBELIN:  Absolutely.
 6              SUPERVISOR WARREN SLOCUM:  You know,
 7    and --
 8              JOHN NIBBELIN:  And nothing were
 9    talking about doing here would foreclose that
10    happening if, again, the parties were inclined.
11              SUPERVISOR WARREN SLOCUM:  Thank you.
12              JOHN NIBBELIN:  A next question were --
13    well, one of the questions was with respect to
14    pensions.  And I do note that the fact that
15    somebody resigns in and of itself has no impact
16    on a person's pension.  There are some
17    provisions, you know, in law that I believe
18    PEPRA, Public Employee Pension Reform Act, I
19    think included some specific provisions that
20    noted that if somebody were convicted of certain
21    crimes while in office -- I'm not suggesting that
22    is relevant here, but there are some provisions
23    under PEPRA that would deprive folks of pension
24    benefits dating from the time at which misconduct
25    was first found to have occurred.
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1          But again, that requires a criminal
 2   conviction if I'm not misrecalling.  So to go
 3   back to my primary point, there's -- resigning in
 4   and of itself has no bearing on pension benefits.
 5          SUPERVISOR WARREN SLOCUM:  So just to
 6   be clear, if she resigned before the recall
 7   election, she would be entitled to her
 8   retirement, for instance, and other benefits and
 9   --
10          JOHN NIBBELIN:  To my knowledge, yeah.
11          SUPERVISOR WARREN SLOCUM:  Yes.  And if
12   she -- if this ballot measure appeared and it was
13   approved by the voters, her benefit package would
14   be not available to her?
15          JOHN NIBBELIN:  I don't believe that's
16   true either.  I think if she was removed -- I
17   don't think that removal in and of itself would
18   impact her entitlement to pension benefits.
19          SUPERVISOR WARREN SLOCUM:  So she would
20   get her benefits in either scenario.  Okay.
21          JOHN NIBBELIN:  I believe that's true,
22   yes.
23          SUPERVISOR WARREN SLOCUM:  Okay.  Go
24   ahead.  Thank you.
25          JOHN NIBBELIN:  I think the last
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

question's whether or not we continue to get
complaints.  I'm a little -- I'm hesitant to
answer all that.  That's at this point kind of HR
related matters.  So -- but -- so I frankly want
to -- and I'm -- I guess that's where I'd want to
leave it whether or not we're continuing to
receive complaints.

SUPERVISOR DAVE PINE:  Supervisor
Mueller?

SUPERVISOR RAY MUELLER:  I wanted to
follow up on a question that our argument might
be more of a theme that Supervisor Slocum talked
about, and that was communication should we pass
the charter amendment today, communication during
the time period before the election.  We are
going to be prohibited after today -- well, from
talking -- it'll be -- if we vote today, it goes
on the ballot.  It becomes a political issue
whether or not people vote.  So we won't be able
to campaign for it with county resources,
correct?

JOHN NIBBELIN:  There's generally a bar
under California law in using county resources,
government agency resources to either support or
oppose a measure that's on the ballot.  So the --

on the other hand, I mean, the law is clear.  The
case Stanson v. Mott is kind of the premier case
in this area.  And it sets forth that there's a
distinction that should be drawn between
informational educating of the public versus
advocacy.  And there's sort of a time-place-tenor
standard that needs to be applied when you look
at the communications that are taking place while
a measure is pending.

　　　　And so I guess what I'd say is we have
to be very careful all around as a county and
county agencies.  County departments would have
to be careful all around in terms of how they're
using county resources to communicate.  Because
while information and information sharing
educating the public is authorized, advocacy is
not.

　　　　So again, you've got to look closely at
the tenor, the timing, etcetera with respect to
communications to ensure that we don't run afoul
of the legal principle you were just
articulating.  So it's fair to say we'll spend a
fair amount of time I believe looking at that
going forward.

　　　　SUPERVISOR RAY MUELLER:  And the

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1  sheriff similarly is prohibited?

2           JOHN NIBBELIN:  All county departments'

3  employees are prohibited from using county

4  resources, government agency resources for

5  advocacy purposes.  That's true.

6           SUPERVISOR RAY MUELLER:  So the sheriff

7  would be prohibited, for instance, from using a

8  newsletter or using Next Door or using her

9  letterhead to send out mass communications about

10 the charter amendment if it was considered to be

11 campaigning?

12          JOHN NIBBELIN:  We'd have to work very

13 closely with the sheriff and any other county

14 department or any other county officials

15 including the board to -- on that same issue.

16 The same legal standard applies.

17          SUPERVISOR RAY MUELLER:  And is that a

18 civil standard or is that a criminal standard to

19 use county resources to campaign?

20          JOHN NIBBELIN:  It's a criminal

21 statute.

22          SUPERVISOR RAY MUELLER:  Thank you.

23          SUPERVISOR DAVE PINE:  All right.

24 (Indiscernible) other comments at this time?

25          JOHN NIBBELIN:  I've actually said a

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

lot, Supervisor Pine, but there was one other
thing I was hoping to add to the mix just for
clarity if I could.

SUPERVISOR DAVE PINE:  Go ahead.

JOHN NIBBELIN:  I want to note that as
Supervisor Corzo noted, this is adoption of an
ordinance.  This ordinance was actually
introduced at a prior meeting.  This is not
adoption of an ordinance to amend the charter,
but those looking at the packet for today's
meeting will note that there's also a resolution
included with this item.  There's the ordinance
and then there's a resolution.

And the resolution is calling for and
providing for a special election, etcetera.  And
I just want to be clear on why we included a
resolution with this and what the point and the
purpose of the resolution is.  And we've done
this for a couple of reasons.

First, while the election for a charter
amendment under California law very specifically
must because called by an ordinance.  The law
also provides that for any special local
election, the board must issue a proclamation or
a resolution calling the election, and that's

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    embedded in the election code.

2            We did include some language in the

3    ordinance that proclaims an election.  But kind

4    of in the spirit of belt and suspenders and

5    making sure that we've dotted I's and crossed Ts,

6    we also prepared this resolution calling the

7    election.

8            Also, I want to note that a request to

9    consolidate an election with any other potential

10   elections occurring on March 4, 2025 must be made

11   by resolution.  So on the off chance that there's

12   some other thing that's going to go to the ballot

13   in March of 2025, which I guess we'd know in a

14   few days, we want to make sure that we're able to

15   consolidate, and this resolution makes that

16   request.

17           And I just would note that Los Angeles

18   County, which included -- which as we've

19   discussed in a prior meeting, did something very

20   similar to what we're talking about doing here.

21   They also included both an ordinance and a

22   resolution for their charter amendment election

23   again back in November of 2022.  So again, that's

24   why we have the two items.

25           SUPERVISOR DAVE PINE:  All right.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    Thank you for that additional information.
2    Supervisor Corzo?
3            SUPERVISOR NOELIA CORZO:  I just wanted
4    to, before we go to public comment, make a couple
5    more clarifications.  I want folks to understand
6    that our sheriff right now is serving during a
7    six-year term.  We are wrapping up year two.
8    There are four more years left before the voters
9    would have an opportunity to vote on new
10   leadership in the sheriff's office without an
11   intervention like a charter amendment election or
12   a recall.  So I want to make sure folks
13   understand that so that they can understand what
14   the urgency is.
15           And I also wanted to make sure people
16   understand that votes of no confidence have been
17   taken and statements have been made by every
18   level of the sheriff's sworn officers.  The
19   deputy sheriffs, the sergeants, the lieutenants,
20   the captains, that is not normal.  Every single
21   level.
22           And civilian staff, most of which who
23   are women, all of the complainants, all of the
24   staff, the civil staff that made allegations that
25   were ultimately found to be sustained are women.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

And so what we have in front of us is a situation
where, you know, our first female sheriff has
failed to protect women under -- you know, in the
sheriff's office. And that, you know, is
something that I will not sit by and continue to
watch while doing nothing.

So I want to also share that, you know,
we will hear right now public comment, and I
expect it to be challenging. But that is what
public comment is for. And we will be responsive
to it. It's literally our job. So thank you.

SUPERVISOR DAVE PINE: Thank you,
Supervisor Corzo. All right. Let's now move to
public comment. Mr. Clerk?

SUKHAMANI PUERWAL: Thank you,
Supervisor Pine. We'll take public comments from
chambers first and then we'll hear from Zoom.
We'll just start with Christopher Ulrich followed
by Mark Depaula. And please speak directly into
the mic and you'll have a minute. Christopher
Ulrich? So Christopher is not here or... Okay.
I'm going to -- I'm just going to call on the
speakers so if you hear your name please come up.
Thomas Mazulla?

