EXHIBIT 12



 

ABOUT	AWARDS	OPINION	LETTERS	SPOTLIGHT	OBITUARIES	JOBS

NEWSRACKS	CONTACT	ARCHIVES

HOME  >  OPINION  >  Post editorial: Yes on Measure A: Remove Corpus ASAP

# Post editorial: Yes on Measure A: Remove Corpus ASAP

February 28, 2025 6:00 am









*Editorial opinion of the Daily Post*

The corruption by San Mateo County Sheriff Christina Corpus poses a clear and present danger, and needs to end immediately.

It's imperative that voters cast their ballots in favor of Measure A.

Measure A would temporarily change the county charter to allow the Board of Supervisors to remove Sheriff Christina Corpus and replace her with a qualified, honest sheriff. Soon after Corpus was elected in 2022, she reneged on her main campaign promise — that she'd have an open door and would be transparent.

Instead, she isolated herself in her office and thwarted attempts by the public and press to obtain documents under the California Public Records Act. Anytime an official or government agency rejects valid public record requests, the public should be suspicious.

One of her first moves was to put realtor and reserve deputy Victor Anelle in her inner circle, even though he lacked the years of experience one would typically find in the upper ranks of a countywide law enforcement agency.

Corpus and Anelle constantly threatened and intimidated sheriff's office employees, including the deputies who put their lives on the line for the public every day, according to an independent report commissioned by the Board of County Supervisors. At







the same time, the report said Corpus and Anelle carried on an affair, in violation of county anti-nepotism rules. Of course, they denied any affair.

Many employees filed complaints against Anelle, but once those complaints reached Corpus' desk, they went nowhere. That forced the Board of Supervisors, who had been defending Corpus, to hire retired Santa Clara County Judge LaDoris Cordell to conduct an investigation.

Cordell interviewed 40 past and current sheriff's employees. She found widespread abuse of power by Corpus and Anelle. She found texts by Corpus that contained gay slurs, and a witness who heard the sheriff repeatedly use a racial slur.

### Retaliation

Corpus ordered the firing of Assistant Sheriff Ryan Monaghan after he revealed he had spoken to Cordell, public documents show.

Corpus had one of her chief critics, deputies union president Carlos Tapia, arrested and jailed on bogus timecard fraud charges. District Attorney Steve Wagstaffe later threw out the case and launched an investigation into Corpus, which is still pending.

Meanwhile, Cordell found that Anelle bought the sheriff $11,000 diamond Tiffany earrings and $1,200 designer Louboutin boots. So much for Corpus and Anelle's denials about an affair. Who buys gifts like that for their boss?

### Officers lose confidence in her







Employee groups from the deputies on up to the captains have voted to say they have no confidence in her.

"Lies, secrecy, intimidation, retaliation, conflicts of interest, and abuses of authority are the hallmarks of the Corpus administration," Judge Cordell wrote in her report. "Sheriff Corpus should step down and Victor Aenlle's employment with the Sheriff's Office should be terminated immediately. Nothing short of new leadership can save this organization that is in turmoil, and its personnel demoralized."

### Five jail deaths

The lawsuits and future lawsuits are piling up. And while Corpus remains in office, the deaths in the jail she runs are increasing — five since she took over. The causes are drugs and suicides. Well-trained jailers can prevent fatal overdoses and eliminate the possibility of suicide.

But under Corpus, jail policy is so backward that deputies still transport male and female inmates together from the jail to court, a practice that ended in other counties years ago. A deputy supervising a group of inmates turned his back while a male inmate raped a female inmate in an elevator in the courthouse, according to two judges. Corpus shows no signs of stopping this behavior. The deaths, lawsuits, abuse and retaliation will continue unless the voters take charge.

Some county residents say she should be removed through a recall, but that's a long process that will







permit this immediate danger to fester for at least a year.

The supervisors want to fire her, but can't because of the county charter. Measure A asks the public to amend the county charter temporarily, until 2028, so that the supervisors can remove Corpus. We urge you to vote "yes" on Measure A.

(This was originally printed on Feb. 10 in the Daily Post.)

• Here's our response to arguments Corpus is making about Measure A.


**« PREVIOUS**
Woodside endorses Measure A to remove sheriff


**NEXT »**
Downtown landlord sues over parklet

## RELATED ARTICLES


**It may take months to remove sheriff**


**Sheriff asks court to stop election to remove her from office**


**Judge denies sheriff's request for an injunction to stop termination process**

## 21 COMMENTS

**Stop the Madness** says:

FEBRUARY 10, 2025 3:24 PM AT 3:24 PM





**WE PUBLISH LEGALS**

The Daily Post has been adjudicated by the Superior Court of Santa Clara County as a newspaper of general circulation in the City of Palo Alto and County of Santa Clara, and is qualified to publish legal notices, including:

• Fictitious Business Name Statements (FBNs)
• Legal name changes
• Petitions to Administer Est (Probate)