EXHIBIT 13

# San Mateo County Jail Facilities
# Inmate Grievance Form

Routing: **Staff Only**
- [ ] Administration
- [✓] Other
- [ ] Classification
- [ ] Medical
- [ ] Food Service

Received: **Staff Only**
Date _____
Time _____
Facility _____
Deputy _____

To: (Shift Sergeant) Christina Corpus        Date 10/29/24

From: (Inmate's Name) James David Taylor     Id# 123961J    Cell 62

Grievance (Please be specific: time, date, etc.)

I'm at the point right now where I want to do something severe to Christina Corpus. I'm tired of the blatant lies she devises, and she is an incompetent first class cunt!! The only way to get respect in here, is to physically assault someone severely. Christina Corpus, that fucking bitch, at this point I'm about to catch strike 3 with the assaults on staff members in this jail. We had best hope and pray that we never see each other in person, because if that were to ever transpire, I will guarantee it will be a show to the point where you're going to have your weapons drawn in order for me to stop, plus it'll involve both jails getting involved and there would be no fear for both jails, plus it might make national news. This is only a threat and I'm only speaking out of anger for my disdain, dispise, and dismal performance of that first class cunt Christina Corpus. We had all better hope that her and I never see each other in person cause if this happens, it's going to be a show and I can promise everyone that. It's cunts like that is all the reason why I'm gay and I only date transgenders, as I'm currently engaged to Crystal Aka Josh Bried. If I ever see Miguel Chaday, I'm doing something really severe to him, and I might potentially finish him. Christina Corpus has lied from the beginning, especially about keeping people safe, cause if you were to do this you would not have allowed that suicide to transpire at all on Oct 2nd 2023. Plus you would not have let me get say hits on at all with a deadly weapon on another inmate. And on top of this cisgender ladies really make me feel uncomfortable and I silently displayed that yesterday in court. I know people think I'm joking and I don't understand why you staff members like to learn the hard way. I would think physically attacking Christina Corpus would be funny!!

Inmate's Signature: _____

Note: Upon signing this form take GOLD copy. It contains the grievance procedures.

Supervisor's response:

Signature:                                    Date:

White: *Administration*   Yellow: *Response to Inmate*   Pink: *Staff*   Gold: *To Inmate*