EXHIBIT 17

Website Updated: 4/3/2025 3:20:06 PM


(http://smcvote.gov/)

# March 4, 2025 Special Election

## OFFICIAL RESULTS

**Results were certified on April 3, 2025.**

### VOTER TURNOUT

**24.4%**   

| | |
|---|---|
| Ballots Counted | 108,346 |
| Vote by Mail Ballots | 106,639 |
| Vote Center Ballots | 1,707 |
| Registered Voters | 444,497 |

Showing 1 of 1 contests

**County of San Mateo, Measure A (Majority Approval Required)**
(VOTE FOR 1)

| | | | |
|---|---|---|---|
| ☐ YES | 90,900 | 84.00% | |
| ☐ NO | 17,318 | 16.00% | |

VIEW RESULTS BY PRECINCT ❯