EXHIBIT 23

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINA CORPUS,<br><br>Defendant. | **ACCUSATION**<br>(Gov. Code §3060) |

The Grand Jury of the County of San Mateo, State of California, hereby accuses CHRISTINA CORPUS, the duly elected Sheriff of the County of San Mateo since January 7 of 2023, of willful or corrupt misconduct in office, in violation of Government Code section 3060, committed as follows:

### COUNT ONE

That on and between January 7, 2023 and November 13, 2024, CHRISTINA CORPUS, the duly elected Sheriff of the County of San Mateo, California, did commit willful or corrupt misconduct in office by committing acts that created a conflict of interest, to wit: using her position to hire and/or supervise and/or seek pay raises for Victor Aenlle with whom she had a close personal relationship that she failed to disclose, in violation of County of San Mateo's Charter Article V section 510.

### COUNT TWO

That on or about September 20, 2024, CHRISTINA CORPUS, the duly elected Sheriff of the County of San Mateo, California, did commit willful or corrupt misconduct in office by violating San Mateo County Ordinance Code section 2.14.090 and/or Labor Code section 1102.5, to wit:

1  terminating Assistant Sheriff Ryan Monaghan's employment for participating in Judge Cordell's
2  investigation into complaints against Victor Aenlle by members of the Sheriff's Office.

### COUNT THREE

4  That on and between September 1, 2024 and November 12, 2024, CHRISTINA CORPUS, the
5  duly elected Sheriff of the County of San Mateo, California, did commit willful or corrupt
6  misconduct in office by violating San Mateo County Ordinance Code section 2.14.090 and/or Labor
7  Code section 1102.5, to wit: transferring Captain Brian Philip from the Professional Standards
8  Bureau to Corrections for refusing to serve a deficient internal affairs notice and/or ordering Captain
9  Brian Philip to arrest Deputy Carlos Tapia.

### COUNT FOUR

11  That on and between January 7 and January 30, 2023, CHRISTINA CORPUS, the duly
12  elected Sheriff of the County of San Mateo, California, did commit willful or corrupt misconduct in
13  office by violating San Mateo County Ordinance Code section 2.14.090, to wit: eliminating Valerie
14  Barnes' overtime hours for voicing concerns about Victor Aenlle joining the Sheriff's Office
15  executive team.

[handwritten margin note: No]

### COUNT FIVE

17  That on or about December 4, 2023 CHRISTINA CORPUS, the duly elected Sheriff of the
18  County of San Mateo, California, did commit willful or corrupt misconduct in office by violating San
19  Mateo County Ordinance Code section 2.14.090, to wit: calling Mike Sena to discuss transferring
20  Lieutenant Stephanie Josephson for reporting Sheriff Corpus' intent to eliminate compensatory time
21  for lieutenants to San Mateo County Human Resources.

[handwritten margin note: No]

### COUNT SIX

23  That on or about November 12, 2024, CHRISTINA CORPUS, the duly elected Sheriff of the
24  County of San Mateo, California, did commit willful or corrupt misconduct in office by violating San
25  Mateo County Ordinance Code section 2.14.090, to wit: arresting Deputy Carlos Tapia in retaliation

for (1) engaging in heated labor negotiations with Sheriff Corpus on August 15, 2024; and/or (2) submitting a declaration in support of a complaint filed by the Deputy Sheriff's Association against Sheriff Corpus with the Public Employee Relations Board; and/or (3) publicly announcing a no confidence vote against Victor Aenlle by the Deputy Sheriff's Association and Organization of Sheriff's Sergeants in September of 2024.

### COUNT EIGHT

That on and between June 18, 2024 and June 20, 2024, CHRISTINA CORPUS, the duly elected Sheriff of the County of San Mateo, California, did commit willful or corrupt misconduct in office by violating San Mateo County Ordinance Code section 2.14.090, to wit: revoking Captain Rebecca Albin's access to the Half Moon Bay substation and/or to her county accounts for posting on Nextdoor without notifying Sheriff Corpus.

*[Count Eight crossed out with large X, "XO" notation in margin]*

Dated: June 27, 2025

Michael Kovalich
Foreperson

3