EXHIBIT 25

## Matthew Frauenfeld

| | |
|---|---|
| **From:** | Dept11 <dept11@sanmateocourt.org> |
| **Sent:** | Monday, July 7, 2025 4:31 PM |
| **To:** | Matthew Frauenfeld; ComplexCivil |
| **Cc:** | Christopher Ulrich; Thomas Mazzucco; Jennifer Cuellar; Anne Montastier; JLittle@keker.com; FMuzzio@keker.com; Brook Dooley; TSilva@keker.com; ADawson@keker.com; FMorgan@keker.com |
| **Subject:** | Re: Sheriff Christina Corpus v. County of San Mateo Board of Supervisors et al, No 25-CIV-04319; Notice of Motion for Reconsideration & Decl ISO of Mtn for Reconsideration |

Good afternoon,

The first available hearing date on Department 11's Complex L&M calendar is 3/12/**26** at 3:00 p.m.  I have set the Motion on that date.

Thank you,
Jane Torres



Courtroom Clerk
Honorable Nina Shapirshteyn
Department 11
Superior Court of California
County of San Mateo
1050 Mission Road, Courtroom L
South San Francisco, CA 94080

---

**From:** Matthew Frauenfeld <MFrauenfeld@mpbf.com>
**Sent:** Thursday, July 3, 2025 11:51 AM
**To:** Dept11 <dept11@sanmateocourt.org>; ComplexCivil <complexcivil@sanmateocourt.org>
**Cc:** Christopher Ulrich <CUlrich@MPBF.com>; Thomas Mazzucco <TMazzucco@MPBF.com>; Jennifer Cuellar <JCuellar@MPBF.com>; Anne Montastier <AMontastier@MPBF.com>; JLittle@keker.com <JLittle@keker.com>; FMuzzio@keker.com <FMuzzio@keker.com>; Brook Dooley <bdooley@keker.com>; TSilva@keker.com <TSilva@keker.com>; ADawson@keker.com <ADawson@keker.com>; FMorgan@keker.com <FMorgan@keker.com>
**Subject:** RE: Sheriff Christina Corpus v. County of San Mateo Board of Supervisors et al, No 25-CIV-04319; Notice of Motion for Reconsideration & Decl ISO of Mtn for Reconsideration

Department 11:

We are writing as a follow up on our request below, primarily to ensure the record is clear that Petitioner has diligently sought to obtain a hearing date on her Motion for Reconsideration so that the 10-day period under CCP § 1008 does not later serve as a basis to deny or refuse to calendar the motion.

We understand the Court's prior note that the filing was "– Rejected If you are trying to file a motion, you must reach out to dept 11 for a hearing date prior to resubmission of documents." Consistent with that instruction, we promptly sent our previous email requesting the earliest available hearing date so that we may properly resubmit the motion in accordance with the Court's procedures.

We wish to respectfully note that any delay beyond the statutory period results solely from adhering to the Court's directive to first secure a hearing date, and should not be construed to prejudice Petitioner's rights under CCP § 1008.

When the Court is next available, we would greatly appreciate it if you could please advise of the earliest available hearing dates so that this matter may be set as expeditiously as possible. We also remain mindful of the importance of affording the Court sufficient time to review the significant jurisdictional and constitutional issues raised, while ensuring the motion is heard in time to avoid the irreparable harm detailed in our papers.

Thank you very much for your time and consideration.

Sincerely,

**Matthew J. Frauenfeld (he/him)**
Associate
Murphy, Pearson, Bradley & Feeney, P.C.

Main: 415.788.1900  |  Direct: 415.962.2804
www.mpbf.com

 

CONFIDENTIALITY - This email message and any attachments thereto are for the sole use of the intended recipient(s) and contain a private, confidential communication protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure or distribution of this email is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.

