# EXHIBIT 26

**Wilson Leung**

| | |
|---|---|
| **From:** | donotreply@lightninglegal.mail.legalconnect.com |
| **Sent:** | Wednesday, July 2, 2025 10:37 AM |
| **To:** | Nancy Davidson; support@legalconnect.com |
| **Subject:** | Rejected Filing Notification for filing on case 25-CIV-04319 (SHERIFF CHRISTINA CORPUS vs. COUNTY OF SAN MATEO BOARD OF SUPERVISORS, et al),Rejected Filing Notification for filing on case 25-CIV-04319 (SHERIFF CHRISTINA CORPUS vs. COUNTY OF SAN MATEO B... |

# Filing Rejected
Envelope Number: **19942551**

### Contact Your Service Provider With Any Questions

**LEGALCONNECT**

Online: http://www.legalconnect.com/support/
Phone: (800) 909-6859

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** The court may preserve the original submission date for the file stamp when the corrections are made in a timely manner. Please contact your local Court for further information.

### Return Reason(s) from Clerk's Office

| | |
|---|---|
| **Reject Reason** | 1 - Rejected |
| **Return Comment** | If you are trying to file a motion, you must reach out to dept 11 for a hearing date prior to resubmission of documents. If you are trying to go ex parte, please email documents to dept 11 for remote appearance. Please note, Judge Shapirshteyn is out this week and her next availability for ex partes are Thurs/Friday of next week, 7/10 and 7/11. |

To learn how to copy the rejected filing so that you can make changes to refile, click here

### Document Details

| | |
|---|---|
| **Court** | San Mateo - Redwood City |
| **Case Style** | SHERIFF CHRISTINA CORPUS vs. COUNTY OF SAN MATEO BOARD OF SUPERVISORS, et al |
| **Date/Time Submitted** | 7/1/2025 6:27 PM PST |
| **Filing Type:** | Motion for Reconsideration |
| **Activity Requested:** | EFile |
| **Filed By:** | Nancy Davidson |

Any funds related to this filing will automatically be reversed back onto the card used. Funds will become available based on your bank's rules.



California EFiling Disclaimer: This is an official government communication. As the recipient, you are responsible for the lawful use of this information. This e-mail and any attachments are intended solely for the individual or agency to which they are addressed. They may be confidential and/or contain privileged or otherwise non-public information. Do not disseminate this e-mail and any attachments unless you are authorized to do so under applicable court rules or statutes. If you are not the intended recipient of this e-mail, do not copy, distribute, or take any action in reliance upon this e-mail or any attachments and delete this e-mail and any attachments immediately. Please consider the environment before printing this e-mail.