# EXHIBIT 29

https://www.smdailyjournal.com/opinion/columnists/a-county-leper-still-refuses-to-leave-her-post/article_20cd7a3f-9f63-4223-b492-07192bcabf5f.html

From the Daily Journal archives

# A county leper still refuses to leave her post

By John Horgan
Jul 9, 2025



With each depressing week, any remaining support for the utterly tarnished tenure of embattled San Mateo County Sheriff Christina Corpus has long since evaporated in a dismal cascade of rejections.

She has become the county's leading executive leper, shunned and abandoned by all except her few remaining confidants and, of course, her attorneys who are being paid regardless of Corpus' plunging popularity index.

The county's Civil Grand Jury is the just the latest body to plant a firm thumbs-down on the woeful Corpus record as the county's most prominent law enforcement officer.

That group of volunteer citizens recently joined such entities as the Board of Supervisors, a number of local city councils, dozens of deputy sheriffs and, of course, the county's voters themselves (in overwhelming fashion, by the way) in blasting Corpus' questionable practices and behavior.

Still, as this week began, the sheriff continued to resist any and all calls to resign or retire. This contentious situation, a prolonged civic circus really, has been ongoing for close to a year. It's a law enforcement mess of historic proportions in this county.

Which brings to mind the advice of the late, great Dr. Seuss, the sage author of numerous children's books, when he penned memorable lines about a fictional character named Marvin K. Mooney.

With apologies to the eminent Dr. Seuss, then, here's a modified version of what he wrote, in part: "The time has come, the time is now. Sheriff Christina Corpus, will you please go now." We can only hope.

**BART REALLY JUST A BLIP:** How important are the BART system's huge stations in San Mateo County? Not very, apparently. Can you say, "Used sparingly?" And that would be kind.

The distinct lack of BART utilization here was one of the key findings provided by a Daily Journal report last week. According to the informative piece written by Alyse DiNapoli, less than 1% of BART's recent ridership can be attributed to the use of the county's six depots that stretch south from Daly City, serve SFO and end up in Millbrae.

If BART's data is accurate (and we have no reason to speculate that it isn't), it means that the regional rail setup is barely an afterthought here; it's basically a blip in the overall local public transportation picture.

That's relevant because BART poobahs and their backers are lobbying hard to have San Mateo County opt in to a plan to place a regional tax measure on a ballot to prop it up, along with other transit systems, Caltrain included.

But BART, which serves most of the Bay Area, is the key. Another potential tax option on the table here would involve fresh dollars for Caltrain only. A choice could be made soon.

It's important to add that, for the most part, Caltrain's north-south route essentially parallels BART in the North County. So there is clearly some rail duplication that no doubt affects local ridership numbers.

**ANOTHER ATHERTON WHOPPER:** By all accounts, the local real estate market seems to be easing just a bit. Maybe not so much in Atherton, though. A recent sale in that uber-affluent village was a reported whopper. A 21,000-square-foot mansion sited on 2 acres of prime land there recently sold (off-market) for a purported $51.1 million, putting a rather emphatic exclamation point on a ZIP code that's already the most expensive place in which to dwell in the U.S. Whew.

**A VIEW OF MARCHBANK PARK:** OK, maybe it's not a flashy sports venue like those owned by the Giants or 49ers. But a handy view of modest Marchbank Park in Daly City (named in memory of John Marchbank, a wealthy businessman who donated land for the park decades ago) is one of the suburban pluses for KNBR-Radio talk show hosts who have recently moved out of San Francisco to new headquarters in that North County town.

**A CENTURY OF SERVICE:** We would be derelict if we didn't point out, even somewhat belatedly, that Our Lady of Perpetual Help Catholic Church in Daly City is observing its centennial this year. Founded in 1925, OLPH has been a linchpin of the faith community in the North County for a full century. Congratulations.

---

John Horgan began writing a neighborhood diary at the tender age of 9 in San Mateo. He's been doing much the same thing as a Peninsula journalist for decades ever since. You can contact him by email at johnhorganmedia@gmail.com.

MORE INFORMATION



Path to San Mateo County sheriff's removal

Poll: Majority of county voters support regional transit measure

Some academic bosses bring in $400,000-plus

# John Horgan

Learn more about your privacy options