# EXHIBIT 30

Case 3:25-cv-05962-VC     Document 27-30     Filed 07/24/25     Page 2 of 20

7/21/25, 6:25 PM                  Confidential documents in Sheriff Corpus case posted on court website – Palo Alto Daily Post                    7/21/25, 6:25 PM                  Confidential documents in Sheriff Corpus case posted on court website – Palo Alto Daily Post





ABOUT      AWARDS      OPINION      LETTERS      SPOTLIGHT      OBITUARIES      JOBS

NEWSRACKS      CONTACT      ARCHIVES

HOME  >  SAN MATEO COUNTY  >  Confidential documents in Sheriff Corpus case posted on court website

# Confidential documents in Sheriff Corpus case posted on court website

🕐 July 2, 2025 2:07 am









 



*Correction: A previous version of this article misstated which side released the confidential documents.*

BY DAVE PRICE
Daily Post Editor

San Mateo County Sheriff Christina Corpus's lawyers have posted online confidential documents about the corruption allegations against her — including a 59-page report from a law firm that investigated the allegations and a transcript of her response.

The Post discovered the documents at 11 p.m. Tuesday and downloaded them. Here are the links to the documents so you can read them for yourself:

• **Volume 1**, Go to page 151 to read the "Keker Report," an investigation by a law firm retained by the county to determine if cause exists to remove Corpus. The Post filed two California Public Records Act requests for the report and both were denied.

• **Volumes 2** and **3** contain the exhibits supporting the Keker Report.

• **Volume 4**, Starting on page 5 is a transcript of Sheriff Corpus giving her response to the **Keker Report** to a hearing officer, county Probation Chief John Keene.

An earlier version of this story incorrectly stated that the county's attorneys released the four volume set of documents that included the Keker Report and Corpus response. In fact, the documents were filed by attorneys representing Corpus from the Murphy,









Pearson, Bradley & Feeney law firm. That was unexpected in that her attorneys had previously asserted that documents related to the removal proceedings against her confidential.

Last Friday, the sheriff's attorneys appeared in San Mateo County Superior Court to seek a restraining order to stop the removal process. The sheriff's application was denied. At the end of the hearing, attorneys for both parties submitted to the court documents that they requested be included in the record of the proceeding. The sheriff's attorneys submitted documents related to the removal process, including the notice of intent to remove the sheriff, the Keker Report, supporting exhibits, and the transcript of Corpus' comments before Keene.  They did not, however, file these documents under seal and therefore, they were publicly posted on the Superior Court's website.

The Keker Report and Corpus' response led Keene to recommend that the supervisors begin the process of firing Corpus. The supervisors voted unanimously to accept his recommendation. Now Corpus is requesting a hearing, followed by another vote by the supervisors.

The Keker Report states: "Throughout her tenure, Sheriff Corpus has violated laws related to the performance of her duties, flagrantly and repeatedly neglected her duties, and obstructed investigations into her conduct and at the San Mateo County Sheriff's Office."







The report relied on evidence such as emails and internal documents and interviews with current and former employees.

The report was sharply critical of Corpus' decision to appoint realtor Victor Aenlle to chief of staff and executive director of the sheriff's office. The report said that Aenlle failed to complete a field training program to become an entry-level deputy and that he refused a background check after it was discovered that he was the subject of a criminal investigation by San Mateo police several years earlier. No charges were filed in that case, however.

"Mr. Aenlle is not qualified to hold the positions to which Sheriff Corpus appointed him or any other executive position within the sheriff's office," the report said. "Prior to serving in the sheriff's office, he had no experience as a law enforcement executive. Nor has he ever been a full-time peace officer. Sheriff Corpus' repeated efforts to appoint (and re-appoint) an unqualified candidate to leadership positions in her office has undermined morale in the SMCSO and caused senior leaders to leave the office. Mr. Aenlle's poor leadership skills have further reduced morale and hurt the effectiveness of the sheriff's office."

The Keker Report included testimony from witnesses who believe Aenlle and Corpus were having an affair — something both deny.

But the report quotes Valerie Barnes, a longtime civilian employee of the sheriff's office, who said she saw the two of them engaging in intimate contact including kissing. And Barnes said she was told by







Corpus that Aenlle had given her luxury boots and cash to buy a pair of $12,000 Tiffany earrings.

Corpus repeatedly attempted to get pay raises for Aenlle, which were rejected by the county, according to the report.

Much of the Keker Report confirms an earlier investigation by retired Judge LaDoris Cordell, who was hired by the supervisors to look into HR complaints against Aenlle that Corpus had refused to investigate. Cordell granted the witnesses in her investigation anonymity because they were afraid of retaliation. However, the Keker Report appears to have located those same witnesses and identified them by name.

### Antisemitic slurs

The Keker Report expanded upon the claims that Corpus uses slurs to describe people she doesn't like. The Cordell Report found Corpus used racial and anti-gay slurs. And now the Keker Report says Corpus also uttered antisemitic slurs.

Cordell quoted an employee of the sheriff's office who said she heard Corpus call her predecessor, Sheriff Carlos Bolanos, the n-word twice. Cordell also cited text messages by Corpus calling a local elected official a "Fuzz Bumper," a homophobic slur directed at lesbians.

