EXHIBIT 31

*The* Almanac



**SAN MATEO COUNTY**

# Early results show ballot measure to oust sheriff appears headed to landslide victory

by **Eleanor Raab**
March 4, 2025 8:21 pm    Updated March 5, 2025 12:25 pm



San Mateo County Sheriff Christina Corpus takes questions from the press during a last-minute conference at the San Mateo County Sheriff's Office in Redwood City on Nov. 12, 2024. Photo by Anna Hoch-Kenney.

Final election night voting results show that San Mateo County's Measure A, the ballot measure that would amend the county charter to give the San Mateo County Board of Supervisors the power to remove embattled San Mateo County Sheriff Christina Corpus, appears likely to pass.



## San Mateo County Measure A
*Results last updated: March 4 at 11 p.m.*

Yes    No

Threshold to pass

0%  10%  20%  30%  40%  50%  60%  70%  80%  90%  100%

Source: San Mateo County Elections Office • Requires majority approval to pass • Graphic by Zoe Morgan.



 *A Flourish chart

With 92,003 ballots counted, 85.22% of voters opted to approve the measure, while 14.78% voted against the measure. Early voting results include all mail-in ballots received by the Monday, March 3 and all ballots turned in at a vote center. As of 11 p.m. on March 4, ballots from 20.7% of registered voters in the county have been counted.

This ballot measure is distinct from a traditional recall election. The measure would alter the county charter to give the Board of Supervisors the ability to remove the Sheriff. The board does not currently have the authority to remove a sheriff or any other elected official from their post.

The measure outlines the reasons for which the board could remove Corpus, including flagrant or repeated neglect of a sheriff's duties, misappropriation of public funds or property, or obstruction of any investigation into her office. As the measure is written, the authority to remove a sheriff would expire at the end of 2028, which coincides with the expiration of Corpus' current six-year term.

The San Mateo County Board of Supervisors **unanimously voted in December** to place Measure A on the ballot following **the release of a 408-page report** from an independent investigation commissioned by the board. Following the release of the report, the Board of Supervisors and two sheriff's unions formally called on Corpus to resign. Their calls were echoed by local, state and federal officials, and six cities in San Mateo County including **Redwood City** and **Woodside**.

The report, unveiled by the board in November 2024, details allegations of retaliation, corruption and abuse of power by Corpus and the Sheriff's Office executive team, as well as a multi-year affair between Corpus and

her former chief of staff Victor Aenlle that allegedly involved Corpus fast-tracking pay increases for Aenlle. Corpus has repeatedly denied any wrongdoing, and has said that she will not resign.

Corpus has called the independent investigation "disgusting," "biased" and a "witch hunt" commissioned by people who are "out to get her." She also alleged that the investigation into her office was motivated by misogyny and racism. In January she filed a $10 million lawsuit against the county arguing that the March 4 election had been improperly scheduled, hoping to stall the election.

However, a San Mateo County Superior Court judge **ruled on Feb. 26** that the election could go forward, but did not rule on the contents of the independent investigation into Corpus or any of its findings and allegations.

San Mateo County District 2 Supervisor Noelia Corzo, left, and San Mateo County District 3 Supervisor Ray Mueller, right, respond to questions during a press conference at the San Mateo County Center in Redwood City announcing the release of an independent report into allegations against the San Mateo County Sheriff's Office on Nov. 12, 2024. Photo by Anna Hoch-Kenney.

## What happens if Measure A passes?

If Measure A passes, Corpus would not be immediately ousted. The Board of Supervisors must wait to take a vote and determine her fate until election results are certified on April 3. At that point, Supervisors may vote to begin procedures for Corpus' removal.

The Board must provide Corpus with written notice explaining their reasons for seeking her removal. Corpus must also be afforded the opportunity to defend herself in front of the Board before supervisors can take a final vote regarding her removal.

If Corpus is then voted out, Undersheriff Dan Perea would immediately begin acting as sheriff, according to a presentation given by the San Mateo County Attorney's Office to the Independent Civilian Advisory Commission, which clarified procedures in the county's charter for filling a vacant sheriff position.

The Board of Supervisors would then have 30 days to appoint an interim sheriff or call for a special election to fill the position. If no action is taken, the County Elections Office must schedule a special election after 30 days. The appointed sheriff would serve the remainder of Corpus' term.

If a special election is called, it must be held within 102 to 131 days after the order unless a general election is already scheduled within 270 days.

The Board of Supervisors has not indicated whether they plan to appoint a successor or hold a special election if Measure A passes and Corpus is removed.

There is precedent for this type of charter amendment in California. Other counties, including Los Angeles, San Bernardino and San Francisco, allow their supervisors to remove a sheriff for specific causes with a four-fifths vote. Under Measure A, the sheriff would be allowed to mount a defense of her actions before the board could take any vote.

Opponents of the measure say that it is a "political power grab by a few local supervisors," and that the measure "strips voters of their power to elect an independent sheriff," as it is not a direct voter-initiated recall.

On social media, Corpus urged her supporters to vote "no" on the ballot measure. She wrote that the measure would "put public safety at risk," "steal (the public's) right to vote," and allow the supervisors to "pick their own crony instead."

Supporters of Measure A argue that keeping Corpus in office poses a significant risk to the county. Based on the findings of retaliation, abuse of power and racial and homophobic slurs that were sustained by the independent investigation, supporters of the measure argue that the county is open to "millions of dollars in liability and lawsuits." They also note that mass resignations and lack of confidence in the sheriff by sworn personnel pose a threat to residents' safety.

A Political Action Committee created to support Corpus called Stop the Political Power Grab raised $2,472 in opposition to Measure. The PAC's sole donor was Corpus, according to **campaign finance filings** that cover the period between Jan. 1 and Feb. 15. All of the money was used to pay for the printing of "No on Measure A" yard signs.

A PAC created in support of Measure A, called Law Enforcement Against Corruption, created by the San Mateo Deputy Sheriff's Association, raised a total of $146,332 in support of the measure since it was **formed in mid-December**, including $75,000 in loans from the Deputy Sheriff's Association.

**Other notable donors include** former San Mateo County Sheriff Carlos Bolanos, Assemblymember Diane Papan, Redwood City Council member Diane Howard, Burlingame City Council member Donna Colson, San Mateo City Council member Lisa Nash, the Sonoma County Deputy Sheriff's Association PAC, the Contra Costa County Deputy Sheriff's Association PAC, the Oakland Police Officer's Association PAC, the Peace

Officers Research Association of California Political Issues Committee, the Peninsula Law Enforcement Association and over 20 employees of the San Mateo County Sheriff's Office.



### Menlo Voter

March 5, 2025 7:21 am at 7:21 am

Maybe now she'll resign. The voters have sent a clear message.



### Rob Silano

March 6, 2025 4:07 pm at 4:07 pm

Looks like " Metro Voter" we agree on something.

© 2025 The Almanac