# EXHIBIT 32



Hello DSA members,

We are aware of several calls online for protests at Sheriff Corpus' residence. While we support protesting an individual who is corrupt, abusive, and retaliatory, we discourage any members from engaging in a protest at her house. Sheriff Corpus has been trying to create a false narrative where she is the victim and where she is being threatened by the unions. We believe that a demonstration at her residence would only further that narrative.

The DSA Board will never prevent you from exercising your First Amendment rights. However, the public is on our side, and we do not want to do anything that would jeopardize that. We are unified, strong, and professional.

If you have any questions, or any suggestions on other ways to protest Sheriff Corpus and her failed leadership, please don't hesitate to contact a Board member.

Thank you,