# EXHIBIT 33

# Officer Safety - Threats Towards LE

Case: 25-01250                                  Author: Trickett #L118




On October 29, 2024, incarcerated person, James Taylor (DOB ▉▉▉▉▉▉) made threats to cause severe harm to Sheriff Christina Corpus. On February 18, 2025, Taylor again threatened Sheriff Corpus stating if Sheriff Corpus ever came into the correctional facility, "I will be charged for aggravated murder." Taylor made statements demonstrating he had thought of a specific plan including the method and manners in which he would carry out his threat.

On March 11, 2025, Taylor was released from custody after serving a sentence for a conviction of 245(a)(1) PC, Assault with a Deadly Weapon, other than a firearm. Taylor is believed to be transient with no identified associated vehicle. His last listed address was 144 Eddy Street #608, San Francisco, prior to his February 2022 booking into MCF. Taylor was last seen on Marshall Street in Redwood City outside of the Hall of Justice.

Taylor has an extensive history of unpredictable, aggressive and threatening behavior, including assaults on law enforcement and corrections staff. Taylor has numerous arrests in San Mateo and San Francisco Counties for assault/battery on peace officers, 148 and Assault with a Deadly Weapon since 2015. Additionally, Taylor generated over 100 incident reports while housed at MCF the last three years, many of which pertained to his behavior with Sheriff's staff and incarcerated persons.

The case has been presented to the District Attorney's Office, but there is no warrant for Taylor at this time. Officer Safety awareness should be maintained in any contact with Taylor. Additional information regarding this case should be directed to SMCSO Lt. Jake Trickett at jtrickett@smcgov.org

## Sheriff's Office, San Mateo County
## (650)363-4059

*This bulletin is CONFIDENTIAL unless designated otherwise within the bulletin.    Created with APBnet software vrs. 200119*

# UPDATE - ARREST WARRANT ISSUED - OFFICER SAFETY

Sent: 2025-03-18 @ 13:24          Case: 25-01250          Author: Trickett #L118

NIC #

Last Name: Taylor

First Name: James

Nickname:

Alias:

Age: 37

Gender: M

Height: 507

Weight: 155

Eyes: Brown

Hair: Black

Complexion:

Race: B

BirthDate: █████

Last Contact: 3/11/25 @ Maguire Correctional Facility - RWC

Marks:



****UPDATE - On March 18, 2025, a ($50k) felony arrest warrant was signed for the arrest of James Taylor (10/11/1987) for violations of PC 422A(4) and PC 276(6). Taylor is currently transient, however law enforcement records show he has previously been contacted in San Francisco and San Mateo Counties.*****

   On October 29, 2024, and on February 18, 2025, James Taylor (DOB 10/11/1987) made threats to cause severe harm to Sheriff Christina Corpus stating if he saw her, "I will be charged for aggravated murder."

   On March 11, 2025, Taylor was released from custody. He is believed to be transient with no identified associated vehicle. His last listed address was 144 Eddy Street #608, San Francisco, prior to February 2022. Taylor was last seen on Marshall Street in Redwood City outside of the Hall of Justice.

   Taylor has an extensive history of unpredictable, aggressive and threatening behavior, including assaults on law enforcement and corrections staff. Taylor has numerous arrests in San Mateo and San Francisco Counties for assault/battery on peace officers, 148 and Assault with a Deadly Weapon since 2015. Additionally, Taylor generated over 100 incident reports while housed at MCF the last three years, many of which pertained to his behavior with Sheriff's staff and incarcerated persons.

   Officer Safety awareness should be maintained in any contact with Taylor. Additional information regarding this case should be directed to SMCSO Lt. Jake Trickett at jtrickett@smcgov.org

## Sheriff's Office, San Mateo County
## (650)363-4059

*This bulletin is CONFIDENTIAL unless designated otherwise within the bulletin.*    Created with APBnet software vrs. 200119