# EXHIBIT 34

```
PSOS 12316 03/20/25 21:36
CLEP 27260 03/20/25 21:36
03/20/25  21:36:54

SOS0
*********WARRANT STATUS CHANGE ALERT**********
03/20/2025 21:35:58
**********************************************
TO: 04100 - SAN MATEO CNTY SHERIFF
RESPONSIBLE AGENCY FOR:
    WARRANT: 41100/25SF004304A
    NAME: TAYLOR,JAMES DAVID
    DATE: 2025-03-18
    ISSUED BY: SAN MATEO SUPERIOR COURT
STATUS CHANGED
    FROM: NEW WARRANT
    TO: BOOKED
BY: 04100 - SAN MATEO CNTY SHERIFF
OFFICER: 4100
*********END OF AWS 2.0 ALERT MESSAGE*********
```

*[Handwritten annotations: "Original Arrest Warrant", "25-01250"]*