# EXHIBIT 35

# San Mateo Co. Sheriff Corpus accused of misconduct by civil grand jury



By **Monica Madden** 
Monday, June 30, 2025



San Mateo County Sheriff Christina Corpus has been accused by a civil grand jury of willful or corrupt misconduct, prosecutors announced Monday.

SAN FRANCISCO (KGO) -- Embattled San Mateo County Sheriff Christina Corpus is now fighting on two different fronts to keep her job, after a civil grand jury formally accused her of "willful or corrupt misconduct," prosecutors announced Monday.

Case 3:25-cv-05962-VC    Document 27-35    Filed 07/24/25    Page 3 of 6

The allegations include one count of conflict of interest and three counts of retaliation. She has denied any impropriety.

The conflict of interest allegation pertains to the hiring of former Executive Director of Administration Victor Aenlle, with whom Corpus reportedly had a close personal relationship. The retaliation pertains to the firing of Assistant Sheriff Ryan Monaghan, the transfer of Captain Brian Philip, and the arrest of Deputy Carlos Tapia, the president of the Deputy Sheriff's Association.

**RELATED:** [Supervisors vote unanimously to remove embattled San Mateo Co. Sheriff Christina Corpus](#)

These accusations follow a month-long hearing, which included testimony from Corpus and 32 witnesses. It was first referred to the civil grand jury by the Board of Supervisors in Nov. 2024.

They are the same allegations that also triggered Measure A - a voter-approved initiative allowing the Board of Supervisors to remove an elected sheriff - marking two separate efforts that could ultimately lead to her ousting.

San Mateo County District Attorney Steve Wagstaffe emphasized the current case is civil in nature, not criminal.

"The four matters that we're dealing with here fit within the civil arena for misconduct," he said. "We are not considering those in our other role of determining whether or not any criminal conduct occurred."

If the case proceeds to trial, Wagstaffe said a unanimous jury would need to find at least one allegation to be true beyond a reasonable doubt for Corpus to be removed from office.

**TIMELINE: [San Mateo County Sheriff Christina Corpus investigation](#)**

In a statement, the San Mateo County Deputy Sheriff's Association sharply criticized Corpus, again calling for her resignation.

"By refusing to step down, Sheriff Corpus continues to waste millions of dollars in taxpayer money. She believes her own lies and has shown that she has no integrity. She does not deserve to lead a law enforcement agency. The DSA calls on Sheriff Corpus to accept reality and understand that she is not fit to be Sheriff. We demand that she take responsibility, respect the voters and taxpayers in this county, and resign immediately," the statement said.

Sheriff Corpus, who has denied all wrongdoing, has vowed to fight back. In a statement to ABC7 News, her attorney Thomas Mazzucco said the civil claims stem from "politically motivated complaints" within the "upper echelons" of the Sheriff's Office.

"These grievances-centered on personnel assignments, executive staff appointments, and internal union matters-are not unusual in large law enforcement agencies undergoing modernization and meaningful reform," Mazzucco wrote. "Sheriff Corpus

stands by the integrity of her decisions and welcomes the opportunity to address and refute these claims through the appropriate legal and administrative channels."

Corpus is scheduled to appear in court for the civil case on July 15.

Meanwhile, the Board of Supervisors' separate removal process is also moving forward. Her attorneys confirmed to ABC7 they have appealed the board's recent vote to remove her.



**Get ABC7 breaking news delivered to your inbox**

Sign up for our breaking newsletter

**Email Address***

Name@emaildotcom

Yes! I would like to receive the Breaking News Alerts Newsletter. By creating an account, you agree to our **Terms of Use** and acknowledge that you have read our **Privacy Policy** and **US State Privacy Rights Notice**.

Sign Up

*Required Fields

Report a correction or typo

Copyright © 2025 KGO-TV. All Rights Reserved.

## Related Topics

SAN MATEO    INDICTMENT    GRAND JURY    SAN MATEO COUNTY    SHERIFF

MISCONDUCT    INVESTIGATION

### After 35 Years, Her Jewelry Is Nearly Gone
Sponsored / The Heritage Journal    Read More

### Ask A Pro: "I'm 70 with $1.4M in IRAs. Should I convert $120K/Year to a Roth?"
Sponsored / SmartAsset

### Flight Attendant Reveals How Seniors Can Fly Business Class For the Price Of Economy
Sponsored / Insider | Travel Deals

### Average Cost To Rent A Private Jet In San Francisco May Surprise You! (Check Prices)
Sponsored / ApexSearches | Private Jet    Read More

### Millionaire in the Making? AI Platform Transforms $900 into $38,000 in 30 Days for Beginners
Sponsored / FX Market Insights    Read Now

### Seniors Can Now Fly Business Class For the Price Of Economy
Sponsored / Insider | Travel Deals

### Dementia Has Been Linked To a Common Habit. Do You Do It?
Sponsored / NeuroVita Global    Learn More

### Doctors Beg: Stop Drinking This If You Have Sciatic Nerve Pain
Sponsored / SciatiEase    Learn More