W.S. Wilson Leung – 190939
    Wleung@mpbf.com
Thomas P. Mazzucco - 139758
    TMazzucco@mpbf.com
James A. Lassart – 40913
    JLassart@mpbf.com
Christopher R. Ulrich - 271288
    CUlrich@mpbf.com
Mariah S. Cooks – 333361
    MCooks@mpbf.com
Matthew J. Frauenfeld - 336056
    MFrauenfeld@mpbf.com
**MURPHY, PEARSON, BRADLEY & FEENEY**
550 California Street, Floor 14
San Francisco, CA 94104-1001
Telephone:    (415) 788-1900
Facsimile:    (415) 393-8087

Attorneys for Plaintiff
**SHERIFF CHRISTINA CORPUS**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERIFF CHRISTINA CORPUS, | Case No.: 25-CV-05962-VC |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| DAVID CANEPA, President and Member of the San Mateo County Board of Supervisors, NOELIA CORZO, Vice-President and Member of the San Mateo County Board of Supervisors, JACKIE SPEIER, Member of the San Mateo County Board of Supervisors, RAY MUELLER, Member of the San Mateo County Board of Supervisors, LISA GAUTHIER, Member of the San Mateo County Board of Supervisors, and DOES 1-10, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT Plaintiff hereby withdraws her Administrative Motion to File Under Seal, filed July 18, 2025 (Docket #13) due to intervening events that have rendered moot

1 | the motion to seal.

2 | DATED: July 25, 2025          Respectfully submitted,

MURPHY, PEARSON, BRADLEY & FEENEY

By: /s/ W.S. Wilson Leung
W.S. Wilson Leung
Thomas P. Mazzucco
James A. Lassart
Christopher R. Ulrich
Matthew J. Frauenfeld
Mariah S. Cooks
Attorneys for SHERIFF CHRISTINA CORPUS