1 | W.S. Wilson Leung – 190939
    Wleung@mpbf.com
2 | Thomas P. Mazzucco - 139758
    TMazzucco@mpbf.com
3 | James A. Lassart – 40913
    JLassart@mpbf.com
4 | Christopher R. Ulrich - 271288
    CUlrich@mpbf.com
5 | Mariah S. Cooks – 333361
    MCooks@mpbf.com
6 | Matthew J. Frauenfeld - 336056
    MFrauenfeld@mpbf.com

**MURPHY, PEARSON, BRADLEY & FEENEY**
550 California Street, Floor 14
San Francisco, CA 94104-1001
Telephone:    (415) 788-1900
Facsimile:    (415) 393-8087

Attorneys for Plaintiff
**SHERIFF CHRISTINA CORPUS**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERIFF CHRISTINA CORPUS, | Case No.: 3:25-CV-5962 |
| Plaintiff, | **DECLARATION OF W.S. WILSON LEUNG IN SUPPORT OF COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |
| v. | |
| DAVID CANEPA, President and Member of the San Mateo County Board of Supervisors, NOELIA CORZO, Vice-President and Member of the San Mateo County Board of Supervisors, JACKIE SPEIER, Member of the San Mateo County Board of Supervisors, RAY MUELLER, Member of the San Mateo County Board of Supervisors, LISA GAUTHIER, Member of the San Mateo County Board of Supervisors, and DOES 1-10, | ~~Vol. I of II, Exhibits 1-5~~ |
| Defendants. | |

I, W.S. WILSON LEUNG, hereby declare as follows:

1
DEC. OF W.S. WILSON LEUNG IN SUPPORT OF COMPLAINT

1.  I am an attorney admitted into the state bars of California and New York and am Senior Counsel with the law firm of Murphy, Pearson, Bradley & Feeney ("Murphy Pearson") in San Francisco, California. Murphy Pearson represents Christina Corpus, the duly elected Sheriff of San Mateo County, Plaintiff in the above-captioned matter.

2.  I respectfully submit this Declaration in support of Plaintiff's Complaint Seeking Declaratory and Injunctive Relief filed in the Northern District of California, asking the Court to enjoin Defendants, the current members of the San Mateo County Board of Supervisors, from removing her from office pursuant to Article 412.5 of the San Mateo County Charter and the removal procedures Defendants have promulgated. I respectfully request that this Declaration and its attached exhibits be lodged with the Court. Copies of them will also be provided to counsel for Defendants.

3.  Attached as Exhibit 1 hereto is a true and correct copy of the investigations report prepared by retired California state judge Ladoris Cordell. For the sake of brevity, the exhibits to this report are not included. In addition, the report contains redactions; I do not have access to an unredacted version.

4.  Attached as Exhibit 2 hereto, and for the sake of brevity, is a true and correct copy of the Executive Summary and list of recommendations of an assessment of the San Mateo County Sheriff's Office conducted by Meliora Public Safety Consulting. The full assessment is almost 700 pages long.

5.  Attached as Exhibit 3 hereto is a true and correct copy of a November 12, 2024 email sent under the name of Mike Callagy, San Mateo County Executive, advising recipients of the availability of the report of Ladoris Cordell.

6.  Attached as Exhibit 4 hereto is a true and correct copy of the minutes of the November 13, 2024 meeting of the San Mateo County Board of Supervisors.

7.  Attached as Exhibit 5 hereto is a true and correct copy of a transcript of the November 19, 2024 meeting of the San Mateo County Board of Supervisors.

8.  Attached as Exhibit 6 hereto is a true and correct copy of a transcript of the December 3, 2024 meeting of the San Mateo County Board of Supervisors.

9.  Attached as Exhibit 7 hereto is a true and correct copy of John Taylor's Grievance Form filed while he was in custody at Maguire Correctional Facility in San Mateo County.

10. Attached as Exhibit 8 hereto is a true and correct copy of incident report dated November 5, 2024 relating to threats against Plaintiff made by John Taylor.

11. Attached as Exhibit 9 hereto is a true and correct copy of an incident report dated February 18, 2025 relating to threats against Plaintiff made by John Taylor.

12. Attached as Exhibit 10 hereto is a true and correct copy of a Tarasoff Notification provided to Sheriff Corpus relating to John Taylor's threats.

13. Attached as Exhibit 11 hereto is a true and correct copy of Article 412.5 of the San Mateo County Charter, as part of the San Mateo County Board of Supervisors' proposed amendment (Ordinance 4899); I could not find an official adopted copy of Article 412.5.

14. Attached as Exhibit 12 hereto is a true and correct copy of the investigation report written by Keker, Van Nest & Peters. For the sake of brevity, the exhibits to this report are not included.

15. Attached as Exhibit 13 hereto is a true and correct copy of the removal procedures promulgated by the San Mateo County Board of Supervisors pursuant to Article 412.5 governing the removal proceeding of Sheriff Corpus.

16. Attached as Exhibit 14 hereto is a true and correct copy of the transcript of the June 11, 2025 Pre-Removal Conference conducted by Chief Probation Officer Johne Keene.

17. Attached as Exhibit 15 hereto is a true and correct copy of the post June 11, 2025 Pre-Removal Conference recommendation of Chief Probation Officer Johne Keene.

18. Attached as Exhibit 16 hereto is a true and correct copy of Sheriff Corpus's appeal of the post June 11, 2025 Pre-Removal Conference recommendation of Chief Probation Officer Johne Keene.

19. Attached as Exhibit 17 hereto is a true and correct copy of the Accusation against Sheriff Corpus returned by the San Mateo County Civil Grand Jury on June 27, 2025.

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: July 15, 2025

By: _____
W.S. Wilson Leung