

# San Mateo County Sheriff's Office
## Organizational Assessment

July 1, 2024

Assessment Completed By



www.MelioraPSC.com

# TABLE OF CONTENTS

MELIORA PUBLIC SAFETY CONSULTING ASSESSMENT TEAM ..........................................................................20

EXECUTIVE SUMMARY ..........................................................................................................**21**
METHODOLOGY..........................................................................................................22

Highlights..........................................................................................................**23**

Summary Recommendations..........................................................................................**27**

San Mateo County Sheriff's Office ..........................................................................**27**

Professional Standards Bureau ..........................................................................**27**
POLICY..........................................................................................................27
RECRUITMENT, HIRING, AND RETENTION..........................................................................27
PERFORMANCE EVALUATIONS ..........................................................................................28
PROMOTIONS/SPECIALTY ASSIGNMENTS ..........................................................................28
EMPLOYEE WELLNESS ..........................................................................................................28
TRAINING ..........................................................................................................28
INTERNAL AFFAIRS..........................................................................................................29
USE OF FORCE..........................................................................................................29
EQUIPMENT..........................................................................................................29
WORKERS COMPENSATION..........................................................................................29
STRATEGIC COMMUNICATIONS ..........................................................................................29

Operations Division ..........................................................................................................**30**
PATROL..........................................................................................................30
OVERTIME ..........................................................................................................30
PATROL ADMINISTRATIVE WORKLOAD..........................................................................31
CALL MITIGATION ..........................................................................................................31
CONTRACT SERVICES..........................................................................................................31
NORTH COUNTY COMMAND AREA..........................................................................31
COASTSIDE COMMAND AREA..........................................................................31
*HALF MOON BAY*..........................................................................................................*32*
HEADQUARTERS COMMAND AREA ..........................................................................32
*PORTOLA VALLEY*..........................................................................................................*32*
FTO PROGRAM ..........................................................................................................32
SCHOOL RESOURCE DEPUTIES ..........................................................................33
COMMUNITY ALLIANCE TO REVITALIZE OUR NEIGHBORHOOD (CARON)..........................................33
SHERIFF'S ACTIVITIES LEAGUE (SAL) ..........................................................................33
BIKE UNIT ..........................................................................................................34
TRAFFIC UNIT..........................................................................................................34
PYSCHIATRIC EMERGENCY RESPONSE TEAM ..........................................................................34
K9 UNIT ..........................................................................................................35
SWAT/CNU ..........................................................................................................35
BOMB SQUAD..........................................................................................................36

Support Operations Command ..........................................................................................**36**
INVESTIGATIONS BUREAU..........................................................................................................36
*CRIME ANALYSIS UNIT*..........................................................................................................*37*
TASK FORCE OPERATIONS..........................................................................................................37
TRANSIT BUREAU..........................................................................................................37
HIDTA/NCRIC/JTTF..........................................................................................................37
HOMELAND SECURITY..........................................................................................................37



EMERGENCY SERVICES BUREAU ............................................................................................................38
    AIR SUPPORT UNIT ..........................................................................................................................38
    CLIFF RESCUE/DIVE AND MARINE UNITS ......................................................................................38
    UNMANNED AERIAL SYSTEMS ......................................................................................................39
    RESERVE DEPUTIES.........................................................................................................................39
    EXPLORERS......................................................................................................................................39
COUNTYWIDE SECURITY ......................................................................................................................39

**Corrections Division** ...........................................................................................................................**39**
IDENTIFIED CHALLENGES.......................................................................................................................39
FOCUS GROUPS, STAFF AND OBSERVATIONS........................................................................................40
MAGUIRE CORRECTIONAL FACILITY ......................................................................................................41
MAPLE STREET CORRECTIONAL CENTER ...............................................................................................41
DAILY JAIL OPERATIONS STAFFING .......................................................................................................41
CHART DAILY ACTIVITIES ......................................................................................................................42
COVERAGE PLAN...................................................................................................................................42
EVALUATE THE COVERAGE PLAN ..........................................................................................................42
SCHEDULING.........................................................................................................................................42
NET ANNUAL WORK HOURS..................................................................................................................43
COURT SECURITY AND TRANSPORTATION BUREAU ..............................................................................43
CIVIL ENFORCEMENT UNIT ...................................................................................................................43
HOSPITAL SECURITY .............................................................................................................................43

**Administration** ...................................................................................................................................**44**
FORENSIC LABORATORY........................................................................................................................44
TECHNOLOGY SERVICES UNIT ...............................................................................................................44
FISCAL SERVICES BUREAU .....................................................................................................................44
    PAYROLL UNIT ................................................................................................................................44
PROPERTY AND EVIDENCE BUREAU.......................................................................................................45
RECORDS BUREAU ................................................................................................................................45

*San Mateo County* ...............................................................................................................................**47**

**Demographics**.....................................................................................................................................**47**

**San Mateo County Sheriff's Office** ......................................................................................................**48**
DEPARTMENT STAFFING .......................................................................................................................48
    TABLE 1: San Mateo County Sheriff's Staffing Chart, FY 2023-24 ...................................................49
    CHARTS 1 & 2: Race, Hispanic, and Gender Demographic Comparison of County of San Mateo & San Mateo County Sheriff's Office ...........................................................................................................................51
MISSION and VISION STATEMENT .........................................................................................................52
ORGANIZATIONAL CORE VALUES...........................................................................................................52
THE BOTTOM LINE ................................................................................................................................52

**Crime Information** .............................................................................................................................**53**
REPORTED CRIME .................................................................................................................................53
    TABLE 2: 10-Year Part 1 Reported Crimes, 2013-2022 ..................................................................54
    TABLE 3: Indexed Crimes Rates for San Mateo County, California, Nation 2013-2022................................54
    CHART 3: 10-Year Part 1 Crime Trends, County of San Mateo County, State and Nation 2013 – 2022........55
    CHART 4: 10-Year Crime Trends, San Mateo County, 2013 – 2022 .................................................56
    TABLE 4: Crimes Rate Comparisons with San Mateo County and Other Local Agencies, 2022 ....................57

**Strategic Plan**.....................................................................................................................................**58**

**Organizational Chart**..........................................................................................................................**58**
    CHART 5: Current SMCSO Organizational Chart............................................................................59



CHART 6: Proposed SMCSO Organizational Chart.................................................................60
CHART 7: Proposed Organizational Chart, Professional Standards Bureau .............................61
CHART 8: Proposed Organizational Chart, Corrections Division .............................................62
CHART 9: Proposed Organizational Chart, Operations Division .............................................63
CHART 10: Proposed Organizational Chart, Administration ..................................................64

## Organizational Structure And Responsibility ..................................................................... 65
SAN MATEO COUNTY SO RECOMMENDATIONS...................................................................66

## *PROFESSIONAL STANDARDS BUREAU* ........................................................................…..............67
TABLE 5: Professional Standards Bureau Sworn Staffing, FY 2022-23....................................68
PROFESSIONAL STANDARDS SCHEDULE .................■..........................................................69
TABLE 6: Professional Standards Bureau Civilian Staffing .....................................................69
SCHEDULE PROFESSIONAL STANDARDS/CIVILIAN STAFF....................................................70
PERSONNEL RECORDS/CUSTODIAN OF RECORDS ..............................................................70
PROFESSIONAL STANDARDS UNIT RECOMMENDATIONS.....................................................70

## Succession Planning.......................................................................................................... 70

## Policy ..........................................................................■....................................................... 72
BUREAU/SECTION/UNIT MANUALS.......................................■.............................................74
POLICY RECOMMENDATIONS .................................■..........................................................75

## Personnel Management.................................................................................................... 75
TABLE 7: San Mateo County Sheriff's Office Staffing..............................................................76
TABLE 8: Sworn Staffing Vacancies by Position......................................................................76
TABLE 9: Sworn Staff Vacancies by Division...........................................................................76
TABLE 10: Professional Staff Vacancies by Division................................................................77
TABLE 11: Current Sworn "Peace Officers" Staffing by Position and Gender ..........................77
RECRUITMENT, HIRING AND RETENTION............................................................................78
RECRUITMENT.................................................................................................................80
TABLE 12: San Mateo County SO Recently Hired (2019-2023) ..............................................83
PRE-EMPLOYMENT INVESTIGATIONS ..............................................................................83
TABLE 13: San Mateo County SO Security Clearance Completed (2019-2023)........................84
RETENTION .....................................................................................................................85
TABLE 14: San Mateo County SO Number of Employees Departure by Type of Departure and Average Age, 2023....................................................................■.....................................................................86
TABLE 15: San Mateo County SO Departures by Classification Title and Type, 2023 .........…....86
RE-INTEGRATION PROGRAM ...........................................................................................87
RECRUITMENT, HIRING, AND RETENTION RECOMMENDATIONS .........................................88
PERFORMANCE EVALUATIONS............................................................................................88
TABLE 16: San Mateo County SO Evaluations Due, 2020-2023..............................................89
PERFORMANCE EVALUATION RECOMMENDATIONS ...........................................................90
PROMOTIONS/SPECIALTY ASSIGNMENTS ...........................................................................90
PROMOTIONS................................................................■...................................................90
SPECIALITY ASSIGNMENTS................................................................................................91
PROMOTION/SPECIALTY ASSIGNMENT RECOMMENDATIONS ..............................................92
EMPLOYEE WELLNESS........................................................................................................92
PEER SUPPORT AND THE PROGRAM FOR RESILIENCE IN MODERN EMERGENCY RESPONSE ....................92
PEER SUPPORT GROUP....................................................................................................93
PRIMER (PROGRAM FOR RESILIENCE IN MODERN EMERGENCY RESPONSE)...........................94
EARLY INTERVENTION PROGRAM .....................................................................................94
TABLE 17: Sample Early Intervention Program Thresholds .....................................................95
EMPLOYEE WELLNESS RECOMMENDATION ......................................................................95



**Training**...........................................................................................................................96
    *TABLE 18: San Mateo County SO In-House Training*.................................................96
    *TABLE 19: San Mateo County SO Average Training Hours per Sworn Deputy*...........96
  TRAINING PLAN, MATRIX, AND CALENDAR .........................................................98
    *TRAINING RECORDS*.........................................................................................100
    *POST PERISHABLE SKILLS & CONTINUED PROFESSIONAL TRAINING (CPT) and STC*..................101
    *DAILY TRAINING BULLETINS*.............................................................................102
  SUPERVISOR AND MANAGER TRAINING ...........................................................103
  THE ACADEMY ...............................................................................................106
    *TABLE 20: SMCSO Recruit Regular Basic Course (RBC) Academy Attendance and Results, 2019-2023*......107
    *TABLE 21: SMCSO Recruit Requalification Academy, 2019-2023* ...........................108
  STANDARDS AND TRAINING FOR CORRECTIONS (STC) ACADEMY..............................108
    *TABLE 22: SMCSO Adult Corrections Officer (ACO) Core Academy Attendance and Results, 2019-2023* ...108
  TRAINING CENTER AT COYOTE POINT – FIRING RANGE.............................................109
    *TRAINING RECOMMENDATIONS*.......................................................................112

**Quality Assurance Unit** .................................................................................112

**Internal Affairs** ............................................................................................113
  PERSONNEL COMPLAINTS...............................................................................113
    *PERSONNEL INVESTIGATIVE PROCESS*................................................................115
    *DISCIPLINE* ....................................................................................................117
    *TABLE 23: Overview of Total Complaints, 2019-2023*...........................................118
    *TABLE 24: Complaints by Member of the Public, 2019-2023* .................................118
    *TABLE 25: Internally Generated Complaints, 2019-2023*.......................................118
    *TABLE 26: Complaints Made in the Detention Facility, 2019-2023* .........................118
    *AT FAULT ON-DUTY TRAFFIC ACCIDENTS*...........................................................119
    *INTERNAL AFFAIRS RECOMMENDATIONS* ..........................................................120

**Use of Force** ................................................................................................120
  USE OF FORCE POLICIES ...................................................................................120
  USE OF FORCE REVIEW ....................................................................................121
    *TABLE 27: Use of Force Incidents by Year by Dispositions, 2020-2023* ....................123
    *TABLE 28: Use of Force Incidents by Force Type, 2020-2023* ................................124
    *USE OF FORCE RECOMMENDATION*..................................................................125

**Pitchess Motions** .........................................................................................125

**Equipment** ..................................................................................................126
    *EQUIPMENT RECOMMENDATION*....................................................................127

**Intern Program** ...........................................................................................127
    *TABLE 29: Interns Hired from 2019-2023*..........................................................128

**Risk Management - Workers Compensation**........................................................129
    *TABLE 30: Risk Management Staffing* ................................................................129
  SCHEDULE.....................................................................................................129
  DUTIES AND RESPONSIBILITIES.........................................................................129
    *TABLE 31: Worker's Compensation Claim Data, 2019-2023* ..................................130
    *ANALYSIS OF WORKERS COMPENSATION CLAIM DATA* .......................................130
    *TABLE 32: Current Sworn Staff Industrial and Non-Industrial Injuries*......................131
    *COVID-19* .....................................................................................................132
    *WORKER'S COMP RECOMMENDATION* .............................................................133

**Carry Concealed Weapons Unit** ......................................................................133
    *TABLE 33: Carry Concealed Weapons Unit Staffing*.............................................133



SCHEDULE..........................................................................................................................133
DUTIES AND RESPONSIBILITIES...........................................................................................133
PROCESS...........................................................................................................................134
APPLICATIONS ...................................................................................................................135
   *TABLE 34: Carry Concealed Weapon Applications, 2019-2023* ..........................................135
FEE SCHEDULE ...................................................................................................................135

**Strategic Communications .....................................................................................136**
STAFFING...........................................................................................................................136
   *TABLE 35: Media / Press Information Officer (PIO)* ..........................................................136
SCHEDULE..........................................................................................................................136
DUTIES AND RESPONSIBILITIES...........................................................................................136
COMMUNICATIONS OVERVIEW ..........................................................................................137
MEDIA RELATIONS OVERVIEW ...........................................................................................138
   *STRATEGIC COMMUNICATIONS RECOMMENDATIONS* ..........................................................139

***OPERATIONS DIVISION ................................................................................................140***

**North County Area Command, Coastal Area Command, Headquarters Area Command, and San Carlos Patrol Bureau ................................................................................................141**
   *TABLE 36: Patrol Division Staffing FY 2022-23* ..............................................................142
SUPERVISION AND MANAGEMENT.......................................................................................142
TRAINING ..........................................................................................................................143
   *SUPERVISOR/MANAGER COLLATERAL DUTIES* ..................................................................145
WORK SCHEDULE AND SHIFTS.............................................................................................146
MINIMUM STAFFING ..........................................................................................................150
   *PATROL RECOMMENDATIONS* ........................................................................................152
OVERTIME ..........................................................................................................................153
   *EMPLOYEE IMPACT*........................................................................................................153
   *FISCAL IMPACT*.............................................................................................................154
   *TABLE 37: Vacancy Rate, September 2019-2023*.............................................................155
   *TABLE 38: Overtime Expenditures, 2018-2022* ..............................................................155
   *MANAGEMENT AND OVERSIGHT*.....................................................................................155
   *OVERTIME RECOMMENDATIONS*.....................................................................................156
PATROL AREAS AND BEATS .................................................................................................157
   *CHART 11: San Mateo County SO*...................................................................................158

