

**From:** Iliana Rodriguez <IRodriguez@smcgov.org>
**Sent:** Tuesday, November 12, 2024 5:24 PM
**To:** Michael Callagy <MCallagy@smcgov.org>
**Subject:** CEO Update from Press Conference

Good evening, Colleagues,

I am sharing with you a link to this evenings press conference to the County's YouTube page held by Supervisors Noelia Corzo and Ray Mueller regarding the findings of the independent investigation into the San Mateo County Sheriff's Office as well as a link to the agenda of tomorrow's special Board of Supervisors meeting. On the agenda, you'll find access to the independent report created by Judge LaDoris Cordell regarding allegations involving the Sheriff's Office.

Tomorrow at approximately 4 PM, the Board will meet in a special session. This can be viewed live here and the video of that special session, when available, will be posted at the same location.

Afterward, Supervisors Corzo and Mueller plan to hold a news conference regarding the Board actions based upon the findings from the independent report.

I will continue to keep you informed regarding any similar significant updates. Thank you for your attention to this important matter.

All the Best,
Mike

2