1

2

3

4

5

6

7

8

9

10

11

12

13   San Mateo County Board of Supervisors

14   November 19, 2024

15

16

17

18

19

20

21

22

23

24

25

```
 1              VICE PRESIDENT DAVID CANEPA:  Just so
 2    we're clear through county -- the County
 3    Attorney's Office, I want this item continued at
 4    the next board meeting.  Yeah.
 5              JOHN NIBBELIN:  Understood.
 6              VICE PRESIDENT DAVID CANEPA:  Thank you
 7    very much.  The next item on the agenda is Item 4
 8    set for 9:15 a.m. or thereafter introductions of
 9    an ordinance calling for a special election to be
10    held on March 4, 2025 for the purpose of voting
11    on an amendment to the An Mateo County Charter
12    granting the board of supervisors authority to
13    remove an elected sheriff for cause by a four-
14    fifths votes and another associate matters and
15    waiving the reading of the ordinance in its
16    entirety.
17              This item is sponsored by Supervisor
18    Corzo and Supervisor Mueller.  Supervisor Corzo
19    and Mueller, I will ask you for any introductory
20    remarks that you may want to offer.
21              SUPERVISOR RAY MUELLER:  I can go
22    first.  Okay.  So today's proposed charter
23    amendment gives a voice to voters in response to
24    the crisis to public safety created by
25    disfunction in the San Mateo County Sheriff's
```

Page 2

1    Office as set forth in Judge Cordell's 400-page
2    report.   The proposed charter amendment asked
3    voters to give the board of supervisors authority
4    to remove the sheriff from office if conditions
5    set forth to the charter amendment are met.   And
6    as my colleagues saw, those conditions are a
7    violation of any law related to the performance
8    of the sheriff's duties, flagrant or repeated
9    neglect of the sheriff's duties as defined by
10   law, misappropriation of public funds or property
11   as defined in California law, or willful
12   falsification of a relevant official statement or
13   document.
14           And then finally, obstruction as
15   defined in federal, state, or local law
16   applicable to a sheriff of any investigation into
17   the conduct of sheriff and/or the San Mateo
18   County Sheriff's Department by any government
19   agency, including the County of San Mateo Office
20   or commission with jurisdiction to conduct such
21   investigation.
22           The proposed charter amendment -- if
23   those conditions -- excuse me.   Additionally, the
24   grant of power in the charter amendment is
25   specific to this immediate crisis as set forth --

Page 3

1   as it sets forth a sunset provision expiring at

2   the time of the next general election in 2028.  I

3   wanted to go ahead and share with my colleagues

4   why the sunset clause was included.

5          Given the short schedule for debate of

6   this charter amendment, and it's an incredibly

7   appreciated schedule, we thought it was necessary

8   to include the charter amendment given -- to

9   include the sunset provision as it seems most

10  reasonable to fashion the amendment in the way

11  best characterized as a temporary grant of power

12  to protect the public safety rather than a more

13  permanent change to the charter that some would

14  allege was using this instance as a power grab.

15         So what we really want to say to the

16  voters is we're giving you a voice in this

17  specific circumstance in these highly unusual

18  conditions to give the board the ability to act,

19  but it is specific to this circumstance.  I think

20  we're best served to keep our eyes fixed on this

21  crisis in front of us in this -- and urgency

22  rather than be pulled by distraction and to

23  debate a general policy.  And I think the sunset

24  provision provides that.

25         So with that, I'm going to go ahead and

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    -- oh, there was one last note.  In public
2    comment, there was some discussion about this
3    process being a race -- somehow race-based.  And
4    I want to point out that Judge Cordell is a woman
5    of color who conducted this investigation.  Mr.
6    Tapia, who is here today, is a man of color.
7             Supervisor Corzo, I highly respect you
8    as a woman of color.  So I actually -- I know in
9    my heart that's not the case, and I know if Judge
10   Cordell was here to defend her report she also
11   would make that case strongly.  Supervisor Corzo?
12            SUPERVISOR NOELIA CORZO:  Thank you.
13   I'll start by saying that we are bringing this to
14   the board because it is absolutely necessary.  We
15   are going to face some difficult times very, very
16   soon as Californians, as Americans.  It does not
17   benefit our community to have the type of chaos
18   that we see happening right now at the sheriff's
19   office.
20            It's not something anyone here wants to
21   deal with, but it is our duty to lead and to deal
22   with this.  We were also elected to be a voice
23   for our community members, and we are responsible
24   for the safety net of this county, the safety net
25   services and for protecting our most vulnerable.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    And right now what's happening at our sheriff's

2    office is impacting and negatively impacting

3    public safety.  While it may be true that certain

4    people or communities have seen improved

5    conditions, that is not the case for everyone,

6    and most definitely not the case for both

7    administrative and sworn staff in the sheriff's

8    office who are working under duress, working

9    under conditions that no one should be exposed

10   to.

11          We continue to hear of people leaving

12   the sheriff's office because of the dysfunction

13   there.  It's not something that we would bring to

14   the board if it -- if we didn't have to, if we

15   didn't feel like our community absolutely needed

16   this.  This ordinance, again, is an urgent

17   response to what is happening right now in our

18   sheriff's office.

19          It's our duty to protect all county

20   staff, all county residents.  And right now,

21   there is concern about that.  We have worked

22   tirelessly with county leadership, county

23   counsel.  We've looked to other jurisdictions for

24   models of how we can lead our community through

25   this.  And this is something that intend to take

Page 6

1    to the voters so that they can make their voices

2    heard.

3            We are in extremely unique

4    circumstances, and I'll detail some of those in

5    just a bit.  But I want to speak to this

6    ordinance and what it does.  It only allows for

7    the removal of a sheriff in certain instances

8    where serious wrongdoing has been found that

9    jeopardizes public safety and trust, and these

10   are violation of the law related to the

11   performance of a sheriff's duties, flagrant or

12   repeated neglect of a sheriff's duties,

13   misappropriation of public funds or property,

14   willful falsification of an official statement or

15   document, obstruction of any investigation into

16   the conduct of a sheriff.