THOMAS MAZZUCCO: Thank you. Mazzucco.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    SUKHAMANI PUERWAL:  Mazzucco.  Please
2    come up.
3    THOMAS MAZZUCCO:  Good morning, members
4    of the board of supervisors, Mr. Callagy, Mr.
5    Nibbelin.  We are counsel representing Sheriff
6    Christina Corpus.  We've been working with
7    Sheriff Corpus for a little over a week.  We are
8    here to ask that this matter be continued.  We've
9    sent letters to Mr. Nibbelin your county counsel
10   to give us an opportunity to respond to the
11   allegations.
12        We're talking about a report that's
13   unsubstantiated.  You seem to know more about the
14   report than we do, Supervisor Mueller.  But it's
15   anonymous to us.  You're right.  The sheriff has
16   not presented her side of the story yet probably
17   due to a lack of confidence to potential
18   conflicts of interest.  But we are going to have
19   a serious conversation with the sheriff about
20   doing that.
21        And I hear from the supervisors a sense
22   of urgency to get this done.  Urgency to you the
23   members of this board who are attorneys is not a
24   reason to eliminate due process or the sheriff's
25   constitutional rights.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1            Now, I come to you with a background of
 2    ten years as an assistant DA in San Francisco,
 3    nine years as an assistant United States attorney
 4    in the United States Attorney's Office as a law
 5    enforcement coordinator working with all the
 6    agencies in San Mateo County, also as a police
 7    commissioner for 12 years.
 8            I've been through three changes of
 9    police chiefs.  I've hired three.  And guess
10    what.  There's never happiness amongst the staff.
11    Morale is always low.  It takes time.  And like
12    my old boss at the U.S. Attorney's Office said
13    Bob Mueller when he took over the FBI, there's a
14    third of the people are just not going to like
15    you, a third that will like you, and a third that
16    you're going to have to win over.  And we need to
17    give the sheriff that chance.
18            Law enforcement is a unique, unique
19    thing.  The community.  The community.  Crime is
20    down.  The stats are down.  That's unique.  You
21    cannot usurp the authority of the community.
22    Crime is down and staffing in the sheriff
23    department is up.
24            I want to say one thing.  Morale is up.
25    I can you right now I know the men and women of
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    the sheriff's department are still responding to
 2    calls for service to serve their community no
 3    matter who's in charge.  There's a lot of
 4    questions from this board.  There's a lot of
 5    uncertainty about the process.  I ask that you
 6    continue this matter to protect the sheriff's
 7    rights because it's the right thing to do.
 8              When you did Pledge of Allegiance you
 9    said, "and justice for all".  Justice, especially
10    for you lawyers on this board, we need to give
11    the sheriff an opportunity to respond.  This is
12    premature for you to usurp the authority of the
13    voters.  I thank you for giving me additional
14    time.
15              SUKHAMANI PUERWAL:  Thank you.
16    Christopher Ulrich followed by Mark Depaula.  And
17    as a reminder through the acting chair, you have
18    one minute.
19              CHRISTOPHER ULRICH:  Thank you.  Good
20    morning.  I am colleagues with Tim Mazzucco and
21    also counsel for Sheriff Christina Corpus.  I
22    echo what he says and request a delay.  I know
23    the allegations are serious, but at this point
24    they are just allegations.
25              I understand it was an esteemed
```

investigator. Many of the people she interviewed
by her own admission were complainants. It
doesn't look like -- look to us as though she
really tried to verify or check against their
allegations. Now, I understand we are not in a
court of law and this is a political process. We
are just across the walkway though from the
courthouse. And every day in that courthouse
allegations are made and the person against whom
those allegations are made has an opportunity to
respond.

          I understand you provided or you
offered that to Ms. Corpus previously. She now
has counsel and we are requesting that this board
delay this vote and give her an opportunity to
fully respond. Thank you for your time.

          SUKHAMANI PUERWAL: Thank you. Mark
Depaula followed by Monica Berlin.

          MARK DEPAULA: A board of supervisors
should not be involved in a recall with the
current Sheriff Corpus. Sheriff Corpus was
elected by San Mateo Count voters. Why has a
board of supervisors take such action when the
same board of supervisors had hired Judge Cordell
to investigate District Attorney Wagstaff?

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1          District Attorney Wagstaff said he
       2    would not cooperate with Judge Cordell regarding
       3    the Bat Mobile case, which San Mateo County
       4    deputies went to Indiana to harass an innocent
       5    car body man on the behalf of a rich San Mateo
       6    County real estate individual.  Why hasn't the
       7    board of supervisors asked for a recall of San
       8    Mateo County District Attorney Wagstaff?
       9          2007 the former sheriff and
      10    undersheriff were caught in a sex slave house
      11    with an underage Hispanic girl.  This was called
      12    Operation Dollhouse by the FBI.  In 2014 the
      13    sheriff was re-elected and shortly resigned, and
      14    the board of supervisors appointed the
      15    undersheriff to sheriff.
      16          In 2018 the board of supervisors
      17    endorsed the appointment of -- knowing what had
      18    happened in 2007.  I have the disk from the FBI,
      19    and I'm sure the board of supervisors would not
      20    want them.
      21          SUKHAMANI PUERWAL:  Thank you.  Our
      22    next speaker is Monica Berlin followed by Heather
      23    Colbert.  I'm not so sure if she's speaking on
      24    this item, but we'll check.
      25          MONICA BERLIN:  Hello.  Good morning.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
1   My name is Monica Berlin, and I just wanted to
2   come down here to speak in favor of Sheriff
3   Corpus.  I live in Half Moon Bay in the Half Moon
4   Bay community my entire life.  Whenever I
5   encounter deputies on duty in Half Moon Bay, and
6   I ask them about Christina Corpus because I was
7   very supportive of her campaign and how great she
8   is, I always see deputies' faces light up when I
9   engage them about Christina Corpus.
10          I've never heard anybody complain about
11  her.  So I think she's done amazing things with
12  the sheriff's office.  Like crime is down and
13  morale of the deputies I encounter is up.  And I
14  just want to say I -- the report is completely
15  unsubstantiated, and it's inappropriate for you,
16  Ms. Corzo, with all your distracting jewelry.
17  It's very distracting with your nose ring and
18  your earrings, and it's inappropriate.
19          But I think for you all to be attacking
20  her just shows more about you.  And I know you're
21  all corrupt.  And hopefully next year is -- your
22  time will be up and corruption is your way of
23  doing business.  But with Donald Trump coming
24  back and the death penalty for pedophiles,
25  hopefully --
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1              SUPERVISOR DAVE PINE:  Thank you.

2              MONICA BERLIN:  -- we won't have to see

3     you anymore.

4              SUKHAMANI PUERWAL:  Thank you.  Heather

5     Colbert.  Okay.  Thank you.  No additional

6     speakers from chambers, so Madam Clerk, please

7     proceed.

8              SHERRY GOLESTAN:  Thank you.  We are on

9     Item Number 10 with ten speakers.  Alison Madden

10    followed by Sameena Usman.  Alison, please unmute

11    and begin.

12             ALISON MADDEN:  Hello.  Good morning.

13    I think it's shocking the speed and hysteria with

14    which this board as currently constituted has

15    been handling this issue.  Yes, we've read the

16    report.  It's disrespectful to the voters to take

17    this action at this time and keep telling us to

18    read the report.

19             Two of you are terming out and will be

20    unaccountable to voters for your vote today.  I

21    predict the rest of you will have a challenge

22    with your re-election.  You should wait for the

23    newly elected supervisors to take their seats

24    before any action is taken on this issue.  That

25    is the most recent expression of the people's

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1   will.
 2              I based my vote for my supervisor for
 3   my area on the candidate's specific response to
 4   support for the sheriff in text about this issue
 5   and the campaign responded.  It's not surprising
 6   that the fraternization rule is being used
 7   against a woman and woman of minority background.
 8   And I'm not joking.  Just like Fani Willis, this
 9   county should eliminate that rule or amend it
10   going forward for disclosure, or look at every
11   male and female or even (indiscernible).
12              This sheriff is a reformer.  She's the
13   only one in this county that cares about the
14   women in incarceration.  And specifically, one of
15   the personnel issues that the rank and file don't
16   like is she wants overtime to be in the jails,
17   which is entirely proper.  She cares about women,
18   and she's a reformer.  LaDoris Cordell was the
19   worst pick --
20              SUPERVISOR DAVE PINE:  Thank you.  You
21   need to wrap up.
22              ALISON MADDEN:  Yeah.  A panel of three
23   like an arbitration would've been proper.  And
24   LaDoris Cordell went to the mat for Judge Persky
25   in the Brock Turner case.  People should look
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
1    that up.  She was the wrong person to hire.
2    Thank you.
3              SHERRY GOLESTAN:  Thank you.  Sameena
4    Usman followed by Nancy Goodban.  Just a
5    reminder, please adhere to the one-minute timer.
6    Sameena, please unmute and begin.
7              SAMEENA USMAN:  Hello.  My name is
8    Sameena Usman and I'm speaking on behalf of
9    Secure Justice.  We call for you to -- we're
10   calling for a special election on March 4th to
11   vote on the proposed amendment to the charter.
12             The thing is that we need to grant the
13   authority to remove the sheriff without the
14   sunset clause because otherwise we're going to
15   have to do this at the taxpayer expense.
16   Accountability is the cornerstone of public trust
17   in our democratic institutions, particularly in
18   law enforcement.
19             We -- when -- while elected officials
20   must retain independence, there must be
21   safeguards to ensure that they act in the best
22   interest of the community.  Calling for a special
23   election allows for the voters at San Mateo
24   County to make their voices heard on this
25   critical issue and ensures ample time for the
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

community education and engagement and empowers
the residents to fully understand the
implications of this charter amendment.

This is the opportunity to strengthen
public confidence in our institutions and
reaffirm your commitment to accountability and
justice.  I urge you to take this step.  Thank
you.

SHERRY GOLESTAN:  Thank you.  Nancy
Goodban followed by Joaquin Jimenez.  Nancy,
please unmute and begin.

NANCY GOODBAN:  Hi.  Thank you.  My
name is Nancy Goodban.  I live in Redwood City.
I'm with Fixin' San Mateo County.  Thank you for
what you're doing.  I do support it.  We are at
such a critical juncture with regard to public
safety in this community as Supervisors Mueller
and Corzo have outlined.

The current sheriff is the only in the
department who seems to support -- the current
undersheriff is the only one in the department
who still seems to support the current sheriff,
but she refuses to participate in any solutions.
This provides an opportunity for you to safeguard
against similar problems in the future.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1          I hope that you will look at creating a
2     regular ongoing inspector general position to
3     provide an independent channel where people can
4     raise concerns and questions and the opportunity
5     to address problems before they become such a
6     liability.  The inspector general would develop a
7     communication protocol with the sheriff's office
8     to be able to make policy and practice
9     recommendations to your board and to the sheriff.
10          I also hope that you will ask
11    (Indiscernible) to weigh in, in their role as
12    advisory to your board.  It's time to give them
13    duties, powers -- thank you for all that you do.
14          SHERRY GOLESTAN:  Thank you, Nancy.
15    Joaquin Jimenez followed by Ron Snow.  Joaquin,
16    please unmute and begin.
17          JOAQUIN JIMENEZ:  Good morning again.
18    My name is Joaquin Jimenez.  I am the mayor for
19    the city of Half Moon Bay, but I'm speaking as a
20    concerned citizen.  I support Sheriff Christina
21    Corpus 100 percent.  And no, I do not agree to
22    give you my vote, to give you my permission to
23    ask her to resign, to remove her from her
24    position.
25          This is a witch hunt.  You -- if

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1  Christina Corpus would've been a man, this would
2  not be happening.  She has changed our community.
3  She has helped out community.  The crime in the
4  coast has dropped significantly.  If some of you
5  were to be investigated about special events,
6  special parties, many of you would have to be
7  removed.  And again, I do not give you my
8  permission.  I do not give you my vote for you to
9  remove Sheriff Christina Corpus.  I support her
10 100 percent.  Thank you.
11           SHERRY GOLESTAN:  Thank you.  Six
12 hands.  Ron Snow followed by Cindy.  Ron, please
13 unmute and begin.
14           RON SNOW:  Yes, supervisors.  Thanks --
15 thank you for listening.  I do think that there's
16 been a lack of transparency.  I searched through
17 the county notes on this thing and there's no
18 counter-arguments that are posted.  George Galen
19 I think was the person who did a very good
20 analysis of the judge's report and points out so
21 many different flaws and opinionated statements
22 that I think it's important for that report to be
23 posted as well as some of these other areas.
24           To only allow one minute is an example
25 of why the public isn't being allowed to have a

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1   counter-measure.  The other one is I think this
 2   has just gone too far too fast.  I got notified a
 3   week or so ago of a meeting that was supposed to
 4   happen in two hours so there wasn't even -- a
 5   meeting by Mueller that said that there was
 6   ongoing to be more information disclosed.  No
 7   time to react to that.  No time to schedule for
 8   that.  So I hope that you slow this down, allow
 9   the new board of supervisors to vote on this, and
10   make this happen later in the year.  Thank you.
11            SHERRY GOLESTAN:  Thank you.  Cindy
12   followed by James C. Johnson.  Sydney -- Cindy,
13   please unmute and begin.
14            CINDY MCREYNOLDS:  Hi.  My name is
15   Cindy McReynolds, and thank you for this
16   opportunity to talk.  And I would like to know --
17   I've heard the supervisors that they all have
18   their own opinion, which appears to be in
19   contrast to what the constituents of San Mateo
20   County have.
21            I have not heard anybody that is
22   representing the people, and I thought this board
23   was supposed to represent the people of San Mateo
24   county.  Yet we have no complaints.  We have no
25   recall, and we're happy with the sheriff.  We
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    were unhappy with the prior sheriff and the prior
2    actions of the board of supervisors.  And two of
3    them are still on the board that didn't do
4    anything about prior indiscretions.
5              Another thing I would like to bring up
6    is that this is tyranny that for you to take our
7    constitutional votes and then not give us the
8    opportunity to recall anybody.  I don't know if
9    you're going to put somebody in or we vote for a
10   new sheriff.  But have you -- I just want to know
11   if you've registered with the secretary of state
12   and are following the election code in regards to
13   your recall and your campaign.  Thank you.
14             SHERRY GOLESTAN:  Thank you, Cindy.
15   James C. Johnson followed by Andrea Paul.  James,
16   please unmute and begin.
17             JAMES C. JOHNSON:  James C. Johnson
18   here, Redwood City.  I've been with Redwood City
19   for 40 years.  I just want to reiterate to the
20   board of supervisors you guys do not have the
21   authority to remove the sheriff.  You guys can
22   make suggestions and policies and use the code in
23   San Mateo County as a Rubix Cube to justify your
24   fraudulent agenda.
25             But you do not have the authority to

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1   trump the votes of San Mateo County.  Sixty
 2   percent of the people voted for Christina.  Crime
 3   rate is down.  I have also spoken to over dozens
 4   of sheriff's officers.  I've also spoken to Mike
 5   who's sitting on the left-hand side there, you
 6   know, and saying Carlos.  And this is a witch
 7   hunt.  This is a witch hunt.  Mike's the devil
 8   behind the curtain that's justifying this agenda,
 9   and he's promoting and pushing the board of
10   supervisors to go along and remove the vote.
11           You have five people sitting there, and
12   you guys want to remove 30,000, 40,000 votes that
13   voted for Christina Corpus with no justification
14   whatsoever.  And if in fact you guys follow the
15   code of California to remove an elected official
16   like they did the governor of California a couple
17   of times, then I could say that that could be
18   justifiable.
19           But you guys have no probable cause.
20   Christina Corpus hasn't done anything.
21   Everything in the allegations in the report, 102
22   documents, are full of hyperboles and homonyms --
23           SUPERVISOR DAVE PINE:  Thank you, Mr.
24   Johnson.
25           JAMES C. JOHNSON:  -- to justify your
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1   guys' agenda and --

 2              SHERRY GOLESTAN:  That's your time.

 3              JAMES C. JOHNSON:  -- and you guys are

 4   creating hysteria amongst the community that is

 5   unjustifiable.  And you guys are going to face

 6   legal action with an injunction in federal court

 7   if you guys continue to pursue with this

 8   fraudulent --

 9              SUPERVISOR DAVE PINE:  Madam Clerk,

10   (indiscernible).

11              JAMES C. JOHNSON:  -- agenda against

12   the sheriff.

13              SUPERVISOR DAVE PINE:  Thank you.

14              JAMES C. JOHNSON:  You guys are --

15              SHERRY GOLESTAN:  Mr. Johnson --

16              JAMES C. JOHNSON:  -- are pathetic.

17   You guys are pathetic.

18              SHERRY GOLESTAN:  Mr. Johnson, the

19   chair has asked you to wrap up.

20              JAMES C. JOHNSON:  You guys both --

21              SUPERVISOR DAVE PINE:  Please mute him.

22              JAMES C. JOHNSON:  You guys will be

23   removed from office in the next election term.

24              SUPERVISOR DAVE PINE:  We have to wrap

25   up.
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    JAMES C. JOHNSON:  Mark my words.

2    SHERRY GOLESTAN:  Okay.  And we will

3    now go to Andrea Hall.  We also had a hand up for

4    Ann.  Ann, your hand is now lowered.  I just

5    wanted to mention that in case you meant to

6    speak.  Andrea, please unmute and begin.

7    ANDREA HALL:  Good morning.  My name is

8    Andrea Hall.  And as you may know, I was recently

9    elected to the Broadmoor Police Commission.  I'm

10   here to speak in favor of the resolution but

11   against the sunset clause.  Law enforcement in

12   unincorporated San Mateo County clearly needs

13   continued oversight.  The Cordell report makes

14   that clear.

15   And just yesterday the Broadmoor Police

16   District hired an officer who had a DUI for

17   driving a government-owned vehicle with a blood

18   alcohol level of 0.269.  I know that creating

19   oversight for law enforcement in San Mateo County

20   will take time, and it requires the trust of the

21   community but it is essential.  And so I would

22   ask you to pass this resolution today.  Thank you

23   very much.  I'd like to cede the remainder of my

24   time.

25   SHERRY GOLESTAN:  Thank you, Andrea.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    Dan Stegink followed by Pat Willard.  Dan, please
 2    unmute and begin.
 3             DAN STEGINK:  Thank you, supervisors.
 4    It's quite clear now that you don't have the
 5    legal purview to remove the sheriff just because
 6    you want to.  It's not a court of law.  It's a
 7    kangaroo court.
 8             It's not true that only the guilty get
 9    legal counsel.  An exercise of one's
10    constitutional rights is not probable cause.
11    Changing federal policy largely requires a
12    federal vote.  Changing state policy largely
13    requires a state vote.  As a rescue diver, I've
14    worked with tens of federal, state, and local law
15    enforcement agencies recovering hundreds of
16    bodies in California and across the U.S.
17             And as a California Democratic party
18    member, I've written more justice reform
19    resolutions than anyone else in the county
20    combined.  Cops are bred for war.  Tapia, Corpus,
21    Callagy, they're all cops.  If you put them in a
22    room, they'd get into a fist fight before they
23    would decide where to go buy sandwiches.  You
24    need to be the adults in the room.  Don't recall
25    Sheriff Corpus.  Recall Ray Mueller.  Thank you