**From:** Matthew Frauenfeld
**Sent:** Wednesday, July 2, 2025 12:04 PM
**To:** Dept15 <dept15@sanmateocourt.org>; Nancy Davidson <NDavidson@MPBF.com>; JLittle@keker.com; FMuzzio@keker.com; Brook Dooley <bdooley@keker.com>; TSilva@keker.com; ADawson@keker.com; FMorgan@keker.com; Dept11 <dept11@sanmateocourt.org>; ComplexCivil <complexcivil@sanmateocourt.org>
**Cc:** Christopher Ulrich <CUlrich@MPBF.com>; Thomas Mazzucco <TMazzucco@mpbf.com>; Jennifer Cuellar <JCuellar@MPBF.com>; Anne Montastier <AMontastier@MPBF.com>
**Subject:** RE: Sheriff Christina Corpus v. County of San Mateo Board of Supervisors et al, No 25-CIV-04319; Notice of Motion for Reconsideration & Decl ISO of Mtn for Reconsideration

Thank you, Department 15. We will not be appearing today in light of Department 11's rejection of the filing of the underlying motion and requirement that we contact them to obtain a hearing date before filing.

**Department 11:** We respectfully request a hearing date at the earliest available opportunity. We are mindful of the need to allow the Court sufficient time to review the important jurisdictional and constitutional issues presented, while also ensuring the hearing occurs soon enough to prevent the irreparable harm identified in our moving papers. Please advise what dates the Court has available so that we may calendar this matter as expeditiously as possible.

Thank you,

**Matthew J. Frauenfeld (he/him)**
Associate
Murphy, Pearson, Bradley & Feeney, P.C.

Main: 415.788.1900  |  Direct: 415.962.2804
www.mpbf.com

 

CONFIDENTIALITY - This email message and any attachments thereto are for the sole use of the intended recipient(s) and contain a private, confidential communication protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure or distribution of this email is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.

**From:** Dept15 <dept15@sanmateocourt.org>
**Sent:** Wednesday, July 2, 2025 11:20 AM
**To:** Matthew Frauenfeld <MFrauenfeld@mpbf.com>; Nancy Davidson <NDavidson@MPBF.com>; JLittle@keker.com; FMuzzio@keker.com; Brook Dooley <bdooley@keker.com>; TSilva@keker.com; ADawson@keker.com; FMorgan@keker.com; Dept11 <dept11@sanmateocourt.org>; ComplexCivil <complexcivil@sanmateocourt.org>
**Cc:** Christopher Ulrich <CUlrich@MPBF.com>; Thomas Mazzucco <TMazzucco@MPBF.com>; Jennifer Cuellar <JCuellar@MPBF.com>; Anne Montastier <AMontastier@MPBF.com>
**Subject:** Re: Sheriff Christina Corpus v. County of San Mateo Board of Supervisors et al, No 25-CIV-04319; Notice of Motion for Reconsideration & Decl ISO of Mtn for Reconsideration

Please also note that:

Presiding Judge, Dept. 9 is Located in Redwood City, Courtroom 2H. Ex parte hours are only between 2:00 pm - 2:15 pm.

Thank You,

Ashmika Segran-Teo
Courtroom Clerk Dept. 15, Courtroom K
Superior Court of San Mateo County
1050 Mission Road
South San Francisco, CA 94080
PH # 650-261-5115

**From:** Dept15 <dept15@sanmateocourt.org>
**Sent:** Wednesday, July 2, 2025 11:11 AM
**To:** Matthew Frauenfeld <MFrauenfeld@mpbf.com>; Nancy Davidson <NDavidson@MPBF.com>; JLittle@keker.com <JLittle@keker.com>; FMuzzio@keker.com <FMuzzio@keker.com>; Brook Dooley <bdooley@keker.com>; TSilva@keker.com <TSilva@keker.com>; ADawson@keker.com <ADawson@keker.com>; FMorgan@keker.com <FMorgan@keker.com>; Dept11 <dept11@sanmateocourt.org>; ComplexCivil <complexcivil@sanmateocourt.org>
**Cc:** Christopher Ulrich <CUlrich@MPBF.com>; Thomas Mazzucco <TMazzucco@MPBF.com>; Jennifer Cuellar <JCuellar@MPBF.com>; Anne Montastier <AMontastier@MPBF.com>
**Subject:** Re: Sheriff Christina Corpus v. County of San Mateo Board of Supervisors et al, No 25-CIV-04319; Notice of Motion for Reconsideration & Decl ISO of Mtn for Reconsideration

Sorry I meant - Presiding Judge (Dept. 9).