The Keker Report, on Page 49 (PDF page 206), quotes sheriff's Detective Jeff Morgan as saying that in 2022,





**WE PUBLISH LEGALS**

The Daily Post has been adjudicated by the Superior Court of Santa Clara County as a newspaper of general circulation in the City of Palo Alto and County of Santa Clara, and is qualified to publish legal notices, including:

• Fictitious Business Name Statements (FBNs)
• Legal name changes
• Petitions to Administer Estates (Probate)

Corpus described a captain in her department, Rebecca Albin, as a "Jew b – – – -."

### The arrest of a critic

The Keker Report said Corpus violated the law when she ordered the arrest of deputy Carlos Tapia, head of the deputies union, on timecard falsification charges that were later thrown out by the district attorney. Tapia was a vocal critic of Corpus.

A few hours after Tapia's arrest, Aenlle's personal attorney, Deborah Drooz of Los Angeles, emailed county Supervisors Noelia Corzo and Ray Mueller to threaten them with litigation if they released the Cordell report, which was scheduled to come out later that day, according to the Keker report.

Drooz said Tapia might have supplied information to Cordell that was false and that Tapia had been arrested, according to the report.

Nonetheless, the Cordell Report was released to the public later that day.

And the DA concluded that Tapia should not have been arrested.

"Despite this, Deputy Tapia remains on administrative leave to this day, more than six months after his improper arrest," the Keker report said.

### Corpus' explanation

Corpus provided a rambling response to the Keker report during a meeting on June 11 with hearing

• Notices of Public Sale
• Alcohol Beverage Licenses
• Service by Publication
• Notices of Trustee's Sale
• Family Law Summonses

Just email or call (650) 328-7700 to place your legal advertisement.

**READ THE PRINT EDITION**

Only a fraction of the local news stories covered by the Daily Post appear on this website. To get all the local news, including many stories you can't find online, pick up the Post every morning at 1,000 Mid-Peninsula locations.

**RECENT COMMENTS**

**ANOTHER ONE THAT WORE THE BADGE! PLEASE SEND ME BACK MY CAMPAIGN CONTRIBUTION! ON** Opinion: Sheriff's use of court's backdoor angers judge

**DR. FEELGOOD ON** Opinion: Sheriff's use of court's backdoor angers judge

**RICK MOEN ON** Sheriff looks for a new judge to hear her case

**JUST SAYING! ON** Opinion: Sheriff's use of court's backdoor angers judge



officer Keene that was transcribed (See Volume 4).

Corpus said she had then-assistant sheriff Matthew Fox investigate the Tapia case. Corpus said that Fox told her the No. 2 person in the DA's office, Shin-Mee Chang, felt there was enough probable cause for the arrest.

Corpus said one of her problems is that there are gangs of officers within the sheriff's office.

She related an incident in January in which three captains went to her office to demand her resignation. She said she was out of the office at a meeting, so she said the captains went downstairs to the lobby and Undersheriff Dan Perea was walking into the building. She said one of the captains refused to shake Perea's hand. Then one of the captains, who she identified as Frank Del Porto, sniffs Perea and says, "Undersheriff, are you drunk? I can smell alcohol on your breath."

Perea was upset over the accusation. When Corpus returned to the office, Perea told her what happened and that he had tears in his eyes, she said.

She asked him to see a doctor to have an alcohol and drug test, and both came back negative, Corpus said.

Corpus said being drunk on the job would have been a career-ender for Perea.

### Gangs in the sheriff's office

She pointed out that video from the lobby shows the captains circling Perea. "One was behind him and the other two were on the side of him. So, you have to understand that in the sheriff's office, there are gangs … that existed before the Millbrae Mafia," she said, referring apparently to a gang in the Millbrae bureau where she was captain before being elected sheriff in 2022.

"And the Millbrae Mafia used to call the Hispanics the cartel. And this mindset is still existing. OK? And that was with the prior administration (under Sheriff Carlos Bolanos)," she said.

She explained, "I'm trying to give you some context as to what I'm dealing with right now and why I'm trying to change and why the resistance and why there are people …"

"And the worst part about this (is) that there's cops lying, people are lying. Um, and that really bothers me 'cause if they're lying in this arena, what are they doing out when they're serving our community members?" she asked.

Corpus confirmed that the sheriff's office is conducting an internal investigation into the actions of the three captains. She also said she was told by Assistant County Counsel David Silberman that such an investigation would look like retaliation.

### Corpus clashed with county attorney

Corpus said her relationship with Silberman isn't good. She said in one conversation he was "screaming at me and talking over me and, um, disrespecting me like I've never been disrespected before."

**DELUSIONAL ON** Opinion: Sheriff's use of court's backdoor angers judge

**ON MY TABLET ON** Opinion: Sheriff's use of court's backdoor angers judge

**FORMER DEPUTY SHERIFF ON** Opinion: Sheriff's use of court's backdoor angers judge

### CATEGORIES

Amazon
Apple
Atherton
Belmont
Burlingame
Caltrain
East Palo Alto
Facebook
Google
Hillsborough
In the news
Los Altos
Los Altos Hills
Menlo Park
Mountain View
North Fair Oaks
Obituaries
Opinion
Palo Alto
Portola Valley
Redwood City
San Carlos
San Mateo
San Mateo County
Santa Clara County
schools
Spotlight
Stanford
Sunnyvale
Sunset Towers
Woodside

Case 3:25-cv-05962-VC     Document 27-30     Filed 07/24/25     Page 6 of 20

7/21/25, 6:25 PM                        Confidential documents in Sheriff Corpus case posted on court website – Palo Alto Daily Post          7/21/25, 6:25 PM                        Confidential documents in Sheriff Corpus case posted on court website – Palo Alto Daily Post

She said he was "very condescending to me, almost as if I were, um, he was trying to exert his knowledge of the law but also in a … way where it made me like I was inferior to him," she said, according to the transcript.