**Calls for Service Data Analysis ................................................................................159**
WORKLOAD ........................................................................................................................160
   *TABLE 39: Calls for Service by Category, Source, 2017-2022* ...........................................161
   *CHART 12: Total Calls for Service by Year* ......................................................................163
   *CHART 13: Record Category Summary for Community-Initiated Calls, 2017-2021* ................164
   *CHART 14: Record Category Summary for Community-Initiated Calls, 2022* .........................165
   *TABLE 40: Total Records by Month, by Year* ..................................................................166
   *PATROL ADMINISTRATIVE WORKLOAD* ............................................................................167
   *TABLE 41: Administrative Activity Sample* ......................................................................167
   *PATROL ADMINISTRATIVE WORKLOAD RECOMMENDATION*................................................168
DEPLOYMENT ....................................................................................................................168
   *TABLE 42: Number of Responding Units and Percentage of Deployed Units per Recorded Event, 2017-2022* ....................................................................................................................169
   *TABLE 43: Number of Responding Units up to Four Deputies, by Category, by Year*................170
   *TABLE 43 CONTINUED: Number of Responding Units up to Four Deputies, by Category, by Year* .............171
   *TABLE 44: Average Number of Responding Units per Category, by Initiator, by Year* ..............173
   *CHART 15: Community-Initiated Primary Unit Occupied Time, by Year – with Averages* ..........174



CHART 16: Field-Initiated Primary Unit Occupied Time, by Year – with Averages.......................175
TABLE 45: Records by Beat, by Year, 2017-2022 .................................................................176
RESPONSE TIMES ......................................................................................................177
TABLE 46: Average Priority, by record Status, by Year .......................................................178
TABLE 47: Response Time Record Status and Average Minute, by Category, by Year...............179
TABLE 48: Response Time Record Status and Average Minute, by Area, by Year ....................180
STAFFING ANALYSIS ..................................................................................................181
RULE OF 60 – PART 1 ................................................................................................182
RULE OF 60 – PART 2 ................................................................................................182
TABLE 49: Average Workload in Minutes by Hour of Day, by Year.......................................184
CHART 17: Average Primary Unit Occupied Time and Total Service Time by Hour, Community and Field-
Initiated, 2017-2022 ................................................................................................185
RULE OF 60 – PART 3 ................................................................................................186
TABLE 50: Deputy Activity Totals, Per Day, 2022 .............................................................186
CALL MITIGATION ......................................................................................................187
CALL MITIGATION RECOMMENDATION ........................................................................189

**Contract Services** ....................................................................................................**189**
DUTIES AND RESPONSIBILITIES..................................................................................189
CONTRACT SERVICES RECOMMENDATIONS ..................................................................190
TABLE 51: Records by Beat, by Year, 2017-2022 .............................................................191
TABLE 52: Response Time Record Status and Average Minute, by Area, by Year ...................192

**North County Command** ..........................................................................................**193**
LIEUTENANT POSITION ..............................................................................................193
NORTH COUNTY PATROL/CITY OF MILLBRAE BEAT MAP.................................................193
CHART 18: North County Command Map .......................................................................194
NORTH COUNTY PATROL STAFFING .............................................................................194
TABLE 53: North County Patrol Staffing, FY 2023/24 .......................................................195
PROFESSIONAL CIVILIAN POSITIONS............................................................................195
NORTH COUNTY PATROL/CITY OF MILLBRAE POLICE SERVICES/EICHLER HIGHLANDS PATROL SCHEDULES
................................................................................................................................195
NORTH COUNTY PATROL .............................................................................................196
NORTH COUNTY PATROL WORKLOAD AND RESPONSE TIMES...........................................196
TABLE 54: North County Deputy Activity Totals, Per Day, 2022 .........................................197
CHART 19: Average Occupied and Total Response Time, by Year Sheriff's Office North (BRH and
unincorporated) ......................................................................................................198
NORTH COUNTY PATROL RECOMMENDATIONS .............................................................198
EICHLER HIGHLANDS...................................................................................................198
HISTORY OF SMCSO EICHLER HIGHLANDS CONTRACT....................................................199
EICHLER HIGHLANDS STAFFING AND SCHEDULING........................................................199
CHART 20: Eichler Highlands Beat Map .........................................................................200
EICHLER HIGHLANDS WORKLOAD AND RESPONSE TIMES...............................................200
TABLE 55: Eichler Highlands Deputy Activity Totals, Per Day, 2022 ...................................201
CHART 21: Average Occupied Time and Total Response Time, by Year, Eichler Highlands.......202
MILLBRAE ..................................................................................................................202
TABLE 56: Millbrae 2020 Census Information ..................................................................203
MILLBRAE HISTORY OF LAW ENFORCEMENT SERVICES...................................................203
TABLE 57: Millbrae Staffing, FY 2023-24 .......................................................................204
SUPERVISION ............................................................................................................204
SCHEDULE ................................................................................................................204
MILLBRAE COMMUNITY SERVICE OFFICERS...................................................................205
CSO TRAINING ..........................................................................................................205



MILLBRAE DETECTIVE ............................................................................................205
CHART 22: Millbrae Beat Map ..............................................................................206
MILLBRAE WORKLOAD AND RESPONSE TIMES ......................................................206
TABLE 58: Millbrae Deputy Activity Totals, Per Day, 2022.....................................207
CHART 23: Average Occupied Time and Total Response Time, by Year, Millbrae .....................208

**Coastside Area Command** ...............................................................................**208**
LIEUTENANT POSITION ..........................................................................................209
COASTSIDE PATROL/CITY OF HALF MOON BAY BEAT MAP......................................209
CHART 24: Coastside Command Map ....................................................................210
COMMUNITY ENGAGEMENT ..................................................................................210
COASTSIDE DETECTIVE..........................................................................................211
TRAFFIC INVESTIGATIONS......................................................................................211
COASTSIDE PATROL BUREAU SCHEDULES...............................................................211
SOUTH COAST/NORTH COAST PATROL...................................................................212
TABLE 59: South/North Coast Unincorporated Area Patrol Staffing, FY 2023 -24 ..................212
COASTSIDE WORKLOAD AND RESPONSE TIMES.......................................................213
TABLE 60: Coastside Deputy Activity Totals, Per Day, 2022....................................213
CHART 25: Average Occupied Time and Total Response Time, by Year, Everything South of 92 to County Line and West of 25 .............................................................214
CHART 26: Average Occupied Time and Total Response Time, by Year, Everything South of Pacifica to 92 and West of 280 ...............................................................215
COASTSIDE AREA COMMAND RECOMMENDATIONS ...............................................215
HALF MOON BAY ...................................................................................................216
TABLE 61: Half Moon Bay 2020 Census Information ..............................................216
TABLE 62: Half Moon Bay Staffing, FY 2023-24.....................................................217
HALF MOON BAY COMMUNITY SERVICE OFFICERS..................................................217
CSO TRAINING.......................................................................................................217
CSO WORKLOAD....................................................................................................217
HALF MOON BAY DETECTIVE ................................................................................218
CHART 27: Half Moon Bay Map ............................................................................218
HALF MOON BAY WORKLOAD AND RESPONSE TIMES ............................................218
TABLE 63: Half Moon Bay Deputy Activity Totals, Per Day, 2022.............................219
CHART 28: Average Occupied Time and Total Response Time, by Year, Half Moon Bay ...........220
HALF MOON BAY RECOMMENDATION....................................................................220

**Headquarters Area Command** .......................................................................**221**
TABLE 64: Headquarters Area Command Staffing, FY 2023-24.................................221
LIEUTENANT POSITION ..........................................................................................223
HEADQUARTERS AREA COMMAND PATROL ...........................................................223
TABLE 65: Headquarters Area Command Patrol Staffing .........................................224
SCHEDULE .............................................................................................................224
CHART 29: Headquarters Area Command Map ......................................................225
HEADQUARTERS WORKLOAD AND RESPONSE TIMES .............................................225
TABLE 66: Headquarters Deputy Activity Totals, Per Day, 2022...............................226
CHART 30: Average Occupied Time and Total Response Time, by Year, Menlo Oaks.................227
CHART 31: Average Occupied Time and Total Response Time, by Year, North Fair Oaks.................228
CHART 32: Average Occupied Time and Total Response Time, by Year, Sheriff's Office South .................229
HEADQUARTERS AREA COMMAND RECOMMENDATIONS .......................................229
PORTOLA VALLEY ...................................................................................................229
TABLE 67: Portola Valley 2020 Census Information..................................................230
SUPERVISION ........................................................................................................231
SCHEDULE .............................................................................................................231



CHART 33: Portola Valley Map ...........................................................................231
PORTOLA VALLEY WORKLOAD AND RESPONSE TIMES .......................................232
TABLE 68: Portola Valley Deputy Activity Totals, Per Day, 2022 .........................232
CHART 34: Average Occupied Time and Total Response Time, by Year, Portola Valley...........................233
PORTOLA VALLEY RECOMMENDATION ...........................................................234
WOODSIDE ...............................................................................................234
TABLE 69: Woodside 2020 Census Information......................................................234
TABLE 70: Woodside Staffing, FY 2023-24............................................................235
CHART 35: Woodside Map ..................................................................................236
WOODSIDE WORKLOAD AND RESPONSE TIMES .................................................236
TABLE 71: Woodside Deputy Activity Totals, Per Day, 2022 .................................237
CHART 36: Average Occupied Time and Total Response Time, by Year, Woodside...........................238
FIELD TRAINING PROGRAM ..............................................................................239
FTO SELECTION...................................................................................................240
SUPERVISION ......................................................................................................242
CHART 37: FTO Program Structure......................................................................243
FTP OUTCOMES...................................................................................................244
TABLE 72: FTO Program Results, 2019-2023.........................................................244
FTP MANUAL .......................................................................................................245
FTO RECOMMENDATIONS ..................................................................................246
COMMUNITY ENGAGEMENT UNIT ...................................................................247
TABLE 73: Community Engagement Unit Staffing, FY 2023-24 ............................248
SCHOOL RESOURCE OFFICERS (SRO)..................................................................248
TABLE 74: SRO Schools by Area and City..............................................................249
SCHEDULE ...........................................................................................................251
DUTIES AND RESPONSIBILITIES ..........................................................................251
SRO SELECTION ...................................................................................................252
POLICY .................................................................................................................252
SRO RECOMMENDATIONS ..................................................................................252
COMMUNITY ALLIANCE TO REVITALIZE OUR NEIGHBORHOOD (CARON)...............253
CHART 38: Community Engagement Unit Structure..............................................253
Community Academies.........................................................................................254
The Parent Program ............................................................................................255
TABLE 75: Community Academies Summary, 2019-2023 .....................................256
TABLE 76: Parent Project Summary, 2019-2023 .................................................256
SCHEDULE ...........................................................................................................257
DUTIES AND RESPONSIBILITIES ..........................................................................258
CARON PROGRAM DIRECTOR SELECTION...........................................................258
POLICY .................................................................................................................258
CARON RECOMMENDATIONS .............................................................................258
SHERIFF'S ACTIVITIES LEAGUE (SAL)...................................................................259
CHART 39: Sheriff's Activities League Organizational Chart ................................259
SCHEDULE ...........................................................................................................261
DUTIES AND RESPONSIBILITIES ..........................................................................261
EXECUTIVE DIRECTOR SELECTION .......................................................................261
POLICY .................................................................................................................262
SAL  RECOMMENDATIONS..................................................................................262
BIKE UNIT.............................................................................................................262
BIKE UNIT RECOMMENDATIONS.........................................................................262

San Carlos Patrol Bureau ...............................................................................262
TABLE 77: San Carlos 2020 Census Information ...................................................263
CHART 40: San Carlos Patrol Map .......................................................................264



TABLE 78: San Carlos Staffing, FY 2023-24 ..................................................................................265
LIEUTENANT POSITION ...............................................................................................................265
SUPERVISION ...............................................................................................................................266
SCHEDULE ....................................................................................................................................266
SAN CARLOS COMMUNITY SERVICES OFFICERS .........................................................................267
SAN CARLOS DETECTIVES .............................................................................................................267
SAN CARLOS WORKLOAD AND RESPONSE TIMES ......................................................................268
TABLE 79: San Carlos Deputy Activity Totals, Per Day, 2022 .......................................................268
CHART 41: Average Occupied Time and Total Response Time, by Year, San Carlos ....................270
TRAFFIC UNIT ..................................................................................................................................270
TABLE 80: Traffic Unit Staffing, FY 2023-24 ................................................................................271
SCHEDULE AND SUPERVISION.....................................................................................................271
SELECTION ...................................................................................................................................272
TRAFFIC UNIT EQUIPMENT .........................................................................................................273
TRAFFIC UNIT TRAINING ..............................................................................................................274
TRAFFIC ACCIDENTS .....................................................................................................................276
TABLE 81: Community-Initiated and Field-Initiated Accidents, by Day of Week, by Hour .........277
CHART 42: Traffic Accident Locations, 2023 ................................................................................279
CHART 43: Traffic Stops Locations, 2023 .....................................................................................280
CHART 44: Traffic Citation Locations, 2023 .................................................................................281
TABLE 82: Traffic Collisions, by Type, and Impaired Driving Accidents, by Year........................282
TABLE 83: Traffic Accidents, by Day of Week, by Year.................................................................283
TABLE 84: Auto-Pedestrian Accidents, by Day of Week, by Year.................................................283
TABLE 85: Fatal Accidents, by Day of Week, by Year....................................................................283
TABLE 86: Hit-and-Run Accidents, by Year...................................................................................283
TABLE 87: Traffic Accidents by Area, by Year................................................................................284
TABLE 88: Traffic Citations Issued, by Year ..................................................................................285
TRAFFIC UNIT RECOMMENDATIONS ...........................................................................................287
PSYCHIATRIC EVALUATION RESPONSE TEAM ...................................................................................287
PERT SCHEDULE............................................................................................................................288
PERT SELECTION...........................................................................................................................289
TRAINING .....................................................................................................................................290
PERT DUTIES AND RESPONSIBILITIES..........................................................................................291
TABLE 89: Community and Field-Initiated Recorded Events, by Category, by Year....................293
Chart 45: Community-Initiated Primary Unit Occupied Time by Year, by Category ...................294
TABLE 90: Unsheltered-Related Calls, by Year .............................................................................295
TABLE 91: Mental Health Evaluations, by Year ............................................................................295
OTHER MENTAL HEALTH SERVICES .............................................................................................296
PSYCHIATRIC EMERGENCY RESPONSE TEAM RECOMMENDATIONS...........................................296
K-9 UNIT ..........................................................................................................................................297
SUPERVISION ...............................................................................................................................297
SCHEDULE ....................................................................................................................................298
SELECTION ...................................................................................................................................298
TRAINING .....................................................................................................................................299
DUTIES AND RESPONSIBILITIES ...................................................................................................300
TABLE 92: K9 Unit Activities, by Year...........................................................................................301
K9 UNIT RECOMMENDATIONS....................................................................................................301
SPECIAL WEAPONS AND TACTICS / CRISIS NEGOTIATIONS UNIT ....................................................302
SWAT ...............................................................................................................................................302
SELECTION ...................................................................................................................................303
TRAINING .....................................................................................................................................304
TABLE 93: SWAT Deployments, 2020-2023 .................................................................................305
CRISIS NEGOTIATION UNIT..............................................................................................................305