17           We have gotten some concerns about

18   diluting the voice of the voters, and I want

19   people to know that we hear that concern.  But

20   when we place something on the ballot, it will be

21   the voters that decide whether it is passed or

22   not.  And I want people to understand, you know,

23   what a recall effort actually takes for those who

24   have been involved in recalls.

25           It is not a simple lift.  It is not

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    something that is done overnight.  In this case
 2    specifically, a recall effort by the community by
 3    our voters would take nearly 45,000 signatures
 4    just to place on the ballot.  It is -- for us as
 5    a board, for me as a county supervisor, to think
 6    that we would wait until our community finds the
 7    time and the energy to collect 45,000 signatures
 8    when we know that the need to remove this sheriff
 9    right now is absolutely urgent, it's just not a
10    viable option.
11            If that is what has to happen, then I
12    would support that.  But right now I see it
13    clearly as it being our duty as a board of
14    supervisors to offer solutions to our community.
15    And this is one that meets the urgency of the
16    facts that we are presented with right now.
17            And honestly, March is not soon enough
18    for what's happening right now.  But let me be
19    very clear.  Public safety is at stake right now.
20    And this is absolutely necessary.  And the
21    ordinance has been drafted with limited powers
22    with a sunset clause in it, which gives checks
23    and balances.
24            And what makes this situation unique is
25    that right now we have a sheriff that has a six-
```

Page 8

1    year term, which is not -- it's not four years.

2    An additional two years is -- it's a longer term

3    than most sheriffs.  And I will tell you this

4    also.  I've been a county -- I've been an elected

5    official now for seven years.  I take this job

6    extremely seriously as I did when I served on the

7    school board.

8            With the trust of the voters come great

9    responsibility, and it's not something that any

10   ethical elected official uses to personally

11   benefit themselves.  And right now we have a

12   sheriff that does not hesitate to lie to the

13   media, to lie to our community, to divide the

14   Latino community as we saw from a public comment

15   earlier today based on lies.

16           So this charter amendment is something

17   that I think the voters have a right to vote on,

18   should have a right to vote on.  Let them be

19   presented with all of the facts themselves.  Let

20   them read the report.  Let them decide what is

21   best for our community.  Our sheriff was elected

22   by the people, and the people will make the

23   ultimate decision here.  Thank you.

24           VICE PRESIDENT DAVID CANEPA:  Thank

25   you.  Are there any comments or questions for

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1   Supervisor Slocum or Supervisor Pine or other

2   board members?  Okay.  Seeing none, we can move

3   to public comments, okay, both in chambers as

4   well as remotely.

5            SUKHAMANI PUERWAL:  Sure.  Thank you,

6   Mr. Vice President.  I do have two speakers from

7   chambers and then we'll take comments from Zoom.

8   And then I do have one additional return comment.

9   We'll start with Deacon Lauren McCombs followed

10  by Bryan Howell.

11           DEACON LAUREN MCCOMBS:  Good morning to

12  the board of supervisors and all others present.

13  My name is Deacon Lauren Patton McCombs, and I'm

14  a member of Fixing San Mateo.  I want to start by

15  saying my thoughts and prayers are with all

16  parties involved in this unfortunate folding of

17  events within the sheriff's office.

18           The findings of the report released

19  about Sheriff Corpus and her staff was extremely

20  alarming to our greater community.  Many state

21  officials have asked for her resignation in order

22  to further damage to the organization as well as

23  to protect public safety.  There are 12 serious

24  allegations of misconduct that undermine the

25  moral integrity of the sheriff's office and the

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    deputies who are dedicated to serving our county.
 2              Where is the trust and transparency
 3    that the sheriff ran her campaign on in 2022?
 4    Please follow Warren Slocums, who has stressed
 5    that the time is now to make the imperative
 6    decision to have a completely independent
 7    oversight commission as well as a permanent
 8    inspector general.  And I would like to thank the
 9    board of supervisors for their time in serving
10    our county.
11              SUKHAMANI PUERWAL:  Thank you.  Bryan
12    Howell?
13              BRYAN HOWELL:  Good morning,
14    supervisors.  My name is Bryan Howell.  Sure.  As
15    a proud Redwood City native and a teacher in our
16    community for the last 20 years, I've had the
17    privilege of knowing remarkable individuals
18    dedicated to serving others.  I first met Sheriff
19    Corpus 20 years ago as a second-grade teacher at
20    Fair Oaks Elementary School.  I was a new second
21    grade teacher and she was the new sheriff's
22    resource officer at the school.
23              From the beginning, Sheriff Corpus
24    exemplified resilience, bravery, and integrity.
25    Her unwavering dedication to reform and make
```

Page 11

1   positive changes even in the face of relentless
2   opposition and personal attacks has been nothing
3   short of inspiring.  She refuses to be
4   intimidated and continues to prioritize the needs
5   of both the department and the citizens of San
6   Mateo County.  The decision to remove Sheriff
7   Corpus should rest solely with the voters, not
8   with a handful of individuals relying on possible
9   and (indiscernible) fabricated stories.
10          Attempts to fire Sheriff Corpus
11  undermine the democratic process and insult the
12  will of the people who place their trust in her
13  leadership.  The citizens of San Mateo County
14  deserve the right to decide if these accusations
15  hold merit.  Please don't take away my vote or
16  the people's voice.  Let democracy prevail.  And
17  it sounds like kind of that's where we're already
18  on the route to do that.  So thank you for your
19  time.
20          SUKHAMANI PUERWAL:  Thank you.  No
21  additional speakers from chambers, so madam
22  clerk, please proceed.
23          SHERRY GOLESTAN:  This time we have
24  nine hands raised and counting.  We're at Item
25  Number 4.  Please do continue to raise your hands

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1   because the vice president could make a final
 2   call for raised hands at any time.  We are at Dan
 3   Stegink followed by the Millbrae Anti-Racist
 4   Coalition.  Dan Stegink, please unmute and begin.
 5           DAN STEGINK:  Thank you.  Can you hear
 6   me, council members?  Supervisor?
 7           SHERRY GOLESTAN:  Yes.  Thank you.
 8           DAN STEGINK:  Excellent.  I think it
 9   was Barak Obama who said elections have
10   consequences.  I've calculated this as probably
11   going to cost the county $4.8 million.  I'd
12   remind county council and elections that it's not
13   legal to pull on the recall or charter ballot
14   question.  I have an unusual viewpoint having run
15   against a previous sheriff and for the
16   supervisor's seat.
17           I think you've got a labor problem and
18   a campaign-promise problem.  And I'd like to see
19   the charges against Carlos Tapia dropped.  I'd
20   like to see the county sit down in mediation with
21   both the fixing San Mateo people and the DSA and
22   get this solved in a way that doesn't involve our
23   entire county being laughed at nationally.
24   Usually we see self-dealing in investigation
25   situations.  There's no evidence of it here.
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    Thank you.