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    very much.
 2            SHERRY GOLESTAN:  Thank you, Dan.  Pat
 3    Willard followed by Ann.  Pat, please unmute and
 4    begin.
 5            PAT WILLARD:  Thank you.  I want to
 6    raise a couple of things from Los Angeles County
 7    Chapter 3.79.030.  A sheriff's civilian oversight
 8    commission investigates through the office of
 9    inspector general to analyze solicit input and
10    investigate sheriff-related issues or complaints
11    affecting the community.
12            Chapter 6.44.190 Office of the
13    Inspector General as part of the board of
14    supervisors' duty to supervise the official
15    conduct of the sheriff under California state
16    government code.  These things must be defined in
17    that same fashion in San Mateo County.
18            A couple of days ago or a couple of
19    weeks ago I listened to an ICAC meeting where
20    each of the members on that board continued to
21    say that they don't know what responsibilities
22    they have.  The Chapter 7.3.79 of the Civilian
23    Staff Oversight Commission in LA County specifies
24    who, what, when, and where and how their
25    responsibilities are in plain English.  Those
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
1   same two --
2           SUPERVISOR DAVE PINE:  Thank you.  You
3   need to wrap up.
4           PAT WILLARD:  -- charters should be
5   implemented in San Mateo County as soon as
6   possible.  Thank you.
7           SHERRY GOLESTAN:  Thank you, Pat.  And
8   our last speaker Ann.  Please unmute and begin.
9           ANN:  Thank you very much.  I am
10  neither in favor of or against the current
11  sheriff.  I'm just concerned about preserving
12  election integrity.  Why not have a recall
13  election of a public official rather than going
14  through this type of process?  I'm concerned
15  about setting a precedent for the future and
16  giving the board exclusive power over an elected
17  position.
18          On the surface, the actions seem to be
19  more of a power grab.  Why not let the public
20  recall the sheriff in an election in order to
21  preserve election integrity and really supporting
22  the will of the people?  What you're doing only
23  adds to people's concern about government in
24  general, and there's already a problem with the
25  perception of the public.  So I just would ask
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

that you please consider a recall rather than the
actions you're planning today. Thank you.

SHERRY GOLESTAN: Thank you, Ann. No
further comments, acting chair.

SUPERVISOR DAVE PINE: All right.
Thank you, everyone, for your comments today.
Supervisor Mueller.

SUPERVISOR RAY MUELLER: Yeah. I think
it's really interesting the backdrop. It's
funny. I've served on the city council for ten
years where you hire your police chief, and I
think that's the method in the majority of cities
in San Mateo County, they hire their police
chief. And if they got a human resources report
like this, pretty sure most city councils would
fire that police chief.

So we have an elected sheriff. That's
something that exists historically within the
state. So we go through a process that's
incumbent to be gone through to remove that
sheriff different than a police chief in a city.
I want people to remember that process of what
takes place in the city because I think that's
important for those who are reacting to it this
way. Every city in San Mateo County has a city

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

council that oversees how that department is managed.

Secondarily, I want to respond to the -- with that being the case, we're not doing that here. The -- let me back up. We're not doing that here. The board is respecting the elected position of the sheriff. And so I want to speak to what the attorneys brought up with respect to due process.

Mr. Nibbelin, if this charter amendment was passed by the voters, if they looked at this and they decided to give the board the power with a sunset clause to go ahead and apply this amendment to the charter amendment, would we still be held to due process in applying this charter amendment provision? Could it be challenged in court if we applied this charter amendment process inappropriately?

JOHN NIBBELIN: It could be challenged in court if we applied it inappropriately. The charter amendment, as I noted earlier, includes a process, provision for written notice and opportunity to be heard prior to the board acting on the -- on a removal if indeed this were passed.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1      SUPERVISOR RAY MUELLER:  And the second
2  thing I wanted to respond to comments from
3  counsel, because I do take -- I do listen to your
4  comments.  They're asking for a continuance, but
5  the question I have for you is -- because you
6  want to balance that.  And if we continue it --
7  if we were to continue it, that would push us to
8  November for the election.  Is that right?
9      JOHN NIBBELIN:  It would.  To be clear,
10  in order to make the March election date, the
11  board has to adopt the ordinance prior to
12  December 6, 2024, which is the election minus 88-
13  days' deadline.
14      SUPERVISOR RAY MUELLER:  But we could
15  -- if it was passed today, we could take it off.
16  We could at a later date decide -- the board
17  could meet and decide, well, we're going to go
18  ahead and take the charter amendment off.
19      JOHN NIBBELIN:  The board would have
20  actually until December 11th to take the matter
21  off to be clear, which is E minus -- election
22  minus 83 days.  These are dates and deadlines
23  that are set forth in the election code.
24      SUPERVISOR RAY MUELLER:  So if Sheriff
25  Corpus wanted to come to our next meeting on

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

December 10th and make her case, why we could
take this off while represented by counsel and
testify to us and present whatever evidence she
wanted to, the board could take it under
advisement at that time whether or not they
wanted to go ahead and pull the charter amendment
off the election.  Isn't that correct?

JOHN NIBBELIN:  I think that's correct.
There's some things we'd have to do to make sure
the agenda notice that is a possibility.  But
yes.

SUPERVISOR RAY MUELLER:  Okay.  Well,
so again, I want to, through the chair, extend
the invitation to Sheriff Corpus to come to our
next meeting and talk to us.  Because we can take
this off, take this item off if it's passed
today.

MAN 1:  (Indiscernible).

SUPERVISOR DAVE PINE:  No, that's not
proper at this time.

SUPERVISOR RAY MUELLER:  So let's go --
with that, I'm -- I don't have any further
comments.

SUPERVISOR DAVE PINE:  Supervisor
Corzo?

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

SUPERVISOR NOELIA CORZO:  Thank you,
1
2    Supervisor Pine.  So I want to share that our
3    board is advised.  We have two lawyers on our
4    board.  We have a team of lawyers who knows the
5    law, respects it, follows it, understands it.
6    And we have been presented with the options that
7    our board has for moving forward.  That is what
8    has led us to this place.
9              That vote that we're going to take is
10   one that this board has carefully considered and
11   we'll shortly find out what that is.  But at the
12   core of this issue is the reality that our
13   current sheriff does not understand, follow, or
14   respect not just county policy, but basic ethics
15   and -- around conflict of -- conflicts of
16   interest and much more.  And for anyone who has
17   not taken a chance to review the report, please
18   do so.  You know, to state that there is not
19   evidence in this report is just factually
20   incorrect.
21             And I want to share something on more
22   of a personal level because I was a supporter of
23   the sheriff.  And it wasn't until I really
24   understood what the allegations were, who made
25   them, how they were sustained that I chose to

                    Veritext Legal Solutions
              Calendar-CA@veritext.com 866-299-5127

pull back that support.  And you know, there were

signs.  And even, you know, as recently as this

summer, I want to share that I had a conversation

with the sheriff.  And in that conversation, the

sheriff admitted to me that Victor Aellne, who is

really at the core of the allegations in this

report, had lied to me about a statement that she

had allegedly made.

　　　　　And her admitting that to me is part of

my decision making here because it is very clear

to me that she is incapable of holding Victor

Aellne accountable or putting anyone else's

interests before his and ultimately hers.  And

that to me is a mentality that is completely

unbefitting of a leader who needs to make sound

decisions in the sheriff's office who is

ultimately responsible for public safety in our

entire county.

　　　　　Again, votes of no confidence by every

level of the sheriff's office.  The day that we

released this report, for anyone who's kind of

new to the situation, the sheriff arrested the

union president of the Deputy Sheriff's

Association, who was a former long supporter of

hers.  And shortly thereafter, we saw her new

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

assistant sheriff and a captain quit because of
their involvement in that arrest.

There are investigations still
happening right now around all of these matters.
And those will ultimately, you know, be presented
to the community as well.  But I just -- I want
people to understand that these are not decisions
that we have come to lightly.  And we have to do
what's right for this community even when it's
hard, even when we have members of the public
come and directly attack us and say whatever they
want to say because it's their right.  That's
their First Amendment right, and we respect those
rights here.

I want to urge my colleagues here to
support the second reading of this ordinance and
the resolution before us because there are people
who feel silenced right now that are county
employees.  And I have great concern for members
of the public who are being impacted by this who
do not know how to stand up for themselves or are
scared to speak up.

My biggest fear if we see this level of
dysfunction in our sheriff's office, what does
that mean for your everyday resident?  What does

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

that mean for people walking down the street and
for their rights?  We already have a claim
against the county for the arrest of the union
president.  And all of that while the public
knows that there -- you know, there was an
investigation.  There's -- the report has been
released.

We saw our sheriff on November 13th
come into these chambers and not only completely
deny everything in the report, but she tried to
promote Victor Aellne to a position he's not
qualified for right in these chambers.  If those
are not political theatrics, I don't know what
is.

We are happy to hear from the sheriff,
but I want people to know that I have zero
confidence in anything coming out of her mouth
being truthful.  And saying that about a law
enforcement officer is really concerning.  And
our county is doing everything we can to apply
the same level of accountability for everyone.

But ultimately, again, I just want to
come back to -- I want to urge our board to pass
this second reading and this resolution.  It's
the right thing to do.  We cannot wait for an

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

emergency to happen in our community and the
dysfunction that the sheriff's office to make
that even worse.  We have to act now.  We have to
be proactive.

And let me just say for the people
working at the sheriff's office, this is far too
late already.  They have already been harmed over
time.  And many of those complainants are women,
are women of color, and we need to be their
voice, and we need to protect them, and we need
to do what is right for our community.  So with
that, I -- unless anyone wants to share
additional comments, I motion to approve -- oh,
sorry.  Go ahead, Supervisor --

SUPERVISOR DAVE PINE:  We do have
Supervisor Slocum has --

SUPERVISOR NOELIA CORZO:  President
Slocum?

SUPERVISOR DAVE PINE:  -- raised his
hand.

SUPERVISOR WARREN SLOCUM:  Thank you,
Mr. Pine.  I'm just curious through the chair and
directed toward county attorney.  Could we --
does it make any sense to formally invite the
sheriff to join us on December 10th with her

counsel, excuse me, to offer whatever testimony
she would like in response to this matter?  And
the reason for that is I understand that we would
have until December 11th to remove the proposed
ballot measure.

SUPERVISOR RAY MUELLER:  I would --
Supervisor Slocum, thank you.  That was also what
I had brought forward, and I'd like to second
that.  But I'd like to add one caveat.  Sworn
testimony.  And I anticipate that in making that
request for the 10th to provide sworn testimony
the response we may get will be, well, there's
certain things we don't have yet or -- but there
are 14 different allegations in that
investigation.

And I would welcome sworn testimony on
any of those 14 allegations.  Some of those
having to do with her -- specifically with her
relationship with Mr. Aellne, some having to do
with text messages.  These are items that frankly
her to -- her coming in and just providing sworn
testimony regarding should be -- just come tell
us what happened.

There's allegations here in the
complaint.  Tell us in your own words what

happened under sworn testimony before us on the
10th before we decide to move forward.  So I
don't know if she'll want to provide testimony
with respect to all 14 allegations, but I'd like
to know which ones she is prepared to provide to
us on December 10th.

SUPERVISOR WARREN SLOCUM:  And Mr.
Counsel, do we -- would there have to be an
amended motion to cover what the supervisor just
went through?

JOHN NIBBELIN:  I think that the
board's got the discretion either through a
motion or an amended motion to invite the sheriff
under whatever terms the board cares to, whether
it's sworn, non-sworn testimony.  That's totally
within the board's discretion.

And you know, however the board wants
to sort of frame the invitation, I think it's
within their discretion.  It could be a motion to
issue that invitation.  It could be direction to
have that invitation transmitted.  You know,
there are a number of ways that that could be
done.  And so yes, absolutely, that would be
within the board's discretion again whether it's
sworn or non-sworn testimony.  You know, it's --

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1   again, the board's discretion.
 2          Would note that, again, you know, the
 3   -- in the -- you know, in -- additionally, I mean
 4   the board is aware and the sheriff's aware that
 5   this office, the Office of the County Attorney,
 6   does represent the sheriff's office.  There are
 7   processes for the sheriff to request separate
 8   counsel when separate -- when the sheriff
 9   believes that there's a conflict that would
10   prevent our office from representing both the
11   board and the sheriff.
12          And if the sheriff wanted to show up
13   with different representation, that's up to --
14   that would of course be up to the sheriff.  But
15   recognize again that the Office of the County
16   Attorney in the ordinary course represents the
17   sheriff unless separate counsel's been appointed,
18   and there's a process dictated in the government
19   code for doing that.  So I just wanted to flag
20   that issue as well.
21          SUPERVISOR RAY MUELLER:  I --
22          SUPERVISOR WARREN SLOCUM:  Well -- go
23   ahead.
24          SUPERVISOR RAY MUELLER:  I'm sorry,
25   Warren.  I didn't mean to interrupt you.
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1          SUPERVISOR WARREN SLOCUM:  No, go
2    ahead.  I was just prepared to make a motion to
3    have the subcommittee -- I guess it would be a
4    subcommittee, invite the sheriff to come and
5    provide sworn testimony to whatever allegations
6    she would like to speak to.  And she's welcome to
7    bring her attorney -- attorneys.
8          SUPERVISOR NOELIA CORZO:  Sorry.  I
9    just want to get clarity on -- I feel like we
10   have a couple -- well, that's the motion, but we
11   have to vote on the matter before us as well.  Do
12   you want to add that to your motion, President
13   Slocum?
14         SUPERVISOR WARREN SLOCUM:  I just --
15         SUPERVISOR DAVE PINE:  I think it's two
16   separate motions.
17         SUPERVISOR WARREN SLOCUM:  Yeah.  I
18   wanted to bifurcate it.  One is the invitation
19   and two is the ballot -- proposed ballot measure.
20         SUPERVISOR RAY MUELLER:  So we could
21   just take care of the second one first and then
22   go back to yours.  So I'll second Supervisor
23   Slocum's motion.
24         JOHN NIBBELIN:  Okay.  Just to be clear
25   for the record, the motion is that an invitation

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

-- that the subcommittee -- and I want to be
clear who is the subcommittee that we're
referring at that point, Supervisor Slocum?

SUPERVISOR WARREN SLOCUM:  I think it
would be Supervisor Mueller and Supervisor Corzo.

JOHN NIBBELIN:  Thank you.

SUPERVISOR RAY MUELLER:  May I make one
amendment to your motion, Supervisor Slocum?
Sworn testimony and then questions and answers
with the board so there's dialogue within the
invitation.

SUPERVISOR WARREN SLOCUM:  Sure.
That's acceptable.

JOHN NIBBELIN:  And again, the -- I
want to note just as a matter of record that the
board of supervisors has not authorized separate
counsel for the sheriff.  The sheriff does have
-- as has been noted, there are individuals here
today who have identified themselves as counsel
for the sheriff.

But the board of supervisors have not
itself appointed separate counsel or agreed to
appoint separate counsel for the sheriff.  But if
the -- again, the invitation is the sheriff can
bring whom she wants as representation.  I want

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1     that clear as well.

2             SUPERVISOR RAY MUELLER:  It is, but I

3     want to clarify for the public what you mean by

4     that.  The board has not authorized -- or I guess

5     you haven't reached the conclusion to ask us to

6     pay for separate counsel.  She's -- and that's

7     what the term "authorized" means.  She's welcome

8     to hire whomever she wants to be her counsel.

9     The board's not prohibiting that.  And it appears

10    that there is counsel here today representing

11    her.

12            JOHN NIBBELIN:  That's what I'm trying

13    to make clear.

14            SUPERVISOR RAY MUELLER:  Okay.

15            JOHN NIBBELIN:  Again, there's a

16    process in the government code for the county to

17    fund separate counsel.  That has not yet

18    occurred.

19            SUPERVISOR RAY MUELLER:  Okay.

20            SUPERVISOR NOELIA CORZO:  Can I just

21    add a clarification on that note?  The board has

22    not made a decision on that because there hasn't

23    been a clearly defined specific issue that has

24    been articulated in a request.  It can't just be

25    a general broad request for anything.  It has to

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

be about a specific issue.

JOHN NIBBELIN:  That's our reading of the law.  That's true, yes.  But that -- but again, I think I have the motion then.  It's an -- the subcommittee would issue invitation to the sheriff to provide sworn testimony before the board meeting -- before the board at its meeting of December 10th with representation of her choice if she chooses to bring representation with a provision that it would be a question-and-answer component to that as well.

SUPERVISOR RAY MUELLER:  Okay.  I'll second that motion.

SUPERVISOR DAVE PINE:  That's a motion made by Supervisor Slocum and seconded by Supervisor Mueller.

SUKHAMANI PUERWAL:  I'll take the roll call.  Supervisor Pine?

SUPERVISOR DAVE PINE:  Yes.

SUKHAMANI PUERWAL:  Thank you. Supervisor Corzo?

SUPERVISOR NOELIA CORZO:  I want to share that, before I cast my vote, I'm again extremely concerned that, even under oath, our sheriff will use this as a platform to continue

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    to lie.  So I'm going to abstain on this one.
 2              SUPERVISOR DAVE PINE:  Thank you.
 3    Supervisor Mueller?
 4              SUPERVISOR RAY MUELLER:  Yes.
 5              SUPERVISOR DAVE PINE:  Supervisor
 6    Slocum?
 7              SUPERVISOR WARREN SLOCUM:  Yes.
 8              SUPERVISOR DAVE PINE:  Thank you.
 9    Motion passes with Supervisor Corzo abstaining.
10    All right.  We should move back to the matter at
11    hand.  Supervisor Corzo --
12              SUKHAMANI PUERWAL:  Did Supervisor Pine
13    vote?
14              SUPERVISOR DAVE PINE:  Yes, I did.
15              SUKHAMANI PUERWAL:  Okay.  I'm sorry,
16    Supervisor Pine.
17              SUPERVISOR DAVE PINE:  Did you have a
18    motion?
19              SUPERVISOR NOELIA CORZO:  Yes.  I move
20    to pass the second reading of the proposed
21    ordinance and the resolution before us.
22              JOHN NIBBELIN:  So the motion, again,
23    to adopt the ordinance and --
24              SUPERVISOR NOELIA CORZO:  Adopt the
25    ordinance and approve the resolution.
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1            JOHN NIBBELIN:  Thank you.

 2            SUPERVISOR NOELIA CORZO:  Thank you.

 3            SUPERVISOR RAY MUELLER:  I'll second

 4  it.

 5            SUPERVISOR DAVE PINE:  Sure.

 6            SUKHAMANI PUERWAL:  I'll take the roll

 7  call.  Supervisor Pine?

 8            SUPERVISOR DAVE PINE:  Yes.

 9            SUKHAMANI PUERWAL:  Thank you.

10  Supervisor Corzo?

11            SUPERVISOR NOELIA CORZO:  Yes.

12            SUKHAMANI PUERWAL:  Supervisor Mueller?

13            SUPERVISOR RAY MUELLER:  Yes.

14            SUKHAMANI PUERWAL:  And Supervisor

15  Slocum?

16            SUPERVISOR WARREN SLOCUM:  Yes.

17            SUKHAMANI PUERWAL:  Thank you.  Motion

18  passes with Supervisor Canepa being absent.

19            SUPERVISOR DAVE PINE:  All right.  That

20  concludes this item.  Thank you, everyone.

21            (End of requested portion)

22

23

24

25
```