Ashmika Segran-Teo
Courtroom Clerk Dept. 15, Courtroom K
Superior Court of San Mateo County
1050 Mission Road
South San Francisco, CA 94080
PH # 650-261-5115

---

**From:** Dept15 <dept15@sanmateocourt.org>
**Sent:** Wednesday, July 2, 2025 11:09 AM
**To:** Matthew Frauenfeld <MFrauenfeld@mpbf.com>; Nancy Davidson <NDavidson@MPBF.com>; JLittle@keker.com <JLittle@keker.com>; FMuzzio@keker.com <FMuzzio@keker.com>; Brook Dooley <bdooley@keker.com>; TSilva@keker.com <TSilva@keker.com>; ADawson@keker.com <ADawson@keker.com>; FMorgan@keker.com <FMorgan@keker.com>; Dept11 <dept11@sanmateocourt.org>; ComplexCivil <complexcivil@sanmateocourt.org>
**Cc:** Christopher Ulrich <CUlrich@MPBF.com>; Thomas Mazzucco <TMazzucco@MPBF.com>; Jennifer Cuellar <JCuellar@MPBF.com>; Anne Montastier <AMontastier@MPBF.com>
**Subject:** Re: Sheriff Christina Corpus v. County of San Mateo Board of Supervisors et al, No 25-CIV-04319; Notice of Motion for Reconsideration & Decl ISO of Mtn for Reconsideration

Good morning,

Dept. 11 is dark.

The only other department hearing ex parte this week is Presiding Judge (Dept. 11). There hours are from 2:00 - 2:15 pm.

Thank You,
Ashmika Segran-Teo
Courtroom Clerk Dept. 15, Courtroom K
Superior Court of San Mateo County
1050 Mission Road
South San Francisco, CA 94080
PH # 650-261-5115

---

**From:** Matthew Frauenfeld <MFrauenfeld@mpbf.com>
**Sent:** Wednesday, July 2, 2025 9:44 AM
**To:** Dept15 <dept15@sanmateocourt.org>; Nancy Davidson <NDavidson@MPBF.com>; JLittle@keker.com <JLittle@keker.com>; FMuzzio@keker.com <FMuzzio@keker.com>; Brook Dooley <bdooley@keker.com>; TSilva@keker.com <TSilva@keker.com>; ADawson@keker.com <ADawson@keker.com>; FMorgan@keker.com <FMorgan@keker.com>; Dept11 <dept11@sanmateocourt.org>; ComplexCivil <complexcivil@sanmateocourt.org>
**Cc:** Christopher Ulrich <CUlrich@MPBF.com>; Thomas Mazzucco <TMazzucco@MPBF.com>; Jennifer Cuellar <JCuellar@MPBF.com>; Anne Montastier <AMontastier@MPBF.com>
**Subject:** RE: Sheriff Christina Corpus v. County of San Mateo Board of Supervisors et al, No 25-CIV-04319; Notice of Motion for Reconsideration & Decl ISO of Mtn for Reconsideration

Good morning,

Thank you, Department 15.

Department 11: In light of Department 15 recusing itself, please direct us to an alternative department that will be hearing ex parte applications for Department 11 this week. The ex parte application is time sensitive and requests an expedited briefing schedule to ensure that the Court and Respondents have time to brief and review the issues while still allowing for timely relief. Further delay of the application will cause undue and material prejudice to Petitioner and deprive her of a meaningful opportunity to be heard.

Thank you,

**Matthew J. Frauenfeld (he/him)**
Associate
Murphy, Pearson, Bradley & Feeney, P.C.

Main: 415.788.1900  |  Direct: 415.962.2804
www.mpbf.com



CONFIDENTIALITY - This email message and any attachments thereto are for the sole use of the intended recipient(s) and contain a private, confidential communication protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure or distribution of this email is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.