As for the gangs amongst her own officers, she said the godfather is County Executive Mike Callagy. Callagy has filed a claim against Corpus for defamation.

She claims Callagy has been interfering in the sheriff's office. "I've worked for three different sheriffs and I've never seen a county executive … so intertwined in, uh, backdoor deals with, um, members of my organization," Corpus said.

### Sheriff attacks supervisors

Corpus, in her interview, also makes allegations against two of the supervisors, Ray Mueller and Noelia Corzo, who have been designated by the board to speak about the firing process.

She said Mueller wanted more funds to pay deputies overtime because he is hoping to get the support of the deputies union when he runs for re-election.

She said that Corzo had contacted her to let her know that her then boyfriend was applying to become a deputy sheriff. But, according to Corpus, he was disqualified after a background check was completed. She said Corzo wasn't happy with that.

After meeting with Corpus, Keene recommended the Board of Supervisors move forward with the termination process — a recommendation the board accepted.

### Civil grand jury case

Separately, the San Mateo County civil grand jury has [issued a four-count accusation against Corpus](), which could lead to her removal from office. One count accuses her of a conflict of interest concerning Aenlle and the other three allege that she engaged in retaliation against her own employees.

The accusations will be the focus of a trial in Superior Court. If convicted, the penalty would be removal from office.

 « **PREVIOUS**
Opinion: Why bother with beautification when we can make money?

**NEXT** » 
Email shows sheriff directed purchase of massage chairs, despite what she told supervisors

**RELATED ARTICLES**


**How much is the sheriff's corruption scandal costing taxpayers? County won't say**


**Six cities say sheriff must go**


**San Mateo County Democratic Central Committee asks sheriff to resign**

**47 COMMENTS**

**Resign** says:
JULY 2, 2025 3:59 AM AT 3:59 AM

We the people need to come together to formally request the Sheriff to Resign once and for all. Whether that means daily protests or a march or community letters. Enough!

**William porter** says:
JULY 2, 2025 7:45 AM AT 7:45 AM

We need to start marching in front of her house. She doesn't come to work anymore so it needs to be done at her house.

**ENOUGH** says:
JULY 2, 2025 11:18 AM AT 11:18 AM

This is appalling. Sheriff Corpus is VILE
After reading the enormous mountain of evidence against her I have had enough! Count me in to protest. I certainly know at the very least seeing us out there will raise the moral of our deputies.

**Carrie Anne Mathison** says:
JULY 2, 2025 8:28 AM AT 8:28 AM

This sounds like someone advised by a delusional mentally ill person.

Assuming that advisor is Aenlle, the Sheriff is convinced that there is a county God Father and a gang of mafia deputies within the Sheriff office all conspiring against her. The scary thing is that the

Sheriff will change how she treats you if she and/or Aenlle will decide if they trust you and if you are part of this internal mafia/county gang. And the board of supervisors just want union support to get reelected or their friends hired? This is really her side of the story? WOW

I am picturing Corpus with a room in her house with a wall of pictures and strings to identify the county mafia members. There is medication for this type of paranoia. She must have watched too many episodes of Homeland.

If this is what the Corpus camp actually believes, I absolutely question the integrity of those people.

**Kattie** says:
JULY 2, 2025 3:55 PM AT 3:55 PM

She's obviously not the most innocent person but its awfully convenient all these accusations come to light because she wont resign and the hometown click dont like her sniffing around ... just because she may have done something wrong or against policy doesn't mean she isnt telling the truth

**Consequences** says:
JULY 3, 2025 5:59 AM AT 5:59 AM

Katie, clearly you state Corpus has violated policies and laws. That has consequences. Wrong decisions have consequences.

If in fact other people have done wrong things, those are SEPARATE issues that need to be addressed to see "IF" those people have violated polices or laws. What happened with prior Sheriff's are separate issues too.

We are here in 2025 to address multiple wrong doings by Sheriff Corpus in 2023 to current. Having said that, there are multiple proven issues that the Sheriff has continued to deny and lie about . Misleading the public and gaslighting county employees. She has retaliated against honest hard working employees and attempted to defame them mostly to protect her unqualified friend Aenlle.

Aenlle a realtor who is not qualified to work at the Sheriff office. Aenlee who it appears franticly sublitted false hours last year to atremtp stay qualified as a reserve deputy. Sheriff Corpus arrestee the union president over false hours and has blatantly overlooked Aenlle's falsehoods! This is retaliation and illegal. Possibly the most criminal of them all.

The Sheriff was elected snd took an oath. This holds the Sheriff more accountable than your average public civilian resident. The major issue need is that the Sheriff needs to step down and resign. Rather than do that every day she uses county funds for her legal fees and more lawsuits are being filed. This is pure negligence and she will ultimately put her own personal funds at risk. People don't actually get away

with these sorts of activities once they are proven and when they start going though court the federal government violations become most problematic and she can be convicted.

Lots of people lie and cheat but most people don't continue to lie and cheat when they are caught. They usually step down and make a plea deal and go on with their life. Now Corpus demonstrates that she doesn't care that she has done anything wrong, she is demonstrating how powerful an elected official can be if they choose to be defiant.