SELECTION ................................................................................................306
TRAINING ..................................................................................................306
TABLE 94: CNU Deployments, 2020-2023 .............................................307
SWAT/CRISIS NEGOTIATION UNIT RECOMMENDATIONS .......................307
BOMB SQUAD..................................................................................................308
BOMB SQUAD POLICY ...............................................................................308
SELECTION ................................................................................................308
TRAINING ..................................................................................................309
EQUIPMENT ..............................................................................................310
DUTIES AND RESPONSIBILITIES ................................................................310
TABLE 95: Bomb Squad Deployments, 2020-2023..................................310
BOMB SQUAD RECOMMENDATIONS .......................................................311

**SUPPORT OPERATIONS COMMAND..............................................................311**
INVESTIGATIONS BUREAU...............................................................................312
DUTIES AND RESPONSIBILITIES ................................................................313
TABLE 96: Investigations Bureau Staffing, FY 2022-23 ...........................313
SCHEDULE .................................................................................................316
SELECTION ................................................................................................317
TRAINING ..................................................................................................317
GENERAL INVESTIGATIONS UNIT..............................................................318
TABLE 97: General Investigations Unit Staffing, FY 2022-23....................318
CRIME SUPPRESSION UNIT .......................................................................319
SAN FRANCISCO INTERNATIONAL AIRPORT (SFIA)/CARGO TASK FORCE UNIT..........320
TABLE 98: Statistics SFIA/Cargo Task Force ............................................322
TABLE 99: After hours responses by SFIA/Cargo Theft Task Force Personnel .........322
INVESTIGATIONS BUREAU RECOMMENDATIONS ......................................323
CRIME ANALYSIS - CRIME AND INTELLIGENCE UNIT (CIU).................................324
DUTIES AND RESPONSIBILITES .................................................................325
CRIME ANALYSIS AND INTELLIGENCE UNIT RECOMMENDATIONS..............326
TASK FORCE OPERATIONS ..............................................................................327
TABLE 100: Task Force Operations Staffing, FY 2023-24 .........................328
SCHEDULE .................................................................................................329
SELECTION ................................................................................................330
TRAINING ..................................................................................................330
SAN MATEO COUNTY NARCOTICS TASK FORCE (NTF) ..............................331
TABLE 101: Narcotics Task Force Activities, 2021-2023...........................331
SAN MATEO COUNTY VEHICLE THEFT TASK FORCE (VTTF) ........................331
TABLE 102: Vehicle Theft Task Force Task Force Activities, 2021-2023 ......332
SAN MATEO COUNTY GANG INTELLIGENCE UNIT (GIU) ............................332
TABLE 103: Gang Intelligence Unit Activity, 2021-2023 ...........................332
SAN FRANCISCO INTERNATIONAL AIRPORT DEA TASK FORCE II ................333
TABLE 104: SFIA DEA Task Force II Activity, 2021-2023 ...........................333
TASK FORCE OPERATIONS RECOMMENDATIONS.......................................334
TRANSIT POLICE BUREAU ...............................................................................335
CONTRACTUAL AGREEMENTS WITH SAMTRANS AND CALTRAIN ................335
TRANSIT OFFICES ......................................................................................336
TRANSIT COMMAND .................................................................................336
TRANSIT POLICY ........................................................................................337
TABLE 105: Transit Staffing, FY 2023/24 ................................................337
WORK SCHEDULES/BEATS..........................................................................337
MINIMUM STAFFING..................................................................................339
TRAINING ..................................................................................................339



TYPES OF TRANSIT BUREAU CALLS (CALTRAIN/SAMTRANS) ................................................................. 339
CHART 46: CalTrain Calls for Service – December 2023 .................................................................. 340
CHART 47: Samtrans Calls for Service – December 2023 ................................................................. 340
TRANSIT K-9 UNITS ............................................................................................................................ 340
SPECIAL ENFORCEMENT TEAM ......................................................................................................... 341
COMMUNITY SERVICE OFFICERS ...................................................................................................... 341
CSO SCHEDULE ................................................................................................................................. 341
CSO WORKLOAD ............................................................................................................................... 341
TABLE 106: CSO Citations, 2021-2022 .......................................................................................... 342
DETECTIVE ......................................................................................................................................... 342
CASES ASSIGNED TO DETECTIVE ....................................................................................................... 342
TRANSIT DEPUTY WORKLOAD .......................................................................................................... 343
TABLE 107: Call Sign and Call Records, by Year ............................................................................. 343
TABLE 108: Transit Bureau Deputy Activity Totals, Per Day, 2022 ................................................ 344
TRANSIT BUREAU VEHICLES .............................................................................................................. 344
TRANSIT BUREAU RECOMMENDATIONS .......................................................................................... 345
HIGH IMPACT DRUG TRAFFICKING AREA (HIDTA) / NORTHERN CALIFORNIA REGIONAL INTELLIGENCE CENTER
(NCRIC)/JOINT TERRORISM TASK FORCE ................................................................................................ 345
TABLE 109: NCRIC/HIDTA Staffing ................................................................................................ 346
HIDTA, NCRIC, AND JTTF RECOMMENDATION ................................................................................ 350
HOMELAND SECURITY DIVISION ............................................................................................................. 350
THE KEY ROLE OF VOLUNTEERS ....................................................................................................... 351
PROGRAM SERVICES MANAGER ....................................................................................................... 353
SENIOR VOLUNTEERS IN POLICING (SVIP) PROGRAM ...................................................................... 354
CEREMONIAL UNIT (HONOR GUARD) ............................................................................................... 355
HOMELAND SECURITY RECOMMENDATIONS: ................................................................................. 356
EMERGENCY SERVICES BUREAU ............................................................................................................. 356
EMERGENCY SERVICES BUREAU SERGEANT .................................................................................... 357
ESB Sergeant Qualifications ........................................................................................................... 357
ESB Sergeant Duties ....................................................................................................................... 357
EMERGENCY SERVICES EQUIPMENT COORDINATOR ....................................................................... 359
ESB Equipment Coordinator Qualifications: ................................................................................... 359
ESB Equipment Coordinator Duties: ............................................................................................... 359
Emergency Services Bureau Liaisons (ESBLs or Law Liaisons) ....................................................... 360
EMERGENCY SERVICES BUREAU RECOMMENDATIONS ................................................................... 361
EMERGENCY SERVICES BUREAU SPECIALIZED UNITS ............................................................................. 361
SAN MATEO COUNTY SEARCH AND RESCUE (SMCSAR) .................................................................. 362
BAY AREA MOUNTED RESCUE UNIT (BAMRU) ................................................................................ 362
COMMUNICATIONS UNIT ................................................................................................................. 363
MOUNTED SEARCH & RESCUE (MSAR) ............................................................................................ 363
AIR SUPPORT UNIT ........................................................................................................................... 363
AIR SUPPORT UNIT RECOMMENDATIONS ....................................................................................... 365
CLIFF RESCUE, DIVE AND MARINE UNITS ......................................................................................... 366
Cliff Rescue Unit (CRU) ................................................................................................................... 366
Dive Unit ......................................................................................................................................... 367
Marine Unit ..................................................................................................................................... 367
CLIFF RESCUE, DIVE AND MARINE RECOMMENDATIONS ................................................................ 368
UNMANNED AERIAL SYSTEM (UAS) UNIT ......................................................................................... 368
UAS Staffing .................................................................................................................................... 371
UAS Qualifications .......................................................................................................................... 372
UAS Training .................................................................................................................................... 372
Future Utility of the UAS Unit ......................................................................................................... 373
UAS RECOMMENDATION ................................................................................................................. 373



RESERVE DEPUTY VOLUNTEERS ............................................................................................373
RESERVE DEPUTY RECOMMENDATION ...............................................................................375
EXPLORER POST 810 (LAW ENFORCEMENT) AND POST 830 (SEARCH AND RESCUE)................375
EXPLORER POST RECOMMENDATION .................................................................................376
COUNTYWIDE SECURITY...........................................................................................................376
COUNTYWIDE SECURITY SCHEDULE AND SUPERVISION.......................................................377
COUNTYWIDE SECURITY QUALIFICATIONS AND SELECTION..................................................377
COUNTYWIDE SECURITY DUTIES AND RESPONSIBILITIES .....................................................378
COUNTYWIDE SECURITY RECOMMENDATIONS ...................................................................379

## CORRECTIONS DIVISION ..................................................................................................380

### CHALLENGES IDENTIFIED ...............................................................................................382
STAFFING.................................................................................................................................382
TRAINING ................................................................................................................................382
FOOD SERVICE UNIT................................................................................................................385
IDENTIFIED CHALLENGES RECOMMENDATIONS ................................................................387

### FOCUS GROUPS, INDIVIDUAL STAFF, AND OBSERVATIONS .........................................388
HIRING.....................................................................................................................................389
FOCUS GROUPS, INDIVIDUAL STAFF, AND OBSERVATIONS RECOMMENDATIONS ..................393

### APPROACH.......................................................................................................................393

### METHODLOLOGY .............................................................................................................395

### PROFILE OF THE FACILITIES ...........................................................................................395
MAGUIRE CORRECTIONAL FACILITY.........................................................................................395
TABLE 110: Maguire Housing Units .....................................................................................399
MAGUIRE CORRECTIONAL FACILITY RECOMMENDATIONS .................................................399
MAPLE STREET CORRECTIONAL CENTER .................................................................................399
TABLE 111: Maple Street Housing Units ..............................................................................403
MAPLE STREET CORRECTIONAL CENTER RECOMMENDATIONS...........................................403
DAILY JAIL OPERATIONS EFFECTING STAFFING.........................................................................403
CHART 48: Overtime Usage, Fiscal Years 2019/2022 – 2023/2024.......................................405
CHART 49 : Overtime Usage by Area, Fiscal Years 19/22 – 23/24.........................................405
TABLE 112: Overtime by Shift - Maguire...............................................................................406
TABLE 113: Overtime by Shift - Maple Street........................................................................407
CHART 50: Comparison of IP Population and Authorized Employees, 2020- November 2023.............408
CHART 51: Use of Force Review Summary, Maguire 2020-November 2023..............................410
CHART 52 : Use of Force Review Summary, Maple Street 2020-November 2023 .....................410
STC TRAINING .........................................................................................................................411
Background: STC Training Mandates ...................................................................................412
Completed STC Training for FY23-24 ....................................................................................412
Scheduled STC training for FY23-24......................................................................................412
TABLE 114: Correctional Officer Turnover Rates, 2021-2022.................................................413
TABLE 115: Sergeant Turnover Rates, 2021-2022.................................................................413
TABLE 116: LOS Turnover Rates, 2021-2022.........................................................................414
TABLE 117: Food Service Turnover Rates, 2021-2022...........................................................414
TABLE 118: Sheriff's Deputy Turnover Rates, 2021-2022.......................................................414
TABLE 119 : Average Monthly IP Population, 2020-November 30, 2023..................................415
CHART 53: Number of Bookings and Releases by Time .........................................................415
CHART 54: Monthly Bookings, 2021- November 2023...........................................................416
CHART 55: Monthly Releases, 2021- November 2023 ...........................................................417
CHART 56: Average Bookings and Releases per Day .............................................................417



*DAILY JAIL OPERATIONS STAFFING RECOMMENDATIONS*..........................................................*418*
CHART THE DAILY ACTIVITIES ...................................................................................................418
   *TABLE 120: Example Excerpt from Activity Table – Separate Agency*.......................................*419*
   *CHART 57: Sample Daily Activity Graph*....................................................................................*419*
   *CHART 58: Sample Single Day Activity Graph*............................................................................*420*
   *CHART THE DAILY ACTIVITIES RECOMMENDATION*..................................................................*420*
COVERAGE PLAN.....................................................................................................................421
   *TABLE 121: Maple Street Staff Coverage*..................................................................................*422*
   *TABLE 122: Maguire Staff Coverage*.........................................................................................*426*
   *TABLE 123: Maple Street CC Proposed Coverage Plan w/Relief Factor* .....................................*430*
   *TABLE 124: Maguire CF Proposed Coverage Plan w/Relief Factor* .............................................*431*
   *TABLE 125: Summary of Proposed Positions Maple Street and Maguire*....................................*433*
   *COVERAGE PLAN RECOMMENDATIONS* ....................................................................................*434*
EVALUATE THE COVERAGE PLAN..............................................................................................434
   *TABLE 126: BACC Minimum Standards for Local Detention Facilities*.........................................*435*
   *EVALUATE THE COVERAGE PLAN RECOMMENDATION* .............................................................*437*
SCHEDULING...........................................................................................................................437
   *TABLE 127: Actual Maguire Staffing, July 9 - 15, 2023* .............................................................*440*
   *TABLE 128: Actual Maguire Staffing, December 3 - 9, 2023* ......................................................*444*
   *TABLE 129: Actual Maple Street Staffing, December 3 - 9, 2023* ...............................................*448*
   *TABLE 130: Actual Maple Street Staffing, December 3 - 9, 2023* ...............................................*451*
   *TABLE 131: Actual Food Service Staffing, July 9 to 15, 2023* .....................................................*454*
   *SCHEDULING RECOMMENDATIONS* .........................................................................................*456*
NET ANNUAL WORK HOURS (NAWH) .......................................................................................456
   *TABLE 132: Summary of Net Annual Work Hour Calculations for Relieved Positions*.................*457*
   *TABLE 133: Total Average Time Off for Employees* ...................................................................*458*
   *CHART 59: Total Average Time Off*...........................................................................................*459*
   *NET ANNUAL WORK HOURS RECOMMENDATIONS* ..................................................................*459*
CALCULATE OPERATIONAL COSTS ............................................................................................459
IMPLEMENT THE PLAN AND MONITOR THE RESULTS................................................................460