2              SHERRY GOLESTAN:  Thank you.  Ten

3    hands.  The Millbrae Anti-Racist Coalition

4    followed by Sameena Usman.  Coalition, please

5    unmute and begin.

6              MICHAEL KELLEY:  Good morning,

7    supervisors.  My name is Michael Kelley.  I'm

8    sorry that it showed up as the Anti-Racist

9    Coalition.  I'm speaking on behalf of myself.  It

10   is deeply disturbing that some of you supervisors

11   are participating in this highly inappropriate

12   effort for the removal of our honorable Sheriff

13   Christina Corpus.

14             It is apparent to everyone that's

15   paying attention that the results of this

16   massively biased special investigation are part

17   of a political hatchet job orchestrated by the

18   cronies of disgraced ex-Sheriff Bolanos and his

19   cohorts that remain on the county payroll.

20             Ex-Judge Cordell would not allow

21   testimony from many sworn officers that wanted to

22   share their vastly positive experiences.  She

23   only heard from the ones with an agenda to take

24   Sheriff Corpus down.  Our sheriff has attained

25   the historically highest and fastest growth rate

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1   ever of filling the longstanding vacancies of the

2   deputies increasing public safety.  They want to

3   work for her for good reason.  Supervisor Corzo,

4   Supervisor Mueller, along with Fix and SMC, you

5   have been dishonest brokers of information and

6   many of your comments are reprehensible.

7           The report is corrupt.  Please don't

8   waste anymore county time and resources on a

9   meritless change to our next voting event.  Thank

10  you.

11          SHERRY GOLESTAN:  Thank you.  For the

12  record, this is Michael Kelley and not the

13  Millbrae Anti-Racist Coalition.  Next we have --

14          VICE PRESIDENT DAVID CANEPA:  To the

15  clerk, to the clerk --

16          SHERRY GOLESTAN:  Yes.

17          VICE PRESIDENT DAVID CANEPA:  -- last

18  call for speakers.

19          SHERRY GOLESTAN:  Thank you, Mr. Vice

20  President.  Members of the public, at this time a

21  final call is being made for public comment on

22  Item 4.  On Zoom, please click "raise hand" and I

23  will announce the final name we'll take for this

24  item.  Final call has been made.  So after I

25  announce this name, no further hands will be

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1   taken for this item.  Okay.  The last called
2   speaker we had was Steven Booker and Elizabeth
3   Quiroz was already called.  So those are the
4   final two.  So we have 10 speakers.
5           Those are Sameen Usman, Julie Lind, Ron
6   Snow, Chris Cavigioli, Pat Willard, Alberto,
7   James Brown, Albert Yam, and I think we just lost
8   one hand as I was announcing those names.  So I
9   will go take a look at what I had.  I have it
10  here.  It was a phone caller ending in 357.  So I
11  will check on that while we take these names.
12  Sameena Usman, please unmute and begin.
13          SAMEENA USMAN:  Hello.  My name is
14  Sameena Usman.  I'm here on behalf of Secure
15  Justice.  Today I call -- I urge you to call for
16  a special election to vote on a proposed
17  amendment to grant authority to remove an elected
18  sheriff for cause and to do so without a sunset
19  clause.  Otherwise we might have to do this again
20  at taxpayer expense.
21          Accountability is at a course -- is a
22  cornerstone of public trust in our democratic
23  institutions, particularly in law enforcement.
24  While elected officials must remain independent,
25  there must also be safeguards to ensure that they

Page 16

1    at in the best interest of the community.  This
2    amendment provides a fair and transparent
3    mechanism to address serious misconduct or
4    dereliction of duty aligning with principles of
5    good governance.
6            In losing their job is the only real
7    fear an elected sheriff has, then having such
8    authority in your charter will lead to less
9    misconduct by future sheriffs because of the very
10   real possibility that a future board member will
11   remove them.  Calling a special election allows
12   for voters of San Mateo County to make their
13   voices heard on these critical issues.  I urge
14   you to please vote in favor of this.
15           SHERRY GOLESTAN:  Thank you.  Julie
16   Lind followed by Ron Snow.  Julie, please unmute
17   and begin.
18           JULIE LIND:  Thanks, Sherry.  Good
19   morning, honorable supervisors, County Manager
20   Callagy, and staff.  My name is Julie Lind with
21   the San Mateo Labor Council representing 100
22   affiliate unions and over 85,000 members and
23   their families countywide, including the San
24   Mateo County Deputy Sheriffs Association.
25           On behalf of our membership, I'd like

Page 17

1    to thank you all for how you've handled and are
2    continuing to handle this current situation.  I
3    know it's not easy on you just like it's not easy
4    on the folks that I have the honor to represent.
5    Though the pieces on this chess board seem to be
6    continuously changing, you all have remained
7    committed to transparency, accountability, and to
8    protecting our county and all who live and work
9    within its lines.
10            This ballot measure is another example
11   of that.  Our top county safety officer has
12   failed to keep her employees safe, refused to
13   accept responsibility for her actions, and has
14   put our entire community at risk, and needs to
15   end.  And our county and its workforce need to be
16   able to rebuild.  It seems this is our only path
17   forward.
18            While I was very excited to take a nice
19   break from campaigning, it looks like there is
20   still miles to go before we sleep.  So, we will
21   see everybody back in the field.  Thank you.
22            SHERRY GOLESTAN:  Thank you, Julie.
23   Ron Snow followed by Chris Cavigioli.  Chris?
24   I'm sorry, Ron, please unmute and begin.
25            RON SNOW:  Supervisors, I would hope to

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1  -- you see by the statements of both Supervisors

2  Mueller and Corzo that you should not -- that you

3  should deny this agenda item.  It has a sunset

4  clause because it's for a specific thing, not a

5  global thing that should be incorporated into the

6  charter.