Page 66

```
1            C E R T I F I C A T I O N

2

3  I, Sonya Ledanski Hyde, certify that the

4  foregoing transcript is a true and accurate

5  record of the proceedings.

6

   Date:  February 24, 2025

7

8

9

10

11

                    <%12151,Signature%>

12            Sonya Ledanski Hyde

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| 0 | 3 |
|---|---|
| **0.269.** 45:18 | **3** 1:14 4:10,11 4:14 |

| 1 |
|---|
| **1** 52:18 |
| **10** 2:2 18:25 35:9 |
| **100** 39:21 40:10 |
| **102** 43:21 |
| **10th** 52:1 57:25 58:11 59:2,6 64:8 |
| **11th** 51:20 58:4 |
| **12** 30:7 |
| **12151** 67:11 |
| **13th** 56:8 |
| **14** 58:14,17 59:4 |
| **15** 7:4 |

**3.79.030.** 47:7
**30,000** 43:12
**31** 2:6

| 4 |
|---|
| **4** 2:4 26:10 |
| **40** 42:19 |
| **40,000** 43:12 |
| **46** 9:22 12:17 |
| **46,000** 12:18 |
| **4th** 37:10 |

| 6 |
|---|
| **6** 51:12 |
| **6.44.190** 47:12 |

| 7 |
|---|
| **7.3.79** 47:22 |

| 8 |
|---|
| **83** 51:22 |
| **88** 51:12 |

| 2 |
|---|
| **2007** 33:9,18 |
| **2014** 33:12 |
| **2018** 33:16 |
| **2022** 26:23 |
| **2024** 1:14 51:12 |
| **2025** 2:4 13:22 13:25 14:8 26:10,13 67:6 |
| **2026** 13:19,23 14:15 16:15 |
| **2028** 2:7 |
| **24** 67:6 |

| a |
|---|
| **aback** 5:2 |
| **able** 22:19 26:14 39:8 |
| **above** 12:5,5 |
| **absent** 14:13 66:18 |
| **absolutely** 13:3 20:5 59:23 |
| **abstain** 65:1 |
| **abstaining** 65:9 |

**acceptable** 62:13
**accountability** 5:23 11:5 37:16 38:6 56:21
**accountable** 12:4 54:12
**accurate** 16:5 67:4
**act** 20:18 37:21 57:3
**acted** 2:17
**acting** 31:17 49:4 50:23
**action** 10:13 32:23 35:17,24 44:6
**actions** 42:2 48:18 49:2
**actually** 24:25 25:7 51:20
**add** 12:22 25:2 58:9 61:12 63:21
**additional** 27:1 31:13 35:5 57:13
**additionally** 60:3
**address** 5:19 8:22 10:10 39:5
**adds** 48:23

**adhere** 37:5
**admission** 32:2
**admitted** 54:5
**admitting** 54:9
**adopt** 2:2 51:11 65:23,24
**adoption** 25:6 25:9
**adults** 46:24
**advised** 53:3
**advisement** 52:5
**advisory** 39:12
**advocacy** 23:6 23:16 24:5
**aellne** 4:25 54:5 54:12 56:11 58:19
**affecting** 47:11
**afoul** 23:20
**agencies** 23:12 30:6 46:15
**agency** 22:24 24:4
**agenda** 5:12,15 42:24 43:8 44:1,11 52:10
**ago** 41:3 47:18 47:19
**agree** 39:21
**agreed** 62:22
**ahead** 19:11 21:24 25:4 50:13 51:18 52:6 57:14

60:23 61:2
**alcohol** 45:18
**alison** 35:9,10
35:12 36:22
**allegations**
6:13,15,24 7:4
7:9 27:24
29:11 31:23,24
32:5,9,10
43:21 53:24
54:6 58:14,17
58:24 59:4
61:5
**alleged** 4:3 18:2
18:13 19:6
**allegedly** 54:8
**allegiance** 31:8
**allow** 40:24
41:8
**allowed** 13:16
14:3,5 40:25
**allows** 37:23
**amazing** 34:11
**amend** 25:9
36:9
**amended** 59:9
59:13
**amendment** 2:4
8:23 9:10
14:14 17:18,20
17:22 18:6,17
18:19 22:14
24:10 25:21
26:22 27:11
37:11 38:3

50:10,14,14,16
50:18,21 51:18
52:6 55:13
62:8
**amount** 14:2
23:23
**ample** 37:25
**analysis** 40:20
**analyze** 47:9
**andrea** 42:15
45:3,6,7,8,25
**angeles** 26:17
47:6
**ann** 45:4,4 47:3
48:8,9 49:3
**anonymous**
29:15
**answer** 17:1
22:3 64:11
**answers** 62:9
**anticipate**
18:10 19:1
58:10
**anybody** 34:10
41:21 42:8
**anymore** 35:3
**appealing**
16:13
**appear** 20:1
**appeared** 2:22
21:12
**appears** 41:18
63:9
**applied** 23:7
50:17,20

**applies** 24:16
**apply** 50:13
56:20
**applying** 50:15
**appoint** 62:23
**appointed**
33:14 60:17
62:22
**appointment**
33:17
**approve** 18:25
57:13 65:25
**approved**
21:13
**april** 13:23
16:14
**arbitration**
36:23
**ardent** 13:7
**area** 23:3 36:3
**areas** 40:23
**argument**
22:11
**arguments**
40:18
**arrest** 55:2
56:3
**arrested** 54:22
**articulated**
63:24
**articulating**
23:22
**asked** 33:7
44:19

**asking** 51:4
**assess** 15:13
**assistant** 30:2,3
55:1
**association**
54:24
**assuming** 18:25
**attack** 55:11
**attacking** 34:19
**attorney** 17:2
17:14 30:3
32:25 33:1,8
57:23 60:5,16
61:7
**attorney's** 30:4
30:12
**attorneys** 29:23
50:8 61:7
**authority** 2:6
15:12 30:21
31:12 37:13
42:21,25
**authorized**
23:16 62:16
63:4,7
**available** 21:14
**aware** 60:4,4

**b**

**back** 5:9 6:23
21:3 26:23
34:24 50:5
54:1 56:23
61:22 65:10
**backdrop** 3:25
49:9

background 30:1 36:7

balance 51:6

ballot 8:24 9:23 9:24 12:3 15:25 21:12 22:18,25 26:12 58:5 61:19,19

bar 22:22

base 19:9

based 6:14 11:4 19:24 36:2

basic 53:14

bat 33:3

bay 34:3,4,5 39:19

bearing 21:4

beginning 3:14

behalf 33:5 37:8

believe 7:24 11:9,20 12:2,9 16:5,7 20:17 21:15,21 23:23

believes 60:9

belt 26:4

benefit 21:13

benefits 17:11 20:24 21:4,8 21:18,20

berlin 32:18 33:22,25 34:1 35:2

best 5:23 12:2 15:3 18:24

37:21

bifurcate 61:18

biggest 55:23

blood 45:17

board 1:13 2:5 2:17,22,23 3:8 5:21 6:6,21,22 9:14 10:7,11 10:12,15 11:2 11:13,14 15:12 17:21 18:7,10 18:11 19:4 20:2 24:15 25:24 29:4,23 31:4,10 32:14 32:19,23,24 33:7,14,16,19 35:14 39:9,12 41:9,22 42:2,3 42:20 43:9 47:13,20 48:16 50:6,12,23 51:11,16,19 52:4 53:3,4,7 53:10 56:23 59:14,17 60:4 60:11 62:10,16 62:21 63:4,21 64:7,7

board's 59:12 59:16,24 60:1 63:9

boards 16:21 16:24

bob 30:13

bodies 46:16

body 33:5

bolanos 13:2

boss 30:12

bottom 15:24

bred 46:20

briefly 16:11

bring 42:5 61:7 62:25 64:9

broad 63:25

broadmoor 45:9,15

brock 36:25

brought 2:8 50:8 58:8

business 34:23

buy 46:23

**c**

c 41:12 42:15 42:17,17 43:25 44:3,11,14,16 44:20,22 45:1 67:1,1

california 22:23 25:21 43:15,16 46:16 46:17 47:15

call 28:22 37:9 64:18 66:7

callagy 29:4 46:21

called 3:21 25:22 33:11

calling 2:3 3:20 25:14,25 26:6 37:10,22

calls 31:2

cameras 8:3 11:16

campaign 13:2 13:8 16:2,6 22:20 24:19 34:7 36:5 42:13

campaigning 24:11

candidate's 36:3

canepa 66:18

captain 55:1

captains 3:21 27:20

car 33:5

care 61:21

careful 23:11 23:13

carefully 53:10

cares 36:13,17 59:14

carlos 43:6

case 7:1,24 23:2,2 33:3 36:25 45:5 50:4 52:1

cast 64:23

caught 33:10

cause 2:7 43:19 46:10

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | | |
|---|---|---|---|
| **caveat** 58:9 | 26:22 27:11 | **cities** 49:12 | **coast** 40:4 |
| **cede** 45:23 | 37:11 38:3 | **citizen** 39:20 | **code** 26:1 42:12 |
| **celebrated** 8:15 | 50:10,14,16,17 | **city** 38:13 | 42:22 43:15 |
| **certain** 20:20 | 50:21 51:18 | 39:19 42:18,18 | 47:16 51:23 |
| 58:13 | 52:6 | 49:10,15,21,23 | 60:19 63:16 |
| **certify** 67:3 | **charters** 48:4 | 49:25,25 | **colbert** 33:23 |
| **chair** 31:17 | **check** 32:4 | **civil** 8:7 24:18 | 35:5 |
| 44:19 49:4 | 33:24 | 27:24 | **colleagues** |
| 52:13 57:22 | **cheerleaders** | **civilian** 27:22 | 15:10 31:20 |
| **challenge** 35:21 | 6:11 | 47:7,22 | 55:15 |
| **challenged** | **chief** 49:11,14 | **claim** 56:2 | **color** 57:9 |
| 50:17,19 | 49:16,21 | **claims** 4:7 | **combined** |
| **challenging** | **chiefs** 30:9 | **clarification** | 46:20 |
| 28:9 | **choice** 15:3 | 63:21 | **come** 6:23 9:12 |
| **chambers** | 64:9 | **clarifications** | 11:13 17:7 |
| 28:17 35:6 | **choose** 10:6 | 27:5 | 18:23 20:1 |
| 56:9,12 | **chooses** 64:9 | **clarify** 63:3 | 28:23 29:2 |
| **chance** 5:19 | **chose** 11:12 | **clarity** 25:3 | 30:1 34:2 |
| 18:23 26:11 | 53:25 | 61:9 | 51:25 52:14 |
| 30:17 53:17 | **chosen** 11:14 | **clause** 37:14 | 55:8,11 56:9 |
| **changed** 40:2 | **christina** 29:6 | 45:11 50:13 | 56:23 58:22 |
| **changes** 30:8 | 31:21 34:6,9 | **clear** 6:8 8:25 | 61:4 |
| **changing** 46:11 | 39:20 40:1,9 | 11:10 21:6 | **coming** 34:23 |
| 46:12 | 43:2,13,20 | 23:1 25:16 | 56:17 58:21 |
| **channel** 39:3 | **christopher** | 45:14 46:4 | **comment** 2:12 |
| **chapter** 47:7,12 | 28:18,20,21 | 51:9,21 54:10 | 15:18 27:4 |
| 47:22 | 31:16,19 | 61:24 62:2 | 28:8,10,14 |
| **character** 6:11 | **cindy** 40:12 | 63:1,13 | **comments** 2:10 |
| **charge** 31:3 | 41:11,12,14,15 | **clearly** 45:12 | 12:6 24:24 |
| **charter** 2:5 | 42:14 | 63:23 | 28:16 49:4,6 |
| 8:23 9:9 14:13 | **circumstance** | **clerk** 28:14 | 51:2,4 52:23 |
| 17:18,20,22 | 4:17 | 35:6 44:9 | 57:13 |
| 18:6,9,17,18 | **circumstances** | **closely** 23:18 | **commission** |
| 19:2,16 22:14 | 14:10 15:3,14 | 24:13 | 45:9 47:8,23 |
| 24:10 25:9,20 | 16:17 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | | |
|---|---|---|---|
| **commissioner** 30:7 | **completely** 34:14 54:14 56:9 | **consent** 5:12 | **conversation** 11:14 19:13,20 |
| **commitment** 11:4 38:6 | **component** 64:11 | **consequences** 7:23 | 19:22 29:19 54:3,4 |
| **committed** 5:22 | **concern** 16:19 | **consider** 2:23 15:14 16:3 | **convicted** 20:20 |
| **communicate** 23:14 | 48:23 55:19 | 49:1 | **conviction** 21:2 |
| **communicating** 4:18 | **concerned** 14:17 17:6 | **considered** 24:10 53:10 | **cooperate** 33:2 |
| **communication** 22:13,14 39:7 | 39:20 48:11,14 64:24 | **consolidate** 26:9,15 | **coordinator** 30:5 |
| **communicati...** 23:8,20 24:9 | **concerning** 56:19 | **constituents** 41:19 | **cops** 46:20,21 |
| **community** 6:2 8:6,19,23 9:13 | **concerns** 3:11 5:20 15:6 | **constituted** 35:14 | **cordell** 32:24 33:2 36:18,24 45:13 |
| 9:15,21 10:8 12:9 30:19,19 | 16:21 39:4 | **constitutional** 29:25 42:7 | **core** 12:10 53:12 54:6 |
| 30:21 31:2 34:4 37:22 | **conclude** 12:6 **concludes** 66:20 | 46:10 | **cornerstone** 37:16 |
| 38:1,17 40:2,3 44:4 45:21 | **conclusion** 63:5 **conclusions** | **contemplates** 19:17 | **corpus** 10:24 13:7 29:6,7 |