**From:** Dept15 <dept15@sanmateocourt.org>
**Sent:** Wednesday, July 2, 2025 9:01 AM
**To:** Nancy Davidson <NDavidson@MPBF.com>; JLittle@keker.com; FMuzzio@keker.com; Brook Dooley <bdooley@keker.com>; TSilva@keker.com; ADawson@keker.com; FMorgan@keker.com; Dept11 <dept11@sanmateocourt.org>; ComplexCivil <complexcivil@sanmateocourt.org>
**Cc:** Matthew Frauenfeld <MFrauenfeld@mpbf.com>; Christopher Ulrich <CUlrich@MPBF.com>; Thomas Mazzucco <TMazzucco@MPBF.com>; Jennifer Cuellar <JCuellar@MPBF.com>; Anne Montastier <AMontastier@MPBF.com>
**Subject:** Re: Sheriff Christina Corpus v. County of San Mateo Board of Supervisors et al, No 25-CIV-04319; Notice of Motion for Reconsideration & Decl ISO of Mtn for Reconsideration
**Importance:** High

Good morning,

Judge Franchi cannot hear this ex parte application.

Judge Shapirshteyn will be back next week and can address this ex parte application during their ex parte hours - Nina Shapirshteyn, Civil Judge | Superior Court of California | County of San Mateo

Thank You,

Ashmika Segran-Teo

Courtroom Clerk Dept. 15, Courtroom K
Superior Court of San Mateo County
1050 Mission Road
South San Francisco, CA 94080
PH # 650-261-5115

---

**From:** Nancy Davidson <NDavidson@MPBF.com>
**Sent:** Tuesday, July 1, 2025 5:44 PM
**To:** JLittle@keker.com <JLittle@keker.com>; FMuzzio@keker.com <FMuzzio@keker.com>; Brook Dooley <bdooley@keker.com>; TSilva@keker.com <TSilva@keker.com>; ADawson@keker.com <ADawson@keker.com>; FMorgan@keker.com <FMorgan@keker.com>; Dept11 <dept11@sanmateocourt.org>; Dept15 <dept15@sanmateocourt.org>; ComplexCivil <complexcivil@sanmateocourt.org>
**Cc:** Matthew Frauenfeld <MFrauenfeld@mpbf.com>; Christopher Ulrich <CUlrich@MPBF.com>; Thomas Mazzucco <TMazzucco@MPBF.com>; Jennifer Cuellar <JCuellar@MPBF.com>; Anne Montastier <AMontastier@MPBF.com>
**Subject:** Sheriff Christina Corpus v. County of San Mateo Board of Supervisors et al, No 25-CIV-04319; Notice of Motion for Reconsideration & Decl ISO of Mtn for Reconsideration

Good Evening Counsel:
Attached please find the Notice of Motion and Motion for Reconsideration, Declaration of Matthew Frauenfeld submitted for filing today and the Ex Parte and Proposed Order that will be filed tomorrow in-person. Because this matter is before two departments, I'm including below the link to the previously shared ShareFile folder. As a courtesy, this folder contains Petitioner's June 27th ex parte application documents. Additionally, please note that expedited briefing and scheduling is requested, so that the matter may be heard for argument by July 14th or sooner.
Please click below to access Petitioner's June 27th ex parte application documents:

| **ShareFile files** | |
| --- | --- |
| MPA, Decl., and Order ISO Ex Parte re Oversized.pdf | 68 KB |
| Notice.pdf | 43 KB |
| 6.27 Ex Parte POS.pdf | 121 KB |
| MPA ISO TRO.pdf | 268 KB |
| Proposed Order TRO.pdf | 28 KB |
| Ulrich Declaration ISO TRO.pdf | 35 KB |
| Ex. B.November 19 Board Meeting.mp4 | 4 GB |
| Ex. C.December 3 Board Meeting.mp4 | 4 GB |
| Exhibits Four of Four.pdf | 2 MB |
| Exhibits One of Four.pdf | 5 MB |



| Exhibits Three of Four.pdf | 22 MB |
| Exhibits Two of Four.pdf | 12 MB |

Open                                    Link expires on July 27, 2025

Thank you,

Best,

*Nancy Fronda-Davidson*

Legal Assistant
Murphy, Pearson, Bradley & Feeney, P.C.
**WE'VE MOVED! Our new address is:**
550 California Street, 14th Floor, San Francisco, CA 94104
Main: 415.788.1900  |  Direct: 415.962.2828
ndavidson@mpbf.com  |  www.mpbf.com



CONFIDENTIALITY - This email message and any attachments thereto are for the sole use of the intended recipient(s) and contain a private, confidential communication protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure or distribution of this email is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.