The Sheriff will go- the question is will she do the right thing and step down or will she get forced out possibly in handcuffs? The more severe penalties she receives for being forced out. Wrong is wrong.

**Hawkeye** says:

JULY 2, 2025 8:38 AM AT 8:38 AM

The Keker Report is the most damning piece of evidence against "Sheriff" Corpus.
She is clearly a danger to the community and is grossly unqualified to serve in her position.
I previously said it will cost the County $50 Million to settle all the claims and lawsuits that will be filed because of the conduct of the "Sheriff" and Little Victor. Now, I'm guessing that number will be north of $75Million.

**smcIncompetent** says:

JULY 2, 2025 8:45 AM AT 8:45 AM

OH my God! an elected official hired someone incompetent! Much ado about nothing! Trump administration is filled with incompetent hire..ha ha...
If Corpus leaves we need an OUTSIDER to come in and clean house not an insider with tons of conflict..perhaps a high ranking official of color from southern california or the east coast.
SMC is a cesspool of incompetence and conflict of interest....BATMAN case is an example of that...the DA charging someone without a basis just because buddy sheriff asked lol

**Checkmate** says:
JULY 2, 2025 8:59 AM AT 8:59 AM

These documents validate what employees have been stating for years and resigning in droves over. Corpus needs to resign before they seize her pension. Game Over.

**David** says:
JULY 3, 2025 3:26 PM AT 3:26 PM

Corpus has only been in office for 2.5 years. The sheriff office has had issues for much longer than that. In fact, part of Corpus' campaign was to clean up the old buy network in the sheriff department. This looks like that network is just resisting change using all sorts of disinformation, such as the accusation that Perea was drunk on the job.

**Why** says:
JULY 3, 2025 8:47 PM AT 8:47 PM

Well David... Corpus hired her executive her modern executive team Hsiung and Monaghan

Where are they now?

Oh right, one was forced to quit the other the retaliated against ! Sounds like another motive had in mind- to get her boyfriend Arnlle hired, promotions and on charge ..: so the question for everyone is why?

**Fore Shadow** says:
JULY 3, 2025 11:29 PM AT 11:29 PM

Oh David, this network is circa Corpus she has been part of the problem. She has been working there under all of these people . Things started off on the right foot- when she hired external respected executive team members- then Corpus promoted her special unqualified buddy unbeknownst to everyone and messed up San Mateo County as a result.

So, something obviously changed her mind when she had power and then she gave the power to some man noone voted for and now the respected executive team is also gone – so the consequences are on Corpus' hands

She needs to resign she has no clue what she is doing and somehow got elected in a vulnerable election year. Without Hsiung and Monaghan the Sheriff messed up her career and now her life.

**Fly On The Wall** says:

JULY 2, 2025 9:33 AM AT 9:33 AM

Who's paying the fees for her defense?
Why is she doing this to herself and her family?

**Richard pepperfield** says:

JULY 2, 2025 3:07 PM AT 3:07 PM

We are as taxpayers. That is why she is not motivated to resign.

**Pacman** says:

JULY 2, 2025 9:50 AM AT 9:50 AM

"Gangs" in the Sheriff's Office. The "Millbrae Mafia." The County Manager is the "Godfather." This lady is out of her mind. What's next, little green men?

**Anonymous** says:

JULY 2, 2025 5:09 PM AT 5:09 PM

Don't get me wrong, I'm not defending this scumbag,but there are cliques in every department. In every company and business. I would hope that her wild assumptions would be throughly Investigated.

**Dorsett-Spiller** says:

JULY 2, 2025 10:29 AM AT 10:29 AM

Where is Vicky? Where is Dan Noyes? Who is keeping track of Corpus timecard? Did she take vacation or is she just refusing to show up to work while getting paid? There is no oversight for Corpus. She flat out lied to the BOS about the massage chairs and threw

down Heather Enders. She never takes responsibility for anything. This has been a wild morning for Christy. The end is near…

**Say Amen** says:

JULY 3, 2025 10:17 AM AT 10:17 AM

Dorsett and Pacman

Hopefully, Dan Noyes is in church begging for forgiveness. Would be great if he would admit to the public how NEGLIGENT he has been for trying to cover up the wrongdoings of his friends Corpus and Aenlle. Spinning narratives in their favor.

He can't spin this anymore. Every other news agency has reported this story differently. Focusing on facts. Facts that outline wrongdoing of the Sheriff. Actually, the Mercury news has been a little more tainted than the other newspapers…

The Sheriff's own lawyers can't keep up with hiding her lies. It seems ok for everyone else to make mistakes and go unpunished – imagine what the Sheriff would have done to the county IF they were the ones to publish her confidential documents? This may be a tactic to get the court hearing for measure A moved to another county, when this should be a clear reason for the Sheriff to step down.

We are fed up with lies, deceit, corruption, retaliation, violations, negligence. Wasted time and public funds.

**W.F.Daigle** says:

JULY 2, 2025 2:34 PM AT 2:34 PM

Sounds like the entire upper echelon is corrupt and needs to be dismissed

**Fly On The Wall** says:

JULY 3, 2025 6:22 AM AT 6:22 AM

I agree. It's unlikely she acted alone. She appears to have the support of both sworn and civilian staff, possibly incentivized by personal benefits—such as securing positions for family and friends. For example, there is a noticeable number of Management Analyst roles within the Sheriff's Office, many of which seem to lack clear responsibilities related to actual management or analysis. This kind of organizational inefficiency—such as assigning multiple analysts to tasks that could be handled by one qualified individual—can lead to wasted resources, diminished morale among competent staff, and a loss of public trust. Over time, it may also hinder the agency's ability to respond effectively to operational demands and deliver essential services.