**TRANSPORTATION / COURT SECURITY ................................................................. 461**
STAFFING/PERSONNEL............................................................................................................462
   *TABLE 134: Court Security/Transportation Bureau Staffing*......................................................*462*
FACILITY SECURITY ..................................................................................................................463
COURT OPERATIONS................................................................................................................464
INMATE MOVEMENT ...............................................................................................................465
   *TABLE 135: Transportation Unit Incarcerated Persons Movement* ...........................................*466*
TRANSPORTATION FLEET .........................................................................................................466
   *TABLE 136: Transportation Unit Fleet* .....................................................................................*467*
TRAINING ...............................................................................................................................467
OVERTIME ..............................................................................................................................468
   *TABLE 137: Court Security/Transportation Bureau Overtime Hours* .........................................*468*
   *TABLE 138: Court Security/Transportation Bureau Overtime Expenditures*...............................*468*
SUPERVISION ..........................................................................................................................469
   *COURT SECURITY AND TRANSPORTATION BUREAU RECOMMENDATIONS*...............................*469*
CIVIL ENFORCEMENT UNIT/CIVIL SUPPORT UNIT.....................................................................469
   *CIVIL ENFORCEMENT STAFFING* .............................................................................................*470*
   *CIVIL ENFORCEMENT WORKLOAD*..........................................................................................*471*
   *TABLE 139: Civil Enforcement Unit Workload, 2016-2023*.......................................................*471*
   *TRAINING*..............................................................................................................................*472*
   *CIVIL ENFORCEMENT UNIT RECOMMENDATIONS* ..................................................................*472*
HOSPITAL SECURITY ................................................................................................................473



POLICY ................................................................................................................. 475
HOSPITAL SECURITY RECOMMENDATIONS........................................................... 475

# ADMINISTRATION ........................................................................................ 476

## FORENSIC LABORATORY ............................................................................. 477
TABLE 140: Forensics Laboratory Staffing, FY 2023-24......................................... 479
SCHEDULE ........................................................................................................... 480
SELECTION ........................................................................................................... 480
TRAINING ............................................................................................................. 480
LATENT PRINTS, FIREARMS AND TOOLMARKS....................................................... 481
FORENSIC BIOLOGY UNIT...................................................................................... 482
CONTROLLED SUBSTANCES AND TOXICOLOGY UNIT............................................ 483
FRONT OFFICE AND PROPERTY BUREAU .............................................................. 483
FORENSIC LABORATORY RECOMMENDATIONS ..................................................... 484

## TECHNOLOGY SERVICES UNIT .................................................................... 485
TABLE 141: Technology Services Staffing............................................................... 485
DUTIES AND RESPONSIBILITIES............................................................................. 485
SCHEDULE............................................................................................................. 485
TECHNOLOGY SYSTEMS........................................................................................ 486
TICKETING SYSTEM .............................................................................................. 489
CHART 60: Ticket Requests, February – December 2023 ....................................... 490
TECHNOLOGY SERVICES UNIT RECOMMENDATIONS ............................................ 491

## FINANCE/FISCAL BUREAU ......................................................................... 492
TABLE 142: Fiscal Services Staffing......................................................................... 492
FISCAL SERVICES RECOMMENDATIONS................................................................. 496
PAYROLL UNIT ...................................................................................................... 497
TABLE 143: Payroll Unit Staffing ........................................................................... 497
WORKER'S COMPENSATION ................................................................................. 498
PAYROLL UNIT RECOMMENDATIONS.................................................................... 499
CIVIL SUPPORT ..................................................................................................... 499

## PROPERTY & EVIDENCE............................................................................. 500
TABLE 144: Current Property and Evidence Bureau Staffing.................................... 501
PROPERTY OFFICER WORK SCHEDULES ................................................................ 501
PROPERTY MANAGEMENT SYSTEM....................................................................... 502
PROPERTY AND EVIDENCE WORKLOAD, 2020-2023 ............................................. 503
TABLE 145: Property and Evidence Workload, 2020-2023....................................... 503
TABLE 146: Submitted Property, by Bureau/Unit, 2023:......................................... 504
PREPARING ITEMS FOR COURT PURPOSES ........................................................... 504
INTAKE AND PROCESSING..................................................................................... 505
STORAGE............................................................................................................... 506
STORAGE OF CASH ............................................................................................... 507
DISCOVERY RESPONSIBILITIES.............................................................................. 508
DISPOSITIONING/BACKLOG .................................................................................. 509
PURGING............................................................................................................... 509
WEAPON DESTRUCTION ....................................................................................... 509
PRESCRIPTION DISPOSAL PROGRAMS .................................................................. 510
TRAINING ............................................................................................................. 510
P&E POLICIES AND PROCEDURES.......................................................................... 511
AUDITS/INTERNAL INVENTORY ............................................................................ 512
BIOLOGICAL EVIDENCE PRESERVATION/REFRIGERATED ITEMS............................ 512
SECURITY.............................................................................................................. 513



*PROPERTY AND EVIDENCE RECOMMENDATIONS* .................................................................... 514

**RECORDS BUREAU** ................................................................................................................ 515
   *TABLE 147: Records Bureau Staffing* ............................................................................... 516
   *WORKLOAD DEMAND* ...................................................................................................... 516
   *TABLE 148: Processed Items*............................................................................................. 518
   *TABLE 149: Additional Supervisor and Manager Duties* .................................................. 519
   *ONLINE CRIME REPORTING* .............................................................................................. 521
   *RECORDS MANAGEMENT SYSTEM* ................................................................................... 522
   *RECORDS POLICIES* ........................................................................................................... 523
   *TRAINING*.......................................................................................................................... 523
   *FREEDOM OF INFORMATION ACT (FOIA) – PUBLIC RECORDS REQUESTS (PRR)*.................... 524
   *TABLE 150: FOIA/Public Records Requests, 2020-2023* .................................................. 524
   *COMPLIANCE AUDITS* ....................................................................................................... 525
   *CRIMINAL JUSTICE INFORMATION SYSTEM (CJIS) AND NATIONAL CRIME INFORMATION CENTER (NCIC)* 525
   *CALIFORNIA LAW ENFORCEMENT TELECOMMUNICATIONS SYSTEM (CLETS)* .......................... 526
   *DOJ/FBI CRIME REPORTING* .............................................................................................. 526
   *RECORDS RETENTION/PURGING*........................................................................................ 527
   *COMMUNICATION*............................................................................................................. 527
   *RECORDS RECOMMENDATIONS*........................................................................................ 528

**CORRECTIONS DIVISION APPENDICES** ................................................................... 529

   JAIL APPENDICES:................................................................................................................. 530
      A.    *Profile of the Jail Operations*............................................................................... 530
      B.    *Daily Activities*..................................................................................................... 530
      C.    *Net Annual Work Hours (NAWH) Calculations* .................................................. 530
   JAIL APPENDIX A: PROFILE OF THE JAIL OPERATIONS ......................................................... 530
      *TABLE 1: Use of Force Incident Reports MSC\**................................................................ 530
      *TABLE 2: Use of Force MSCC\** .......................................................................................... 531
      *TABLE 3: Booking and Releases by Time,    2021 – 2023* ............................................... 532
      *TABLE 4: Bookings and Releases by Month*...................................................................... 532
      *TABLE 5: Total Book and Release by Day, 2021 - 2023*.................................................. 533
      *TABLE 6: Average Book and Release by Day, 2021 - 2023* ............................................. 533
      *TABLE 7: Overtime*............................................................................................................ 534
   JAIL APPENDIX B: DAILY ACTIVITIES .................................................................................... 535
      *TABLE 8: Intermittent Activities Performed by Jail Staff* ................................................ 535
      *TABLE 9: Partial Daily Routine Provided by Maguire Staff*.............................................. 536
   JAIL APPENDIX C: NET ANNUAL WORK HOURS (NAWH) CALCULATIONS .............................. 537
      *TABLE 10: Net Annual Work Hours Calculations, Sergeant* ............................................. 537
      *TABLE 11: Net Annual Work Hours Calculations, Legal Office Specialist* ....................... 539
      *TABLE 12: Net Annual Work Hours Calculations, Food Services Supervisor*.................... 540
      *TABLE 13: Net Annual Work Hours Calculations, Food Services*....................................... 541
      *TABLE 14: Net Annual Work Hours Calculations, Sheriff's Deputy* .................................. 542
      *TABLE 15: Net Annual Work Hours Calculations, Correctional Officer*............................. 544

**DATA ANALYSIS REPORT** ................................................................................. 554

**Workload**.......................................................................................................................... 557
      *Table 1: Call Source and Call Sign Records, by Year*....................................................... 557
      *Table 2: Community-Initiated and Field-Initiated Category Records, by Year*................ 557
      *Table 3: Records by Beat*................................................................................................... 558
      *Chart 1: Records by Beat*.................................................................................................. 559
      *Table 4: Community-Initiated Recorded Events, by Category, by Year with Percentage Change*.............. 560



Table 5: Field-Initiated Recorded Events, by Category, by Year with Percentage Change.........................561
Chart 2: Record Category Summary for Community-Initiated (2017-2021).............................................563
Chart 3: Record Category Summary for Community-Initiated (2022).......................................................564
Chart 4: Record Category Summary for Deputy-Initiated (2017-2021) ..................................................565
Chart 5: Record Category Summary for Deputy-Initiated (2022) ...........................................................566
Chart 6: Record Matching for Case Types and Record Priority, Year.......................................................567
Table 6: Recorded Events, by Month and Initiator, by Year....................................................................568
Table 7: Recorded Events, by Season and Initiator, by Year...................................................................569
Table 8: Recorded Events, by Day of Week and Initiator, by Year...........................................................569
Table 9: Recorded Events, by Call Sign Designator and Initiator, by Year – With Agency Total................570
Chart 7: Recorded Events, by Call Sign Designator and Initiator, by Year...............................................571
Table 10: Number of Community-Initiated Recorded Events, by Category, by Season, by Year................572
Table 11: Number of Community-Initiated Recorded Events, by Category, by Season, by Year - Continued
...................................................................................................................................................573
Table 12: Number of Field-Initiated Recorded Events, by Category, by Season, by Year..........................574
Table 13: Number of Field-Initiated Recorded Events, by Category, by Season, by Year - Continued.........575
Table 14: Number of Community-Initiated Recorded Events, by Category, by Day of Week, by Year........576
Table 15: Number of Community-Initiated Recorded Events, by Category, by Day of Week, by Year -
Continued.....................................................................................................................................577
Table 16: Number of Community-Initiated Recorded Events, by Category, by Day of Week, by Year - Last
...................................................................................................................................................578
Table 17: Number of Field-Initiated Recorded Events, by Category, by Day of Week, by Year .................579
Table 18: Number of Field-Initiated Recorded Events, by Category, by Day of Week, by Year - Continued580
Table 19: Number of Field-Initiated Recorded Events, by Category, by Day of Week, by Year - Final ........581

**Deployment.....................................................................................................................582**
Table 20: Deployments by Number of Units, by Year ...........................................................................582
Table 21: Number of Responding Units up to Four or More Deputies, by Category, by Year.....................583
Table 22: Number of Responding Units up to Four or More Deputies, by Category, by Year - Continued ..584
Table 23: Average Staffing by Area, by Year........................................................................................585
Table 24: Community-Initiated Records and Average Number of Deployed Units, by Year.......................586
Chart 8: Community-Initiated Average Number of Deployed Units, by Year ...........................................587
Table 25: Field-Initiated Records and Average Number of Deployed Units, by Year .................................588
Chart 9: Field-Initiated Average Number of Deployed Units, by Year......................................................589
Table 26: Average Deployed Units, by Call Source, and Year - With Averages.........................................590
Chart 10:Community-Initiated Average Deployed Units, by Call Category, and Year - With Averages ......591
Chart 11: Field-Initiated Average Deployed Units, by Call Category, and Year - With Averages................592
Table 27: Community and Field-Initiated Records, by Beat, and Year.....................................................593
Chart 12: Community and Field-Initiated Records, by Beat, and Year.....................................................594
Table 28: Total Records by Hour for Call Sources, by Year.....................................................................595
Chart 13: Community-Initiated Records by Hour, by Year .....................................................................596
Chart 14: Field-Initiated Records by Hour, by Year - with Averages .......................................................597
Table 29: Average Deployed Units, by Hour, by Year - with Averages.....................................................598
Chart 15: Community-Initiated Average Deployed Units, by Hour, by Year - with Averages ....................599
Chart 16: Field-Initiated Average Deployed Units, by Hour, by Year - with Averages...............................600
Table 30:  Community-Initiated Hourly Average Deployed Units, for Autumn and Spring, by Year - with
Averages.......................................................................................................................................601
Table 31: Community-Initiated Hourly Average Deployed Units, for Summer and Winter, by Year - with
Averages.......................................................................................................................................602
Chart 17: Community-Initiated Hourly Average Deployed Units, by Season, by Year - with Averages.......603
Chart 18: Average Occupied Time for Community-Initiated and Field-Initiated Records, 2017-2022 ........604
Table 32: Average Occupied Time and Total Response Time, by Beat, by Year ........................................605
Chart 19: Average Occupied Time and Total Response Time, by Year - Burlingame Hills (BRH) ................606