7          The fact that it will expire is proof

8  of that.  The agenda item is about making as a

9  charter change.  Yet comments about the

10 problematic investigation where the sheriff in

11 particular are being suppressed, this is an

12 agenda item about putting something on the

13 ballot.  Yet public comment about the sheriff was

14 suppressed.

15         If people want the sheriff removed,

16 then we have a real procedure in place to do

17 that.  Supervisors should not spend millions,

18 especially when those same dollars could be used

19 on other important programs as it was

20 (indiscernible) today.  Supervisors should allow

21 voters to recall.  They should not circumvent

22 that process.

23         SHERRY GOLESTAN:  Thank you.  Chris

24 Cavigioli followed by Pat Willard.  Chris, please

25 unmute and begin.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1            CHRIS CAVIGIOLI:  Yes, thanks.  I have
 2    three points.  One of them is the investigation
 3    was already done.  I actually read it.  So that's
 4    already been done.  It's proven there is evidence
 5    of her criminality.  So -- and it's very serious.
 6    So that's number one.
 7            Number two is that if you have someone
 8    in office that's doing something really bad,
 9    let's say just fictionally let me just she goes
10    to the elementary school with a handgun and
11    starts shooting little children, you'd probably
12    not wait for voters to come and, you know, put
13    something on a ballot.  You'd have to act right
14    away.
15            If she's doing criminal stuff, we
16    should act right away and get rid of her
17    immediately.  And then the third thing, and this
18    is important too, let's not bring in racism.
19    Let's not bring in the fact of her background or
20    her skin color and stuff like that.  That's
21    called racism.
22            We have something in our laws called
23    non-discrimination.  We do not discriminate about
24    skin color and ethnic background.  So just don't
25    even bring that up.  That's not relevant.  Okay.
```

Page 20

1    Thanks.

2              SHERRY GOLESTAN:  Thank you.  We'll now

3    go to Pat Willard.  Pat, please unmute and begin.

4              PAT WILLARD:  I've read about 200 pages

5    of Judge Cordell's report, and that illustrates

6    what I call the real world has come to San Mateo

7    County.

8              In addition, I would urge the board of

9    supervisors to recast the civilian oversight of

10   the sheriff's office as exists in Los Angeles

11   County where it does not allow for the sheriff to

12   appoint members of the commission or the

13   sheriff's select four advisors overseeing the

14   oversight committee as currently exist.

15             Also, an ordinance for a permanent

16   inspector general exactly that as stated in the

17   Los Angeles County document that I sent to all of

18   the members of this board, which this inspector

19   general attends the oversight commission and

20   responds to its votes or inspections when

21   necessary.  Thank you.

22             SHERRY GOLESTAN:  Thank you.  Alberto,

23   your hand was raised and lowered.  So Alberto, if

24   you did intend to speak, please raise your hand

25   again.  James Brown, please unmute and begin.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1           JAMES BROWN:  Good morning.  Thank you.
2  This action is unnecessary.  It is a drastic
3  change to the California -- to the county
4  charter.  It's unnecessary and it's opposed by
5  the California State Sheriff's Association.  I'm
6  sure you received their letter.
7           This is personal against Sheriff
8  Corpus.  If it wasn't, then the county would've
9  called for resignations when Sheriff Horsley had
10  250 pounds of explosives stolen, or when Sheriffs
11  Munks and Bolanos were caught in a brothel with
12  underaged prostitutes and narcotics, or when
13  Bolanos armed deputies to extradite a citizen of
14  another state on the behest of one of his donors.
15           Or when contraband was smuggled to a
16  prisoner under Bolanos' watch and the contractor
17  was allowed to continue -- his company was
18  allowed to continue working for the county.  Or
19  when Bolanos' campaign manager stole funds from a
20  children's program or Callagy wasted millions of
21  dollars in PPE that was wasted by sitting on the
22  reign.  No resignations were called for then.
23           And this report is extremely biased.
24  It mentions Bob McSweeney 18 times.  And I know
25  Bob McSweeney.  I spoke to him.  He was never

Page 22

```
 1   interviewed.  He does not know Victor that it was
 2   alleged that he does, and the name of the company
 3   is completely wrong that Judge Cordell mentioned
 4   that it is the same company.  You didn't
 5   interview him.  You should've interviewed him.
 6   This entire report is flawed and biased.  Thank
 7   you.
 8           SHERRY GOLESTAN:  Thank you.  Alberto,
 9   please unmute and begin.  Alberto?  If you can
10   unmute.
11           ALBERTO:  (Speaking Spanish).
12           SHERRY GOLESTAN:  (Speaking Spanish).
13           ALBERTO:  Si.
14           SHERRY GOLESTAN:  Victor, if you can
15   please interpret and allow Alberto to know he has
16   the three-minute timer.
17           VICTOR:  (Speaking Spanish).
18           SHERRY GOLESTAN:  Two-minute timer.
19   Apology.
20           ALBERTO:  (Speaking Spanish).
21           VICTOR:  My -- listen, my objective
22   today here is that I want to let you know that
23   our community is very worried with Ms. Christina
24   Corpus.
25           ALBERTO:  (Speaking Spanish).
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1          VICTOR:  So I actually live in the Fair
2     Oaks area and -- for 20 years and I've known her
3     for a long time.
4          ALBERTO:  (Speaking Spanish).
5          VICTOR:  My goal is that the community
6     actually knows her.  (Speaking Spanish).
7          ALBERTO:  (Speaking Spanish).
8          VICTOR:  So the goal here is that the
9     community knows her and really trusts here.
10          ALBERTO:  (Speaking Spanish).
11          VICTOR:  So the question is because
12     we've known her for such a long time, we've
13     actually given her the vote of confidence because
14     many people have known her for a long time and
15     the efficiency of her work.
16          ALBERTO:  (Speaking Spanish).
17          VICTOR:  So she was not put in a
18     position by others but by the community, and so
19     that's why the community is very concerned for
20     that.
21          ALBERTO:  (Speaking Spanish).
22          VICTOR:  So I've decided to talk about
23     this because I'm involved with my church.  I've
24     been involved with my church for ten years, and
25     our community constantly talks about this.