| 47:11 55:6,9 57:1,11 | 9:13 **conditions** 8:13 | **contests** 6:8 **context** 5:3 | 31:21 32:13,21 32:21 34:3,6,9 |
| **company** 4:6 | 14:11,15 | **continuance** 51:4 | 39:21 40:1,9 43:13,20 46:20 |
| **complain** 34:10 | **conduct** 47:15 | **continue** 5:22 22:1 28:5 31:6 | 46:25 51:25 52:14 |
| **complainants** 6:25 7:17 8:8 | **conducted** 18:9 **confidence** | 44:7 51:6,7 64:25 | **correct** 2:13 22:21 52:7,8 |
| 27:23 32:2 57:8 | 27:16 29:17 38:5 54:19 | **continued** 10:1 10:1 29:8 | **corresponden...** 2:15 3:6 |
| **complaint** 58:25 | 56:17 | 45:13 47:20 | **corrupt** 34:21 |
| **complaints** 3:15 17:4,4 | **confident** 7:22 **conflict** 53:15 | **continues** 9:5 **continuing** | **corruption** 11:9 34:22 |
| 22:2,7 41:24 47:10 | 60:9 **conflicts** 29:18 53:15 | 22:6 **contrast** 41:19 | **corzo** 2:9 5:7 12:17,19 17:1 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

25:6 27:2,3
28:13 34:16
38:18 52:25
53:1 57:17
61:8 62:5
63:20 64:21,22
65:9,11,19,24
66:2,10,11
**cost** 11:24 17:7
**council** 49:10
50:1
**councils** 49:15
**counsel** 2:13,15
2:17,21,24 3:5
3:7 13:11
16:11 20:1
29:5,9 31:21
32:14 46:9
51:3 52:2 58:1
59:8 60:8
62:17,19,22,23
63:6,8,10,17
**counsel's** 60:17
**count** 32:22
**counter** 40:18
41:1
**county** 1:13 2:5
4:6,11 5:5 8:15
9:8,21 10:1,3,4
10:18,23,25
11:24 13:11,14
14:22 17:2,2
17:11,11,14,18
22:20,23 23:11
23:12,12,14

24:2,3,13,14,19
26:18 29:9
30:6 33:3,6,8
36:9,13 37:24
38:14 40:17
41:20,24 42:23
43:1 45:12,19
46:19 47:6,17
47:23 48:5
49:13,25 53:14
54:18 55:18
56:3,20 57:23
60:5,15 63:16
**county's** 15:23
**couple** 12:21
17:19,24 25:19
27:4 43:16
47:6,18,18
61:10
**course** 60:14,16
**court** 7:21 32:6
44:6 46:6,7
50:17,20
**courthouse**
32:8,8
**courtrooms**
7:15,18
**cover** 59:9
**creating** 39:1
44:4 45:18
**credibility** 6:14
**credible** 6:25
6:25
**crime** 30:19,22
34:12 40:3

43:2
**crimes** 20:21
**criminal** 21:1
24:18,20
**critical** 37:25
38:16
**criticisms**
10:22
**crossed** 26:5
**cube** 42:23
**curious** 16:25
17:3,8 18:22
57:22
**current** 32:21
38:19,20,22
48:10 53:13
**currently** 35:14
**curtain** 43:8

**d**

**da** 30:2
**dan** 46:1,1,3
47:2
**date** 13:19 19:4
51:10,16 67:6
**dates** 51:22
**dating** 20:24
**dave** 2:1 5:6,8
12:14 15:8
22:8 24:23
25:4 26:25
28:12 35:1
36:20 43:23
44:9,13,21,24
48:2 49:5
52:19,24 57:15

57:19 61:15
64:14,19 65:2
65:5,8,14,17
66:5,8,19
**day** 8:12 32:8
54:20
**days** 26:14
47:18 51:13,22
**deadline** 51:13
**deadlines** 51:22
**death** 34:24
**december** 1:14
2:6 13:14
51:12,20 52:1
57:25 58:4
59:6 64:8
**decide** 9:8
46:23 51:16,17
59:2
**decided** 12:8
50:12
**decision** 15:11
54:10 63:22
**decisions** 10:15
10:16,18 54:16
55:7
**defense** 18:5,16
**defined** 47:16
63:23
**deflecting** 8:2
**delay** 9:7 31:22
32:15
**delaying** 8:2
**democratic**
37:17 46:17

**deny** 56:10
**denying** 8:2
**department** 3:17 4:12 24:14 30:23 31:1 38:20,21 50:1
**departments** 23:12 24:2
**depaula** 28:19 31:16 32:18,19
**deprive** 20:23
**deputies** 33:4 34:5,8,13
**deputy** 27:19 54:23
**determinations** 6:14
**determine** 6:18 6:19
**develop** 39:6
**devil** 43:7
**dialogue** 62:10
**dictated** 60:18
**different** 19:20 19:21 40:21 49:21 58:14 60:13
**difficult** 15:21 15:22
**directed** 57:23
**direction** 59:20
**directly** 28:19 55:11

**disappointed** 11:17
**disclosed** 41:6
**disclosure** 36:10
**discretion** 59:12,16,19,24 60:1
**discussed** 26:19
**disk** 33:18
**disrespectful** 35:16
**distinction** 23:4
**distracting** 34:16,17
**district** 32:25 33:1,8 45:16
**diver** 46:13
**documents** 43:22
**doing** 5:23 10:8 10:20 11:5 20:9 26:20 28:6 29:20 34:23 38:15 48:22 50:4,5 56:20 60:19
**dollars** 11:24
**dollhouse** 33:12
**donald** 34:23
**don't** 5:12 16:7
**door** 3:1 24:8
**dotted** 26:5

**dozens** 43:3
**drawn** 23:4
**driving** 45:17
**dropped** 40:4
**due** 11:10 29:17,24 50:9 50:15
**dui** 45:16
**duties** 39:13
**duty** 34:5 47:14
**dysfunction** 14:21 55:24 57:2

**e**

**e** 51:21 67:1
**earlier** 8:14 14:2 50:21
**earliest** 13:21
**early** 13:13
**earrings** 34:18
**echo** 31:22
**educate** 9:14
**educated** 9:3
**educating** 23:5 23:16
**education** 38:1
**effect** 14:16,19
**either** 4:19 21:16,20 22:24 59:12
**elected** 2:7 7:3 32:22 33:13 35:23 37:19 43:15 45:9 48:16 49:17

50:6
**election** 2:3 9:11 11:22,25 13:18 19:4,7 19:11 21:7 22:15 25:15,20 25:24,25 26:1 26:3,7,9,22 27:11 35:22 37:10,23 42:12 44:23 48:12,13 48:20,21 51:8 51:10,12,21,23 52:7
**elections** 13:15 26:10
**eliminate** 29:24 36:9
**else's** 54:12
**embedded** 26:1
**emergency** 57:1
**employee** 4:7 4:11,15 10:4 16:16 20:18
**employees** 3:16 5:4 8:7,15,17 10:2 14:12,16 24:3 55:19
**empowers** 38:1
**encounter** 34:5 34:13
**endeavor** 17:23
**endorsed** 33:17

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | | |
|---|---|---|---|
| **endured** 8:19 | **example** 40:24 | **fall** 14:7 | 61:21 |
| **enforcement** | **exclusive** 48:16 | **false** 13:3,8 | **fist** 46:22 |
| 30:5,18 37:18 | **excuse** 58:1 | **families** 8:19 | **five** 43:11 |
| 45:11,19 46:15 | **executive** 17:2 | **fani** 36:8 | **fixin** 38:14 |
| 56:19 | **exercise** 17:22 | **far** 41:2 57:6 | **flag** 60:19 |
| **engage** 34:9 | 46:9 | **fashion** 47:17 | **flaws** 40:21 |
| **engagement** | **exist** 14:13 | **fast** 41:2 | **folks** 20:23 |
| 38:1 | 16:17 | **faster** 14:5 | 27:5,12 |
| **english** 47:25 | **existed** 16:17 | **favor** 34:2 | **follow** 22:11 |
| **ensure** 23:20 | **exists** 49:18 | 45:10 48:10 | 43:14 53:13 |
| 37:21 | **expect** 28:9 | **fbi** 30:13 33:12 | **followed** 28:18 |
| **ensures** 37:25 | **expense** 37:15 | 33:18 | 31:16 32:18 |
| **entire** 34:4 | **explain** 7:10 | **fear** 55:23 | 33:22 35:10 |
| 54:18 | **explanation** | **feasibly** 13:21 | 37:4 38:10 |
| **entirely** 36:17 | 18:5,16,22 | **february** 67:6 | 39:15 40:12 |
| **entitled** 17:12 | **expression** | **federal** 44:6 | 41:12 42:15 |
| 21:7 | 35:25 | 46:11,12,14 | 46:1 47:3 |
| **entitlement** | **extend** 52:13 | **feel** 14:24 15:1 | **following** 42:12 |
| 21:18 | **extent** 2:20 | 55:18 61:9 | **follows** 53:5 |
| **especially** 9:21 | **extremely** 8:12 | **feeling** 16:23 | **foreclose** 20:9 |
| 31:9 | 64:24 | **feelings** 15:25 | **foregoing** 67:4 |
| **essential** 45:21 | **f** | 16:1 | **forensically** 4:4 |
| **establish** 18:11 | **f** 67:1 | **female** 28:2 | **formally** 57:24 |
| **estate** 33:6 | **face** 7:23 44:5 | 36:11 | **former** 4:7,10 |
| **esteemed** 31:25 | **faces** 34:8 | **fifteen** 7:9 | 4:15,22 7:12 |
| **etcetera** 23:19 | **fact** 20:14 | **fifths** 2:8 17:24 | 7:15 10:22 |
| 25:15 | 43:14 | **fight** 16:6 | 13:1 33:9 |
| **ethics** 53:14 | **facts** 6:14 9:12 | 46:22 | 54:24 |
| **event** 14:20,22 | 10:16 11:4 | **file** 36:15 | **forth** 18:17 |
| **events** 40:5 | 15:14 16:4,6 | **finally** 17:8 | 19:16 23:3 |
| **everyday** 55:25 | **factually** 53:19 | **find** 53:11 | 51:23 |
| **evidence** 6:19 | **failed** 28:3 | **fire** 4:14 49:16 | **forum** 5:13 |
| 15:5 52:3 | **fails** 16:11 | **first** 7:3 12:16 | **forward** 2:9 |
| 53:19 | **fair** 15:16 | 20:25 25:20 | 5:4 11:22 |
| | 23:22,23 | 28:2,17 55:13 | 12:10 18:23 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | | h |
|---|---|---|---|
| 20:1 23:24 | **generally** 22:22 | 44:2,15,18 | |
| 36:10 53:7 | **george** 40:18 | 45:2,25 47:2 | **half** 34:3,3,5 |
| 58:8 59:2 | **getting** 17:3 | 48:7 49:3 | 39:19 |
| **found** 20:25 | **girl** 33:11 | **good** 5:24 11:6 | **hall** 45:3,7,8 |
| 27:25 | **give** 6:11 29:10 | 29:3 31:19 | **hand** 23:1 43:5 |
| **four** 2:8 17:23 | 30:17 31:10 | 33:25 35:12 | 45:3,4 57:20 |
| 27:8 | 32:15 39:12,22 | 39:17 40:19 | 65:11 |
| **frame** 59:18 | 39:22 40:7,8 | 45:7 | **handling** 35:15 |
| **francisco** 30:2 | 42:7 50:12 | **goodban** 37:4 | **hands** 40:12 |
| **frankly** 22:4 | **given** 4:16 | 38:10,12,13 | **happen** 14:4,8 |
| 58:20 | 16:24 | **government** | 17:18,25 18:18 |
| **fraternization** | **giving** 4:20 | 22:24 24:4 | 41:4,10 57:1 |
| 36:6 | 31:13 48:16 | 45:17 47:16 | **happened** 9:6 |
| **fraudulent** | **go** 5:12 21:2,23 | 48:23 60:18 | 33:18 58:23 |
| 42:24 44:8 | 25:4 26:12 | 63:16 | 59:1 |
| **front** 8:3 9:1 | 27:4 43:10 | **governor** 43:16 | **happening** 5:16 |
| 11:16 15:2 | 45:3 46:23 | **grab** 48:19 | 7:8 9:16 20:10 |
| 28:1 | 49:19 50:13 | **grant** 15:12,15 | 40:2 55:4 |
| **full** 13:14,16,17 | 51:17 52:6,21 | 37:12 | **happens** 12:8 |
| 43:22 | 57:14 60:22 | **granting** 2:5 | 16:10,10 |
| **fully** 32:16 38:2 | 61:1,22 | **great** 4:16 34:7 | **happiness** |
| **fund** 63:17 | **goes** 22:17 | 55:19 | 30:10 |
| **funny** 49:10 | **going** 2:25 9:1 | **greatly** 8:1 | **happy** 41:25 |
| **further** 49:4 | 14:25 22:16 | **grounds** 18:2 | 56:15 |
| 52:22 | 23:24 26:12 | 18:13 19:6 | **harass** 33:4 |
| **future** 4:20 | 28:22,22 29:18 | **guess** 2:18 22:5 | **hard** 55:10 |
| 16:21,24 38:25 | 30:14,16 36:10 | 23:10 26:13 | **harm** 9:5 10:2 |
| 48:15 | 37:14 42:9 | 30:9 61:3 63:4 | **harmed** 57:7 |
| | 44:5 48:13 | **guilty** 46:8 | **hasn't** 43:20 |
| **g** | 51:17 53:9 | **guys** 42:20,21 | **haven't** 63:5 |
| | 65:1 | 43:12,14,19 | **hear** 28:8,17,23 |
| **galen** 40:18 | **golestan** 35:8 | 44:1,3,5,7,14 | 29:21 56:15 |
| **gather** 13:18 | 37:3 38:9 | 44:17,20,22 | **heard** 6:1 8:22 |