**CrabbyPattie** says:

JULY 2, 2025 3:18 PM AT 3:18 PM

Yes,I believe that part about the gangs within the Police department. I think that is a hidden problem across AMERICA these days, and so that rings truthful to me.

**Focus** says:

JULY 3, 2025 10:29 AM AT 10:29 AM

What do hidden problems across America have to do with Sheriff corpus retaliating against her own department and Sheriff Corpus violating nepotism policies and laws?

If you have an issue that you've witnessed feel free to file charges against those people in the right forum.

Until then, focus on this issue, in this county on this Sheriff.

**Herb** says:

JULY 2, 2025 4:15 PM AT 4:15 PM

Probation ChiefJohn Keene as hearing officer? Wasn't he place on administrative leave in 2019 for similar allegations and reinstated by the County officials after a few months later? Seems inconsistent and rather fishy. This becoming a joke.

**Rick Moen** says:

JULY 2, 2025 9:10 PM AT 9:10 PM

In early 2019, Keene was placed on administrative leave for a month while unspecified allegations of impropriety were investigated, and then was back with apparently no findings of impropriety. More specifically, the county declined any comment at all, whereas Keene claimed he was cleared of any misdeed.

Unless you know something confidential that the rest of us don't, that's all anyone knows, which doesn't seem to justify your spin.

**Cameron** says:

JULY 3, 2025 8:32 AM AT 8:32 AM

Hey Herb ,what is the relevance of that? More gaslighting from likely none other than Doc Victor A. If Keene was
reinstated Sherlock, obviously whatever the accusation was turned out to be unfounded. Stop with the gaslighting, deflection.. there's so much evidence of corruption from this Sheriff and her sleaze bag boyfriend it's almost comical.

**Pam M** says:

JULY 2, 2025 5:22 PM AT 5:22 PM

When a sheriff's detective testifies in court about a crime somebody allegedly committed, why would a jury believe him with a sheriff like that?

**pacman** says:

JULY 2, 2025 6:41 PM AT 6:41 PM

Don't compare apples to oranges. Your comment about a sheriff's detective sworn court testimony not being credible is repugnant and shameful. Corpus's deceitful behavior is not a reflection of the integrity and commitment of the men and women of the Sheriff's Office.

**Seven Not On Your Side** says:

JULY 2, 2025 5:40 PM AT 5:40 PM

Has anyone checked on award winning investigative reporter Dan Noyse?

**Pacman** says:

JULY 2, 2025 6:24 PM AT 6:24 PM

Maybe the allegations were unfounded. Thus, he was reinstated.

**Pacman** says:

JULY 2, 2025 7:04 PM AT 7:04 PM

"I believe." "I think." How about some actual facts about; "gangs within the police department." Corpus's credibility and truthfulness is null. If what she said is true. Why hasn't she addressed the "gangs?" P.S.. Her earlier defense of why she was being targeted was because she a Latina woman. Now, it's gangs in the Sheriff's Office with the County Manager as the "Godfather." This is like watching a really bad movie on LMN!

**FB** says:

JULY 3, 2025 8:30 PM AT 8:30 PM

Police gang members have matching tattoos. Ask them to show you the tattoos . When they refuse, you know they have one.

**Former Resident** says:

JULY 2, 2025 7:54 PM AT 7:54 PM

I decided to prioritize reading the transcription of Corpus' pre-removal conference with Chief Keene first. Mr. Price's description of a rambling response by Corpus in his news article is a polite and kindhearted understatement.

Corpus wanted to, and most certainly did, tell her story; although it sounded more like a fairytale. Believable it was not; not in the least. There was so much fabrication in the various "ramblings" that Corpus made it clear she had no idea what to say, or do, in a Skelly-type conference or hearing. Corpus' five attorneys did more damage than support to her cause as they interjected, interrupting her narrative, otherwise spaced by what, 600+ "ums" as she stammered through her narrative.

Next I prioritized reading Chief Keene's 6/17/25 letter to the Board. My favorite quotation is therein. It read, "On June 11, 2025, I appeared at the Pre-Removal Conference held at the offices of MurphyPearson Bradley & Feeney, and the Sheriff and her representatives responded to the Notice of Intent. During the conference, I found portions of their presentation compelling; covering a diverse range of topics that they felt were relevant to the matter at hand. However, when asked to present a possible alternative resolution other than what is proposed in the Notice of Intent, none was provided." That quote is the context for Mazzucco's apparently misleading plea to the Board, intentionally taken out of context and undoubtedly to mislead. Compelling did not, in my view and understanding, mean truthful or believable.

In short, that transcript clearly reveals that neither Corpus, nor her legal Counsel, tried to mitigate the removal process, nor the accusations against her. I find it almost incredible that they chose that strategy for the conference. Instead, Corpus presented an

assemblage of thoughts and words, many in the realm of sensationalism, in a feeble and disjointed effort to explain that she has done nothing wrong. It was all the fault of others; her predecessor, other elected officials, the county executive, the county attorney's staff, her own appointees, her captains, and the list continues, they all joined in to persecute her. Corpus has labeled this a persecution several times. A persecution it is not. Corpus shoulders zero responsibility. Corpus expressed zero remorse for her actions and behaviors. Corpus borders on sounding delusional. I suspect that Chief Keene found the deviations from the accusations, the contextual journey from Corpus' parents national origins to her alleged teenage formulation experiences, the fabrications (if he found or concluded any), much all of the Corpus storyline to all be "compelling." This "compelling" is not a good thing for Corpus. She mounted a defense of nonsense during a hearing meant for a different purpose. It's not the first opportunity Corpus has missed in her career. Yet it may be one of her final opportunities to influence her mark in history. What she has done, she has done to herself, knowingly and intentionally. That much is clear.