Chart 20: Average Occupied Time and Total Response Time, by Year -Eichler Highlands (EIC) .................607
Chart 21: Average Occupied Time and Total Response Time, by Year -Everything South of 92 to County Line and West of 35...................................................................................................................................608
Chart 22: Average Occupied Time and Total Response Time, by Year -Everything South of Pacifica to 92 and West of 280....................................................................................................................................609
Chart 23: Average Occupied Time and Total Response Time, by Year -Half Moon Bay (HMB).................610
Chart 24: Average Occupied Time and Total Response Time, by Year - Menlo Oaks (MOK).....................611
Chart 25: Average Occupied Time and Total Response Time, by Year - Millbrae (MLB)...........................612
Chart 26: Average Occupied Time and Total Response Time, by Year -North Fair Oaks (NFO).................613
Chart 27: Average Occupied Time and Total Response Time, by Year - Portola Valley (PVY) ...................614
Chart 28: Average Occupied Time and Total Response Time, by Year - San Carlos (SNC).........................615
Chart 29: Average Occupied Time and Total Response Time, by Year - Sheriff's Office North (BRH and unincorporated) ......................................................................................................................................616
Chart 30: Average Occupied Time and Total Response Time, by Year -Sheriff's Office South (DVN, LTW, PAL. EML. WSB, WMP)..................................................................................................................................617
Chart 31: Average Occupied Time and Total Response Time, by Year - Woodside (WDS)........................618
Chart 32: Average Occupied Time and Total Response Time, by Year - Agency...................................619
Table 33: Community–Initiated CAD Unit Occupied Time and Total Service Time, by Hour, by Year .........620
Chart 33: Community–Initiated Primary Unit Occupied Time, by Hour, by Year.......................................621
Chart 34: Community–Initiated Total Service Time, by Hour, by Year......................................................622
Table 34: Field–Initiated CAD Unit Occupied Time and Total Service Time, by Hour, by Year...................623
Chart 35: Field–Initiated CAD Unit Occupied Time, by Hour, by Year.....................................................624
Chart 36: Field–Initiated Total Service Time, by Hour, by Year ..............................................................625
Chart 37: Field–Initiated Total Service Time, by Hour, by Year - Data Suppression...................................626
Table 35: Community-Initiated Primary Unit Occupied Time and Total Service Time, by Day of Week, by Year ........................................................................................................................................................627
Chart 38: Community-Initiated Primary Unit Occupied Time and Total Service Time, by Day of Week, by Year ........................................................................................................................................................628
Table 36: Field-Initiated Primary Unit Occupied Time and Total Service Time, by Day of Week, by Year...629
Chart 39: Field-Initiated Primary Unit Occupied Time and Total Service Time, by Day of Week, by Year...630
Table 37: Community-Initiated Primary Unit Occupied Time and Total Service Time, by Season, by Year – with Averages .........................................................................................................................................631
Chart 40: Community-Initiated Primary Unit Occupied Time and Total Service Time, by Season, by Year – with Averages .........................................................................................................................................632
Table 38: Field-Initiated Primary Unit Occupied Time and Total Service Time, by Season, by Year – with Averages...................................................................................................................................................633
Chart 41: Field-Initiated Primary Unit Occupied Time and Total Service Time, by Season, by Year – with Averages...................................................................................................................................................634
Table 39: Community-Initiated Primary Unit Occupied Time and Total Service Time, by Beat, by Year – with Averages...................................................................................................................................................635
Chart 42: Community-Initiated Primary Unit Occupied Time, by Beat, by Year – with Averages..............636
Table 40: Field-Initiated Primary Unit Occupied Time and Total Service Time, by Beat, by Year – with Averages...................................................................................................................................................637
Chart 43: Field-Initiated Primary Unit Occupied Time, by Beat, by Year – with Averages ........................638
Table 41: Community-Initiated Primary Unit Occupied Time and Total Service Time, by Hour, by Year, by Priority....................................................................................................................................................639
Chart 44: Community-Initiated Primary Unit Occupied Time and Total Service Time, by Hour, by Year, by Priority....................................................................................................................................................640
Table 42: Field-Initiated Primary Unit Occupied Time and Total Service Time, by Hour, by Year, by Priority ...............................................................................................................................................................641
Chart 45: Field-Initiated Primary Unit Occupied Time and Total Service Time, by Hour, by Year, by Priority ...............................................................................................................................................................642
Table 43: Unit Occupied Time, by Order on Scene, by Year – with Averages...........................................643




Chart 46: Unit Occupied Time, by Order on Scene, by Year – with Averages ............................................644
Table 44: Unit Occupied Time, by Record Source, by Category, by Year – with Averages ........................645
Chart 47: Community-Initiated Unit Occupied Time, by Year – with Averages .......................................646
Chart 48: Field-Initiated Unit Occupied Time, by Year – with Averages..................................................647
Table 45: Unit Occupied Time, by Shift Designator, by Year – with Averages.........................................648
Chart 49: Unit Occupied Time, by Shift Designator, by Year ..................................................................649

## Response Times ...........................................................................................................650
Table 46: Response Time Record Status and Average Minute, by Day of Week, by Year .........................651
Chart 50: Response Time Record Status and Average Minute, by Day of Week, by Year .........................652
Table 47: Response Time Record Status and Average Minute, by Month, by Year ..................................653
Chart 51: Response Time Record Status and Average Minute, by Month, by Year ..................................654
Table 48: Response Time Record Status and Average Minute, by Season, by Year..................................655
Chart 52: Response Time Record Status and Average Minute, by Season, by Year..................................656
Table 49: Response Time Record Status and Average Minute, by Deployed Hour, by Year .....................657
Chart 53: Response Time Record Status and Average Minute, by Deployed Hour, by Year.....................658
Table 50: Response Time Record Status and Average Minute, by Beat, by Year......................................659
Table 50: Response Time Record Status and Average Minute, by Beat, by Year - Continued ..................660
Chart 54: Response Time Record Status and Average Minute, by Beat, by Year......................................661
Table 51: Response Time Record Status and Average Minute, by Record Category, by Year ...................662
Chart 55: Response Time Record Status and Average Minute, by Record Category, by Year ...................664
Table 52: Response Time Record Status and Average Minute, by Record Priority, by Year .....................665
Chart 56: Response Time Record Status and Average Minute, by Record Priority, by Year .....................666
Table 53: Response Time Record Status and Average Minute, by Unit Designation, by Year...................667
Chart 57: Response Time Record Status and Average Minute, by Unit Designation, by Year...................668

## Traffic Accidents .........................................................................................................669
Chart 58: Community-Initiated and Field-Initiated Traffic Records, by Year............................................669
Chart 59: Field-Initiated Traffic Records, by Hour, by Year ...................................................................670
Table 54: Community-Initiated and Field-Initiated Accident Records, by Day of Week, by Hour..............671
Chart 60: Community-Initiated and Field-Initiated Accident Records, by Day of Week, by Hour..............673
Appendix 1: Designation Codes ...........................................................................................................674
Appendix 2: Call Type and Call Category ..............................................................................................674
Appendix 3: Codes and Beats...............................................................................................................683
Appendix 4: Distribution of Records and Number of Assigned Units......................................................688
Appendix 5: Distribution of Records and Units......................................................................................689





# MELIORA PUBLIC SAFETY CONSULTING ASSESSMENT TEAM

Jackie Gomez-Whiteley, Project Manager
Eve Berg, Director
Anthony Boger, Ph.D., Community Relations Consultant
John Clark, Senior Associate
Jim Hart, Senior Associate
Craig Junginger, Senior Associate
David Makin, Ph. D., Data Scientist
Sue Rahr, Senior Associate
Rita Ramirez, Senior Associate
Lisa Rosales, Senior Associate
Kim Smith, Senior Associate
Mark Yokoyama, Director





**EXECUTIVE SUMMARY**

Meliora Public Safety Consulting, LLC (Meliora PSC) was commissioned by Sheriff Christina Corpus to conduct a comprehensive organizational assessment of the San Mateo County Sheriff's Office (SMCSO). In today's ever-changing public safety environment, public safety leaders must be adept at leading the organization through change, partnering with the community to include those with varying perspectives, collaborating with intra-agency county leaders, addressing opportunities for development, bringing contemporary training and improvement, and being ever-present and willing to adapt to societal issues impacting the industry. An integral piece is the importance of creating a strong executive team who is in alignment with the Sheriff's vision. To that end, Sheriff Corpus built an executive team comprised of highly educated professionals who brought distinct experiences to enhance the team: two police executives with a track record of applying a contemporary approach to leadership and public safety, and a business leader with years of experience in San Mateo County as well as reserve experience at SMCSO.

## METHODOLOGY

The organizational assessment process is a multi-step, data-driven process that takes several months to complete due to the comprehensive nature of the work. The scope of the assessment included the following:

- Review the current organizational configuration and service delivery systems to determine optimal staffing that appropriately considers the service delivery expectations, operational budgets, Board of Supervisors' priorities, workload, and goals in all bureaus;
- Assess and evaluate current management capacity, roles and responsibilities, and analyze configuration and reporting relationships to ensure efficiencies;
- Analyze the department's efficiencies in how it serves the community;
- Examine organizational structure and functions;
- Assess human resources related to structure, functions, and duties;
- Assess and evaluate current supervisory roles and responsibilities and analyze reporting relationships to ensure efficiencies;
- Review the office's operational functions and workflow processes;
- Review pertinent documents such as sheriff's office budgets/strategic plans and identify and analyze data from the Computer-Aided Dispatch/Records Management System (CAD/RMS) to provide insight about workload in the Field Services Bureau;
- Analyze organizational/employee performance measurement and accountability systems;
- Assess data collection systems and analytical capacity;
- Analyze agency overtime use and management to include potential staffing alternatives;
- Review staff retention and experience;
- Assess the agency's alignment with 21st Century Policing;
- Conduct focus group meetings with community stakeholders;
- Conduct focus group meetings with various sheriff's office staff groups;
- And conduct interviews with sheriff's office staff.



Meliora PSC conducted a comprehensive organizational assessment based on a six-year data analysis of computer-aided dispatch (CAD) information examining workload, deployment and response times. We opted for a six-year trend analysis instead of a five-year trend analysis in order to provide information on workload pre and post-COVID. We also examined staffing in other areas of the Sheriff's Office compared to the workload and responsibilities of these key functions. In addition to collecting data, policies and documents related to the agency's operational and support service functions, we met with personnel at all levels of the office to gain insight about their ability to provide a high level of service to the community. Meliora PSC also conducted a community meeting to seek input from community members on how the Sheriff's Office is meeting expectations and where there are opportunities for improvement.

As a result of the in-depth assessment of the San Mateo County Sheriff's Office, Meliora PSC found members to be overwhelmingly professional and dedicated to their mission of serving San Mateo County. Contemporary police and sheriff agencies across the country are seeking external reviews of their organizations to gain an objective review and insight on how to make good agencies better. Society demands and deserves public safety agencies that are transparent, committed to continual growth and alignment with best practices, open to community input and continual partnership and dialogue. We are pleased to be part of meeting this expectation for the County of San Mateo.

The in-depth report that follows will highlight areas that demonstrate the Sheriff's Office strengths as well as areas of opportunity for improvement. The recommendations will assist the Sheriff's Office in becoming more aligned with best practices in 21st Century Policing. It is not unusual to have well over 200 recommendations with an agency of this size. This is <u>not</u> indicative of a sub-standard Sheriff's Office, but rather illustrates the depth and detail of the comprehensive assessment process of the entire office. Often recommendations made will involve funding approval from the Board of Directors and/or collective bargaining agreements that will take several months, and in many cases, years to implement.

We have included key highlights that identify themes and significant issues the office is experiencing. Also included in the report are a number of areas the SMCSO is aligned with and/or leading in contemporary public safety principles. A list of summary recommendations and associated pages where the discussion regarding the respective recommendations can be found are included next.

## Highlights

- In 2022, Sheriff Corpus was elected the 26th Sheriff to serve San Mateo County. Sheriff Corpus and her new executive team began in 2023. The Undersheriff and Operations Division Assistant Sheriff have decades of police experience in contemporary public safety practices. At the time of the site visit, the second Assistant Sheriff position for the Corrections Division was being filled temporarily by a contract employee who had recently retired from the San Mateo County Sheriff's Office and finished his contracted term; the



Assistant Sheriff of Corrections position remains unfilled. The third Assistant Sheriff position was transitioned to an Executive Director of Administration and is filled by a civilian director

- The SMCSO is staffed with public safety professionals at all levels committed to providing a high level of service. Meliora PSC found personnel to be dedicated and encouraged by the Sheriff's vision to grow the culture of the office to be aligned with contemporary leadership principles and the pillars of 21st Century Policing.

- As part of the assessment, Meliora PSC was asked to provide a proposed organizational chart to enhance functions and efficiencies. During that process, we noted an opportunity to address gaps in management and supervisory oversight. Subsequently, the purpose for adding the following positions will be addressed in detail in the respective bureaus and divisions within the report. As with all sheriff's offices, any staffing additions require approval of the Board of Supervisors.

  o Reassign the Professional Standards Bureau captain position to Support Operations Command.

  o Add one FTE civilian Director (Captain equivalent) with prior experience in overseeing both Records and Property and Evidence Bureaus.

  o Reassign the Transit Bureau lieutenant and Transit Bureau to San Carlos Patrol Bureau and assign the lieutenant to also manage the Field Training program.

  o Add three FTE Lieutenants to the Operations Division with one in the following commands: North County Area Command, Coastside Area Command, and Headquarters Area Command.

  o Add eight FTE Sergeants to the Corrections Division: seven sergeants to the correctional facilities, and one sergeant to Court Security and Transportation Bureau.

- Other additional staffing positions includes, but is not limited to:

  o Add one FTE Grant Manager and one FTE Management Analyst to the Fiscal Services Bureau to monitor and review grants and contracts, and RFPs, respectively.

  o Add five FTE Crime Analyst positions assigned to San Carlos, North Area Command, Coastal Area Command, SFIA/Cargo Theft Task Force, and Task Force Operations.

  o Add three FTE deputy sheriff positions to the Operations Division assigned to Patrol.

  o Add one FTE Motorcycle Deputy assigned to Coastside Area Command serving the unincorporated area and assisting in Half Moon Bay when needed.

  o Add 126 FTE Correctional Officers assigned to Maguire and Maple Street Correctional Facilities.

  o Add six Legal Office Specialists to the Corrections Division.

  o Add six Food Service Workers to the Corrections Division.

  o Add one FTE CSO assigned to Coastside Area Command to handle weekend workload and activities.

  o Add two FTE Cadets (or four part-time cadets) or administrative assistants to cover the public window in Property and Evidence and the public counter in Records.



- Communication breakdowns were mentioned by all levels (sworn, professional staff, and supervisory/management) in virtual meetings as well as on the site visit. This sentiment is frequently expressed during assessments conducted across the country. In some instances, there were examples that justified this sentiment; however, there were other cases that were the result of selective awareness. This presents an opportunity for the leadership, from front-line supervisors to the executive team, to demonstrate intentionality in providing opportunities for staff to be heard, collaborate, and share new ideas as a result of the recommendations presented in this comprehensive report. Meliora PSC suggests consideration be given to the Sheriff hosting quarterly department meetings, inviting staff to attend command staff meetings, and making a concerted effort to personally visit substations, units, and areas where staff work. Those that continue to have selective awareness will have no reason for not being made aware of the progress of the organization. Most others will appreciate the effort made by the Sheriff and the executive team to acknowledge staff's efforts as well as giving them an opportunity to be heard. In addition, it is important for the executive team to work in concert and balance sharing information or requesting tasks be completed through the proper chain of command versus making requests of staff directly without working through their respective supervisors and managers.
- There are several existing vacancies in the Operations and Corrections Divisions and the need to fill these positions and retain qualified staff is crucial. The office is at a critical juncture due to the number of vacancies, an issue that has been growing steadily over the past several years. Subsequently, deputies are expected to work an additional two, 12-hour shifts every two-week pay period. The increased workload is magnifying the adverse impact to personnel and their limited off-duty time, which is compounding morale, recruitment and retention challenges. This workload and schedule cannot be safely sustained.
- Staffing shortages were evident in various areas of the Sheriff's Office. Some shortages were a direct result of not hiring the positions already allocated and other shortages were a function of an over-reliance on staff taking on additional responsibilities to ensure the work is done. Since 2023, a concerted effort has been made to address the hiring shortage.
- In most police and sheriff's agencies, there is a distinction between sworn and professional staff wherein professional staff feel their work is not appreciated. SMCSO professional staff also shared this sentiment during the site visit underscoring the sense of feeling under-valued. The creation of a civilian Executive Director of Administration position creates a civilian career ladder and pathway for professional staff to ascend in supervisory and leadership roles and responsibilities.
- Overall, there is an absence of management reports to strategically assist Sheriff's Office managers and supervisors in effectively overseeing the office. We found that supervisors relied on antidotal information or even oral history rather than accurate data and analytics. Reports that are needed include crime trends reports, case management reports, deputy activity reports, records and property and evidence reports, and community traffic complaints.
- Dedicated staff is committed to getting the job done; however, there were no position manuals in several instances to assist in the event of a transfer or someone filling a position temporarily. With people retiring, there is a risk that institutional knowledge on the how





and why things are done can be lost resulting in gaps in service or processes not being done creating unintended risk liability exposure.