Page 24

1          ALBERTO:  (Speaking Spanish).

2          VICTOR:  And I know as the board of

3    supervisors you have to support her because our

4    community trusts in you.

5          ALBERTO:  (Speaking Spanish).

6          VICTOR:  And we trust in her.

7          ALBERTO:  (Speaking Spanish).

8          VICTOR:  So thank you.  That's all I

9    have.  I hope that you support her because she's

10   a good person and our community is very

11   concerned.

12         ALBERTO:  (Speaking Spanish).

13         VICTOR:  Thank you.

14         SHERRY GOLESTAN:  Thank you.  We'll now

15   go to our next speaker Steen Booker.  Please

16   unmute and begin.

17         STEVEN BOOKER:  Thank you for allowing

18   me this time to speak.  Steven Booker, Half Moon

19   Bay resident.  And I'm here today with

20   reservations.  The sheriff's office is a very

21   powerful position and I speak in support of

22   Christina Corpus along the same sentiments as

23   James Brown and Dan Stegnik.  But as a black man

24   in America, I'm afraid of intimidation and

25   intimidated by the sheriff's office as far as

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    their deputies if I stand with Christina Corpus

2    and the possible retaliation when I'm out on the

3    streets in Half Moon Bay or in San Mateo.

4            Like James Brown said, there's been

5    many other incidences in the sheriff's office

6    before Christina Corpus got there.  She promised

7    to clean up the good-old-boys' system and has

8    been met with resistance.  And like I said, once

9    again, this is hard for me to do.  I have respect

10   for the board of supervisors and our elected

11   officials, but I also have a lot of respect for

12   Christina and her staff.

13           And I stand in support with them and

14   believe that the county should not spend money

15   unnecessarily on a recall election.  The voters

16   haven't called for it, and you're going to have

17   people that stand with her and people that stand

18   against her just like you will with any elected

19   official.

20           So therefore, I support Christina

21   Corpus and I stand with Dan and James Brown and

22   think that the county should not have a recall

23   election.  When we can't give our employees

24   raises but we can spend millions and millions of

25   dollars on a recall election, I think that's

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1  asinine and it's not in the best interest of the

2  county.  Once again, I thank you for your time

3  and I respect each and every one of you.  But I

4  do not agree with this recall election.  Thank

5  you.

6             SHERRY GOLESTAN:  Thank you, Steven.

7  We'll now go to our phone caller that had the

8  lowered hand when it was raised.  Caller ending

9  in 357, please unmute.

10             VICE PRESIDENT DAVID CANEPA:  Through

11  the clerk?

12             SHERRY GOLESTAN:  Yes.

13             VICE PRESIDENT DAVID CANEPA:  How many

14  speakers do we have left?

15             SHERRY GOLESTAN:  This -- after this is

16  our last named speaker which is Elizabeth Quiroz.

17             VICE PRESIDENT DAVID CANEPA:  Great.

18  Thank you so much.

19             SHERRY GOLESTAN:  And that would be the

20  last.  Of course.  Caller, you can press star 6

21  to unmute and this will be the last attempt.  357

22  caller?  Okay.  We'll now go to our last-named

23  speaker Elizabeth Quiroz.  Please unmute and

24  begin.

25             ELIZABETH QUIROZ:  Hi, everyone.  Can

Page 27

1  you hear me?

2          SHERRY GOLESTAN:  Yes, thank you.

3          ELIZABETH QUIROZ:  Hi.  So my name's

4  Elizabeth Quiroz, and I am a survivor leader in

5  the Bay area.  And you know, I'm a -- I know I

6  don't have a lot of time, but I want to share a

7  little bit of my back story.  So I am a survivor

8  from trafficked, and I was trafficked in San

9  Mateo in (indiscernible) for many years and had a

10  lot of bad interaction with law enforcement in

11  San Mateo County.

12          And so when I came across Sheriff

13  Christina Corpus, she was the only law

14  enforcement that showed me compassion and love

15  and supported me and gave me hope.  And so

16  because of that interaction, it restored my hope

17  in law enforcement.

18          And so now I'm an advocate.  I'm a

19  survivor leader in the Bay, and I'm bringing

20  awareness (indiscernible) to trafficking.  And

21  I've been working with Sheriff Christina Corpus

22  for years.  And I've known her for a very long

23  time.  And so to hear what's going on breaks my

24  heart.  So I -- you know, she's a wonderful

25  person to me.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1           I support her in general because she's

2   an amazing person in all the work she's done.

3   And so I just hope this is resolved.  Thank you.

4           SHERRY GOLESTAN:  Thank you.  Mr.

5   President, we have one hand raised, but they're

6   not part of the final names that were called.  I

7   defer to you.

8           VICE PRESIDENT DAVID CANEPA:  Let's

9   take this last remote comment.

10          SHERRY GOLESTAN:  Okay.  Albert Yam,

11  please unmute and begin.

12          ALBERT YAM:  Hi, board of supervisors.

13  I think this is not necessary because basically

14  you're trying to take away the voters' rights in

15  this situation.  What should've -- what it should

16  be on the March ballot is an effort to put on a

17  recall election for an elected official.

18          What you're trying to do is set a

19  precedence and also change the dynamics of

20  sheriffs.  Future sheriffs is going to be

21  impacted and worry about how they undertake their

22  obligations of the job out of the fear that board

23  members, a small group of constituents, to decide

24  the fate.  You're losing the independency and

25  this is a power grab.  And I urge you not to

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1   consider this and take more of the voter rights
 2   away from us.  This should be a voter matter, not
 3   a board of supervisor matter.
 4            SHERRY GOLESTAN:  Thank you.  Mr. Vice
 5   President, the phone caller appears to have
 6   raised their hand again, the one that was part of
 7   the list.  Would you like me to attempt that one
 8   again?
 9            VICE PRESIDENT DAVID CANEPA:  Sure.
10   And my understanding is through the clerk we have
11   one in-person comment.  Is that correct?
12            SUKHAMANI PUERWAL:  That's correct,
13   yes.
14            VICE PRESIDENT DAVID CANEPA:  Great.
15   So why don't we take the comment online?
16            SHERRY GOLESTAN:  Okay.  Caller ending
17   in 357, please unmute.  And you're calling by
18   phone.  I think you can press star 6 to unmute.
19            KRIS PEREZ:  Great.  Hi.  Can you guys
20   hear me?
21            SHERRY GOLESTAN:  Yes, thank you.
22            KRIS PEREZ:  Hi.  My name is Kris
23   Perez.  I live in San Bruno.  I'm one of the
24   82,000 voters who voted for Sheriff Corpus and
25   elected her to office.  The item you're
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    considering to put on the ballot is unnecessary

2    and oversteps your authority.  It's a slap in the

3    face to the voters.  The sheriff is elected by

4    the people.  She is not appointed by you.  She

5    won her election in June 2022 by over 13 points.