| **gathered** 14:2 | 39:14 40:11 | | 9:17 18:4 |
| **general** 39:2,6 | 41:11 42:14 | | 19:18 34:10 |
| 47:9,13 48:24 | | | |
| 63:25 | | | |

37:24 41:17,21
50:23
**hearing** 14:11
18:14
**heather** 33:22
35:4
**held** 2:3 12:4
50:15
**hello** 33:25
35:12 37:7
**helped** 40:3
**hesitant** 22:2
**hi** 38:12 41:14
**hire** 37:1 49:11
49:13 63:8
**hired** 4:6 30:9
32:24 45:16
**hispanic** 33:11
**historically** 49:18
**history** 15:23
**hold** 11:25
**holding** 54:11
**homonyms** 43:22
**honestly** 10:3
**hope** 39:1,10
41:8
**hopefully** 34:21
34:25
**hoping** 25:2
**hours** 41:4
**house** 33:10
**hr** 22:3

**huge** 9:20
10:24
**human** 6:4
49:14
**hundreds** 46:15
**hunt** 39:25
43:7,7
**hyde** 67:3,12
**hyperboles** 43:22
**hypothetically** 13:13 14:1
**hysteria** 35:13
44:4

**i**

**icac** 47:19
**identified** 62:19
**imagine** 16:16
**impact** 20:15
21:18
**impacted** 10:5
55:20
**implemented** 48:5
**implications** 38:3
**important** 40:22 49:24
**inappropriate** 34:15,18
**inappropriately** 50:18,20

**incapable** 54:11
**incarceration** 36:14
**inclined** 19:15
19:21 20:10
**include** 26:2
**included** 20:19
25:12,16 26:18
26:21
**includes** 50:21
**including** 24:15
**inconclusive** 6:16,23
**incorrect** 53:20
**incumbent** 49:20
**independence** 37:20
**independent** 3:3 6:4 7:14
39:3
**indiana** 33:4
**indicate** 2:16
**indicated** 2:22
**indicating** 2:21
**indiscernible** 24:24 36:11
39:11 44:10
52:18
**indiscretions** 42:4
**individual** 33:6
**individuals** 62:18

**inform** 9:2
**information** 23:15,15 27:1
41:6
**informational** 23:5
**initiated** 13:13
**injunction** 44:6
**innocent** 33:4
**input** 47:9
**inspector** 39:2
39:6 47:9,13
**instance** 21:8
24:7
**institutions** 37:17 38:5
**integrity** 48:12
48:21
**intends** 4:14
**interest** 5:24
29:18 37:22
53:16
**interesting** 49:9
**interests** 54:13
**interim** 14:23
**interrupt** 60:25
**intervention** 27:11
**interviewed** 8:9
32:1
**interviews** 5:2
**introduced** 25:8

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**investigate**
6:13 32:25
47:10
**investigated**
6:10 7:5 40:5
**investigates**
47:8
**investigation**
3:2,3 4:19 6:4
7:3 11:12 56:6
58:15
**investigations**
6:7,12,23 7:11
55:3
**investigator**
32:1
**investigators**
7:14
**invitation**
19:25 52:14
59:18,20,21
61:18,25 62:11
62:24 64:5
**invite** 3:4 57:24
59:13 61:4
**invited** 11:13
**involved** 32:20
**involvement**
55:2
**issue** 22:18
24:15 25:24
35:15,24 36:4
37:25 53:12
59:20 60:20
63:23 64:1,5

**issues** 36:15
47:10
**it'll** 22:17
**item** 2:2 18:25
25:12 33:24
35:9 52:16
66:20
**items** 26:24
58:20

**j**

**jails** 36:16
**james** 41:12
42:15,15,17,17
43:25 44:3,11
44:14,16,20,22
45:1
**jewelry** 34:16
**jimenez** 38:10
39:15,17,18
**joaquin** 38:10
39:15,15,17,18
**job** 28:11
**john** 2:14 13:20
14:6 17:16
19:1,12 20:3,5
20:8,12 21:10
21:15,21,25
22:22 24:2,12
24:20,25 25:5
50:19 51:9,19
52:8 59:11
61:24 62:6,14
63:12,15 64:2
65:22 66:1

**johnson** 41:12
42:15,17,17
43:24,25 44:3
44:11,14,15,16
44:18,20,22
45:1
**join** 57:25
**joking** 36:8
**judge** 7:12
32:24 33:2
36:24
**judge's** 40:20
**judges** 7:15
**juncture** 38:16
**justice** 31:9,9
37:9 38:7
46:18
**justifiable**
43:18
**justification**
43:13
**justify** 42:23
43:25
**justifying** 43:8

**k**

**kangaroo** 46:7
**keep** 35:17
**kind** 5:9 19:13
19:22 22:3
23:2 26:3
54:21
**kinds** 5:10 6:6
6:12,15,18,22
7:11 8:16

**know** 4:13,21
4:23 5:11,18
6:21 7:13,17
7:20 8:1,6 9:17
9:25 10:11,16
11:8 13:8,9
16:7,19 17:13
19:9,14 20:6
20:17 26:13
28:2,3,4,7
29:13 30:25
31:22 34:20
41:16 42:8,10
43:6 45:8,18
47:21 53:18
54:1,2 55:5,21
56:5,13,16
59:3,5,17,21,25
60:2,3
**knowing** 33:17
**knowledge**
21:10
**known** 12:25
**knows** 4:23,24
53:4 56:5

**l**

**la** 47:23
**lack** 29:17
40:16
**ladoris** 36:18
36:24
**language** 26:2
**largely** 46:11
46:12

late 57:7
law 7:21 12:5,6
　20:17 22:23
　23:1 25:21,22
　30:4,18 32:6
　37:18 45:11,19
　46:6,14 53:5
　56:18 64:3
lawsuits 17:6
lawyers 31:10
　53:3,4
lead 16:2
leader 54:15
leadership
　27:10
leave 22:6
led 53:8
ledanski 67:3
　67:12
left 16:23 27:8
　43:5
legal 23:21
　24:16 44:6
　46:5,9
letter 3:10,12
　3:12 4:1
letterhead 24:9
letters 29:9
level 3:19 7:7
　27:18,21 45:18
　53:22 54:20
　55:23 56:21
liability 39:6
lie 65:1

lied 54:7
lies 7:22
lieutenants
　27:19
life 34:4
lift 9:20
light 34:8
lightly 55:8
likely 13:23
　17:7
line 15:24
listen 51:3
listened 47:19
listening 40:15
literally 28:11
little 22:2 29:7
live 34:3 38:13
local 25:23
　46:14
long 54:24
look 11:8 15:2
　23:7,18 32:3,3
　36:10,25 39:1
looked 4:5
　50:11
looking 14:24
　23:23 25:10
los 26:17 47:6
lot 5:15 14:6
　25:1 31:3,4
loud 8:4
loudly 8:3
low 30:11
lowered 45:4

**m**

madam 35:6
　44:9
madden 35:9
　35:12 36:22
made 2:24
　10:16 15:9
　17:14 26:10
　27:17,24 32:9
　32:10 53:24
　54:8 63:22
　64:15
major 14:21
majority 49:12
make 6:3,13
　7:21 8:5,5 9:3
　9:15 10:18
　26:14 27:4,12
　27:15 37:24
　39:8 41:10
　42:22 51:10
　52:1,9 54:15
　57:2,24 61:2
　62:7 63:13
makes 26:15
　45:13
making 26:5
　54:10 58:10
male 36:11
man 33:5 40:1
　52:18
managed 50:2
march 2:3
　11:22 17:10
　19:3,7 26:10

26:13 37:10
51:10
mark 28:19
　31:16 32:17,19
　45:1
mass 24:9
mat 36:24
mateo 1:13 2:5
　4:12 9:8 30:6
　32:22 33:3,5,8
　37:23 38:14
　41:19,23 42:23
　43:1 45:12,19
　47:17 48:5
　49:13,25
matter 2:18
　7:21 9:4 29:8
　31:3,6 51:20
　58:2 61:11
　62:15 65:10
matters 10:19
　22:4 55:4
mayor 39:18
mazulla 28:24
mazzucco
　28:25,25 29:1
　29:3 31:20
mcreynolds
　41:14,15
mean 2:20 14:1
　14:21 23:1
　55:25 56:1
　60:3,25 63:3
means 4:21
　63:7

| | | | |
|---|---|---|---|
| **meant** 6:9 12:18 45:5 | **misconceptio...** 6:1 | **moving** 5:4 53:7 | **need** 5:13 30:16 31:10 36:21 |
| **measure** 21:12 22:25 23:9 41:1 58:5 61:19 | **misconduct** 20:24 | **mueller** 2:9,11 2:19 12:12,15 12:16,20 13:24 | 37:12 46:24 48:3 57:9,10 57:10 |
| **media** 11:19 | **misrecalling** 21:2 | 14:9 17:1 22:9 22:10 23:25 | **needs** 12:4 23:7 45:12 54:15 |
| **meet** 51:17 | **mix** 25:2 | 24:6,17,22 29:14 30:13 | **neither** 48:10 |
| **meeting** 18:10 25:8,11 26:19 41:3,5 47:19 51:25 52:15 64:7,7 | **mixed** 15:25 16:1 **mobile** 33:3 **moment** 18:21 **monica** 32:18 33:22,25 34:1 35:2 | 38:17 41:5 46:25 49:7,8 51:1,14,24 52:12,21 58:6 60:21,24 61:20 62:5,7 63:2,14 63:19 64:12,16 | **never** 7:2 9:6 10:12 30:10 34:10 **new** 27:9 41:9 42:10 54:22,25 **newly** 35:23 |
| **member** 5:14 6:21,22 46:18 | **moon** 34:3,3,5 39:19 | 65:3,4 66:3,12 66:13 | **news** 5:1 12:23 **newsletter** 24:8 |
| **members** 29:3 29:23 47:20 55:10,19 | **morale** 30:11 30:24 34:13 | **mueller's** 19:24 **mute** 44:21 | **nibbelin** 2:14 13:20 14:6 17:16 19:1,12 |
| **men** 30:25 | **morning** 29:3 31:20 33:25 | **n** | 20:3,5,8,12 21:10,15,21,25 |
| **mentality** 54:14 | 35:12 39:17 45:7 | **n** 67:1 **nagging** 16:23 | 22:22 24:2,12 24:20,25 25:5 |
| **mention** 45:5 | **motion** 57:13 | **name** 28:23 34:1 37:7 | 29:5,9 50:10 50:19 51:9,19 |
| **mere** 8:18 | 59:9,13,13,19 61:2,10,12,23 | 38:13 39:18 41:14 45:7 | 52:8 59:11 61:24 62:6,14 |
| **messages** 58:20 | 61:25 62:8 | **nancy** 37:4 | 63:12,15 64:2 |
| **method** 49:12 | 64:4,13,14 65:9,18,22 | 38:9,10,12,13 39:14 | 65:22 66:1 |
| **mic** 28:20 | 66:17 | **necessarily** | **night** 3:10,25 |
| **mike** 43:4 | **motions** 61:16 | 7:12 | **nine** 30:3 |
| **mike's** 43:7 | **mott** 23:2 | **necessary** | **noelia** 12:19 |
| **millions** 11:23 | **mouth** 56:17 | 13:17 | 27:3 53:1 |
| **minority** 36:7 | **move** 2:2 11:22 | | 57:17 61:8 |
| **minus** 51:12,21 51:22 | 12:10 28:13 59:2 65:10,19 | | 63:20 64:22 |
| **minute** 16:12 28:20 31:18 37:5 40:24 | | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

65:19,24 66:2
66:11
**non** 59:15,25
**normal** 7:6,16
27:20
**nose** 34:17
**note** 2:14 17:14
17:19 20:14
25:5,11 26:8
26:17 60:2
62:15 63:21
**noted** 20:20
25:6 50:21
62:18
**notes** 40:17
**notice** 18:12,12
19:17,19 50:22
52:10
**notified** 41:2
**november**
13:22,25 14:8
26:23 51:8
56:8
**number** 35:9
59:22

**o**

**o** 67:1
**oath** 7:17,23
64:24
**obviously** 3:1
15:20
**occur** 19:2,3
**occurred** 20:25
63:18

**occurring**
26:10
**offer** 10:7
18:16 58:1
**offered** 32:13
**office** 3:22 7:8
8:17 9:5 10:2
13:15 14:13
17:5 20:21
27:10 28:4
30:4,12 34:12
39:7 44:23
47:8,12 54:16
54:20 55:24
57:2,6 60:5,5,6
60:10,15
**officer** 45:16
56:19
**officers** 27:18
43:4
**official** 7:3
43:15 47:14
48:13
**officials** 24:14
37:19
**oh** 57:13
**okay** 2:1,19
12:20 21:20,23
28:21 35:5
45:2 52:12
61:24 63:14,19
64:12 65:15
**old** 30:12
**once** 2:23 3:4

**one's** 46:9
**ones** 59:5
**ongoing** 39:2
41:6
**operation**
33:12
**opinion** 41:18
**opinionated**
40:21
**opportunity**
11:11 15:13
18:4,14,15
19:18 27:9
29:10 31:11
32:10,15 38:4
38:24 39:4
41:16 42:8
50:23
**oppose** 22:25
**optimally** 14:7
**option** 12:2
**options** 53:6
**order** 14:7
48:20 51:10
**ordinance** 2:2
25:7,7,9,12,22
26:3,21 51:11
55:16 65:21,23
65:25
**ordinary** 60:16
**outlined** 38:18
**oversees** 50:1
**oversight** 45:13
45:19 47:7,23

**overtime** 36:16
**own** 9:12 32:2
41:18 58:25
**owned** 45:17

**p**

**package** 21:13
**packet** 25:10
**panel** 36:22
**part** 4:18 10:24
18:22 47:13
54:9
**participate** 3:1
11:11 38:23
**particularly**
37:17
**parties** 19:14
19:21 20:10
40:6
**party** 46:17
**pass** 9:9 17:19
18:19 22:13
45:22 56:23
65:20
**passed** 50:11
50:25 51:15
52:16