**David** says:

JULY 3, 2025 3:43 PM AT 3:43 PM

Compelling definitely means those parts were both believable and apparently truthful. To use that adjective in any other circumstance would be misleading by the hearing officer. He's saying that there was some merit to Corpus' presentation.

**Former Resident** says:

JULY 3, 2025 9:32 PM AT 9:32 PM

You believe what you want. The entire good-old-boy network is a myth propagated by Corpus to sway the election, and now serves as a convenient untruth for her to wildly cast aspersions. Define compelling as you wish, instead of reading the pre-removal conference transcript to see the obvious context. The transcript speaks for itself.

The downside of contested elections is that sides inevitably are picked by those too new, unknowing or immature in the organization to fully understand that people can compete together for the same position. Even with different platforms, opponents can both run without competing "against" each other for the betterment of the organization. Differing camps do not need to be chosen, only individual votes cast. Decades of uncontested elections increased organizational stability at the SO, yet left a hidden gap not successfully bridged by either candidate of how to properly support either candidate. Of course it was Corpus who chose to oppose the elected Sheriff, in doing so composed her own "out-group", instead of working with her peers, subordinates and superiors to accomplish the greater organizational goals and run a deliberate candidacy different than she chose to do.

Believe what you wish, you are entitled to do so. Those who know, know.

**Not enough** says:

JULY 3, 2025 11:41 PM AT 11:41 PM

When you are not compelling enough compared to what is presented against you that means?... drum roll- not compelling enough and … MORE compelling evidence against you.

Maybe a bad choice of words , but saying "compelling" does NOT suggest she is innocent or that she did nothing wrong or that there is no wrongdoing- compelling means some things could be possible but likely… the evidence is STACKED against her.

You can't ignore 40+ respected witnesses, emails, texts etc vs 1 person's conspiracy theory opinions. Call a spade a spade.

So, wow- shocker of an outcome!

**Former Deputy Sheriff** says:

JULY 2, 2025 8:42 PM AT 8:42 PM

How much more do we need to get rid of this incompetent crooked unethical unqualified filthy liar??????? She is a complete stain on law enforcement and has completely trashed the Sheriffs Office!!!!! At this point, her collecting a paycheck for a job she doesn't even show up to do is Grand Theft!!!!! She needs to go to prison along with little napoleon Vicky and her filthy command staff. Get the hell out!!!

**Ambulance Chaser** says:

JULY 3, 2025 7:55 AM AT 7:55 AM

Corpus'attorney Mr. Mazzculo really screwed this one up!

**Doctor CCW** says:

JULY 3, 2025 8:16 AM AT 8:16 AM

"Don't let yourself get attached to anything you are not willing to walk out on in 30 seconds flat if you feel the heat around the corner"

**Zebra's Wear Stripes Too!** says:

JULY 3, 2025 12:11 PM AT 12:11 PM

It's time for the final applause to this horrible stage show. The two lead actors need to take their final bow and exit stage left to the paddy wagon sitting outside in the shadows. Sheriff Corpus you are not receiving an Oscar or Tony award for your theatrical performances. Please leave your badge and gun with your costume in the dressing room. Your performance is over. Resign and leave with some dignity knowing you did the right thing to protect and serve your community. There will not be a standing ovation as your wrongful deeds outweighed any good you brought in. Adios!

**Former Resident** says:

JULY 3, 2025 9:46 PM AT 9:46 PM

Returning to Corpus' ramblings, has anyone done a Public Records Act (PRA) request with San Bruno Police and the DA's Office for Corpus' alleged victimization circa 1987 when she claims to have been the target of an armed carjacking, kidnapping attempt and ensuing trail to verify her assertions then (Vol. 4, pp. 3-4)? Maybe those events happened, maybe they didn't. Are her vivid descriptions of them accurate? There certainly doesn't seem to be any online newspaper archives discoverable to confirm Corpus' often repeated, sensational event.

How about a PRA concerning Corpus' assertion that SMCSO undertook about 100 simultaneous background investigations circa 2001-2002, with "mostly Caucasian men" (who is once again the first to throw out the race card), when she went through her hiring process (Vol. 4, p. 4)? Was such a monumental hiring effort done then? Certainly a PRA to SMCSO for the number hired in 2001 and 2002 would again confirm the veracity, or lack of veracity, in Corpus' sensational assertion there.

Corpus roughly described The Sojourn Project (Vol 4, pp. 11-12), explaining she had personally been, then taken or sent 60 SMCSO personnel to the Sojourn Journey, touring at least three southern states, during her tenure as Sheriff. The Sojourn Project website indicates the program is not inexpensive, requiring a non-refundable $1K deposit per attendee. A PRA to SMCSO for disbursement records during Corpus' term to The Sojourn Project should easily support her assertions, or expose those various assertions as partially or wholly untruthful.