- In some instances, policies were either in need of creation or updating. The Sheriff's Office already subscribes to Lexipol for policy updates and can use existing services to address these areas. Rather than accepting policies and updates where some aspects of the policy or update is inconsistent with the office's practices, a concerted effort must be given to implementing a process for in-depth policy review and customizing the policies to the actual intent of the office.

- There were opportunities for equipment and resources to be sought, most notably the Portola Valley substation computer software, printer and furniture, POST field training software, and traffic collision software.

- The Data Analysis Toolkit is one program the SMCSO will now be able to use going forward to analyze workload, deployment, and response times. However, other key divisions and units, such as detectives, corrections, and other bureaus lack similar workload analytical systems. It is imperative a priority be made to establish these systems and processes that will assist with tracking data and improving the office's efficiencies.

- There were a number of opportunities to realign some sworn assignments to professional staff and/or create additional professional staff positions. We note this is not specific to San Mateo County SO, but rather the industry recognizing the value of professional staff to perform non-enforcement related areas of public service and more appropriately fund and staff the agency. An example of a contemporary organization, SMCSO has already made this transition by creating a civilian Executive Director of Administration.

- Training is consistently an area of opportunity in most all assessments, and that was the case at San Mateo County SO as well. Training opportunities included leadership, management and supervisory as well as technical skill-based training depending on the assignment. By establishing a Training Plan for the agency with a detailed Training Matrix for each position, both sworn and professional staff, and operationalizing it in a Training Calendar, personnel will be trained timely and prepared for a variety of positions. An unintended consequence of the office slipping into the staffing crisis is staffing being prioritized over training.

- With the growth of the county, the evolution of policing, and having experienced a pandemic, the San Mateo County Sheriff's Office is poised to adapt to opportunities to evolve the agency. Overwhelmingly, personnel at SMCSO are dedicated professionals eager to see the office evolve and become a more contemporary organization. As we shared with staff along the way, it is incumbent on all members of the SMCSO to collaborate with the executive team to realize this overarching goal.

Meliora PSC would like to thank the Sheriff Christina Corpus, Undersheriff Chris Hsiung, Assistant Sheriff Ryan Monaghan, Contractor Paul Kunkel, Executive Director of Administration Victor Aenlle, and their staff for the cooperation and assistance in gathering the details and research needed to complete this project.

The list of summary recommendations is organized into one bureau and three divisions: Professional Standards Bureau, Operations, Corrections, and Administration Divisions.





# SUMMARY RECOMMENDATIONS

## San Mateo County Sheriff's Office

1. Continue to recruit for diversity particularly amongst women, Asian, and Hispanic groups to better align with the community they serve. (Page 52)
2. Consider pursuing a strategic plan for the SMCSO. (Page 58)
3. Add one FTE civilian Director (Captain equivalent) with prior experience in overseeing both Records and Property and Evidence Bureaus and realign the bureaus and units as reflected in proposed Org Chart. (Page 65)
4. Update Policy § 200 – Organizational Structure and Responsibilities (Page 66)

## Professional Standards Bureau

5. Combine professional standards sworn and professional standards civilian under one Professional Standards Bureau. (Page 68)
6. Reassign the PSB captain position to Support Operations Command. (Page 69)
7. Research and implement an electronic personnel management system. (Page 70)
8. Assign SMCSO staff and supervisors who maintain personnel records attend personnel records and Public Records Act. (Page 70)

### POLICY

9. Examine the entire policy management process and evaluate who is tasked with policy management to ensure policies are being reviewed, updated, and acknowledged by all SMCSO staff. (Page 74)
10. Consider moving policy management to the Professional Standards lieutenant position under the guidance of a Quality Assurance Unit. (Page 74)
11. Ensure policies are reflective of practice, and either update policy or align practice with the intended policy. (Page 74)
12. Develop bureau/unit manuals for each area of the office. (Page 75)

### RECRUITMENT, HIRING, AND RETENTION

13. Review the contract with Guardian and/or contact Guardian and learn which "on-demand "steps and or "on-demand" options they have paid for and/or are using. (Page 78)
14. Request a refresher training demonstration from Guardian. (Page 78)
15. Re-examine the number of personnel assigned to the management and processing of applicants to determine if more staff is needed. (Page 79)
16. Conduct regularly scheduled in-person interviews of applicants during the hiring process. (Page 79)



17. Review Lexipol's latest version of the recruitment and selection policy and consider updating the policy so it can be more reflective of contemporary hiring standards and of the efforts staff is currently making. (Page 81)
18. Regularly document demographic information for current employees and new personnel hired. (Page 82)
19. Make exit interviews mandatory to be conducted in-person by the PSB lieutenant and/or the in-house Sheriff's Office Human Resources Manager. (Page 87)

## PERFORMANCE EVALUATIONS

20. Amend Policy § 322 Reserve Deputy to include information about the reserves performance evaluation system. (Page 89)
21. Ensure overdue employee evaluations are completed immediately. (Page 90)

## PROMOTIONS/SPECIALTY ASSIGNMENTS

22. Contact Lexipol and establish a promotional policy. (Page 90)
23. implement a tracking system to electronically track all employees, their assignments, and promotions. (Page 90)
24. Implement a rotational policy that sets limits on the number of years in a specialty assignment and incorporate in policy. (Page 91)

## EMPLOYEE WELLNESS

25. Assign Peer Support Group members to attend critical training such as advanced peer support and related conferences. (Page 94)

## TRAINING

26. Consider having the Training/Range offsite personnel attend monthly or bi-monthly meetings at headquarters rather than conducting separate meetings. (Page 97)
27. Develop a more expansive and detailed training plan for 2024 and years to follow. (Page 98)
28. Develop a training matrix listing all positions and the respective mandated, essential, and desirable training for each category. (Page 99)
29. Create a more robust training committee and add a professional staff member(s) to the committee to increase the number of personnel on the team. (Page 100)
30. Require the training manager to actively audit and maintain training records to ensure all training is completed and documented. (Page 101)
31. Conduct monthly audits of Daily Training Bulletins (DTBs) to ensure compliance versus waiting for Lexipol to prompt the training manager. (Page 102)
32. Contact Lexipol for training on DTBs, ensure personnel are compliant with monthly DTBs and policy review, and develop a procedure for compliance with DTB and policy review. (Page 103)
33. Implement a formal supervisory training program for both sworn sergeants and professional staff supervisors. (Page 105)



34. Consider making the Sheriff Recruit and Correctional Officer pre-academies more formalized and document the pre-academy plan in written format. (Page 106)
35. Conduct an annual audit (or at minimum when there is a change in range management or sheriff leadership) DOJ/SMCSO weapon inventory list comparisons to ensure all SMCSO guns/weapons are accounted for and continually reconcile the weapon inventory including non-lethal weapons. (Page 110)
36. Analyze if one or more of the administrative training positions could be reassigned/hired to professional staff to oversee one or more of these functions. (Page 111)

## INTERNAL AFFAIRS

37. Develop a SMCSO-specific personnel investigations manual. (Page 113)
38. Make available hard copy complaint/commendation forms at the front counter and any substation or public Sheriff's Offices. (Page 113)
39. Update the complaint/commendation form in other languages, replace "citizen" with community member or public, and add a text button next to the Policies and Procedures button indicating "Commendation/Complaint Form." (Page 113)
40. Record the initial meeting with the complainant and transcribe all interviews. (Page 116)

## USE OF FORCE

41. Implement a use of force board review process. (Page 122)

## EQUIPMENT

42. Track all vests in the Training Unit by expiration date and facilitate new vests for personnel. (Page 126)

## WORKERS COMPENSATION

43. Request Human Resources and the Athens Administrator provide a detailed quarterly overview report. (Page 132)

## STRATEGIC COMMUNICATIONS

44. Assign Strategic Communications to PSB under the Undersheriff's duties and responsibilities and ensure the Undersheriff provides training and mentorship to the new Director of Communications as well as establish a strategic communications plan. (Page 136)
45. Ensure the Director of Communications is provided the circumstances, needs, and goals that need to be achieved in this new position, and establish objectives for the Director of Communications as soon as possible to include how the new role will be measured and how frequently. (Page 137)
46. Assign the civilian Executive Director of Administration, Director of Communications, and all media team members to attend a PIO course, media relations course, Public Records Act training, as well as an Office of Emergency Services training. (Page 139)



# Operations Division

## PATROL

47. Provide one sergeant per briefing "pre-briefing time" as straight compensation time off. (Page 143)
48. Establish a master briefing schedule with information sent to the Training Unit and implementing a digital system for this process, and update the Briefing Policy to reflect the current practices. (Page 144)
49. Maintain the collateral duties in their respective division to be used as learning opportunities to grow the acumen of other supervisors and managers who may not have been assigned a collateral duty, and create a master ancillary duty list for the patrol supervisors and managers to ensure the duties and assignments are relevant to the Patrol Division and updated annually. (Page 145)
50. Return the night shift to the 14-shifts per month rotating schedule, the same as day shift. (Page 148)
51. Consider ending the 5:00 a.m. start time for day shift, or at the very least, limiting the number of early deputies to two, versus three or more to maintain the appropriate staffing levels at the end of the shift. (Page 149)
52. Designate spots on the shift sign-up list for each team that can be designated for deputies with less than two years of experience, and implement a shift rotation schedule that would allow deputies to remain on a shift for a limited time. (Page 149)
53. Add three FTE deputy sheriff positions assigned to patrol to meet minimum staffing needs. (Page 151)

## OVERTIME

54. Consider making the reduction or elimination of mandatory overtime a critical goal for improving recruiting and retention. (Page 154)
55. Evaluate minimum staffing levels to determine if those levels can be adjusted downward during non-peak hours of calls for service. (Page 154)
56. Consider temporarily suspending some non-mandated court services and patrol response to non-critical calls for service until staffing improves. (Page 154)
57. Evaluate the ongoing projected costs of continuing the practice of paying double overtime compensation. (Page 155)
58. Provide adequate training to all managers and the administrative staff members assigned to support those managers for using the valuable budget monitoring tools, and establish a practice requiring managers to review monthly budget reports that are relevant to their area of responsibility and report any significant trends of over or under expenditures. (Page 156)
59. Develop a system (beyond self-tracking by the employee) that allows supervisors to ensure that employees do not exceed the 48-hour overtime limit and 18 consecutive hours worked limit including the 8-hour off duty minimum before and after a shift. (Page 156)



60. Review and evaluate the consecutive work hours policy in light of the findings of numerous sleep studies conducted for law enforcement. (Page 156)

## PATROL ADMINISTRATIVE WORKLOAD

61. Work with the San Mateo County Public Safety Communications and CAD/RMS system vendor to ascertain if there is an electronic feature that allows deputies to log administrative "busy time" for these specific types of daily administrative and personal tasks, and collect details such as type of personal busy time for breaks, gear, equipment, etc., and information of types of administrative activities such as meeting, briefing, report writing, court, etc., for future electronic data analysis. (Page 168)

## CALL MITIGATION

62. Consider temporarily suspending deputy response to disturbance calls such as barking dogs, loud vehicle, and loud music and other similar calls; to certain alarm calls such as burglar and car alarms; and replace field response to non-injury and property damage only traffic accidents with an on-line reporting option. (Page 188)

## CONTRACT SERVICES

63. Review the contracts and begin negotiation with the cities and towns for full cost recovery of all services provided, to include support staff working at the respective facilities, headquarters or the substation, in support of contract services. Additionally, SMCSO should engage with the contract cities of Millbrae, Half Moon Bay, and San Carlos and the Town of Portola Valley to add deputies to balance the workload. (Page 189)

## NORTH COUNTY COMMAND AREA

64. Consider adding a lieutenant rank to the North County Patrol Bureau when staffing permits. (Page 193)
65. Conduct a classification study of professional staff in all bureaus to ensure that the professional staff's classification and duties are accurate. (Page 195)
66. Assign one or two deputies to begin their 12-hour shift at 5:00 a.m. to allow for deputies to be in the field while the other deputies are in day shift briefing. (Page 195)
67. Assign the CSOs to attend a report writing class during their training. (Page 205)

## COASTSIDE COMMAND AREA

68. Add one FTE lieutenant rank to the Coastside Area Command when staffing permits. (Page 209)
69. Add one FTE motorcycle deputy to the Coastside Area Command primarily handling the unincorporated areas, but also respond to assisting when required in Half Moon Bay. (Page 211)
70. Ensure the early deputies that start one hour before the normal shift time deploy in the field and return for briefing, or end the practice of using early deputies in Coastside Area Command. (Page 212)



## *HALF MOON BAY*

71. Consider adding one FTE CSO position to the Coastside Command Area on the weekends to assist with tourism related issues, such as parking, traffic, etc. (Page 217)

## HEADQUARTERS COMMAND AREA

72. Prior to moving into the new office building, conduct an evaluation of workspace locations to ensure workflow efficiencies. (Page 222)
73. Add one FTE lieutenant rank to the Headquarters Area Command structure to provide administrative oversight of the various functions at Headquarters. (Page 223)

## *PORTOLA VALLEY*

74. Review the Portola Valley substation with consideration given to information security and update the Portola Valley substation's current computer software, printer, and office furniture. (Page 230)

## FTO PROGRAM

75. Ensure the FTO supervisor reads the DORs for all deputy trainees. (Page 240)
76. Update and enhance the FTO selection requirements. (Page 240)
77. Develop a trainee/FTO rotational forecasting method that takes into consideration the frequency of FTOs who are training and publish the trainee rotation schedule monthly. (Page 241)
78. Maintain a quarterly FTO meeting schedule and encourage FTP management to publish a yearly meeting schedule to allow FTOs to schedule their time appropriately, and include FTO training during the quarterly FTP meetings to encourage continued learning and advancement. (Page 242)
79. Reorganize the reporting structure of the FTP to include management oversight. (Page 243)
80. Formalize the CSO training manual like the FTP manual to establish standards in not only what is trained but the timeliness of evaluations, and establish FTO-trained Community Service Officers to further formalize the training standard in this area, establish a professional career ladder, and relieve deputy FTOs from this training responsibility. (Page 245)
81. Update Policy § 416 to accurately outline the program and solidify the titles, roles and responsibilities of members involved in the FTP. (Page 245)
82. Develop and adopt an FTP manual that includes detailed learning outcomes of each phase as well as learning syllabuses, and annually review the manual to ensure compliance with statutes and best practices. (Page 245)
83. Purchase updated software that incorporates POST standards and training elements. (Page 246)
84. Reassign the FTP to San Carlos Patrol Bureau as this is a patrol-centric bureau more closely aligned with the FTO program. (Page 246)