6    She crushed her appointment who was truly

7    corrupt.

8            She challenged the good-old-boys' club

9    and her candidacy was going to be risky to take

10   if she lot.  But she prevailed.  Let's go back in

11   the time machine and remember all the scandals

12   that Bolanos was involved in and embarrassed us

13   with from the Vegas brothel and the Bat Mobile

14   incident.  Some folks were calling you guys

15   before to remove Bolanos.

16           And the late great Don Horsley, a very

17   respected supervisor and a former sheriff, said

18   this to a reporter.  We can do -- what we can is

19   extremely limited.  This is the constitution of

20   California.  The sheriff is an elected officer.

21   We cannot remove her from office.  Remove from

22   them from office who was speaking of Bolanos at

23   the time.

24           So I support Sheriff Corpus.  This is a

25   bad idea.  We don't need the cost of a special

Page 31

1  election, and it's unnecessary.  The recall is

2  your mechanism to take out an elected official by

3  the voters, not by you guys.  Thank you.

4          SHERRY GOLESTAN:  Thank you.  We'll go

5  back to you, Mr. Clerk.

6          SUKHAMANI PUERWAL:  Thank you.  We do

7  have one speaker from chambers Ron Soucy.  Yes,

8  please.

9          RON SOUCY:  Yes.  My name is Ronald,

10  and it's the first time that I ever appeared

11  here.  And I support Sheriff Corpus.  I

12  campaigned for her, went door to door delivering

13  flags.  And I agree with all of these people that

14  came up on the board as -- on the speaker to

15  support her.

16          You're giving all these people only a

17  minute speak, but yet you allow the

18  (indiscernible) to speak for several minutes.

19  And I think that a lot of these people would like

20  to speak for much longer.  And I think that you

21  trying to eliminate these people or getting her

22  kicked out of office when she went into an office

23  to clean the place and she's doing it.  And

24  apparently you guys don't like it because she's

25  doing a good job, and she's been doing a good

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1  job.
 2          She's been doing a good job in the
 3  North Fair Oak.  I live in the North Fair Oak and
 4  I know she's doing a good job.  So why don't you
 5  let her do her job as she's supposed to?  And why
 6  don't you look back on what you guys did when
 7  Bolano was there?  You didn't do anything.  He
 8  ran you guys.  You didn't run him.  So why are
 9  you trying to crucify some poor lady that's
10  trying to do a good job and she's been doing a
11  good job?  Thank you.
12          SUKHAMANI PUERWAL:  Mr. President, I do
13  have one written comment.  So there were several
14  comments that were sent yesterday which were
15  emailed to the board and I'll submit publicly
16  available.  I'll be really quick.  This last
17  written comment came from Sandra McKee, senior
18  citizen from Redwood City.
19          "I am wondering if the board of
20  supervisors and other participants in the sheriff
21  investigation should have additional security
22  protections.  Remember what happened with the
23  staff board of supervisors' removal of then-
24  Supervisor Dan White back in the '80s when Mayor
25  Moscone and Supervisor Harvey Milk were shot dead
```

Page 33

1    by Dan White for revenge?

2             "I wonder how stable this sheriff is at

3    this time.  And with the power of gun and badge

4    could be a risk for other law enforcement

5    officials and herself as her anger escalates."

6    That's the end of public comment.

7             VICE PRESIDENT DAVID CANEPA:  Great.

8    Thank you very much.  We want to thank those, you

9    know, who made public comment.  I'll bring this

10   back to the board for discussion.  If there is no

11   discussion, I'll take a motion on the item.

12            SUPERVISOR NOELIA CORZO:  I'd like to

13   say a few words.

14            VICE PRESIDENT DAVID CANEPA:  Okay.

15            SUPERVISOR NOELIA CORZO:  Thank you.  I

16   want to thank everyone for coming and giving

17   their comments today.  I want to name that what

18   we see happen in these chambers, everyone gets a

19   voice and they are not retaliated against for

20   sharing their voice even when they disagree.

21            You may have noticed that we don't have

22   any sheriff's employees here and let me tell you

23   why.  They are still working under our current

24   sheriff and her former employee, and they are in

25   fear.  And it is our board's duty to protect them

Page 34

```
 1   and our community at large.  I think it's
 2   important that every single member who is
 3   concerned about this charter amendment and who
 4   has not read the report.  Because if you have,
 5   then you would know that there are hard facts.
 6   There is clear evidence.  There is documentation
 7   proving the corruption that is happening right
 8   now in the sheriff's office.
 9            Personally, I am a truth-teller.  I
10   will say it even when I disagree with others.  I
11   will say it even when it hurts.  I will be the
12   first to admit when I made a mistake, and I will
13   do it right now.  I supported Sheriff Christina
14   Corpus.  I knocked on thousands of doors for her
15   and myself, and I would not pull back my support
16   for no reason.  Please believe that.
17            Sheriff Corpus was given every
18   opportunity to succeed.  She was given support no
19   other elected official was given.  She was given
20   the funding for a transition team because we knew
21   that there may have been resistance in the
22   sheriff's office from the former sheriff's
23   friends and etcetera.
24            But let me tell you something that
25   maybe not everyone realizes.  When you promise
```

Page 35