**passes** 16:10
65:9 66:18
**past** 11:8
**pat** 46:1 47:2,3
47:5 48:4,7
**path** 16:13
**pathetic** 44:16
44:17

| | | | |
|---|---|---|---|
| **paul** 42:15 | 40:19 | **please** 3:8 | **posted** 40:18 |
| **pause** 4:16 | **person's** 20:16 | 28:19,23 29:1 | 40:23 |
| **pay** 63:6 | **personal** 53:22 | 35:6,10 37:5,6 | **potential** 26:9 |
| **pedophiles** | **personally** 6:24 | 38:11 39:16 | 29:17 |
| 34:24 | 12:2 | 40:12 41:13 | **power** 8:24 |
| **penalty** 34:24 | **personnel** 3:19 | 42:16 44:21 | 15:15 17:22 |
| **pending** 23:9 | 3:22 36:15 | 45:6 46:1 47:3 | 48:16,19 50:12 |
| **pension** 20:16 | **phone** 4:4,7 | 48:8 49:1 | **powers** 39:13 |
| 20:18,23 21:4 | **pick** 36:19 | 53:17 | **practice** 39:8 |
| 21:18 | **pine** 2:1 5:6,8 | **pledge** 31:8 | **precedent** |
| **pensions** 20:14 | 12:13,14 15:8 | **point** 15:9 19:3 | 48:15 |
| **people** 4:18 6:3 | 15:20 16:3 | 19:4,7 21:3 | **predict** 35:21 |
| 7:5,18 9:5,7 | 22:8 24:23 | 22:3 25:17 | **premature** |
| 13:5 14:10 | 25:1,4 26:25 | 31:23 62:3 | 31:12 |
| 22:19 27:15 | 28:12,16 35:1 | **points** 15:9 | **premier** 23:2 |
| 30:14 32:1 | 36:20 43:23 | 40:20 | **prepared** 26:6 |
| 36:25 39:3 | 44:9,13,21,24 | **police** 30:6,9 | 59:5 61:2 |
| 41:22,23 43:2 | 48:2 49:5 | 45:9,15 49:11 | **present** 15:4 |
| 43:11 48:22 | 52:19,24 53:2 | 49:13,16,21 | 52:3 |
| 49:22 55:7,17 | 57:15,19,22 | **policies** 42:22 | **presented** 9:11 |
| 56:1,16 57:5 | 61:15 64:14,18 | **policy** 10:1 | 15:5 29:16 |
| **people's** 35:25 | 64:19 65:2,5,8 | 39:8 46:11,12 | 53:6 55:5 |
| 48:23 | 65:12,14,16,17 | 53:14 | **preserve** 48:21 |
| **pepra** 20:18,23 | 66:5,7,8,19 | **political** 22:18 | **preserving** |
| **percent** 39:21 | **place** 3:2 9:23 | 32:6 56:13 | 48:11 |
| 40:10 43:2 | 12:3 13:22,25 | **popularity** 6:8 | **president** 54:23 |
| **perception** | 14:7 18:25 | **portion** 66:21 | 56:4 57:17 |
| 48:25 | 19:14,20 23:6 | **position** 15:21 | 61:12 |
| **period** 14:23 | 23:8 49:23 | 39:2,24 48:17 | **pretty** 49:15 |
| 22:15 | 53:8 | 50:7 56:11 | **prevent** 15:4 |
| **permission** | **placed** 8:24 | **possibility** | 60:10 |
| 39:22 40:8 | **plain** 47:25 | 52:10 | **previous** 10:13 |
| **persky** 36:24 | **planning** 49:2 | **possible** 48:6 | 10:15 |
| **person** 4:24 | **platform** 6:9 | **possibly** 14:15 | **previously** |
| 32:9 37:1 | 64:25 | | 32:13 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | | |
|---|---|---|---|
| **primary** 21:3 | **proclamation** | **public** 5:13,14 | **putting** 15:25 |
| **principle** 23:21 | 25:24 | 5:24 7:11 11:6 | 54:12 |
| **prior** 25:8 | **prohibited** | 14:20,22 15:11 | **q** |
| 26:19 42:1,1,4 | 22:16 24:1,3,7 | 15:13,17 20:18 | **qualified** 56:12 |
| 50:23 51:11 | **prohibiting** | 23:5,16 27:4 | **question** 17:9 |
| **proactive** 57:4 | 63:9 | 28:8,10,14,16 | 19:24 20:12 |
| **proactively** | **promote** 56:11 | 37:16 38:5,16 | 22:11 51:5 |
| 5:20 | **promoting** 43:9 | 40:25 48:13,19 | 64:10 |
| **probable** 43:19 | **proper** 36:17 | 48:25 54:17 | **question's** 22:1 |
| 46:10 | 36:23 52:20 | 55:10,20 56:4 | **questionable** |
| **probably** 13:22 | **proposals** 5:11 | 63:3 | 8:1 |
| 16:13 29:16 | **proposed** 37:11 | **publicly** 8:3 | **questioning** 4:2 |
| **problem** 4:9 | 58:4 61:19 | **puerwal** 28:15 | **questions** 5:16 |
| 48:24 | 65:20 | 29:1 31:15 | 5:18 8:22 |
| **problems** 38:25 | **protect** 5:4 | 32:17 33:21 | 10:11 16:9 |
| 39:5 | 28:3 31:6 | 35:4 64:17,20 | 17:13 20:13 |
| **procedurally** | 57:10 | 65:12,15 66:6 | 31:4 39:4 62:9 |
| 18:18 | **protected** 8:11 | 66:9,12,14,17 | **quit** 55:1 |
| **procedures** | **protocol** 39:7 | **pull** 52:6 54:1 | **quite** 46:4 |
| 18:8,11 | **proven** 11:1 | **pulled** 5:13 | **r** |
| **proceed** 35:7 | **provide** 3:8 | **purported** 3:6 | **r** 67:1 |
| **proceeding** | 18:7 39:3 | **purpose** 2:4 | **raise** 39:4 47:6 |
| 18:8 | 58:11 59:3,5 | 25:18 | **raised** 57:19 |
| **proceedings** | 61:5 64:6 | **purposes** 24:5 | **rank** 36:15 |
| 67:5 | **provided** 18:3 | **pursuant** 18:8 | **rare** 7:6 |
| **process** 11:10 | 18:13 32:12 | 19:2 | **rate** 43:3 |
| 14:14 19:16 | **provides** 18:6 | **pursue** 44:7 | **rather** 48:13 |
| 29:24 31:5 | 25:23 38:24 | **purview** 46:5 | 49:1 |
| 32:6 48:14 | **providing** | **push** 13:18 | **ray** 2:11,19 |
| 49:19,22 50:9 | 25:15 58:21 | 51:7 | 12:12,16,20 |
| 50:15,18,22 | **provision** 16:20 | **pushing** 43:9 | 13:24 14:9 |
| 60:18 63:16 | 50:16,22 64:10 | **put** 5:14 9:24 | 22:10 23:25 |
| **processes** 60:7 | **provisions** | 12:24 13:4 | 24:6,17,22 |
| **proclaims** 26:3 | 20:17,19,22 | 15:1 42:9 | 46:25 49:8 |
| | | 46:21 | |

51:1,14,24
52:12,21 58:6
60:21,24 61:20
62:7 63:2,14
63:19 64:12
65:4 66:3,13
**reached** 63:5
**react** 41:7
**reacting** 49:24
**read** 35:15,18
**readiness** 14:20
**reading** 5:12
55:16 56:24
64:2 65:20
**reaffirm** 38:6
**real** 3:11 33:6
**reality** 53:12
**really** 3:13 5:2
5:4 6:7 7:22
9:16,20 32:4
48:21 49:9
53:23 54:6
56:19
**reason** 29:24
58:3
**reasonable**
18:3
**reasons** 25:19
**recall** 9:18,18
9:20,21,23
13:11,12,21
16:13 21:6
27:12 32:20
33:7 41:25
42:8,13 46:24

46:25 48:12,20
49:1
**receive** 22:7
**received** 2:15
3:10
**recent** 35:25
**recently** 45:8
54:2
**recognize** 5:15
10:21 60:15
**recommendat...**
39:9
**record** 3:23
5:25 19:11
61:25 62:15
67:5
**recovering**
46:15
**redwood** 38:13
42:18,18
**references** 6:11
**referred** 4:25
**referring** 4:15
62:3
**refers** 4:22
**reform** 20:18
46:18
**reformer** 36:12
36:18
**refuse** 11:8
**refused** 3:1
**refuses** 38:23
**regard** 15:16
38:16

**regarding** 18:4
18:5 33:2
58:22
**regards** 42:12
**registered**
42:11
**regular** 39:2
**reiterate** 9:20
15:9 42:19
**related** 22:4
47:10
**relationship**
58:19
**released** 54:21
56:7
**relevant** 20:22
**remainder**
45:23
**remember**
49:22
**reminder** 31:17
37:5
**removal** 18:2,8
18:13 19:6
21:17 50:24
**remove** 2:7
17:23 37:13
39:23 40:9
42:21 43:10,12
43:15 46:5
49:20 58:4
**removed** 21:16
40:7 44:23
**report** 5:19 6:2
7:13 8:9 13:1,5

29:12,14 34:14
35:16,18 40:20
40:22 43:21
45:13 49:14
53:17,19 54:7
54:21 56:6,10
**reported** 13:9
**reporter** 12:23
13:3
**reports** 6:18
**represent**
41:23 60:6
**representation**
60:13 62:25
64:8,9
**represented**
2:13 3:5,7 8:10
8:11 52:2
**representing**
29:5 41:22
60:10 63:10
**represents**
60:16
**reputable** 7:14
**request** 2:24
26:8,16 31:22
58:11 60:7
63:24,25
**requested** 2:16
66:21
**requesting**
32:14
**required** 7:12
7:16 9:22
17:25

Page 17

requires 21:1
45:20 46:11,13
rescue 46:13
resident 10:4
55:25
residents 38:2
resign 3:21,22
11:21 17:9
39:23
resigned 21:6
33:13
resigning 21:3
resigns 20:15
resolution
25:11,13,14,17
25:18,25 26:6
26:11,15,22
45:10,22 55:17
56:24 65:21,25
resolutions
5:11 46:19
resoundingly
14:12
resources 6:4
22:20,23,24
23:14 24:4,4
24:19 49:14
respect 13:11
19:18 20:13
23:19 50:8
53:14 55:13
59:4
respected 8:16
respecting 50:6

respects 53:5
respond 17:15
18:24 29:10
31:11 32:11,16
50:3 51:2
responded 36:5
responding
31:1
response 19:17
36:3 58:2,12
responsibilities
47:21,25
responsibility
10:7,17,17
responsible
11:23 54:17
responsive
28:10
rest 35:21
restate 5:21
retain 17:11
37:20
retirement
17:11 21:8
retract 13:4
review 53:17
rich 33:5
right 9:19
10:18 11:6
13:24 20:3,3
24:23 26:25
27:6 28:8,13
29:15 30:25
31:7 49:5 51:8
55:4,9,12,13,18

56:12,25 57:11
65:10 66:19
righteous 8:5
rights 29:25
31:7 46:10
55:14 56:2
ring 34:17
rise 3:13
risen 3:18
risk 14:23
role 39:11
roll 64:17 66:6
ron 39:15
40:12,12,14
room 46:22,24
rubix 42:23
rule 36:6,9
run 23:20

**s**

safeguard
38:24
safeguards
37:21
safety 14:20,22
38:17 54:17
sameena 35:10
37:3,6,7,8
san 1:13 2:5
4:12 9:8 30:2,6
32:22 33:3,5,7
37:23 38:14
41:19,23 42:23
43:1 45:12,19
47:17 48:5
49:13,25

sandwiches
46:23
saw 8:14 12:23
54:25 56:8
saying 3:7 4:14
12:1 43:6
56:18
says 31:22
scared 55:22
scenario 21:20
schedule 41:7
school 6:5,22
searched 40:16
seats 35:23
second 3:9,24
5:11 8:21
13:10 51:1
55:16 56:24
58:8 61:21,22
64:13 65:20
66:3
secondarily
50:3
seconded 64:15
secondly 12:21
secretary 42:11
secure 37:9
see 2:12 8:2
9:25 34:8 35:2
55:23
seeing 9:6
seek 17:21
seem 29:13
48:18

| | | | |
|---|---|---|---|
| **seems** 38:20,22 | **sheriff** 2:7,12 | **sheriff's** 4:12 | **similarly** 24:1 |
| **seen** 3:6 6:6,17 | 2:16,20,20 | 7:8 8:17 9:5 | **single** 27:20 |
| 6:22 7:3 | 3:11 4:1,13,17 | 10:2 14:12 | **sit** 4:13 11:7 |
| **send** 24:9 | 4:24,25 7:25 | 17:5 27:10,18 | 28:5 |
| **sense** 29:21 | 10:24,25 11:1 | 28:4 29:24 | **sitting** 43:5,11 |
| 57:24 | 11:1,11,12,16 | 31:1,6 34:12 | **situation** 28:1 |
| **sent** 4:1 29:9 | 11:21 12:4 | 39:7 43:4 47:7 | 54:22 |
| **sentence** 4:5,10 | 13:2,7 16:6,8 | 54:16,20,23 | **six** 27:7 40:11 |
| **separate** 2:16 | 17:9,10,23 | 55:24 57:2,6 | **sixty** 43:1 |
| 60:7,8,17 | 18:1,15,23 | 60:4,6 | **slave** 33:10 |
| 61:16 62:16,22 | 19:25 24:1,6 | **sheriffs** 10:13 | **slocum** 15:17 |
| 62:23 63:6,17 | 24:13 27:6 | 10:23 27:19 | 15:19 17:17 |
| **sergeants** 27:19 | 28:2 29:5,7,15 | **sherry** 35:8 | 18:20 19:8,23 |
| **serious** 6:13 | 29:19 30:17,22 | 37:3 38:9 | 20:4,6,11 21:5 |
| 29:19 31:23 | 31:11,21 32:21 | 39:14 40:11 | 21:11,19,23 |
| **serve** 31:2 | 32:21 33:9,13 | 41:11 42:14 | 22:12 57:16,18 |
| **served** 6:5 18:1 | 33:15 34:2 | 44:2,15,18 | 57:21 58:7 |