Mazzucco's leading narrative storytelling, to which Corpus merely agreed as though she were unable to tell or recall the storyline herself, is clear from much of the transcript. The term "Godfather" actually is attributed by Mazzucco (Vol. 4, p. 19) to describe County Executive Mike Callagy. Why not, it's Mazzucco's story being told. He even uses those words.

Corpus' made an assertion (Vol 4, p. 23) of no organizational planning or audit accomplished in the 167-year history of SMCSO by her elected predecessors. Corpus is far from a historian on SMCSO events. Limiting the duration to the 21st Century, has anyone done a PRA request with SMCSO seeking reports from Management Partners (circa 2001), or the two POST audits (circa early to mid 2000s), or the Violet consultant staffing study (circa 2016-2018)? A PRA for any of those would confirm multiple fantasies in Corpus' storyline provided in the pre-removal conference.

**Tired of all This** says:

JULY 4, 2025 4:46 AM AT 4:46 AM

I have seen stupid attorneys, dumb attorneys and incompetent attorneys. I have never seen all of that rolled in to one fool like Mazzucco. He made a colossal mistake and allowed all the confidential docs and transcripts to be admitted NOT under seal. I enjoyed reading her "um, er, um" transcripts. On the other hand, the colosally arrogant and corrupt Sheriff has precisely the appropriate level of incompetent legal advice she so richly deserves. Oh and btw, that pension ? Going, going, gone. All due to her addiction

to Vicky. So who's paying her legal bills, I'd guess her attys are in the $450-$750/hr range each, adds up really fast, are we taxpayers being gouged for this too, in addition to all the lawsuits ?

**Former K9 Guy/Detective** says:

JULY 6, 2025 8:21 AM AT 8:21 AM

I read her entire interview. Disgraceful and deceitful are the best adjectives I can use to describe it. Corpus used over600 ums and uhs throughout the interview. These are classic stall techniques when a person is desperately searching for their next lie. Corpus is a sociopath and pathological liar with narcissistic attributes. She could not find the truth at the bottom of a paper bag.
In basic interview and interrogation techniques you learn about how people lie. Of course she wouldn't know this as she has never truly been a cop/detective! She denies everything and attempts to deflect blame and make counter allegations against some of the finest people in law enforcement (Callagy, Monaghan, DA Wagstaffe).
She COMPLETELY lacks credibility as a witness/officer/deputy. It is quite obvious that she has never had to present testimony in court. She dug a hole in that interview and Mazucco handed her the shovel!
Corpus should have resigned long ago. Now it's too late and she is facing removal from office, as well as both state and federal prosecution

**What now?** says:

JULY 7, 2025 3:49 AM AT 3:49 AM

Rather than resign, what happens when Corpus goes out on disability? Then what? Rather than resign, unethical people stall cases, file unnecessary appeals and use medical leave to get out of testifying.

The forum Corpus speaks of wanting – she herself, side steps every opportunity to clear her story. Why, perhaps her story is a fabricated fib and doesn't fit so well with key witnesses, emails, texts, video etc etc

The criticized Cordell "INVESTIGATION " into HR complaints did reveal enough names that have only solidified the same issues brought up again in the Oppenheimer investigation and now the Kekker investigation. The key people surrounding issues seem to be Corpus and Aenlle and Parea- all of whom should move on in their life to allow peace to be restored. Any promotion and overlooked Internal Affairs case during Corpus should be reviewed.

How can a Sheriff be so unethical and such a liar? She has caused this to herself.

**Twisted Truths** says:
JULY 7, 2025 8:34 AM AT 8:34 AM

After reading the Kekker report (and in that regard the Oppenheimer report and the Cordell investigation)- the last discriptive words that come to mind are "politically motivated" issues arising.
The Sheriff
1. retaliates against employees- for no other reason than not being in her corruption circle – she openly admits to having a circle of people she doesn't trust and openly admits to having investigations on them if they are not part of her circle of trust

2. ignores internal investigations (especially if they are part of the Sheriff circle),

3. the biggy she has admitted to being friends with Aenlle- 18 years yada yada, this entails exchanging gifts, Hawaii trips, visiting each others houses etc etc she also has hired him on a Sheriff Executive team and acts like there are absolutely no other qualified people to work there in that position. Likely, no Sheriff in California is going to Coldwell Banker searching for qualified candidates to get a $200K a year salary and benefits and use them to advise them. Aenlle sounds like he padded his volunteer hours and there is no internal investigation into that- which seems odd that the Union President got arrested over $950 in miscoded hours worked.

There is some sort of openness of retaliation going on, mixed with bad judgement that has extend into violations of labor codes and possibly criminal acts. I would say yes those are grounds for removal of office.

Not sure what political motives would arise by the county trying to stop these things from continuing. The longer the Sheriff is in office the consequences of her behaviors escalate into questions on who is being hired, background checks, who is being promoted etc, further retaliation, illegally ignoring internal affairs- a new company that is questionably not investigated people in the circle of trust and an unqualified friend who is reinstated into a reserve position that has

access again to confidential documents and helping to advise confidential decisions above his pay grade.

Mazzucco you should be ashamed of yourself too- no morals or values in your firm after this case.

**David** says:

JULY 7, 2025 11:10 PM AT 11:10 PM

A lawyer's job is to provide representation so that the accused can get to state a case even if gossip has the person labeled guilty. The lawyer shouldn't be criticized for what the client did or did not do. He's an officer of the court.

One could criticize him for letting his client say things that don't help her case though. But in the end, it's up to the client to testify or not.