## SCHOOL RESOURCE DEPUTIES

85. Establish MOUs or MOAs with the schools or school districts SMCSO partners, annually review MOUs or MOAs, and make the updated copies available to the SROs and supervisors. (Page 249)
86. Change the call sign designations for the School Resource Unit. (Page 250)
87. Hold monthly meetings with the Community Engagement Unit to discuss items such as upcoming events, staffing for those events, programs participation, program needs, etc. (Page 250)
88. Open lines of communication with the SRO Team and San Mateo County Office of Education (SMCOE), and assign the SRO sergeant to partner with SMCOE to stay current on programs, issues, and initiatives. (Page 250)
89. Develop a SRO job description that outlines the roles and responsibilities of the position, and include assignment to patrol or juvenile detectives during the summer. (Page 251)
90. Develop and maintain a Schools Emergency Response Book, which includes each school's emergency response strategies, maps, contact numbers, codes, or key locations. (Page 251)
91. Create a comprehensive Community Engagement Section Manual as indicated in SMCSO Policy § 202 – Bureau Manuals, and contact Lexipol to implement a SRO-specific policy. (Page 252)

## COMMUNITY ALLIANCE TO REVITALIZE OUR NEIGHBORHOOD (CARON)

92. Develop a standardized community academy course curriculum that focuses on educating the public on the criminal justice system, Sheriff's Office operations and why and how deputies respond to calls; review the curriculum annually. (Page 254)
93. Develop at least two additional Parent Program trainers to deliver course content. (Page 255)
94. Develop a CARON strategic plan that is consistent with the Sheriff's Office mission and vision, and include a strong hierarchal structure that supports the strategic plan. (Page 256)
95. Implement a system to track CARON events, attendance, and costs to accurately account for sponsored events. (Page 257)
96. Assign a position within the Community Engagement Unit to ensure all social media platforms, including websites, contain current information on CARON and SAL. (Page 257)

## SHERIFF'S ACTIVITIES LEAGUE (SAL)

97. Develop a youth program that introduces the young adults into working in a Sheriff's Office. (Page 260)
98. Develop a SAL strategic plan that outlines a clear path for the next five years. (Page 261)
99. Establish clearly defined job descriptions and roles within SAL staffing. (Page 261)



## BIKE UNIT

100. Create a Bike Unit policy and manual. (Page 262)
101. Ensure the team receives training on Patrol Bicycle Operations due to the perishable skills and safety consideration involving bicycles in a field environment. (Page 262)

## TRAFFIC UNIT

102. Reassign the Traffic Unit, including the Administrative sergeant, to Headquarters Command Area – Special Services. (Page 272)
103. Assign the motor deputies' evaluations to be authored by the traffic sergeant with input from the respective patrol team sergeant. (Page 272)
104. Issue agency-owned cell phones to the members of the Traffic Unit. (Page 274)
105. Assign two motor deputies to attend the intermediate accident investigation course this year, advanced traffic collision investigation next year such as automobile-pedestrian, motorcycle and/or bicycle, and reconstruction courses, and that CSOs be sent to the Basic and Intermediate Collision Investigation course. (Page 274)
106. Create traffic collision monthly reports to be disseminated throughout patrol. (Page 281)
107. Increase the number of sworn staff assigned to DRE as well as ARIDE to alleviate the small number of patrol staff assigned this responsibility. (Page 284)
108. Ensure all CSOs are trained and assist with minor injury and non-injury traffic collisions, parking enforcement, crime reports with no suspects, and deploying speed signs throughout the county. (Page 285)
109. Implement a process to track traffic-related complaints by category, location, complainant, outcome, and include the office's response. (Page 286)
110. Implement a process to track the efforts to contact those with suspended / revoked driver's licenses. (Page 286)

## PYSCHIATRIC EMERGENCY RESPONSE TEAM

111. Create a Memorandum of Understanding (MOU) outlining the roles and responsibilities of this worthwhile collaborative county effort with BHRS and SMCSO, address the clinicians' schedule flexibility in the MOU, include cross-training of BHRS clinicians, and continue attending the annual conference with the PERT detectives and clinicians annually. (Page 288-290)
112. Update Policy § 424 to include the addition of ECIT. (Page 288)
113. Conduct and annual review and analysis of response to incidents per Policy § 424.12. (Page 288)
114. Assign PERT detectives to attend the POST Homeless Liaison Officer training course. (Page 290)
115. Move forward with plans to provide jail personnel ECIT specifically designed for the jail setting. (Page 291)
116. Collaborate with Forensic Mental Health and BHRS to refer those transitioning out of the jail. (Page 291)



117. Update the CAD/report system to include an indication if there was a mental health component so that monthly, quarterly, annual reports can be generated. (Page 292)
118. Expand the PERT team by two additional teams: two SMCSO detectives and two BHRS clinicians. (Page 295)
119. Create a Behavioral Health Unit to include PERT, CARES, ECIT, Project Guardian, and future efforts in this area. (Page 296)

## K9 UNIT

120. Reassign the K9 supervisory duties from countywide security to a patrol sergeant, assign a second patrol sergeant as a K9 supervisor due to the size of the K9 team and in order to provide broader coverage, and ensure the K9 sergeants attend the POST K9 Coordinator's course as soon as possible. (Page 297)
121. Update the policy to indicate a K9 handler's maximum length of service, and add the pre-requisite to successfully complete the POST K9 agitator course to Policy § 307.8. (Page 299)
122. Conduct research on a K9 trainer to provide a monthly 8-hour training day, with unit training continuing the other three weeks in the month. (Page 299)
123. Reassign the K9 Unit to Headquarter Command Area – Special Services. (Page 301)

## SWAT/CNU

124. Update the SWAT manual as soon as possible in order align with best practice, update Policy § 403 to include firearms qualification, and ensure being off probation and having at least two years of experience is included in both the SWAT and CNU sections. (Page 303)
125. Seek a police psychologist to continue this important function in the testing process described in the policy. (Page 303)
126. Assign the SWAT leadership team to attend the POST Basic and Advanced Commander's courses as soon as possible. (Page 304)
127. Document the training needs assessment for continuity to ensure the training objectives are either met or addressed the following year. This could be done by establishing a process to track deployments, which can be used to conduct training and address any resource issues that may also be needed. (Page 304)
128. Ensure SWAT/CNU training records are maintained with Professional Standards – Training Unit. (Page 304)
129. Conduct training with San Francisco SWAT and San Jose MERG at least annually. (Page 304)
130. Obtain membership for all current SWAT members to join CATO and/or NTOA. (Page 305)
131. Assign groups of operators to attend the Advanced SWAT Operator's course over the next few years. (Page 305)
132. Assign the CNU sergeant to attend the CNU supervisory course immediately. (Page 306)
133. Reassign SWAT/CNU to Headquarter Command Area – Special Services. (Page 307)



## BOMB SQUAD

134. Develop a succession plan to ensure personnel have the opportunity to become part of the bomb squad while minimizing gaps in service should a vacancy occur. (Page 309)

135. Assign the technicians to attend both the hazardous materials certification and FBI post-blast course, and consider assigning deputies currently on the team or those contemplating joining to attend the electronics courses. (Page 309)

136. Create a Bomb Squad Manual to ensure the industry standards are included and SMCSO staff throughout the office are properly trained. (Page 310)

137. Reassign the EOD/Bomb Squad to Headquarter Command Area – Special Services. (Page 311)

# Support Operations Command

## INVESTIGATIONS BUREAU

138. Fill the vacant detective positions, SFIA/Cargo Theft Task Force unit vacancies, and once the second LOS position is formally vacant, fill the LOS as soon as possible. (Page 314)

139. Consider reclassifying the position and changing the name of the "Court Officer" to "Court Liaison," and create a commensurate salary range for the position. (Page 314)

140. Establish a system to mail a letter or send an electronic email message to all crime victims in cases where the crime report was received, contained no workable leads, and the case was not assigned to a detective. (Page 315)

141. Appoint a member of the office to serve as the crime victim liaison. (Page 315)

142. Research the number of cold case homicides in order to properly manage the cases as more advanced techniques for solving cold cases becomes available. (Page 315)

143. Consider utilizing civilian investigators assigned to the Investigations Bureau. (Page 316)

144. Schedule detectives to work a staggered schedule to include having at least one detective work on Fridays to accommodate public needs that may arise. (Page 316)

145. Create a comprehensive Detective Manual and a SFIA/Cargo Task Force Unit Manual to include contemporary resources, methodologies, and available technology and databases. (Page 318)

146. Assign all General Investigations and SFIA/Cargo Task Force detectives to be sent to a Basic Homicide Investigations school, and send all General Investigations detectives to attend Sexual Assault Investigations school, upon assignment to investigations or whenever feasible depending on class schedules and availability. (Page 318)

147. Provide the Investigations Bureau lieutenant a take-home detective unit. (Page 318)

148. Review the MOU with San Francisco PD and explore them taking a more active role in investigating crimes that occur at the SFIA. (Page 320)

149. Consider utilizing civilian investigators and assigning one to the SFIA Cargo Theft Task Force. (Page 320)

150. Return the LOS from Headquarters or add one FTE LOS to the SFIA Cargo Theft Task Force physically assigned at the airport. (Page 323)



### *CRIME ANALYSIS UNIT*

151. Consider restructuring the CIU, adding five FTE professional support staff Crime Analyst positions and assign one each to the following geographic areas: San Carlos, North Area Command, Coastal Area Command, SFIA/Cargo Theft Task Force, and Task Force Operations. (Page 326)
152. Solicit input from CIU when deciding to purchase and prior to selecting software solutions, applications, or databases as they are most familiar with what the specific needs are for the successful implementation of the crime analysis software solution. (Page 326)

## TASK FORCE OPERATIONS

153. Rename Task Force Operations to the Major Crimes Suppression Bureau to more accurately describe the function. (Page 327)
154. Review the position held by the Administrative Assistant II for reclassification to a Management Analyst B. (Page 329)
155. Exempt undercover detectives from working any uniform overtime assignments. (Page 329)
156. Assign all SMCNTF deputies to attend a Basic Homicide Investigations school. (Page 331)
157. Intelligence unit file cabinets should be individually locked in addition to currently being kept in a locked room. (Page 333)
158. Reconcile the policy inconsistencies and update the SMCSO policy and Narcotics Task Force Policy and Procedure Manual. (Page 334)

## TRANSIT BUREAU

159. Reassign the Transit Bureau to the San Carlos Patrol Bureau. (Page 336)
160. Create a Transit Bureau policy manual. (Page 337)
161. Initiate dialogue with the districts regarding extending their contracts to provide 24-hour service once staffing issues have stabilized. (Page 338)
162. Consider treating the Transit Bureau as a specialty unit not subject to the shift bid process. (Page 339)
163. Create a one-week training program to onboard new transit deputies similar to the SMCSO's FTO program. (Page 339)
164. Begin tracking the CSO's time on report writing, citation issuing, and on calls for service activity and fill the vacant CSO position as soon as possible. (Page 341)

## HIDTA/NCRIC/JTTF

165. Reassign HIDTA, NCRIC, and JTTF to Support Operations Command. (Page 345)

## HOMELAND SECURITY

166. Reassign Homeland Security, Countywide Security, and the Emergency Services Bureau to Support Operations Command. (Page 350)



167. Implement a strategic practice by SMCSO executive level leaders, especially the Sheriff, of visiting volunteer meetings, training events, or incidents whenever possible. (Page 352)
168. Enlist a work group from ESB and the Fiscal Unit to create a process to solve the significant problem of providing adequate food and water to support the volunteer cadre. (Page 352)
169. Authorize adequate resources to complete the update of the extensive Homeland Security Division Manual within a year. (Page 352)
170. Develop processes, guidelines, and clearly defined roles and responsibilities for grant management to avoid duplication of efforts. (Page 354)
171. Replace a portion of the Honor Guard's uniform stock each year. (Page 356)

# EMERGENCY SERVICES BUREAU

172. Assign administrative/clerical support to the ESB sergeant to manage the extensive record keeping requirements of the position. (Page 358)
173. Ensure the length of the ESB sergeant assignment is at least four to five years based on the time needed for training of the various units as well as developing working relationships, and start succession planning one to two years before the current sergeant vacates the position. (Page 359)
174. Consider consolidating several of the current storage areas. (Page 360)
175. Consider cross-training another member of the Sheriff's Office in the ESB Equipment Coordinator duties, perhaps a current ESBL member. (Page 360)
176. If a decision is made to issue credit cards or open vendor contracts for emergency food and water purchases, members of the ESBL cadre are ideally situated to be assigned that responsibility because they are at the scene of the event, and easily identifiable for the purpose of accountability for any purchases. (Page 361)
177. Develop a training curriculum and/or matrix for the ESBL unit. (Page 361)

## AIR SUPPORT UNIT

178. Develop a monthly and annual report that can be auto-populated and shared with executive leaders to provide information and data about the benefits of using grant and forfeited asset seizure funds for the air support asset. (Page 364)
179. Consider training additional personnel to act as Tactical Flight Officers as an ancillary duty. (Page 365)
180. Review by the Executive team of the audit completed in 2020 and consider acting on key recommendations, particularly the Air Support Operating Manual and Homeland Security Division policy and procedural manual, utilization of more TFOs, and a long-term strategy for aircraft maintenance. (Page 365)
181. Conduct internal agency-wide training to raise awareness of the capabilities of the Air Support Unit and the process for requesting the service. (Page 365)

## CLIFF RESCUE/DIVE AND MARINE UNITS

182. Consider placing a Sheriff's Office member from each of these three units into a temporary duty assignment (one to three months) to immediately update and



document training and qualifications standards, policies, and procedures for each unit. During the development of these standards and procedures, experts from reputable professional associations, such as the Mountain Rescue Association or California Boating Safety Officers Association, are consulted to ensure that best practices are incorporated into the standards and procedures. (Page 366)

183. Consider accelerating the process of developing policies, procedures, and standards for the unit by immediately assigning the Marine Unit Coordinator to a temporary duty assignment to complete this work. (Page 368)

### UNMANNED AERIAL SYSTEMS

184. Increase the monthly training from four to a minimum of eight hours. (Page 372)

### RESERVE DEPUTIES

185. Engage reserve deputies to assist more often in the staffing shortages in Transportation and Court Security. (Page 375)

### EXPLORERS

186. Continue to rebuild both Explorer Posts consistent with the guidelines contained in the Homeland Security Division Policy and Procedure Manual, revisit the core purpose of each Explorer Post, and consider moving Post 810 to the Community Engagement Bureau. (Page 376)

## COUNTYWIDE SECURITY

187. Prioritize a list of relevant training to reinforce the successful performance of these duties and ensure training is attended within 18 months. (Page 377)

188. Review and prioritize the job duties assigned to countywide security, develop a job description, and create policies and procedures to guide the work. (Page 378)