```
1   change, when you tell the community that you are
2   going to create change, there will always be
3   resistance.  And you know how you overcome that
4   resistance?  By doing a good job, by being
5   ethical, by being fair, by being impartial, by
6   leading with integrity and courage and honesty.
7   That is not what happened.
8            And trust me, I am equally as
9   disappointed.  But as someone who supported her,
10  I see it now as my duty to lead our community
11  through this.  Because people are being harmed
12  and they are in fear.  And not just fear for no
13  reason.  Actual fear.  Actual validated fear.
14           There are things that are in that
15  report around suppressed rifles being brought
16  into the sheriff's office that no member of the
17  executive sheriff's team has the training or
18  certifications to possess.  And yet that happened
19  last month in October through the direction of
20  Victor Aenlle.  If that is another act of
21  intimidation to every other employee in that
22  office I don't know what is.
23           By every account, Sheriff Corpus was
24  given multiple opportunities to right her ship.
25  I wish I could tell people why we are in this
```

Page 36

```
1   situation and why she chose and continues to
2   choose to lie to our community, to lie to the
3   media.  In time, the truth always comes out.  The
4   truth always comes out.  And it is this county
5   and this board of supervisors who will have to
6   clean her mess.  And whoever steps in after she
7   is removed, they will have to clean her mess.
8           And it will take millions of dollars,
9   yes.  You know why?  Because when you actually
10  have people being harmed, and it will eventually
11  be proven in a court of law, the county is on the
12  hook to pay out for all of those lawsuits.  And
13  that's going to happen.  And it will be no one
14  else's responsibilities but hers.  She created
15  those situations.  She has put our community at
16  risk.  She is misspending tax dollars.
17          And I want to address something that I
18  heard come up several times.  I have been in
19  office in -- on this board, and so has Supervisor
20  Mueller, for two -- for almost two years.
21  Exactly the same amount of time as Sheriff
22  Corpus.  I will speak for us and even this
23  current board.  Former sheriffs and the things
24  that they did or did not do, Supervisor Ray
25  Mueller and I were not here for.
```

Page 37

1          We don't know all of the facts for --
2    that led to the board at that time making those
3    decisions.  I was one of Sheriff Bolanos' biggest
4    critics.  And I would have stood against him as I
5    have to stand against Sheriff Corpus now.
6    Because I will not stand by and see corruption
7    and abuse of power happen and not do everything I
8    can to protect our community and our staff.
9          I would've done it then.  I'm going to
10   do it now.  And if I have to knock on thousands
11   of doors like I did last time, I will because
12   it's the right thing to do.  And I know it's an
13   ugly truth.  I know it's hard for people that
14   supported her to really take in and believe.  But
15   please, look at the facts.  Look at the facts.
16   Read the report.  Look at the evidence for
17   yourself.  Come to your own conclusions.
18          You may have had a good history with
19   her in the past.  I did too.  I supported her.  I
20   believed her.  I believed in her.  She also at
21   one point restored my faith in law enforcement.
22   But when you are given new information and new
23   facts, you have to analyze that.  We need to come
24   together as a community and we will.  And I'm
25   going to say it right now.  I've said it to her

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    directly.  I've said it at this dais before.  She

2    needs to step down.  That is the right thing to

3    do.

4            And I also just want to say for the

5    record that the charter amendment and the

6    ordinance that we have before us right now, it

7    has a sunset clause.  I would personally support

8    it without a sunset clause.  Because the truth is

9    we do have a history of questionable leadership

10   in the sheriff's office.  But it has a sunset

11   clause right now, and I will support it in any

12   way because we need a way out of this for our

13   community.

14           And I'll just reiterate one more time.

15   The reason you don't see any sheriff staff right

16   now giving public comment is because they are

17   working in an environment of fear and

18   retaliation.  So I just want to say one more

19   thing.  (Speaking Spanish).  Oh, sorry, Victor.

20           VICTOR:  Please continue.

21           SUPERVISOR NOELIA CORZO:  Okay.

22   (Speaking Spanish).  Thank you.

23           VICE PRESIDENT DAVID CANEPA:  Thank

24   you, Supervisor Corzo.  Supervisor Mueller?

25           SUPERVISOR RAY MUELLER:  Just real

Page 39

1    briefly, I want to speak to all those who spoke

2    today who expressed their respect and support for

3    the sheriff.  I want to say I hear you, and I

4    want to say it's incredibly hard when someone who

5    you respect and you care about does something

6    that disappoints you.  But I have to say to you

7    I'm in that same boat.

8              And unfortunately, the case against the

9    sheriff continues to get stronger.  For example

10   -- and I'll -- I don't know if I'm supposed to

11   share this, but I'll share it.  The homophobic

12   slurs text that she went to great length to deny

13   to the one -- the night -- the day we presented

14   the report.  We have the phone now and we

15   verified she sent that text.

16             It continues to strengthen as we go

17   through all of the evidence presented.  The

18   strength of that 400-page report is standing up.

19   And I know that's hard to accept.  It's hard for

20   us to accept.  But we've had longer to do so.

21             So I ask you to please take a look at

22   that report and go along with this.  Because

23   you'll get to where I am now where someone I

24   respected and cared about I am deeply

25   disappointed in and I no longer believe she is

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1   fit to serve this county.  I think I'm going to

2   go ahead and leave it at that for my colleagues.

3   Thank you.

4            VICE PRESIDENT DAVID CANEPA:  Great.

5   Thank you very much.  There was -- you know, Ms.

6   Corzo was speaking in Spanish.  If you wouldn't

7   mind a translation, Victor.

8            VICTOR:  Thank you, Vice President.  I

9   think Supervisor Corzo was just reiterating what

10  she had previously said in English, but I do just

11  want to provide some brief interpretation.  So we

12  can't stand for this division.  No one's taking

13  away from her good works that she's done in the

14  past, but I am absolutely committed to talk to

15  anybody about this as regards to what's happening

16  here in order to protect ourselves and protect

17  the community.  We can't have these types of

18  distractions.

19           SUPERVISOR RAY MUELLER:  There is one

20  last point also to those who support her.  Could

21  you ask her to please sit for sworn deposition

22  testimony to address the allegations?  If she's

23  willing to make the statement to you that the

24  things in that report are not true, ask her why

25  she won't sit under oath and say that.

Page 41