| 19:5 49:10 | 36:4,12 37:13 | 45:2,25 47:2 | 59:7 60:22 |
| **service** 31:2 | 38:19,22 39:9 | 48:7 49:3 | 61:1,13,14,17 |
| **serving** 27:6 | 39:20 40:9 | **shocking** 35:13 | 62:3,4,8,12 |
| **set** 5:25 19:16 | 41:25 42:1,10 | **shortly** 33:13 | 64:15 65:6,7 |
| 51:23 | 42:21 44:12 | 53:11 54:25 | 66:15,16 |
| **sets** 18:17 23:3 | 46:5,25 47:10 | **show** 60:12 | **slocum's** 61:23 |
| **setting** 48:15 | 47:15 48:11,20 | **shows** 34:20 | **slow** 41:8 |
| **seven** 7:2 | 49:17,21 50:7 | **side** 29:16 43:5 | **snow** 39:15 |
| **severity** 7:7 | 51:24 52:14 | **signature** 67:11 | 40:12,14 |
| **sex** 33:10 | 53:13,23 54:4 | **signatures** 9:22 | **solicit** 47:9 |
| **share** 5:9 13:10 | 54:5,22 55:1 | 12:17 13:17,18 | **solutions** 10:8 |
| 15:5 28:7 53:2 | 56:8,15 57:25 | 14:2,4 | 38:23 |
| 53:21 54:3 | 59:13 60:7,8 | **significantly** | **somebody** |
| 57:12 64:23 | 60:11,12,14,17 | 40:4 | 16:25 20:15,20 |
| **shared** 11:18 | 61:4 62:17,17 | **signs** 54:2 | 42:9 |
| **sharing** 23:15 | 62:20,23,24 | **silenced** 55:18 | **sonya** 67:3,12 |
| **she'll** 59:3 | 64:6,25 | **similar** 10:12 | **soon** 16:15 48:5 |
| | | 26:20 38:25 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

sorry 11:19
57:14 60:24
61:8 65:15
sort 3:14 23:6
59:18
sound 54:15
speak 11:18
28:19 34:2
45:6,10 50:7
55:22 61:6
speaker 33:22
48:8
speakers 28:23
35:6,9
speaking 33:23
37:8 39:19
speaks 7:7
special 2:3
11:25 25:15,23
37:10,22 40:5
40:6
specific 19:16
20:19 36:3
63:23 64:1
specifically 6:2
17:21,25 25:21
36:14 58:18
specifies 47:23
speed 35:13
spend 23:22
spirit 26:4
spoken 43:3,4
staff 17:5 27:22
27:24,24 30:10
47:23

staffing 30:22
stand 55:21
standard 23:7
24:16,18,18
stanson 23:2
start 17:17
28:18
state 42:11
46:12,13,14
47:15 49:19
53:18
statement 18:2
18:12 19:5
54:7
statements 27:17 40:21
states 17:20
30:3,4
stats 30:20
statute 24:21
statutorily
13:16 14:3,5
stegink 46:1,3
step 5:9 38:7
stop 18:20
19:13,19
story 29:16
straight 5:25
street 56:1
strengthen
38:4
subcommittee
61:3,4 62:1,2
64:5

subjected 10:6
suggesting
20:21
suggestions
42:22
sukhamani
28:15 29:1
31:15 32:17
33:21 35:4
64:17,20 65:12
65:15 66:6,9
66:12,14,17
summarize
3:14
summer 54:3
sunset 16:20,22
16:25 37:14
45:11 50:13
supervise 47:14
supervisor 2:1
2:11,19 5:6,6,8
10:18 12:12,12
12:14,14,16,17
12:19,20 13:24
14:9,25 15:8
15:17,19 16:2
17:1,16 18:20
19:8,23,24
20:4,6,11 21:5
21:11,19,23
22:8,8,10,12
23:25 24:6,17
24:22,23 25:1
25:4,6 26:25
27:2,3 28:12

28:13,16 29:14
35:1 36:2,20
43:23 44:9,13
44:21,24 48:2
49:5,7,8 51:1
51:14,24 52:12
52:19,21,24,24
53:1,2 57:14
57:15,16,17,19
57:21 58:6,7
59:7,9 60:21
60:22,24 61:1
61:8,14,15,17
61:20,22 62:3
62:4,5,5,7,8,12
63:2,14,19,20
64:12,14,15,16
64:18,19,21,22
65:2,3,4,5,5,7,8
65:9,11,12,14
65:16,17,19,24
66:2,3,5,7,8,10
66:11,12,13,14
66:16,18,19
supervisors
1:13 2:6,8,9
14:17 15:12
18:7 19:5 29:4
29:21 32:19,23
32:24 33:7,14
33:16,19 35:23
38:17 40:14
41:9,17 42:2
42:20 43:10
46:3 47:14

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

62:16,21
**support** 22:24
36:4 38:15,20
38:22 39:20
40:9 54:1
55:16
**supported**
10:24
**supporter**
53:22 54:24
**supporters**
13:2,7
**supporting**
3:23 48:21
**supportive**
34:7
**supposed** 41:3
41:23
**sure** 6:3 9:15
16:4 26:5,14
27:12,15 33:19
33:23 49:15
52:9 62:12
66:5
**surface** 16:14
48:18
**surprising** 36:5
**suspenders**
26:4
**sustained** 6:16
6:20 7:9 27:25
53:25
**sworn** 3:19,22
27:18 58:9,11
58:16,21 59:1

59:15,15,25,25
61:5 62:9 64:6
**sydney** 41:12

**t**

**t** 67:1,1
**tactics** 7:25 8:1
**take** 5:9,19
8:21,24 11:3,3
13:14,15,21,25
14:23 18:25
28:16 32:23
35:16,23 38:7
42:6 45:20
51:3,15,18,20
52:2,4,15,16
53:9 61:21
64:17 66:6
**taken** 4:18 5:2
27:17 35:24
53:17
**takes** 30:11
49:23
**talk** 3:10 41:16
52:15
**talked** 22:12
**talking** 4:19
16:14 19:6
20:9 22:17
26:20 29:12
**tapia** 46:20
**taxpayer** 37:15
**taxpayers**
11:24
**team** 53:4

**tell** 58:22,25
**telling** 7:24
35:17
**ten** 30:2 35:9
49:10
**tenor** 23:6,19
**tens** 46:14
**term** 27:7
44:23 63:7
**terming** 35:19
**terms** 11:9
14:19 23:13
59:14
**testify** 20:4
52:3
**testifying** 2:23
**testimony** 3:8
19:10 58:1,10
58:11,16,22
59:1,3,15,25
61:5 62:9 64:6
**text** 4:6 12:23
36:4 58:20
**texts** 4:2
**thank** 5:8 12:11
15:19,20 17:16
18:21 20:11
21:24 24:22
27:1 28:11,12
28:15,25 31:13
31:15,19 32:16
32:17 33:21
35:1,4,5,8
36:20 37:2,3
38:7,9,12,14

39:13,14 40:10
40:11,15 41:10
41:11,15 42:13
42:14 43:23
44:13 45:22,25
46:3,25 47:2,5
48:2,6,7,9 49:2
49:3,6 53:1
57:21 58:7
62:6 64:20
65:2,8 66:1,2,9
66:17,20
**thanks** 12:13
40:14
**that's** 64:3
**theatrics** 56:13
**theme** 22:12
**thereto** 17:8
**thing** 3:9 10:10
12:7 13:10
25:2 26:12
30:19,24 31:7
37:12 40:17
42:5 51:2
56:25
**things** 12:21
14:6 17:19,24
34:11 47:6,16
52:9 58:13
**think** 7:6 12:18
12:23 13:20
14:18 15:16,23
20:19 21:16,17
21:25 34:11,19
35:13 40:15,19

40:22 41:1
49:8,12,23
52:8 59:11,18
61:15 62:4
64:4
**thinking** 18:24
**third** 30:14,15
30:15
**thomas** 28:24
28:25 29:3
**thorough** 18:22
**thought** 6:24
41:22
**threat** 4:20
**threatening**
11:20
**three** 30:8,9
36:22
**tim** 31:20
**time** 2:21 10:14
13:15,16,17
14:3,23 20:24
22:15 23:6,23
24:24 30:11
31:14 32:16
34:22 35:17
37:25 39:12
41:7,7 44:2
45:20,24 52:5
52:20 57:8
**timer** 37:5
**times** 43:17
**timing** 23:19
**today** 4:13 5:3
8:14 10:9

14:13,25 16:18
22:14,16,17
35:20 45:22
49:2,6 51:15
52:17 62:19
63:10
**today's** 25:10
**took** 10:12
30:13
**totally** 16:4
59:15
**toward** 57:23
**trace** 4:6
**track** 19:21
**transcript** 67:4
**transmitted**
59:21
**transparency**
5:22 11:5
40:16
**treated** 3:16
**treatment** 8:20
**tried** 32:4
56:10
**true** 13:20
21:16,21 24:5
46:8 64:3 67:4
**trump** 34:23
43:1
**trust** 11:2
37:16 45:20
**truth** 7:24
**truthful** 8:6
56:18

**trying** 63:12
**ts** 26:5
**turner** 36:25
**twelve** 7:8
**two** 26:24 27:7
35:19 41:4
42:2 48:1 53:3
61:15,19
**type** 48:14
**typically** 5:10
**tyranny** 42:6

**u**

**u.s.** 30:12 46:16
**ulrich** 28:18,21
31:16,19
**ultimately**
15:10 27:25
54:13,17 55:5
56:22
**unaccountable**
35:20
**unanimous**
3:20
**unbefitting**
54:15
**uncertainty**
31:5
**under** 7:17,22
8:13,20 16:16
17:22 20:23
22:23 25:21
28:3 47:15
52:4 59:1,14
64:24

**underage** 33:11
**undersheriff**
3:24 33:10,15
38:21
**understand** 6:3
7:5,19 9:15
14:10 27:5,13
27:13,16 31:25
32:5,12 38:2
53:13 55:7
58:3
**understands**
53:5
**understood**
53:24
**undertake**
15:22
**unfounded**
6:16,20
**unhappy** 42:1
**unincorporated**
45:12
**union** 3:19 8:10
54:23 56:3
**unions** 8:11
**unique** 30:18
30:18,20
**united** 30:3,4
**unjustifiable**
44:5
**unmute** 35:10
37:6 38:11
39:16 40:13
41:13 42:16
45:6 46:2 47:3

Page 22

48:8

**unprecedented**
15:23

**unsubstantiat...**
29:13 34:15

**urge** 38:7 55:15
56:23

**urgency** 27:14
29:22,22

**use** 15:3 24:19
42:22 64:25

**used** 7:25 36:6

**using** 22:23
23:14 24:3,7,8
24:8

**usman** 35:10
37:4,7,8

**usurp** 30:21
31:12

**v**

**v** 23:2

**vehicle** 45:17

**verification**
14:4

**verify** 13:12,16
32:4

**versus** 23:5

**victor** 54:5,11
56:11

**violations** 10:1

**voice** 57:10

**voicemail**
11:19

**voices** 37:24

**voracity** 4:2

**vote** 2:8 10:9
11:3 15:22
17:24 22:17,19
27:9 32:15
35:20 36:2
37:11 39:22
40:8 41:9 42:9
43:10 46:12,13
53:9 61:11
64:23 65:13

**voted** 3:20 43:2
43:13

**voter** 15:7

**voters** 8:25 9:1
9:2,19 12:8,11
15:2 16:3
21:13 27:8
31:13 32:22
35:16,20 37:23
50:11

**votes** 9:3 27:16
42:7 43:1,12
54:19

**voting** 2:4

**vulnerable**
8:12

**w**

**wagstaff** 32:25
33:1,8

**wait** 9:18 35:22
56:25

**walk** 16:11

**walking** 56:1

**walkway** 32:7

**want** 5:19 6:3,7
7:5,10,18,20
8:6,21,25 9:9
9:19 10:10,21
11:10 14:9,18
15:9 18:9 22:4
22:5 25:5,16
26:8,14 27:5
27:12 28:7
30:24 33:20
34:14 42:10,19
43:12 46:6
47:5 49:22
50:3,7 51:6
52:13 53:2,21
54:3 55:6,12
55:15 56:16,22
56:23 59:3
61:9,12 62:1
62:15,25 63:3
64:22

**wanted** 3:9 5:9
12:22 13:10
17:19 22:10
27:3,15 34:1
45:5 51:2,25
52:4,6 60:12
60:19 61:18

**wants** 15:15
36:16 57:12
59:17 62:25
63:8

**war** 46:20

**warren** 15:19
18:20 19:8,23
20:4,6,11 21:5
21:11,19,23
57:21 59:7
60:22,25 61:1
61:14,17 62:4
62:12 65:7
66:16

**watch** 28:6

**way** 3:15 19:10
34:22 49:25

**ways** 59:22

**we've** 2:15 3:6
4:4 15:5 25:18
26:5,18 29:6,8
35:15

**week** 29:7 41:3

**weeks** 47:19

**weigh** 39:11

**welcome** 58:16
61:6 63:7

**went** 11:16
33:4 36:24
59:10

**whatsoever**
43:14

**whistleblower**
17:4

**wide** 9:21

**willard** 46:1
47:3,5 48:4

**willis** 36:8

**willpower** 8:18

**win**  30:16
**witch**  39:25
  43:6,7
**witness**  4:10,11
  4:14,23 5:1
**witnesses**  13:1
  13:6
**woman**  36:7,7
**women**  8:8,8
  27:23,25 28:3
  30:25 36:14,17
  57:8,9
**words**  45:1
  58:25
**work**  8:13,16
  8:20 24:12
**worked**  46:14
**working**  14:11
  14:15 16:16
  29:6 30:5 57:6
**works**  4:11
**world**  12:25
**worse**  57:3
**worst**  36:19
**would've**  36:23
  40:1
**wrap**  12:1
  36:21 44:19,24
  48:3
**wrapping**  27:7
**written**  18:1,12
  18:12 19:5,17
  19:19 46:18
  50:22

**wrong**  37:1

**y**

**yeah**  19:23
  21:10 36:22
  49:8 61:17
**year**  27:7,7
  34:21 41:10
**years**  6:5,17
  7:2 27:8 30:2,3
  30:7 42:19
  49:11
**yesterday**
  45:15

**z**

**zero**  56:16
**zoom**  28:17

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127