**Former Resident** says:

JULY 9, 2025 9:20 PM AT 9:20 PM

During the pre-removal conference, Corpus made the following outlandish, defamatory and untrue assertions to Chief Keene in a feeble attempt to make the non-existent "good ole boys" network a believable assertion of which she had fallen victim, and therefore it was some sort of twisted defense to her own conduct. Corpus stammered to explain, "…there was an unwritten rule in the Sheriff's Office that if you want to be promoted, and, uh, for some reason promotions were done around, um, campaign time, um, you- for if you wanted to increase your chances of being a Sergeant, you would give $250 to the campaign if you wanted to be a Lieutenant, 350. If you wanted to be a Captain, it was 500. And if you wanted

to increase your chances, then your spouse would match what your contribution would be. Uh, I was myself given, um, an envelope by, at the time, under Sheriff Trista Sanchez, while I was on duty, she called me into her office and had me open my portfolio and put in a envelope, uh, a Carlos Bolanos 2018 campaign envelope in which I had to give" (Vol. 4, Transcript p. 7). For reasons only know to Corpus, she chooses to try to smear and defame the reputation of retired Undersheriff (U/S) Trisha Sanchez, as a means to besmirch Bolanos and justify her slimy political campaign assertions.

A couple of things about those defamatory assertions. First, promotions were not intentionally scheduled around elections to generate political contributions. Press releases verify the untruthfulness of that initial assertion. Next, as I recall, U/S Sanchez was highly respected, with unquestionable integrity, during her entire tenure over 30-years with the SO. Sanchez was appointed as U/S by Bolanos, the first Hispanic female ever appointed to that rank at SMCSO. Sanchez was appointed as an Assistant Sheriff by Munks, the first Hispanic female ever appointed to that rank at SMCSO. Bolanos appointed another Hispanic female, Alma Zamora, to the rank of Assistant Sheriff as well (Corpus was not selected for this position when she was a Captain). Sanchez was appointed as a Captain by Horsley, the first Hispanic female ever appointed to that rank at SMCSO. Bolanos appointed Kristina Bell and Rebecca Rosenblatt to the rank of Captain as well. I believe Zamora was promoted to Captain by Munks. Horsley also appointed another female, Lisa Williams, to the rank of Captain. Yet, it appears

Corpus has not appointed any females to the ranks of Captain, Assistant Sheriff nor Undersheriff during her term. While there are females in the lieutenant rank, Corpus has promoted no females to the Command or Executive ranks during her tenure.

Insofar as Corpus' assertion of a pay-to-play political contribution scheme by Bolanos as part of the fictitious good ole boy network, it is simply blatantly untrue and not established by public records. Political contributions are reported and a matter of public record. I checked those public records myself. Corpus never made any such political contribution to Bolanos' 2018 campaign as she asserted in her interview with Keene. As is the case with political contributions generally, they are discretionary to make, including in what amount they are made. Bolanos' supporters in the public contribution records included some, certainly not all, working supervisors, managers and executive team members, from the SO as well as retired, former employees from a variety of organizations where Bolanos worked previously. Again, Corpus made none in 2018 yet Bolanos did promote Corpus to Captain that year, if my research is unflawed. Corpus was known to have volunteered to be present at several fundraisers on behalf of Bolanos; undoubtedly she watched how he ran his campaign fundraising in 2018. There is no scale of donation amount supported by the public contribution records, in support of Bolanos, for those who chose to donate. The numbers simply don't match. No $250, $350, $500 pay-to-play scheme for promotions as falsely asserted by Corpus, based on rank. The contributions vary in amounts widely.

Corpus appears to have again lied in her assertions of a pay-to-play good ole boys network, simple as that. Of course Corpus did utter those defamatory assertions as the Sheriff, on duty and in her official position in a disciplinary proceeding, opening the County to potential liability for her defamation and inappropriate behaviors yet again, should any of those defamed decide to litigate what Corpus' attorneys have now made a public record.

**Pre Mature** says:

JULY 10, 2025 6:49 AM AT 6:49 AM

The corpus lawyers seem like they make a lot of rookie mistakes. Like publishing confidential documents and filing an appeal too soon- what are they appealing nothing has happened to Corpus yet- they are wasting the appellate court time to review a case that isn't "ripe" yet

Two judges already said you can't overturn a ballot measure and Measure A hasn't even played out so how do you overturn that.

Now July 15th will be interesting- if Corpus has to pay put of pocket for the attorneys it behooves them to want the civil grand jury case to start sooner rather than later or else Corpus will be paying a hefty penny for the legal fees of they end up running after the Measure A hearings… meaning the mazzucco team can still bill for measure a legal fees after measure a hearings are no longer happening in 2-3 months there are no more fees being billed to the county.

7/21/25, 6:25 PM   Confidential documents in Sheriff Corpus case posted on court website – Palo Alto Daily Post

There is no benefit to corpus to delay the civil grand jury for discovery unless she plans to pay potentially $50-100k + in legal fees on her own. Just ask the santa clara sheriff how that worked out

Pretty sure no-one will find it appropriate to travel to Hawaii with friend that you hire with a fat salary ; let alone justify going to coldwell banker to hire an Sheriff department executive – thats just 1 of 4 issues that could remove the sheriff

Comments are closed.

   

© Copyright 2025, The Daily Post. All rights reserved. Privacy Policy. Terms of Use.

::after

https://padailypost.com/2025/07/02/confidential-documents-in-sheriff-corpus-case-posted-on-court-website/   37/37