189. Assign an administrative support position to support the work of the sergeant, and particularly manage what is largely the clerical function of managing key cards for hundreds of employees. (Page 378)

190. Assign the security detail for the Board of Supervisor(s) to other sworn positions as an ancillary duty. (Page 378)

# Corrections Division

## IDENTIFIED CHALLENGES

191. Identify the number of deputies and COs by posts, positions, and relief factors for corrections. (Page 382)

192. Develop and deliver on an ongoing basis a training program that complies with Policy § 300 relating to county personnel, volunteers, and contractors who conduct business in the secure area of the Corrections Division facilities. (Page 383)



193. Staff the Maguire lobby daily with a CO to assist escorts and with self-surrenders. (Page 383)
194. Explore giving COs peace officer powers while on duty and develop and implement a program that addresses use of deadly force and weapons handling/qualification. (Page 384)
195. Develop a formal training program and deliver it to deputies, sergeants, lieutenants, and captains <u>before</u> they are assigned to a specific correction designated position. (Page 384)
196. Staff to the proposed coverage plan with corrections personnel and eliminate the "transient" staffing environment that currently exists. (Page 384)
197. Staff to the proposed coverage plan regarding facility rovers, floor rovers, core posts, and jail transport/search teams. (Page 384)
198. Develop detailed emergency response plans, including various scenarios, and conduct training for all staff assigned in the Corrections Division (not just custody staff) regarding their roles and responsibilities. (Page 384)
199. Adhere to the proposed staff coverage plan regarding the kitchen security officer. (Page 385)
200. Formalize the "Movement Roster" procedures in written policy and procedure that dictates what moves of incarcerated persons are to occur and any changes in their classification status. (Page 385)
201. Change the shift relief time to a time when the shift can have someone open the doors or provide a person to ensure timely384 access to the building. (Page 386)
202. Develop a formal training program and deliver it to sergeants and lieutenants prior to their assignment to ensure that they are familiar with all LOS staff functions and duties. (Page 386)
203. Review "on call" practices for LOS supervisory staff to ensure compensation for after-hours work performed when contacted by LOS personnel. (Page 386)
204. Staff LOSs in the proposed coverage plan that provides for a relief factor. (Page 386)
205. Conduct an ongoing formal and documented review of policies and procedures. (Page 386)
206. Conduct a review of the incarcerated persons grievance policy, and that the policy and practices be clearly defined and aligned with the requirements of the state standards. (Page 387)

## FOCUS GROUPS, STAFF AND OBSERVATIONS

207. Develop, implement and maintain a formal written hazard communication plan at each workplace. (Page 389)
208. Prioritize the organizational assessment recommendations, develop plans of action, and provide ongoing communication to all staff of the status of corrective action plans undertaken. (Page 389)
209. Conduct a detailed assessment of the healthcare delivered at both facilities to either validate staff concerns/observations or confirm that the level of healthcare being provided to incarcerated persons is adequate. (Page 391)
210. Explore a career ladder for promotion in the Corrections Division. (Page 391)



211. Incorporate training on Strategic Inmate Management (SIM) in the basic and in-service training program. (Page 392)
212. Increase the number of available iPads in each housing pod. (Page 392)
213. Staff to the proposed coverage plan and give CO's peace officer powers while in the performance of their duties. (Page 393)

## MAGUIRE CORRECTIONAL FACILITY

214. Senior leadership should meet with the health care provider and address both parties' concerns. (Page 397)
215. Open and staff 2-West medical to reduce the number of hospitalized incarcerated persons. (Page 397)
216. Evaluate the trends for medical refusal and communicate to the agency leadership. Then, develop a process where people meeting some of the medical refusal criteria are automatically transported to an emergency room for clearance. (Page 397)
217. Review of the trends of incarcerated persons requests to determine what information would be helpful to incorporate into the iPads that an incarcerated person can directly access. (Page 398)
218. Conduct an ongoing training refresher regarding information in the jail management system that the housing officers can access to respond to IP questions. (Page 398)
219. Develop and implement a mandated cross training program that includes court desk positions. (Page 398)
220. Review the impact of the system change and explore options to upgrade the CJIS system that enables integration with the rest of the criminal justice system to reduce court desk workload and error rates. (Page 398)

## MAPLE STREET CORRECTIONAL CENTER

221. Consider a reconfiguration of the large video visitation area that will permit secure in-person visits. (Page 400)
222. Reorganize the clinic area to reduce clutter, and possible excessive/unnecessary supplies. (Page 400)
223. Conduct a detailed security assessment to identify and address blind spots throughout both facilities. (Page 400)
224. Staff to the proposed coverage plan for a classification officer at MSCC. (Page 401)
225. Establish and implement policy and procedures to address the formal screening of incarcerated persons for STG affiliation and include documentation. (Page 401)
226. Ensure jail staff are included in the Sheriff's Office gang task force membership to assist in sharing information that may be critical to public safety. (Page 401)

## DAILY JAIL OPERATIONS STAFFING

227. Staff to the proposed coverage plan that includes four facility rovers in each facility, specific floor rovers, core officers on each shift, and a specific transport team on each shift. (Page 404)
228. Fund the proposed coverage plan to support three commissary positions. (Page 408)



229. To support long-term planning and validating of functions/needs occurring in corrections, conduct a review of the current JMS system by staff that understands the need to gather, consolidate, evaluate, and report data relating to inmate-on-inmate assaults, inmate on staff assaults, suicide attempts, inmate injuries, escape attempts, various medical and security related events, and other significant incidents that occur. (Page 409)

230. Staff to the proposed coverage plan and enable COs to possess peace officer powers in the performance of their duties to assist/perform these transports. (Page 411)

231. Record and track the actual transport destinations, mileage, number of deputies on transport, and departure/return times and dates. The data should be used to develop staffing needs on an annual basis regarding jail transportation activities. (Page 411)

232. Staff the training section with career corrections staff who have been exposed to correctional best practices, correctional leadership, and succession planning development. To support this will require the agency to develop and implement a formal career corrections pathway for promotional opportunities from CO through the assistant sheriff of corrections. (Page 413)

233. Establish and report a more detailed accounting of employment, promotion, assignment, and leaving employment dates. This will better account for turnover rates by job classification and demonstrate the impact of a high rate of supervisor turnover in the Corrections Division. (Page 413)

## CHART DAILY ACTIVITIES

234. Complete the evaluation of daily activities for both facilities. (Page 420)

## COVERAGE PLAN

235. Focus on the fire safety program through the proposed extra-hire person or by the proposed standards compliance staff. (Page 429)

236. Develop a plan to pursue increasing the number of funded positions required to support the recommended staff coverage plan. (Page 432)

## EVALUATE THE COVERAGE PLAN

237. Staff the standards compliance positions with career corrections personnel that understand California's minimum standards and the PREA standards. Through constant review of policies, procedures, training, and practices will enhance compliance and minimize liability exposure. (Page 434)

## SCHEDULING

238. Employees who might be relieved early should communicate their relief to the control center to ensure a sound accounting of personnel on duty is maintained. (Page 439)

239. Identify and implement a payroll system that captures the start and relief time of employees to ensure accuracy of actual time worked. The system should also support overtime needs; training scheduling; and the capability to produce various staff coverage reports. (Page 439)



240. Pay employees for the actual shift differential pay when it is worked. (Page 439)
241. Command Staff evaluate the relief time practice and if appropriate, adjust the relief time to 5:00 a.m. and 5:00 p.m. (Page 443)
242. Staff to the proposed coverage plan and that overtime be better managed to control the inefficient staffing on all shifts. (Page 456)

## NET ANNUAL WORK HOURS

243. Establish better tracking of time away from corrections shifts due to training. (Page 457)
244. Track the specific time off and update the Net Annual Work Hour Calculations annually to ensure adequate consideration is provided for a relief factor. (Page 459)

## COURT SECURITY AND TRANSPORTATION BUREAU

245. Continue to work toward filling deputy sheriff vacancies for this bureau and the office, as noted, staffing continues to be a significant operational challenge. (Page 463)
246. Revise the contract between SMCSO and Execushield regarding security service to clearly assign authority and accountability, both operational and administrative oversight, to appropriate SMCSO personnel. (Page 464)
247. Daily briefing training should be forwarded to the Training Manager for inclusion in individual personnel records. (Page 467)
248. Add one FTE additional sergeant position to bureau staff to ensure proper supervision and a reasonable workload. (Page 469)

## CIVIL ENFORCEMENT UNIT

249. Reassign management of the Civil Support Unit under the management of the Civil Enforcement Unit lieutenant to ensure operational and supervisory continuity. (Page 470)
250. Consideration should be given to creating positions for retired deputies with civil background to return part-time to assist with workload. (Page 471)
251. Examine workload to determine the average number of staff hours required per civil activity to provide a measurement of overall unit workload to evaluate current and future staffing needs. (Page 471)
252. Develop a unit succession plan to identify potential personnel interested in future assignment to the unit. (Page 471)

## HOSPITAL SECURITY

253. Create a Memorandum of Understanding, contract or other means as directed by County Counsel to place and ensure authority, responsibility and accountability to the Hospital Security position relative to the lieutenant's duties and responsibilities. (Page 473)
254. Ensure any subsequent training provided to SMMC or Execushield staff be approved prior to implementation per SMCSO training policy. (Page 473)
255. Develop policy to provide appropriate guidance for the Hospital Security Unit. (Page 475)



San Mateo County Sheriff's Office
Organizational Assessment

# Administration

## FORENSIC LABORATORY

256. Ensure the civilian Directors attend the monthly Captain's meetings to improve organizational communication and decision making. (Page 479)

257. Consider reinstating the Quality Assurance Manager position and adding it to the Laboratory personnel budget. (Page 480)

258. Assess and update fee schedule for full cost recovery in services provided by the Forensic Lab, firearms and latent prints, and crime scene investigations. (Page 480)

259. Conduct a comprehensive review of the Forensic Biology Unit, and consider adding criminalists to this unit and/or to follow in the industry trend and contemporary standard of separating the unit into multiple units specializing in specific areas of biological sciences. (Page 482)

260. Consider applying funds received from updating the lab fee schedule to be used to annually fund the support of the new LIMS system. (Page 484)

261. Seek a reputable and capable company to repair the card keyed access temporary evidence lockers in the Forensic Lab. (Page 484)

## TECHNOLOGY SERVICES UNIT

262. Adjust the TSU schedule so there is coverage for at least an hour after night shift patrol and jail/correctional staff comes on duty. (Page 486)

263. Provide TSU personnel more on the job and external training. (Page 486)

264. Make the strategic initiatives more formalized and share this information with all sheriff staff members. (Page 486)

265. Create an Information Technology Committee. (Page 487)

266. Ensure the Director of Automation <u>and</u> Information Technology Supervisor consistently meet monthly with TSU team members. (Page 491)

267. Assign TSU personnel to periodically attend patrol briefings and section meetings to obtain input on technology systems. (Page 491)

## FISCAL SERVICES BUREAU

268. Add one FTE Grant Manager and a team to assist with monitoring & reviewing grants/contracts, and one FTE Management Analyst to assist with RFP's and assist the newly added position of the Grants/Contract Manager. (Page 494)

269. Develop a training manual and a procedural manual for the specialized positions in the Fiscal Bureau. (Page 496)

### *PAYROLL UNIT*

270. Realign the Payroll Unit to report to the Fiscal Bureau. (Page 497)

271. Conduct quarterly meetings between the Payroll Unit and all bureau supervisors and managers. (Page 499)

272. Reassign specific job duties related to personnel to HR. (Page 499)



## PROPERTY AND EVIDENCE BUREAU

273. Reassign responsibility of supervising the Dispo Unit from Property & Evidence to the Investigations Bureau. (Page 501)

274. Add one FTE cadet or administrative assistant to staff the public window, release property and evidence, and answer phone calls from the public, deputies, or other employees. (Page 501)

275. Reassign fingerprinting/Livescan duties to the Records Bureau and add one FTE cadet (or two part-time extra-hire) for these duties. (Page 502)

276. Add a lead or supervisor to assist the current P&E manager with duties such as evaluations, scheduling, audit preparation, purging of evidence, special projects, and overall day-to-day supervision when the manager is not present. Should the position be filled internally, continue to fill that P&E position as well. (Page 502)

277. Work with the county dispatch center and CAD/RMS vendor to build a bridge for the Versaterm and Axon systems to communicate. (Page 503)

278. Transfer legacy THEMIS items into RIMS, and also create a case in RIMS for items received from SFIA cross referencing the SFPD case. (Page 503)

279. Prioritize moving all P&E items to one central location when P&E moves to the new building. (Page 503)

280. Immediately work with the Finance Director to create separate accounts for depositing money that is collected as property, safekeeping, or evidence once it no longer has evidentiary value. (Page 508)

281. Assign one of the Dispo Unit staff to seek a liaison with the out-of- county courts to assist with the backlog of CalTrain cases. (Page 509)

282. Create a P&E training manual, with an employee acknowledgement section, ensure the extra hire (part-time) employees attend IAPE training due to the high liability nature of P&E; create a procedural manual and review the Evidence Packaging and Submission Manual for inclusion as soon as possible. (Page 511)

283. Update the P&E policy to include security related to P&E. (Page 511)

284. Immediately conduct a complete and thorough inventory of all current items stored in P&E, including the sub-station P&E rooms. (Page 512)

285. Initiate quarterly random audits of P&E items being stored, preferably from another unit such as the Professional Standards Bureau. (Page 512)

## RECORDS BUREAU

286. Consider adding one FTE Director who has in-depth knowledge of Records and Property and Evidence to represent both areas in management and division meetings as well as provide subject-matter expertise. (Page 515)

287. Evaluate the workload assignments for the shifts and allow all employees to work on the different job duties that Records encompasses. (Page 518)

288. Assign a Lead Records Technician to the day shift and night shift. (Page 518)

289. Evenly distribute job duties amongst the supervisors, provide updated training, and rotate supervisors responsibilities after a period to provide global experiences in Records. (Page 521)



290. Ensure the supervisor retains the Agency CLETS Coordinator duties and limit assigning additional duties so they can maintain compliance with the Department of Justice. (Page 521)

291. Reassign the "contact us" emails received by SMCSO to a different unit in the office, possibly Administration. (Page 521)

292. Review the pay scale for all positions to ensure that there are no compaction issues amongst the positions. (Page 521)

293. Address the "crime occurred" issue in RIMS with the contracted communications center manager to work on a remedy. (Page 522)

294. Consider purchasing more efficient traffic collision software. (Page 522)

295. Assign a newly-appointed lead to develop a Records training manual with an acknowledgement section. (Page 523)

296. Assign and rotate a Records staff member, not necessarily a supervisor, to attend the annual CLEARS training seminar each year. (Page 524)

297. Research and implement a software program that would allow all PRR requests to be uploaded into one manageable system. (Page 525)

298. Continue to remain vigilant in remedying the jail management system issue to allow adult information to be sealed. (Page 527)