```
 1              VICE PRESIDENT DAVID CANEPA:  Thank you
 2    very much.  With all that said, does a supervisor
 3    want to make a motion to introduce this ordinance
 4    calling for election to amend the charter and to
 5    waive the reading of the ordinance in its
 6    entirety?
 7              SUPERVISOR NOELIA CORZO:  I'd like to
 8    make sure that Supervisor Slocum has a chance to
 9    chime in if he would like before we put a motion
10    on the floor.
11              VICE PRESIDENT DAVID CANEPA:
12    Supervisor Slocum, would you --
13              SUPERVISOR WARREN SLOCUM:  Yeah.  I'm
14    sorry.  I was muted.  I do appreciate the
15    opportunity.  I think a lot has been said here by
16    Supervisor Mueller and Supervisor Corzo and I
17    really don't have a lot to add.  I support the
18    comments that they have made and the perspectives
19    that they have shared.  I do have a question that
20    I'll direct to the county attorney in a moment or
21    two.
22              But you know, each of us took an oath
23    of office as did the sheriff.  And I think when
24    we talk about ethics, honesty, transparency,
25    abuse of power, those to me are in clear
```

Page 42

```
 1    violation of the oath that we all took.  This has
 2    been, as the two supervisors know and the rest of
 3    us know, an enormous time drain taking us all
 4    away from the important business of the county.
 5              Just look at the testimony this morning
 6    off the Redwood House.  You know, that's a
 7    significant mental health issue.  It requires
 8    time to deal with.  And unfortunately, just an
 9    inordinate amount of time is being spent and has
10    been spent and will continue to be spent on this
11    issue.
12              I find it very interesting, just to
13    follow up on Supervisor Mueller's comment, I made
14    a note here let's invite the sheriff once again
15    to come and give sworn testimony under oath.
16    Give her a chance to tell her side of the story
17    and answer our questions.  I think that would be
18    extremely important.
19              There was a reason why so far she has
20    not chosen to do that.  I think the reason that
21    she stated in the media was she'll do it when she
22    gets an attorney.  Well, so be it.  I think she
23    has an attorney.  Maybe I'm wrong.  But I would
24    welcome -- I would invite her to come and give
25    testimony to us and answer questions.
```

Page 43

```
 1              I, as like the rest of you, watch her
 2   press conferences and interviews and there are
 3   things that are said that are just not true.
 4   Just not true.  So with that, I really don't have
 5   anything to add to the comments that have been
 6   made.
 7              I would ask a question of the county
 8   attorney.  Assuming we passed this ballot measure
 9   today, it has to be read, as I understand it, a
10   second time here pretty quickly to meet the
11   election code deadlines.  And the question is
12   then if we take those two votes and they're -- we
13   vote to place it on the ballot, could a future
14   board, that is specifically the new board coming
15   in, in early January, could they vote to reverse
16   decisions that we've made?
17              JOHN NIBBELIN:  Supervisor Slocum, the
18   -- so the question is whether or not the board
19   that is -- as constituted in January could take
20   action to rescind the action to put this matter
21   on the ballot?  Is that the question?
22              SUPERVISOR WARREN SLOCUM:  Yes, that is
23   the question.  Thank you, sir.
24              JOHN NIBBELIN:  Yeah.  There's a
25   limited amount of time actually after the board
```

Page 44

1    acts to put something on the ballot.  As you were

2    noting, the board would have to, at its next

3    regular meeting on December 3rd, adopt the

4    ordinance.  Today would be an introduction of the

5    ordinance.  The board would have to vote to -- at

6    the next -- at its next regular meeting on

7    December 3rd vote to adopt the ordinance.

8              There's a limited amount of time

9    thereafter that the board has to act to remove

10   something from the ballot.  I believe it's 83

11   days prior to the election.  So I don't think

12   from a timing perspective that would be possible

13   actually.

14             SUPERVISOR WARREN SLOCUM:  Yes.  Thank

15   you.  I also wanted to talk about some of the

16   speakers talked about let's not spend the

17   millions of dollars for this election.  And from

18   my perspective, the number of lawsuits that we

19   possibly face and will face far exceeds the cost

20   of this election.

21             So somebody said it was 4.8 million.

22   I'm not sure if that's accurate or not.  I know

23   it's very expensive, but I would just suggest

24   following up on Supervisor Corzo's point about

25   the pending lawsuits that will be coming to the

Page 45

```
 1   county in the future.  So I'm prepared to support
 2   the motion, but I'll let Supervisor Mueller or
 3   Corzo make the motion and second and go from
 4   there.
 5            SUPERVISOR DAVE PINE:  I'd just like to
 6   just briefly state that -- and this is an
 7   extraordinary measure, but this is an
 8   extraordinary time and it calls for decisive
 9   action by the board of supervisors.  So I'm
10   supportive of the motion.
11            SUPERVISOR RAY MUELLER:  I'll make the
12   motion.
13            SUPERVISOR NOELIA CORZO:  Second.
14            VICE PRESIDENT DAVID CANEPA:  Roll call
15   please.
16            SUKHAMANI PUERWAL:  Sure.  Supervisor
17   Pine?
18            SUPERVISOR DAVE PINE:  Yes.
19            SUKHAMANI PUERWAL:  Thank you.
20   Supervisor Corzo?
21            SUPERVISOR NOELIA CORZO:  Yes.
22            SUKHAMANI PUERWAL:  Supervisor Mueller?
23            SUPERVISOR RAY MUELLER:  Yes.
24            SUKHAMANI PUERWAL:  Supervisor Slocum?
25            SUPERVISOR WARREN SLOCUM:  Yes.
```

Page 46

1            SUKHAMANI PUERWAL:   Thank you.
2    Supervisor Canepa?
3            VICE PRESIDENT DAVID CANEPA:   Yes.
4            SUKHAMANI PUERWAL:   Thank you.   Motion
5    passes unanimously.
6            VICE PRESIDENT DAVID CANEPA:   Okay.
7    Thank you very much, colleagues.   We'll be moving
8    on.   We move the agenda.   We'll be moving onto
9    Item 11.
10            (End of requested portion)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1          C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

     Date:  February 24, 2025

7

8

9

10

11

                    <%12151,Signature%>

12                Sonya Ledanski Hyde,

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 48