1
2
3
4
5
6
7
8
9
10
11
12
13    San Mateo County Board of Supervisors
14    December 3, 2024
15
16
17
18
19
20
21
22
23
24
25

Page 1

1          SUPERVISOR DAVE PINE:  Okay.  We now

2    move to Item 10, which his to adopt an ordinance

3    calling for a special election to be held March

4    4, 2025 for the purpose of voting an amendment to

5    the San Mateo County Charter granting the board

6    of supervisors the authority until December 31,

7    2028 to remove an elected sheriff for cause by a

8    four-fifths vote of supervisors.  This is brought

9    forward by Supervisors Mueller and Corzo.  Do you

10   have any comments?

11          SUPERVISOR RAY MUELLER:  I do have a

12   comment.  I see now that the sheriff is

13   represented by counsel.  Is that correct?

14          JOHN NIBBELIN:  What I'd note is the --

15   we've received correspondence from counsel that

16   indicate that the sheriff has requested separate

17   counsel.  The board hasn't yet acted on that

18   matter.  I guess that's what I would say.

19          SUPERVISOR RAY MUELLER:  Okay.  Well,

20   to the extent the sheriff -- I mean, the sheriff

21   is indicating she has counsel, the last time she

22   appeared before this board she indicated that she

23   would consider testifying before the board once

24   she had counsel.  We made that request to her

25   when she was here and she said as she was going

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    out the door she refused obviously to participate

2    in the investigation when it was taking place,

3    the independent investigation.

4            So I would like to once again invite

5    her, now that she's represented by counsel -- at

6    least we've seen correspondence purported to

7    saying that she's represented by counsel, to

8    please provide testimony to this board.

9            And then the second thing I wanted to

10   talk about is last night we received a letter

11   from the sheriff, and I have some real concerns

12   about the letter.  Because the letter -- one of

13   the -- what gave rise to all of this is really,

14   just to sort of summarize it in the beginning,

15   was the way -- the complaints we had from

16   employees about how they were being treated

17   within the department.

18            So much so now that it's risen to the

19   level that all of the sworn union personnel have

20   voted and are unanimous.  They're calling for her

21   to resign.  The captains have called for her to

22   resign.  The only sworn personnel in the office

23   who's still supporting her on record is the

24   second undersheriff she's had.

25            In that backdrop, last night the

Page 3

1    sheriff sent us a letter and said -- and she was

2    questioning against the voracity of the texts

3    that it's been said -- alleged came from her

4    phone and that -- or we've had forensically

5    looked at.  And she said in her sentence, "Would

6    the county have hired a company to trace a text

7    to my phone that one former employee claims came

8    from me?"

9            And the problem I have with that

10   sentence is that Witness 3 is not a former

11   employee.  Witness 3 still works for the County

12   of San Mateo in the sheriff's department.  And so

13   I don't know, as I sit here today, is the sheriff

14   saying that she intends to fire Witness 3 now?

15   Why is she referring to her as a former employee?

16   And that has given me great pause that we still

17   are in a circumstance where the sheriff is

18   communicating about people who haven't taken part

19   of this investigation and is either talking about

20   the future or giving a threat.

21           I don't know what this means that she

22   refers to her that was a former when she is not

23   or they are not.  And we know the witness knows

24   who -- the sheriff knows who this person is

25   because the sheriff and Mr. Aellne has referred

Page 4

1    to about this -- who -- this witness in news

2    interviews.  So I'm -- I am really taken aback by

3    that.  And it's in that context today that we're

4    really moving forward to protect the employees of

5    this county.

6              SUPERVISOR DAVE PINE:  Supervisor

7    Corzo.

8              SUPERVISOR DAVE PINE:  Thank you.  So I

9    wanted to just kind of take a step back and share

10   that typically when we have these kinds of

11   resolutions or, you know, proposals, the second

12   reading can go on the consent agenda and we don't

13   need to have a public forum unless it's pulled by

14   a member of the public.  But we put this on the

15   agenda because we recognize that there are a lot

16   of questions about why this is happening, why

17   now.

18              You know, there are questions about the

19   report, so I want to take the chance to address

20   some of those concerns proactively and again

21   restate that this board is, has been, and will

22   continue to be committed to transparency,

23   accountability, and doing what it is in the best

24   interest of the public good.

25              So I'd like to set the record straight

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    on a few misconceptions that I've heard in the
2    community specifically about the report.  And I
3    want to make sure people understand that this is
4    an independent human resources investigation.  As
5    someone who served for many years on a school
6    board, I have seen many of these kinds of
7    investigations done, and I want to be really
8    clear that these are not popularity contests.
9    These are not meant to be a platform for anyone
10   being investigated, for anyone to have their
11   cheerleaders give character references.
12            These kinds of investigations are done
13   to investigate serious allegations and then make
14   determinations based on credibility and facts
15   about whether these kinds of allegations are
16   sustained, unfounded, or even inconclusive.  And
17   through the years, I have seen many of these
18   kinds of reports determine that there wasn't
19   enough evidence to determine whether something
20   was sustained or unfounded.
21            And even, you know, as a board member,
22   as a school board member I've seen these kinds of
23   investigations come back as inconclusive when
24   personally I thought that the allegations were
25   credible and that the complainants were credible.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    But that's not the case here.

2            I have never in my seven years as an

3    elected official seen an investigation, first of

4    all, that has 15 allegations that are being

5    investigated.  I want people to understand how

6    rare that is.  That is not normal.  And I think

7    it speaks to the level of severity of what is

8    happening in our sheriff's office.  Twelve of the

9    fifteen allegations were sustained.

10            And I also want to explain to the

11    public that these kinds of investigations are not

12    necessarily required to be done by a former judge

13    like we had in this report.  This -- you know,

14    reputable independent investigators do not have

15    to be former judges.  They are not courtrooms.

16    They are not required or even is it normal to

17    have complainants, you know, under oath because

18    they're not courtrooms.  So I want people to

19    understand that.

20            I also want to say that, you know, if

21    this matter does make it into a court of law, I

22    am really confident that anyone who lies under

23    oath can and will face consequences for not

24    telling the truth.  And in this case, I believe

25    that is our sheriff.  She has used many tactics

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1   that are greatly questionable.  You know, tactics
 2   that we see around delaying, denying, deflecting
 3   loudly publicly in front of the cameras.
 4            And I -- because someone is loud does
 5   not make them righteous or does not make them
 6   truthful.  And I want the community to know that.
 7   We have many civil employees, most of who are
 8   women -- all of whom are women, the complainants,
 9   in the report who were interviewed.  And they are
10   not represented by a union.  They are not
11   represented or protected by unions, and they are
12   extremely vulnerable to this day because of the
13   conditions that they have had to work under.
14            Earlier today we saw many, many of our
15   county employees being celebrated, being
16   respected for their work, and we have those kinds
17   of employees in the sheriff's office who just
18   because of the mere like willpower they have for
19   their families, for our community have endured
20   treatment that no one should have to work under.
21            So I want to take a second now to also
22   address some other questions that I've heard in
23   the community.  Does this charter amendment being
24   placed on the ballot take away the power from the
25   voters?  And I want to be very clear, no, it does
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    not.  This is going to be in front of the voters.

2    The voters will inform themselves and they will

3    make educated votes.

4              And why now?  Because this matter

5    continues to harm people in the sheriff's office.

6    What we are seeing has never happened before.

7    And we cannot delay.  We can't.  The people of

8    the County of San Mateo will decide for

9    themselves if they want to pass this charter

10    amendment, and they will do so just like they

11    would in any election.  They will be presented

12    with facts.  They will come to their own

13    conclusions, and it is up to the community to

14    educate themselves, and for us as a board and us

15    as a community to make sure that we understand

16    really what's happening here.

17              And I've also heard, you know, that we

18    should wait for a recall.  And while a recall is

19    the right of the voters, I want to again

20    reiterate that a recall is really a huge lift for

21    a community, especially a county-wide recall.

22    For -- about 46 signatures would be required to

23    even place something on the ballot for a recall

24    to be put on the ballot at all.

25              And what we see here is, you know,

Page 9

```
 1   continued violations of county policy, continued
 2   harm to sheriff's office employees.  And
 3   honestly, even -- I would say every county
 4   employee and every county resident is being
 5   impacted by this.  This is not something that
 6   anyone would ever choose to be subjected to, but
 7   it is our responsibility as a board to offer the
 8   community solutions, and that is what we're doing
 9   here today by taking this vote.
10             One more thing I want to address.  You
11   know, is this board -- there have been questions
12   about why this board never took any similar
13   action for previous sheriffs.  And I said this
14   last time and I will say it again.  I was not on
15   this board for any previous decisions.  I don't
16   know the facts of any decisions that were made.
17   That is not my responsibility.  My responsibility
18   as a county supervisor is to make decisions right
19   now for the matters before us and that is what
20   we're doing.
21             And I want to also just recognize that
22   I had and I still have criticisms about former
23   sheriffs in this county.  And that is the -- a
24   huge part of why I supported Sheriff Corpus to be
25   our sheriff in this county.  I will say again
```

Page 10

```
 1    that our sheriff has proven to be a sheriff that
 2    we cannot trust.  And so what -- the board that
 3    we will take -- the vote that we will take will
 4    be based on facts and with a commitment to
 5    transparency, accountability, and doing what is
 6    right for the public good.
 7            We cannot sit here and do nothing.  And
 8    I refuse now and always to, you know, look past
 9    what I believe to be corruption.  And in terms of
10    due process, I want it to be very clear that the
11    sheriff had an opportunity to participate in the
12    investigation and chose not to.  The sheriff has
13    been invited by this board to come before this
14    board to have a conversation and she has chosen
15    not to.
16            The sheriff went in front of cameras
17    and said that she was disappointed that I didn't
18    speak to her.  And then when I did, she shared a
19    voicemail for the media that was, I'm sorry, not
20    threatening at all.  But I do believe that our
21    sheriff must resign.  And if she doesn't and we
22    have to move forward with this election in March,
23    she will be responsible for the millions of
24    dollars that it will cost our county taxpayers to
25    hold that special election.
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1              I will just wrap up by saying that I
 2    personally believe that this is the best option
 3    before us.  We must place this on the ballot.
 4    Our sheriff needs to be held accountable.  No one
 5    is above the law.  No one should be above the
 6    law.  And with that, I will conclude my comments
 7    and just last thing say that the will of the
 8    voters will decided what happens in our
 9    community.  And that is something that I believe
10    to my core.  And we will move forward with the
11    will of the voters.  Thank you.
12              SUPERVISOR RAY MUELLER:  Supervisor
13    Pine, thanks.
14              SUPERVISOR DAVE PINE:  Supervisor
15    Mueller.
16              SUPERVISOR RAY MUELLER:  So first,
17    Supervisor Corzo, you said 46 signatures.  I
18    think you meant 46,000?
19              SUPERVISOR NOELIA CORZO:  Yes.
20              SUPERVISOR RAY MUELLER:  Okay.  And
21    then secondly, there is just a couple of things
22    that I just wanted to add.  There have been -- I
23    saw a text from a news -- from a reporter I think
24    and there's been -- it's been put out into the
25    world that all of the -- it's somehow known that
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    all of the witnesses in the report were former

2    Sheriff Bolanos supporters in the campaign.  That

3    is absolutely false.  The reporter who did -- who

4    put that out there should retract that.

5         Some of the people in this report,

6    these witnesses, were some of the most -- some of

7    Sheriff Corpus' most ardent supporters during her

8    campaign.  It's just false.  I don't know.  I

9    don't know how that could even be reported.

10        Second thing that I wanted to share is

11   with respect to the recall, and county counsel,

12   if you could verify this, if a recall was

13   initiated in  -- hypothetically in early

14   December, if the county were to take its full

15   time, if the elections office were to take its

16   full time that it's statutorily allowed to verify

17   signatures, and if the full time was necessary to

18   gather signatures, that may push the election

19   date into 2026.

20        JOHN NIBBELIN:  That's true.  I think

21   the earliest that a recall could feasibly take

22   place would be November of 2025.  Probably more

23   likely it would be April of 2026.

24        SUPERVISOR RAY MUELLER:  Right.  So for

25   it to take place in November of 2025,

Page 13

1    hypothetically that would mean the -- all the

2    signatures were gathered in an earlier amount of

3    time than statutorily allowed.  And also the

4    verification of those signatures would happen

5    faster than statutorily allowed.

6              JOHN NIBBELIN:  A lot of things would

7    have to fall into place optimally in order for a

8    November 2025 to happen.

9              SUPERVISOR RAY MUELLER:  So I want

10   people to understand that, that the circumstances

11   and the working conditions that we're hearing

12   from our employees resoundingly in the sheriff's

13   office that exist today, absent this charter

14   amendment process, that they would be in those

15   working conditions possibly until 2026.

16              So you have that effect on employees

17   that we're concerned about as supervisors.  But

18   not only that, I want everyone to think about

19   what the effect of that is in terms of our

20   readiness for a public safety event.  What does

21   that dysfunction mean if we were to have a major

22   public safety event in this county during that

23   interim time period?  We can't take that risk.

24              That's how I feel about it looking at

25   this as a supervisor today.  I'm going to -- so I

                                        Page 14

1  feel like this is why we have to put this in

2  front of the voters.  Look at all of the

3  circumstances and use your best choice.  That's

4  all we can do is prevent you -- present you with

5  the evidence we've been presented with, share

6  with you the concerns that we have about it, and

7  ask you the voter what should be done.

8          SUPERVISOR DAVE PINE:  I would just

9  want to reiterate the points -- one point made by

10  my colleagues, which is ultimately this will be

11  the decision of the public whether or not to

12  grant the board of supervisors this authority.

13  The public will have the opportunity to assess

14  all the facts and circumstances and consider

15  whether this is a power it wants to grant to us.

16  So in that regard, I think it's fair to the

17  public.  Supervisor Slocum, would you have any

18  comment?

19          SUPERVISOR WARREN SLOCUM:  Yes.  Thank

20  you.  Thank you, Mr. Pine.  Obviously this is a

21  very difficult position that we're in.  It's a

22  difficult vote that we are about to undertake.  I

23  think it's unprecedented in the county's history.

24  And the bottom line for me here is that I have

25  mixed feelings about putting this on the ballot.

Page 15

```
 1              Why do I have those mixed feelings?
 2    Well, it does lead to a campaign.  And Supervisor
 3    Pine, you just said the voters will consider the
 4    facts, but I'm not so sure that that's totally
 5    accurate because I do not believe that this
 6    sheriff will fight this campaign with facts.  I
 7    know that we will, but I don't believe the
 8    sheriff will.
 9              And my questions around this around,
10    what happens if this passes?  What happens if it
11    fails?  Maybe counsel could just briefly walk
12    through that in a minute here.  But for me, the
13    recall path is probably the most appealing just
14    on its surface.  But if we're talking April of
15    2026 or sometime soon before that, I just can't
16    imagine being an employee working under the
17    circumstances that have existed and that exist
18    today.
19              I have a concern about -- and I know
20    there's a sunset provision for this, but I do
21    have concerns about future boards.  And as I
22    said, even though there's a sunset, I still have
23    that nagging feeling that it shouldn't be left to
24    future boards.  Maybe it wouldn't be given the
25    sunset.  I'm curious, and maybe somebody could
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    answer this, maybe Supervisor Mueller or Corzo,
2    or may county executive or county attorney, I'm
3    curious about if we're still getting
4    whistleblower complaints or complaints from the
5    staff in the sheriff's office.
6         I'm concerned about the lawsuits that
7    most likely will come from this and the cost
8    thereto.  And I'm curious, finally with another
9    question, that if the sheriff were to resign
10   sometime between now and March, would the sheriff
11   retain her county retirement and county benefits
12   that she may otherwise be entitled to?  So
13   there's a few questions in there.  I don't know,
14   county attorney, if you made note of those or if
15   you could respond.
16        JOHN NIBBELIN:  Thank you, Supervisor
17   Slocum.  Maybe I'll start with what were -- what
18   would happen if the county charter amendment were
19   to pass.  And a couple of things I wanted to note
20   is the -- what the charter amendment states
21   specifically is that if the board were to seek to
22   exercise its power under the charter amendment
23   and endeavor to remove the sheriff by a four-
24   fifths vote, a couple of things that are
25   specifically required to happen is one that the

Page 17

1    sheriff would have to be served with a written
2    statement of alleged grounds for removal and
3    would have to be provided a reasonable
4    opportunity to be heard regarding the --
5    regarding any explanation or defense.
6            The charter amendment also provides
7    that the board of supervisors may provide for
8    procedures by which a removal proceeding pursuant
9    to the charter would be conducted.  So I want to
10   anticipate that the board would have a meeting at
11   which the board would establish procedures and
12   that notice, written notice, a written statement
13   of alleged grounds for removal would be provided
14   and then there be an opportunity for a hearing at
15   which the sheriff would have the opportunity to
16   offer an explanation or defense.  That's what the
17   charter amendment sets forth.  So that's what
18   would happen procedurally if this charter
19   amendment were to pass.
20           SUPERVISOR WARREN SLOCUM:  Could I stop
21   you there for just a moment and thank you for
22   that thorough explanation?  I'm curious, the part
23   about the sheriff has a chance to come forward
24   and respond.  When in your best thinking might
25   that take place assuming we approve this Item 10?

Page 18

```
1            JOHN NIBBELIN:  Again, I anticipate
2    that that would occur -- pursuant to the charter,
3    that would occur at some point after the March
4    election date, at a point after the board of
5    supervisors has served a written statement of
6    alleged grounds for removal.  So we'd be talking
7    about some point after the election in March.
8            SUPERVISOR WARREN SLOCUM:  And there
9    would be -- I know this may be off base, but
10   there would be no way to get that testimony into
11   the record ahead of the election.
12           JOHN NIBBELIN:  Well, there's nothing
13   that would stop that kind of a conversation from
14   taking place if -- you know, if the parties were
15   inclined to do that.  But the -- but again, the
16   specific process set forth in the charter
17   contemplates written notice, then a response or
18   an opportunity to be heard with respect to the
19   written notice.  So -- but again, nothing to stop
20   a conversation taking place in a different -- on
21   a different track if the parties were inclined to
22   have that kind of a conversation.
23           SUPERVISOR WARREN SLOCUM:  Yeah.  My
24   question is based on Supervisor Mueller's
25   invitation to the sheriff that now that she has
```

Page 19

1   counsel to come forward and appear before the

2   board and --

3          JOHN NIBBELIN:  Right.  Right.

4          SUPERVISOR WARREN SLOCUM:  -- testify.

5          JOHN NIBBELIN:  Absolutely.

6          SUPERVISOR WARREN SLOCUM:  You know,

7   and --

8          JOHN NIBBELIN:  And nothing were

9   talking about doing here would foreclose that

10  happening if, again, the parties were inclined.

11         SUPERVISOR WARREN SLOCUM:  Thank you.

12         JOHN NIBBELIN:  A next question were --

13  well, one of the questions was with respect to

14  pensions.  And I do note that the fact that

15  somebody resigns in and of itself has no impact

16  on a person's pension.  There are some

17  provisions, you know, in law that I believe

18  PEPRA, Public Employee Pension Reform Act, I

19  think included some specific provisions that

20  noted that if somebody were convicted of certain

21  crimes while in office -- I'm not suggesting that

22  is relevant here, but there are some provisions

23  under PEPRA that would deprive folks of pension

24  benefits dating from the time at which misconduct

25  was first found to have occurred.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
1            But again, that requires a criminal
2    conviction if I'm not misrecalling.  So to go
3    back to my primary point, there's -- resigning in
4    and of itself has no bearing on pension benefits.
5            SUPERVISOR WARREN SLOCUM:  So just to
6    be clear, if she resigned before the recall
7    election, she would be entitled to her
8    retirement, for instance, and other benefits and
9    --
10           JOHN NIBBELIN:  To my knowledge, yeah.
11           SUPERVISOR WARREN SLOCUM:  Yes.  And if
12   she -- if this ballot measure appeared and it was
13   approved by the voters, her benefit package would
14   be not available to her?
15           JOHN NIBBELIN:  I don't believe that's
16   true either.  I think if she was removed -- I
17   don't think that removal in and of itself would
18   impact her entitlement to pension benefits.
19           SUPERVISOR WARREN SLOCUM:  So she would
20   get her benefits in either scenario.  Okay.
21           JOHN NIBBELIN:  I believe that's true,
22   yes.
23           SUPERVISOR WARREN SLOCUM:  Okay.  Go
24   ahead.  Thank you.
25           JOHN NIBBELIN:  I think the last
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1  question's whether or not we continue to get

2  complaints.  I'm a little -- I'm hesitant to

3  answer all that.  That's at this point kind of HR

4  related matters.  So -- but -- so I frankly want

5  to -- and I'm -- I guess that's where I'd want to

6  leave it whether or not we're continuing to

7  receive complaints.

8          SUPERVISOR DAVE PINE:  Supervisor

9  Mueller?

10         SUPERVISOR RAY MUELLER:  I wanted to

11 follow up on a question that our argument might

12 be more of a theme that Supervisor Slocum talked

13 about, and that was communication should we pass

14 the charter amendment today, communication during

15 the time period before the election.  We are

16 going to be prohibited after today -- well, from

17 talking -- it'll be -- if we vote today, it goes

18 on the ballot.  It becomes a political issue

19 whether or not people vote.  So we won't be able

20 to campaign for it with county resources,

21 correct?

22         JOHN NIBBELIN:  There's generally a bar

23 under California law in using county resources,

24 government agency resources to either support or

25 oppose a measure that's on the ballot.  So the --

Page 22

1    on the other hand, I mean, the law is clear.  The
2    case Stanson v. Mott is kind of the premier case
3    in this area.  And it sets forth that there's a
4    distinction that should be drawn between
5    informational educating of the public versus
6    advocacy.  And there's sort of a time-place-tenor
7    standard that needs to be applied when you look
8    at the communications that are taking place while
9    a measure is pending.
10            And so I guess what I'd say is we have
11   to be very careful all around as a county and
12   county agencies.  County departments would have
13   to be careful all around in terms of how they're
14   using county resources to communicate.  Because
15   while information and information sharing
16   educating the public is authorized, advocacy is
17   not.
18            So again, you've got to look closely at
19   the tenor, the timing, etcetera with respect to
20   communications to ensure that we don't run afoul
21   of the legal principle you were just
22   articulating.  So it's fair to say we'll spend a
23   fair amount of time I believe looking at that
24   going forward.
25            SUPERVISOR RAY MUELLER:  And the

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1   sheriff similarly is prohibited?
 2           JOHN NIBBELIN:  All county departments'
 3   employees are prohibited from using county
 4   resources, government agency resources for
 5   advocacy purposes.  That's true.
 6           SUPERVISOR RAY MUELLER:  So the sheriff
 7   would be prohibited, for instance, from using a
 8   newsletter or using Next Door or using her
 9   letterhead to send out mass communications about
10   the charter amendment if it was considered to be
11   campaigning?
12           JOHN NIBBELIN:  We'd have to work very
13   closely with the sheriff and any other county
14   department or any other county officials
15   including the board to -- on that same issue.
16   The same legal standard applies.
17           SUPERVISOR RAY MUELLER:  And is that a
18   civil standard or is that a criminal standard to
19   use county resources to campaign?
20           JOHN NIBBELIN:  It's a criminal
21   statute.
22           SUPERVISOR RAY MUELLER:  Thank you.
23           SUPERVISOR DAVE PINE:  All right.
24   (Indiscernible) other comments at this time?
25           JOHN NIBBELIN:  I've actually said a
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    lot, Supervisor Pine, but there was one other

2    thing I was hoping to add to the mix just for

3    clarity if I could.

4              SUPERVISOR DAVE PINE:  Go ahead.

5              JOHN NIBBELIN:  I want to note that as

6    Supervisor Corzo noted, this is adoption of an

7    ordinance.  This ordinance was actually

8    introduced at a prior meeting.  This is not

9    adoption of an ordinance to amend the charter,

10   but those looking at the packet for today's

11   meeting will note that there's also a resolution

12   included with this item.  There's the ordinance

13   and then there's a resolution.

14              And the resolution is calling for and

15   providing for a special election, etcetera.  And

16   I just want to be clear on why we included a

17   resolution with this and what the point and the

18   purpose of the resolution is.  And we've done

19   this for a couple of reasons.

20              First, while the election for a charter

21   amendment under California law very specifically

22   must because called by an ordinance.  The law

23   also provides that for any special local

24   election, the board must issue a proclamation or

25   a resolution calling the election, and that's

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    embedded in the election code.

2            We did include some language in the

3    ordinance that proclaims an election.  But kind

4    of in the spirit of belt and suspenders and

5    making sure that we've dotted I's and crossed Ts,

6    we also prepared this resolution calling the

7    election.

8            Also, I want to note that a request to

9    consolidate an election with any other potential

10   elections occurring on March 4, 2025 must be made

11   by resolution.  So on the off chance that there's

12   some other thing that's going to go to the ballot

13   in March of 2025, which I guess we'd know in a

14   few days, we want to make sure that we're able to

15   consolidate, and this resolution makes that

16   request.

17           And I just would note that Los Angeles

18   County, which included -- which as we've

19   discussed in a prior meeting, did something very

20   similar to what we're talking about doing here.

21   They also included both an ordinance and a

22   resolution for their charter amendment election

23   again back in November of 2022.  So again, that's

24   why we have the two items.

25           SUPERVISOR DAVE PINE:  All right.

                                        Page 26

1    Thank you for that additional information.
2    Supervisor Corzo?
3              SUPERVISOR NOELIA CORZO:  I just wanted
4    to, before we go to public comment, make a couple
5    more clarifications.  I want folks to understand
6    that our sheriff right now is serving during a
7    six-year term.  We are wrapping up year two.
8    There are four more years left before the voters
9    would have an opportunity to vote on new
10   leadership in the sheriff's office without an
11   intervention like a charter amendment election or
12   a recall.  So I want to make sure folks
13   understand that so that they can understand what
14   the urgency is.
15             And I also wanted to make sure people
16   understand that votes of no confidence have been
17   taken and statements have been made by every
18   level of the sheriff's sworn officers.  The
19   deputy sheriffs, the sergeants, the lieutenants,
20   the captains, that is not normal.  Every single
21   level.
22             And civilian staff, most of which who
23   are women, all of the complainants, all of the
24   staff, the civil staff that made allegations that
25   were ultimately found to be sustained are women.

Page 27

```
 1   And so what we have in front of us is a situation
 2   where, you know, our first female sheriff has
 3   failed to protect women under -- you know, in the
 4   sheriff's office.  And that, you know, is
 5   something that I will not sit by and continue to
 6   watch while doing nothing.
 7             So I want to also share that, you know,
 8   we will hear right now public comment, and I
 9   expect it to be challenging.  But that is what
10   public comment is for.  And we will be responsive
11   to it.  It's literally our job.  So thank you.
12             SUPERVISOR DAVE PINE:  Thank you,
13   Supervisor Corzo.  All right.  Let's now move to
14   public comment.  Mr. Clerk?
15             SUKHAMANI PUERWAL:  Thank you,
16   Supervisor Pine.  We'll take public comments from
17   chambers first and then we'll hear from Zoom.
18   We'll just start with Christopher Ulrich followed
19   by Mark Depaula.  And please speak directly into
20   the mic and you'll have a minute.  Christopher
21   Ulrich?  So Christopher is not here or...  Okay.
22   I'm going to -- I'm just going to call on the
23   speakers so if you hear your name please come up.
24   Thomas Mazulla?
25             THOMAS MAZZUCCO:  Thank you.  Mazzucco.
```

Page 28

1           SUKHAMANI PUERWAL:  Mazzucco.  Please

2     come up.

3           THOMAS MAZZUCCO:  Good morning, members

4     of the board of supervisors, Mr. Callagy, Mr.

5     Nibbelin.  We are counsel representing Sheriff

6     Christina Corpus.  We've been working with

7     Sheriff Corpus for a little over a week.  We are

8     here to ask that this matter be continued.  We've

9     sent letters to Mr. Nibbelin your county counsel

10    to give us an opportunity to respond to the

11    allegations.

12          We're talking about a report that's

13    unsubstantiated.  You seem to know more about the

14    report than we do, Supervisor Mueller.  But it's

15    anonymous to us.  You're right.  The sheriff has

16    not presented her side of the story yet probably

17    due to a lack of confidence to potential

18    conflicts of interest.  But we are going to have

19    a serious conversation with the sheriff about

20    doing that.

21          And I hear from the supervisors a sense

22    of urgency to get this done.  Urgency to you the

23    members of this board who are attorneys is not a

24    reason to eliminate due process or the sheriff's

25    constitutional rights.

                                              Page 29

1              Now, I come to you with a background of
2    ten years as an assistant DA in San Francisco,
3    nine years as an assistant United States attorney
4    in the United States Attorney's Office as a law
5    enforcement coordinator working with all the
6    agencies in San Mateo County, also as a police
7    commissioner for 12 years.
8              I've been through three changes of
9    police chiefs.  I've hired three.  And guess
10   what.  There's never happiness amongst the staff.
11   Morale is always low.  It takes time.  And like
12   my old boss at the U.S. Attorney's Office said
13   Bob Mueller when he took over the FBI, there's a
14   third of the people are just not going to like
15   you, a third that will like you, and a third that
16   you're going to have to win over.  And we need to
17   give the sheriff that chance.
18              Law enforcement is a unique, unique
19   thing.  The community.  The community.  Crime is
20   down.  The stats are down.  That's unique.  You
21   cannot usurp the authority of the community.
22   Crime is down and staffing in the sheriff
23   department is up.
24              I want to say one thing.  Morale is up.
25   I can you right now I know the men and women of

                                          Page 30

1    the sheriff's department are still responding to

2    calls for service to serve their community no

3    matter who's in charge.  There's a lot of

4    questions from this board.  There's a lot of

5    uncertainty about the process.  I ask that you

6    continue this matter to protect the sheriff's

7    rights because it's the right thing to do.

8            When you did Pledge of Allegiance you

9    said, "and justice for all".  Justice, especially

10   for you lawyers on this board, we need to give

11   the sheriff an opportunity to respond.  This is

12   premature for you to usurp the authority of the

13   voters.  I thank you for giving me additional

14   time.

15           SUKHAMANI PUERWAL:  Thank you.

16   Christopher Ulrich followed by Mark Depaula.  And

17   as a reminder through the acting chair, you have

18   one minute.

19           CHRISTOPHER ULRICH:  Thank you.  Good

20   morning.  I am colleagues with Tim Mazzucco and

21   also counsel for Sheriff Christina Corpus.  I

22   echo what he says and request a delay.  I know

23   the allegations are serious, but at this point

24   they are just allegations.

25           I understand it was an esteemed

Page 31

```
 1    investigator.  Many of the people she interviewed
 2    by her own admission were complainants.  It
 3    doesn't look like -- look to us as though she
 4    really tried to verify or check against their
 5    allegations.  Now, I understand we are not in a
 6    court of law and this is a political process.  We
 7    are just across the walkway though from the
 8    courthouse.  And every day in that courthouse
 9    allegations are made and the person against whom
10    those allegations are made has an opportunity to
11    respond.
12              I understand you provided or you
13    offered that to Ms. Corpus previously.  She now
14    has counsel and we are requesting that this board
15    delay this vote and give her an opportunity to
16    fully respond.  Thank you for your time.
17              SUKHAMANI PUERWAL:  Thank you.  Mark
18    Depaula followed by Monica Berlin.
19              MARK DEPAULA:  A board of supervisors
20    should not be involved in a recall with the
21    current Sheriff Corpus.  Sheriff Corpus was
22    elected by San Mateo Count voters.  Why has a
23    board of supervisors take such action when the
24    same board of supervisors had hired Judge Cordell
25    to investigate District Attorney Wagstaff?
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1              District Attorney Wagstaff said he
 2   would not cooperate with Judge Cordell regarding
 3   the Bat Mobile case, which San Mateo County
 4   deputies went to Indiana to harass an innocent
 5   car body man on the behalf of a rich San Mateo
 6   County real estate individual.  Why hasn't the
 7   board of supervisors asked for a recall of San
 8   Mateo County District Attorney Wagstaff?
 9              2007 the former sheriff and
10   undersheriff were caught in a sex slave house
11   with an underage Hispanic girl.  This was called
12   Operation Dollhouse by the FBI.  In 2014 the
13   sheriff was re-elected and shortly resigned, and
14   the board of supervisors appointed the
15   undersheriff to sheriff.
16              In 2018 the board of supervisors
17   endorsed the appointment of -- knowing what had
18   happened in 2007.  I have the disk from the FBI,
19   and I'm sure the board of supervisors would not
20   want them.
21              SUKHAMANI PUERWAL:  Thank you.  Our
22   next speaker is Monica Berlin followed by Heather
23   Colbert.  I'm not so sure if she's speaking on
24   this item, but we'll check.
25              MONICA BERLIN:  Hello.  Good morning.
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    My name is Monica Berlin, and I just wanted to
 2    come down here to speak in favor of Sheriff
 3    Corpus.  I live in Half Moon Bay in the Half Moon
 4    Bay community my entire life.  Whenever I
 5    encounter deputies on duty in Half Moon Bay, and
 6    I ask them about Christina Corpus because I was
 7    very supportive of her campaign and how great she
 8    is, I always see deputies' faces light up when I
 9    engage them about Christina Corpus.
10            I've never heard anybody complain about
11    her.  So I think she's done amazing things with
12    the sheriff's office.  Like crime is down and
13    morale of the deputies I encounter is up.  And I
14    just want to say I -- the report is completely
15    unsubstantiated, and it's inappropriate for you,
16    Ms. Corzo, with all your distracting jewelry.
17    It's very distracting with your nose ring and
18    your earrings, and it's inappropriate.
19            But I think for you all to be attacking
20    her just shows more about you.  And I know you're
21    all corrupt.  And hopefully next year is -- your
22    time will be up and corruption is your way of
23    doing business.  But with Donald Trump coming
24    back and the death penalty for pedophiles,
25    hopefully --
```

Page 34

1              SUPERVISOR DAVE PINE:  Thank you.

2              MONICA BERLIN:  -- we won't have to see

3      you anymore.

4              SUKHAMANI PUERWAL:  Thank you.  Heather

5      Colbert.  Okay.  Thank you.  No additional

6      speakers from chambers, so Madam Clerk, please

7      proceed.

8              SHERRY GOLESTAN:  Thank you.  We are on

9      Item Number 10 with ten speakers.  Alison Madden

10     followed by Sameena Usman.  Alison, please unmute

11     and begin.

12             ALISON MADDEN:  Hello.  Good morning.

13     I think it's shocking the speed and hysteria with

14     which this board as currently constituted has

15     been handling this issue.  Yes, we've read the

16     report.  It's disrespectful to the voters to take

17     this action at this time and keep telling us to

18     read the report.

19             Two of you are terming out and will be

20     unaccountable to voters for your vote today.  I

21     predict the rest of you will have a challenge

22     with your re-election.  You should wait for the

23     newly elected supervisors to take their seats

24     before any action is taken on this issue.  That

25     is the most recent expression of the people's

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    will.
 2             I based my vote for my supervisor for
 3    my area on the candidate's specific response to
 4    support for the sheriff in text about this issue
 5    and the campaign responded.  It's not surprising
 6    that the fraternization rule is being used
 7    against a woman and woman of minority background.
 8    And I'm not joking.  Just like Fani Willis, this
 9    county should eliminate that rule or amend it
10    going forward for disclosure, or look at every
11    male and female or even (indiscernible).
12             This sheriff is a reformer.  She's the
13    only one in this county that cares about the
14    women in incarceration.  And specifically, one of
15    the personnel issues that the rank and file don't
16    like is she wants overtime to be in the jails,
17    which is entirely proper.  She cares about women,
18    and she's a reformer.  LaDoris Cordell was the
19    worst pick --
20             SUPERVISOR DAVE PINE:  Thank you.  You
21    need to wrap up.
22             ALISON MADDEN:  Yeah.  A panel of three
23    like an arbitration would've been proper.  And
24    LaDoris Cordell went to the mat for Judge Persky
25    in the Brock Turner case.  People should look
```

Page 36

 1    that up.  She was the wrong person to hire.
 2    Thank you.
 3              SHERRY GOLESTAN:  Thank you.  Sameena
 4    Usman followed by Nancy Goodban.  Just a
 5    reminder, please adhere to the one-minute timer.
 6    Sameena, please unmute and begin.
 7              SAMEENA USMAN:  Hello.  My name is
 8    Sameena Usman and I'm speaking on behalf of
 9    Secure Justice.  We call for you to -- we're
10    calling for a special election on March 4th to
11    vote on the proposed amendment to the charter.
12              The thing is that we need to grant the
13    authority to remove the sheriff without the
14    sunset clause because otherwise we're going to
15    have to do this at the taxpayer expense.
16    Accountability is the cornerstone of public trust
17    in our democratic institutions, particularly in
18    law enforcement.
19              We -- when -- while elected officials
20    must retain independence, there must be
21    safeguards to ensure that they act in the best
22    interest of the community.  Calling for a special
23    election allows for the voters at San Mateo
24    County to make their voices heard on this
25    critical issue and ensures ample time for the

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    community education and engagement and empowers
2    the residents to fully understand the
3    implications of this charter amendment.
4            This is the opportunity to strengthen
5    public confidence in our institutions and
6    reaffirm your commitment to accountability and
7    justice.  I urge you to take this step.  Thank
8    you.
9            SHERRY GOLESTAN:  Thank you.  Nancy
10   Goodban followed by Joaquin Jimenez.  Nancy,
11   please unmute and begin.
12           NANCY GOODBAN:  Hi.  Thank you.  My
13   name is Nancy Goodban.  I live in Redwood City.
14   I'm with Fixin' San Mateo County.  Thank you for
15   what you're doing.  I do support it.  We are at
16   such a critical juncture with regard to public
17   safety in this community as Supervisors Mueller
18   and Corzo have outlined.
19           The current sheriff is the only in the
20   department who seems to support -- the current
21   undersheriff is the only one in the department
22   who still seems to support the current sheriff,
23   but she refuses to participate in any solutions.
24   This provides an opportunity for you to safeguard
25   against similar problems in the future.

Page 38

```
 1           I hope that you will look at creating a
 2   regular ongoing inspector general position to
 3   provide an independent channel where people can
 4   raise concerns and questions and the opportunity
 5   to address problems before they become such a
 6   liability.  The inspector general would develop a
 7   communication protocol with the sheriff's office
 8   to be able to make policy and practice
 9   recommendations to your board and to the sheriff.
10           I also hope that you will ask
11   (Indiscernible) to weigh in, in their role as
12   advisory to your board.  It's time to give them
13   duties, powers -- thank you for all that you do.
14           SHERRY GOLESTAN:  Thank you, Nancy.
15   Joaquin Jimenez followed by Ron Snow.  Joaquin,
16   please unmute and begin.
17           JOAQUIN JIMENEZ:  Good morning again.
18   My name is Joaquin Jimenez.  I am the mayor for
19   the city of Half Moon Bay, but I'm speaking as a
20   concerned citizen.  I support Sheriff Christina
21   Corpus 100 percent.  And no, I do not agree to
22   give you my vote, to give you my permission to
23   ask her to resign, to remove her from her
24   position.
25           This is a witch hunt.  You -- if
```

Page 39

1    Christina Corpus would've been a man, this would
2    not be happening.  She has changed our community.
3    She has helped out community.  The crime in the
4    coast has dropped significantly.  If some of you
5    were to be investigated about special events,
6    special parties, many of you would have to be
7    removed.  And again, I do not give you my
8    permission.  I do not give you my vote for you to
9    remove Sheriff Christina Corpus.  I support her
10   100 percent.  Thank you.
11            SHERRY GOLESTAN:  Thank you.  Six
12   hands.  Ron Snow followed by Cindy.  Ron, please
13   unmute and begin.
14            RON SNOW:  Yes, supervisors.  Thanks --
15   thank you for listening.  I do think that there's
16   been a lack of transparency.  I searched through
17   the county notes on this thing and there's no
18   counter-arguments that are posted.  George Galen
19   I think was the person who did a very good
20   analysis of the judge's report and points out so
21   many different flaws and opinionated statements
22   that I think it's important for that report to be
23   posted as well as some of these other areas.
24            To only allow one minute is an example
25   of why the public isn't being allowed to have a

Page 40

```
 1    counter-measure.  The other one is I think this
 2    has just gone too far too fast.  I got notified a
 3    week or so ago of a meeting that was supposed to
 4    happen in two hours so there wasn't even -- a
 5    meeting by Mueller that said that there was
 6    ongoing to be more information disclosed.  No
 7    time to react to that.  No time to schedule for
 8    that.  So I hope that you slow this down, allow
 9    the new board of supervisors to vote on this, and
10    make this happen later in the year.  Thank you.
11            SHERRY GOLESTAN:  Thank you.  Cindy
12    followed by James C. Johnson.  Sydney -- Cindy,
13    please unmute and begin.
14            CINDY MCREYNOLDS:  Hi.  My name is
15    Cindy McReynolds, and thank you for this
16    opportunity to talk.  And I would like to know --
17    I've heard the supervisors that they all have
18    their own opinion, which appears to be in
19    contrast to what the constituents of San Mateo
20    County have.
21            I have not heard anybody that is
22    representing the people, and I thought this board
23    was supposed to represent the people of San Mateo
24    county.  Yet we have no complaints.  We have no
25    recall, and we're happy with the sheriff.  We
```

Page 41

1    were unhappy with the prior sheriff and the prior

2    actions of the board of supervisors.  And two of

3    them are still on the board that didn't do

4    anything about prior indiscretions.

5            Another thing I would like to bring up

6    is that this is tyranny that for you to take our

7    constitutional votes and then not give us the

8    opportunity to recall anybody.  I don't know if

9    you're going to put somebody in or we vote for a

10   new sheriff.  But have you -- I just want to know

11   if you've registered with the secretary of state

12   and are following the election code in regards to

13   your recall and your campaign.  Thank you.

14           SHERRY GOLESTAN:  Thank you, Cindy.

15   James C. Johnson followed by Andrea Paul.  James,

16   please unmute and begin.

17           JAMES C. JOHNSON:  James C. Johnson

18   here, Redwood City.  I've been with Redwood City

19   for 40 years.  I just want to reiterate to the

20   board of supervisors you guys do not have the

21   authority to remove the sheriff.  You guys can

22   make suggestions and policies and use the code in

23   San Mateo County as a Rubix Cube to justify your

24   fraudulent agenda.

25           But you do not have the authority to

                                          Page 42

1    trump the votes of San Mateo County.  Sixty

2    percent of the people voted for Christina.  Crime

3    rate is down.  I have also spoken to over dozens

4    of sheriff's officers.  I've also spoken to Mike

5    who's sitting on the left-hand side there, you

6    know, and saying Carlos.  And this is a witch

7    hunt.  This is a witch hunt.  Mike's the devil

8    behind the curtain that's justifying this agenda,

9    and he's promoting and pushing the board of

10   supervisors to go along and remove the vote.

11          You have five people sitting there, and

12   you guys want to remove 30,000, 40,000 votes that

13   voted for Christina Corpus with no justification

14   whatsoever.  And if in fact you guys follow the

15   code of California to remove an elected official

16   like they did the governor of California a couple

17   of times, then I could say that that could be

18   justifiable.

19          But you guys have no probable cause.

20   Christina Corpus hasn't done anything.

21   Everything in the allegations in the report, 102

22   documents, are full of hyperboles and homonyms --

23          SUPERVISOR DAVE PINE:  Thank you, Mr.

24   Johnson.

25          JAMES C. JOHNSON:  -- to justify your

Page 43

```
 1   guys' agenda and --
 2             SHERRY GOLESTAN:  That's your time.
 3             JAMES C. JOHNSON:  -- and you guys are
 4   creating hysteria amongst the community that is
 5   unjustifiable.  And you guys are going to face
 6   legal action with an injunction in federal court
 7   if you guys continue to pursue with this
 8   fraudulent --
 9             SUPERVISOR DAVE PINE:  Madam Clerk,
10   (indiscernible).
11             JAMES C. JOHNSON:  -- agenda against
12   the sheriff.
13             SUPERVISOR DAVE PINE:  Thank you.
14             JAMES C. JOHNSON:  You guys are --
15             SHERRY GOLESTAN:  Mr. Johnson --
16             JAMES C. JOHNSON:  -- are pathetic.
17   You guys are pathetic.
18             SHERRY GOLESTAN:  Mr. Johnson, the
19   chair has asked you to wrap up.
20             JAMES C. JOHNSON:  You guys both --
21             SUPERVISOR DAVE PINE:  Please mute him.
22             JAMES C. JOHNSON:  You guys will be
23   removed from office in the next election term.
24             SUPERVISOR DAVE PINE:  We have to wrap
25   up.
```

Page 44

 1            JAMES C. JOHNSON:  Mark my words.

 2            SHERRY GOLESTAN:  Okay.  And we will

 3     now go to Andrea Hall.  We also had a hand up for

 4     Ann.  Ann, your hand is now lowered.  I just

 5     wanted to mention that in case you meant to

 6     speak.  Andrea, please unmute and begin.

 7            ANDREA HALL:  Good morning.  My name is

 8     Andrea Hall.  And as you may know, I was recently

 9     elected to the Broadmoor Police Commission.  I'm

10     here to speak in favor of the resolution but

11     against the sunset clause.  Law enforcement in

12     unincorporated San Mateo County clearly needs

13     continued oversight.  The Cordell report makes

14     that clear.

15            And just yesterday the Broadmoor Police

16     District hired an officer who had a DUI for

17     driving a government-owned vehicle with a blood

18     alcohol level of 0.269.  I know that creating

19     oversight for law enforcement in San Mateo County

20     will take time, and it requires the trust of the

21     community but it is essential.  And so I would

22     ask you to pass this resolution today.  Thank you

23     very much.  I'd like to cede the remainder of my

24     time.

25            SHERRY GOLESTAN:  Thank you, Andrea.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
1   Dan Stegink followed by Pat Willard.  Dan, please
2   unmute and begin.
3           DAN STEGINK:  Thank you, supervisors.
4   It's quite clear now that you don't have the
5   legal purview to remove the sheriff just because
6   you want to.  It's not a court of law.  It's a
7   kangaroo court.
8           It's not true that only the guilty get
9   legal counsel.  An exercise of one's
10  constitutional rights is not probable cause.
11  Changing federal policy largely requires a
12  federal vote.  Changing state policy largely
13  requires a state vote.  As a rescue diver, I've
14  worked with tens of federal, state, and local law
15  enforcement agencies recovering hundreds of
16  bodies in California and across the U.S.
17          And as a California Democratic party
18  member, I've written more justice reform
19  resolutions than anyone else in the county
20  combined.  Cops are bred for war.  Tapia, Corpus,
21  Callagy, they're all cops.  If you put them in a
22  room, they'd get into a fist fight before they
23  would decide where to go buy sandwiches.  You
24  need to be the adults in the room.  Don't recall
25  Sheriff Corpus.  Recall Ray Mueller.  Thank you
```

Page 46

1  very much.

2  　　　　　SHERRY GOLESTAN:  Thank you, Dan.  Pat

3  Willard followed by Ann.  Pat, please unmute and

4  begin.

5  　　　　　PAT WILLARD:  Thank you.  I want to

6  raise a couple of things from Los Angeles County

7  Chapter 3.79.030.  A sheriff's civilian oversight

8  commission investigates through the office of

9  inspector general to analyze solicit input and

10  investigate sheriff-related issues or complaints

11  affecting the community.

12  　　　　　Chapter 6.44.190 Office of the

13  Inspector General as part of the board of

14  supervisors' duty to supervise the official

15  conduct of the sheriff under California state

16  government code.  These things must be defined in

17  that same fashion in San Mateo County.

18  　　　　　A couple of days ago or a couple of

19  weeks ago I listened to an ICAC meeting where

20  each of the members on that board continued to

21  say that they don't know what responsibilities

22  they have.  The Chapter 7.3.79 of the Civilian

23  Staff Oversight Commission in LA County specifies

24  who, what, when, and where and how their

25  responsibilities are in plain English.  Those

Page 47

1   same two --

2          SUPERVISOR DAVE PINE:  Thank you.  You

3   need to wrap up.

4          PAT WILLARD:  -- charters should be

5   implemented in San Mateo County as soon as

6   possible.  Thank you.

7          SHERRY GOLESTAN:  Thank you, Pat.  And

8   our last speaker Ann.  Please unmute and begin.

9          ANN:  Thank you very much.  I am

10  neither in favor of or against the current

11  sheriff.  I'm just concerned about preserving

12  election integrity.  Why not have a recall

13  election of a public official rather than going

14  through this type of process?  I'm concerned

15  about setting a precedent for the future and

16  giving the board exclusive power over an elected

17  position.

18          On the surface, the actions seem to be

19  more of a power grab.  Why not let the public

20  recall the sheriff in an election in order to

21  preserve election integrity and really supporting

22  the will of the people?  What you're doing only

23  adds to people's concern about government in

24  general, and there's already a problem with the

25  perception of the public.  So I just would ask

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1  that you please consider a recall rather than the

2  actions you're planning today.  Thank you.

3            SHERRY GOLESTAN:  Thank you, Ann.  No

4  further comments, acting chair.

5            SUPERVISOR DAVE PINE:  All right.

6  Thank you, everyone, for your comments today.

7  Supervisor Mueller.

8            SUPERVISOR RAY MUELLER:  Yeah.  I think

9  it's really interesting the backdrop.  It's

10  funny.  I've served on the city council for ten

11  years where you hire your police chief, and I

12  think that's the method in the majority of cities

13  in San Mateo County, they hire their police

14  chief.  And if they got a human resources report

15  like this, pretty sure most city councils would

16  fire that police chief.

17            So we have an elected sheriff.  That's

18  something that exists historically within the

19  state.  So we go through a process that's

20  incumbent to be gone through to remove that

21  sheriff different than a police chief in a city.

22  I want people to remember that process of what

23  takes place in the city because I think that's

24  important for those who are reacting to it this

25  way.  Every city in San Mateo County has a city

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

 1  council that oversees how that department is

 2  managed.

 3          Secondarily, I want to respond to the

 4  -- with that being the case, we're not doing that

 5  here.  The -- let me back up.  We're not doing

 6  that here.  The board is respecting the elected

 7  position of the sheriff.  And so I want to speak

 8  to what the attorneys brought up with respect to

 9  due process.

10          Mr. Nibbelin, if this charter amendment

11  was passed by the voters, if they looked at this

12  and they decided to give the board the power with

13  a sunset clause to go ahead and apply this

14  amendment to the charter amendment, would we

15  still be held to due process in applying this

16  charter amendment provision?  Could it be

17  challenged in court if we applied this charter

18  amendment process inappropriately?

19          JOHN NIBBELIN:  It could be challenged

20  in court if we applied it inappropriately.  The

21  charter amendment, as I noted earlier, includes a

22  process, provision for written notice and

23  opportunity to be heard prior to the board acting

24  on the -- on a removal if indeed this were

25  passed.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1              SUPERVISOR RAY MUELLER:  And the second
2     thing I wanted to respond to comments from
3     counsel, because I do take -- I do listen to your
4     comments.  They're asking for a continuance, but
5     the question I have for you is -- because you
6     want to balance that.  And if we continue it --
7     if we were to continue it, that would push us to
8     November for the election.  Is that right?
9              JOHN NIBBELIN:  It would.  To be clear,
10    in order to make the March election date, the
11    board has to adopt the ordinance prior to
12    December 6, 2024, which is the election minus 88-
13    days' deadline.
14             SUPERVISOR RAY MUELLER:  But we could
15    -- if it was passed today, we could take it off.
16    We could at a later date decide -- the board
17    could meet and decide, well, we're going to go
18    ahead and take the charter amendment off.
19             JOHN NIBBELIN:  The board would have
20    actually until December 11th to take the matter
21    off to be clear, which is E minus -- election
22    minus 83 days.  These are dates and deadlines
23    that are set forth in the election code.
24             SUPERVISOR RAY MUELLER:  So if Sheriff
25    Corpus wanted to come to our next meeting on

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    December 10th and make her case, why we could
2    take this off while represented by counsel and
3    testify to us and present whatever evidence she
4    wanted to, the board could take it under
5    advisement at that time whether or not they
6    wanted to go ahead and pull the charter amendment
7    off the election.  Isn't that correct?
8            JOHN NIBBELIN:  I think that's correct.
9    There's some things we'd have to do to make sure
10   the agenda notice that is a possibility.  But
11   yes.
12           SUPERVISOR RAY MUELLER:  Okay.  Well,
13   so again, I want to, through the chair, extend
14   the invitation to Sheriff Corpus to come to our
15   next meeting and talk to us.  Because we can take
16   this off, take this item off if it's passed
17   today.
18           MAN 1:  (Indiscernible).
19           SUPERVISOR DAVE PINE:  No, that's not
20   proper at this time.
21           SUPERVISOR RAY MUELLER:  So let's go --
22   with that, I'm -- I don't have any further
23   comments.
24           SUPERVISOR DAVE PINE:  Supervisor
25   Corzo?

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1                SUPERVISOR NOELIA CORZO:  Thank you,
 2     Supervisor Pine.  So I want to share that our
 3     board is advised.  We have two lawyers on our
 4     board.  We have a team of lawyers who knows the
 5     law, respects it, follows it, understands it.
 6     And we have been presented with the options that
 7     our board has for moving forward.  That is what
 8     has led us to this place.
 9                That vote that we're going to take is
10     one that this board has carefully considered and
11     we'll shortly find out what that is.  But at the
12     core of this issue is the reality that our
13     current sheriff does not understand, follow, or
14     respect not just county policy, but basic ethics
15     and -- around conflict of -- conflicts of
16     interest and much more.  And for anyone who has
17     not taken a chance to review the report, please
18     do so.  You know, to state that there is not
19     evidence in this report is just factually
20     incorrect.
21                And I want to share something on more
22     of a personal level because I was a supporter of
23     the sheriff.  And it wasn't until I really
24     understood what the allegations were, who made
25     them, how they were sustained that I chose to
```

Page 53

1  pull back that support.  And you know, there were

2  signs.  And even, you know, as recently as this

3  summer, I want to share that I had a conversation

4  with the sheriff.  And in that conversation, the

5  sheriff admitted to me that Victor Aellne, who is

6  really at the core of the allegations in this

7  report, had lied to me about a statement that she

8  had allegedly made.

9         And her admitting that to me is part of

10  my decision making here because it is very clear

11  to me that she is incapable of holding Victor

12  Aellne accountable or putting anyone else's

13  interests before his and ultimately hers.  And

14  that to me is a mentality that is completely

15  unbefitting of a leader who needs to make sound

16  decisions in the sheriff's office who is

17  ultimately responsible for public safety in our

18  entire county.

19         Again, votes of no confidence by every

20  level of the sheriff's office.  The day that we

21  released this report, for anyone who's kind of

22  new to the situation, the sheriff arrested the

23  union president of the Deputy Sheriff's

24  Association, who was a former long supporter of

25  hers.  And shortly thereafter, we saw her new

Page 54

 1    assistant sheriff and a captain quit because of
 2    their involvement in that arrest.
 3            There are investigations still
 4    happening right now around all of these matters.
 5    And those will ultimately, you know, be presented
 6    to the community as well.  But I just -- I want
 7    people to understand that these are not decisions
 8    that we have come to lightly.  And we have to do
 9    what's right for this community even when it's
10    hard, even when we have members of the public
11    come and directly attack us and say whatever they
12    want to say because it's their right.  That's
13    their First Amendment right, and we respect those
14    rights here.
15            I want to urge my colleagues here to
16    support the second reading of this ordinance and
17    the resolution before us because there are people
18    who feel silenced right now that are county
19    employees.  And I have great concern for members
20    of the public who are being impacted by this who
21    do not know how to stand up for themselves or are
22    scared to speak up.
23            My biggest fear if we see this level of
24    dysfunction in our sheriff's office, what does
25    that mean for your everyday resident?  What does

Page 55

1    that mean for people walking down the street and

2    for their rights?  We already have a claim

3    against the county for the arrest of the union

4    president.  And all of that while the public

5    knows that there -- you know, there was an

6    investigation.  There's -- the report has been

7    released.

8         We saw our sheriff on November 13th

9    come into these chambers and not only completely

10   deny everything in the report, but she tried to

11   promote Victor Aellne to a position he's not

12   qualified for right in these chambers.  If those

13   are not political theatrics, I don't know what

14   is.

15        We are happy to hear from the sheriff,

16   but I want people to know that I have zero

17   confidence in anything coming out of her mouth

18   being truthful.  And saying that about a law

19   enforcement officer is really concerning.  And

20   our county is doing everything we can to apply

21   the same level of accountability for everyone.

22        But ultimately, again, I just want to

23   come back to -- I want to urge our board to pass

24   this second reading and this resolution.  It's

25   the right thing to do.  We cannot wait for an

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    emergency to happen in our community and the
2    dysfunction that the sheriff's office to make
3    that even worse.  We have to act now.  We have to
4    be proactive.
5            And let me just say for the people
6    working at the sheriff's office, this is far too
7    late already.  They have already been harmed over
8    time.  And many of those complainants are women,
9    are women of color, and we need to be their
10   voice, and we need to protect them, and we need
11   to do what is right for our community.  So with
12   that, I -- unless anyone wants to share
13   additional comments, I motion to approve -- oh,
14   sorry.  Go ahead, Supervisor --
15           SUPERVISOR DAVE PINE:  We do have
16   Supervisor Slocum has --
17           SUPERVISOR NOELIA CORZO:  President
18   Slocum?
19           SUPERVISOR DAVE PINE:  -- raised his
20   hand.
21           SUPERVISOR WARREN SLOCUM:  Thank you,
22   Mr. Pine.  I'm just curious through the chair and
23   directed toward county attorney.  Could we --
24   does it make any sense to formally invite the
25   sheriff to join us on December 10th with her

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    counsel, excuse me, to offer whatever testimony
2    she would like in response to this matter?  And
3    the reason for that is I understand that we would
4    have until December 11th to remove the proposed
5    ballot measure.
6              SUPERVISOR RAY MUELLER:  I would --
7    Supervisor Slocum, thank you.  That was also what
8    I had brought forward, and I'd like to second
9    that.  But I'd like to add one caveat.  Sworn
10   testimony.  And I anticipate that in making that
11   request for the 10th to provide sworn testimony
12   the response we may get will be, well, there's
13   certain things we don't have yet or -- but there
14   are 14 different allegations in that
15   investigation.
16             And I would welcome sworn testimony on
17   any of those 14 allegations.  Some of those
18   having to do with her -- specifically with her
19   relationship with Mr. Aellne, some having to do
20   with text messages.  These are items that frankly
21   her to -- her coming in and just providing sworn
22   testimony regarding should be -- just come tell
23   us what happened.
24             There's allegations here in the
25   complaint.  Tell us in your own words what

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    happened under sworn testimony before us on the

2    10th before we decide to move forward.  So I

3    don't know if she'll want to provide testimony

4    with respect to all 14 allegations, but I'd like

5    to know which ones she is prepared to provide to

6    us on December 10th.

7            SUPERVISOR WARREN SLOCUM:  And Mr.

8    Counsel, do we -- would there have to be an

9    amended motion to cover what the supervisor just

10   went through?

11           JOHN NIBBELIN:  I think that the

12   board's got the discretion either through a

13   motion or an amended motion to invite the sheriff

14   under whatever terms the board cares to, whether

15   it's sworn, non-sworn testimony.  That's totally

16   within the board's discretion.

17           And you know, however the board wants

18   to sort of frame the invitation, I think it's

19   within their discretion.  It could be a motion to

20   issue that invitation.  It could be direction to

21   have that invitation transmitted.  You know,

22   there are a number of ways that that could be

23   done.  And so yes, absolutely, that would be

24   within the board's discretion again whether it's

25   sworn or non-sworn testimony.  You know, it's --

Page 59

```
 1   again, the board's discretion.
 2             Would note that, again, you know, the
 3   -- in the -- you know, in -- additionally, I mean
 4   the board is aware and the sheriff's aware that
 5   this office, the Office of the County Attorney,
 6   does represent the sheriff's office.  There are
 7   processes for the sheriff to request separate
 8   counsel when separate -- when the sheriff
 9   believes that there's a conflict that would
10   prevent our office from representing both the
11   board and the sheriff.
12             And if the sheriff wanted to show up
13   with different representation, that's up to --
14   that would of course be up to the sheriff.  But
15   recognize again that the Office of the County
16   Attorney in the ordinary course represents the
17   sheriff unless separate counsel's been appointed,
18   and there's a process dictated in the government
19   code for doing that.  So I just wanted to flag
20   that issue as well.
21             SUPERVISOR RAY MUELLER:  I --
22             SUPERVISOR WARREN SLOCUM:  Well -- go
23   ahead.
24             SUPERVISOR RAY MUELLER:  I'm sorry,
25   Warren.  I didn't mean to interrupt you.
```

Page 60

1           SUPERVISOR WARREN SLOCUM:  No, go

2    ahead.  I was just prepared to make a motion to

3    have the subcommittee -- I guess it would be a

4    subcommittee, invite the sheriff to come and

5    provide sworn testimony to whatever allegations

6    she would like to speak to.  And she's welcome to

7    bring her attorney -- attorneys.

8           SUPERVISOR NOELIA CORZO:  Sorry.  I

9    just want to get clarity on -- I feel like we

10   have a couple -- well, that's the motion, but we

11   have to vote on the matter before us as well.  Do

12   you want to add that to your motion, President

13   Slocum?

14           SUPERVISOR WARREN SLOCUM:  I just --

15           SUPERVISOR DAVE PINE:  I think it's two

16   separate motions.

17           SUPERVISOR WARREN SLOCUM:  Yeah.  I

18   wanted to bifurcate it.  One is the invitation

19   and two is the ballot -- proposed ballot measure.

20           SUPERVISOR RAY MUELLER:  So we could

21   just take care of the second one first and then

22   go back to yours.  So I'll second Supervisor

23   Slocum's motion.

24           JOHN NIBBELIN:  Okay.  Just to be clear

25   for the record, the motion is that an invitation

                                        Page 61

1    -- that the subcommittee -- and I want to be

2    clear who is the subcommittee that we're

3    referring at that point, Supervisor Slocum?

4              SUPERVISOR WARREN SLOCUM:  I think it

5    would be Supervisor Mueller and Supervisor Corzo.

6              JOHN NIBBELIN:  Thank you.

7              SUPERVISOR RAY MUELLER:  May I make one

8    amendment to your motion, Supervisor Slocum?

9    Sworn testimony and then questions and answers

10   with the board so there's dialogue within the

11   invitation.

12             SUPERVISOR WARREN SLOCUM:  Sure.

13   That's acceptable.

14             JOHN NIBBELIN:  And again, the -- I

15   want to note just as a matter of record that the

16   board of supervisors has not authorized separate

17   counsel for the sheriff.  The sheriff does have

18   -- as has been noted, there are individuals here

19   today who have identified themselves as counsel

20   for the sheriff.

21             But the board of supervisors have not

22   itself appointed separate counsel or agreed to

23   appoint separate counsel for the sheriff.  But if

24   the -- again, the invitation is the sheriff can

25   bring whom she wants as representation.  I want

Page 62

1    that clear as well.

2            SUPERVISOR RAY MUELLER:  It is, but I

3    want to clarify for the public what you mean by

4    that.  The board has not authorized -- or I guess

5    you haven't reached the conclusion to ask us to

6    pay for separate counsel.  She's -- and that's

7    what the term "authorized" means.  She's welcome

8    to hire whomever she wants to be her counsel.

9    The board's not prohibiting that.  And it appears

10   that there is counsel here today representing

11   her.

12           JOHN NIBBELIN:  That's what I'm trying

13   to make clear.

14           SUPERVISOR RAY MUELLER:  Okay.

15           JOHN NIBBELIN:  Again, there's a

16   process in the government code for the county to

17   fund separate counsel.  That has not yet

18   occurred.

19           SUPERVISOR RAY MUELLER:  Okay.

20           SUPERVISOR NOELIA CORZO:  Can I just

21   add a clarification on that note?  The board has

22   not made a decision on that because there hasn't

23   been a clearly defined specific issue that has

24   been articulated in a request.  It can't just be

25   a general broad request for anything.  It has to

Page 63

1    be about a specific issue.

2            JOHN NIBBELIN:  That's our reading of

3    the law.  That's true, yes.  But that -- but

4    again, I think I have the motion then.  It's an

5    -- the subcommittee would issue invitation to the

6    sheriff to provide sworn testimony before the

7    board meeting -- before the board at its meeting

8    of December 10th with representation of her

9    choice if she chooses to bring representation

10   with a provision that it would be a question-and-

11   answer component to that as well.

12           SUPERVISOR RAY MUELLER:  Okay.  I'll

13   second that motion.

14           SUPERVISOR DAVE PINE:  That's a motion

15   made by Supervisor Slocum and seconded by

16   Supervisor Mueller.

17           SUKHAMANI PUERWAL:  I'll take the roll

18   call.  Supervisor Pine?

19           SUPERVISOR DAVE PINE:  Yes.

20           SUKHAMANI PUERWAL:  Thank you.

21   Supervisor Corzo?

22           SUPERVISOR NOELIA CORZO:  I want to

23   share that, before I cast my vote, I'm again

24   extremely concerned that, even under oath, our

25   sheriff will use this as a platform to continue

Page 64

1  to lie.  So I'm going to abstain on this one.

2          SUPERVISOR DAVE PINE:  Thank you.

3  Supervisor Mueller?

4          SUPERVISOR RAY MUELLER:  Yes.

5          SUPERVISOR DAVE PINE:  Supervisor

6  Slocum?

7          SUPERVISOR WARREN SLOCUM:  Yes.

8          SUPERVISOR DAVE PINE:  Thank you.

9  Motion passes with Supervisor Corzo abstaining.

10  All right.  We should move back to the matter at

11  hand.  Supervisor Corzo --

12          SUKHAMANI PUERWAL:  Did Supervisor Pine

13  vote?

14          SUPERVISOR DAVE PINE:  Yes, I did.

15          SUKHAMANI PUERWAL:  Okay.  I'm sorry,

16  Supervisor Pine.

17          SUPERVISOR DAVE PINE:  Did you have a

18  motion?

19          SUPERVISOR NOELIA CORZO:  Yes.  I move

20  to pass the second reading of the proposed

21  ordinance and the resolution before us.

22          JOHN NIBBELIN:  So the motion, again,

23  to adopt the ordinance and --

24          SUPERVISOR NOELIA CORZO:  Adopt the

25  ordinance and approve the resolution.

Page 65

1              JOHN NIBBELIN:  Thank you.

2              SUPERVISOR NOELIA CORZO:  Thank you.

3              SUPERVISOR RAY MUELLER:  I'll second

4    it.

5              SUPERVISOR DAVE PINE:  Sure.

6              SUKHAMANI PUERWAL:  I'll take the roll

7    call.  Supervisor Pine?

8              SUPERVISOR DAVE PINE:  Yes.

9              SUKHAMANI PUERWAL:  Thank you.

10    Supervisor Corzo?

11             SUPERVISOR NOELIA CORZO:  Yes.

12             SUKHAMANI PUERWAL:  Supervisor Mueller?

13             SUPERVISOR RAY MUELLER:  Yes.

14             SUKHAMANI PUERWAL:  And Supervisor

15    Slocum?

16             SUPERVISOR WARREN SLOCUM:  Yes.

17             SUKHAMANI PUERWAL:  Thank you.  Motion

18    passes with Supervisor Canepa being absent.

19             SUPERVISOR DAVE PINE:  All right.  That

20    concludes this item.  Thank you, everyone.

21             (End of requested portion)

22

23

24

25

                                        Page 66

1                    C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

     Date:  February 24, 2025

7

8

9

10

11

                         <%12151,Signature%>

12                       Sonya Ledanski Hyde

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page 67

**[0.269. - ahead]**

**0**

**0.269.** 45:18

**1**

**1** 52:18
**10** 2:2 18:25
  35:9
**100** 39:21
  40:10
**102** 43:21
**10th** 52:1 57:25
  58:11 59:2,6
  64:8
**11th** 51:20 58:4
**12** 30:7
**12151** 67:11
**13th** 56:8
**14** 58:14,17
  59:4
**15** 7:4

**2**

**2007** 33:9,18
**2014** 33:12
**2018** 33:16
**2022** 26:23
**2024** 1:14
  51:12
**2025** 2:4 13:22
  13:25 14:8
  26:10,13 67:6
**2026** 13:19,23
  14:15 16:15
**2028** 2:7
**24** 67:6

**3**

**3** 1:14 4:10,11
  4:14
**3.79.030.** 47:7
**30,000** 43:12
**31** 2:6

**4**

**4** 2:4 26:10
**40** 42:19
**40,000** 43:12
**46** 9:22 12:17
**46,000** 12:18
**4th** 37:10

**6**

**6** 51:12
**6.44.190** 47:12

**7**

**7.3.79** 47:22

**8**

**83** 51:22
**88** 51:12

**a**

**aback** 5:2
**able** 22:19
  26:14 39:8
**above** 12:5,5
**absent** 14:13
  66:18
**absolutely** 13:3
  20:5 59:23
**abstain** 65:1
**abstaining** 65:9

**acceptable**
  62:13
**accountability**
  5:23 11:5
  37:16 38:6
  56:21
**accountable**
  12:4 54:12
**accurate** 16:5
  67:4
**act** 20:18 37:21
  57:3
**acted** 2:17
**acting** 31:17
  49:4 50:23
**action** 10:13
  32:23 35:17,24
  44:6
**actions** 42:2
  48:18 49:2
**actually** 24:25
  25:7 51:20
**add** 12:22 25:2
  58:9 61:12
  63:21
**additional** 27:1
  31:13 35:5
  57:13
**additionally**
  60:3
**address** 5:19
  8:22 10:10
  39:5
**adds** 48:23

**adhere** 37:5
**admission** 32:2
**admitted** 54:5
**admitting** 54:9
**adopt** 2:2 51:11
  65:23,24
**adoption** 25:6
  25:9
**adults** 46:24
**advised** 53:3
**advisement**
  52:5
**advisory** 39:12
**advocacy** 23:6
  23:16 24:5
**aellne** 4:25 54:5
  54:12 56:11
  58:19
**affecting** 47:11
**afoul** 23:20
**agencies** 23:12
  30:6 46:15
**agency** 22:24
  24:4
**agenda** 5:12,15
  42:24 43:8
  44:1,11 52:10
**ago** 41:3 47:18
  47:19
**agree** 39:21
**agreed** 62:22
**ahead** 19:11
  21:24 25:4
  50:13 51:18
  52:6 57:14

Page 1

**[ahead - backdrop]**

60:23 61:2
**alcohol** 45:18
**alison** 35:9,10
  35:12 36:22
**allegations**
  6:13,15,24 7:4
  7:9 27:24
  29:11 31:23,24
  32:5,9,10
  43:21 53:24
  54:6 58:14,17
  58:24 59:4
  61:5
**alleged** 4:3 18:2
  18:13 19:6
**allegedly** 54:8
**allegiance** 31:8
**allow** 40:24
  41:8
**allowed** 13:16
  14:3,5 40:25
**allows** 37:23
**amazing** 34:11
**amend** 25:9
  36:9
**amended** 59:9
  59:13
**amendment** 2:4
  8:23 9:10
  14:14 17:18,20
  17:22 18:6,17
  18:19 22:14
  24:10 25:21
  26:22 27:11
  37:11 38:3

50:10,14,14,16
50:18,21 51:18
52:6 55:13
62:8
**amount** 14:2
  23:23
**ample** 37:25
**analysis** 40:20
**analyze** 47:9
**andrea** 42:15
  45:3,6,7,8,25
**angeles** 26:17
  47:6
**ann** 45:4,4 47:3
  48:8,9 49:3
**anonymous**
  29:15
**answer** 17:1
  22:3 64:11
**answers** 62:9
**anticipate**
  18:10 19:1
  58:10
**anybody** 34:10
  41:21 42:8
**anymore** 35:3
**appealing**
  16:13
**appear** 20:1
**appeared** 2:22
  21:12
**appears** 41:18
  63:9
**applied** 23:7
  50:17,20

**applies** 24:16
**apply** 50:13
  56:20
**applying** 50:15
**appoint** 62:23
**appointed**
  33:14 60:17
  62:22
**appointment**
  33:17
**approve** 18:25
  57:13 65:25
**approved**
  21:13
**april** 13:23
  16:14
**arbitration**
  36:23
**ardent** 13:7
**area** 23:3 36:3
**areas** 40:23
**argument**
  22:11
**arguments**
  40:18
**arrest** 55:2
  56:3
**arrested** 54:22
**articulated**
  63:24
**articulating**
  23:22
**asked** 33:7
  44:19

**asking** 51:4
**assess** 15:13
**assistant** 30:2,3
  55:1
**association**
  54:24
**assuming** 18:25
**attack** 55:11
**attacking** 34:19
**attorney** 17:2
  17:14 30:3
  32:25 33:1,8
  57:23 60:5,16
  61:7
**attorney's** 30:4
  30:12
**attorneys** 29:23
  50:8 61:7
**authority** 2:6
  15:12 30:21
  31:12 37:13
  42:21,25
**authorized**
  23:16 62:16
  63:4,7
**available** 21:14
**aware** 60:4,4

**b**

**back** 5:9 6:23
  21:3 26:23
  34:24 50:5
  54:1 56:23
  61:22 65:10
**backdrop** 3:25
  49:9

**[background - cause]**

background 30:1 36:7
balance 51:6
ballot 8:24 9:23
9:24 12:3
15:25 21:12
22:18,25 26:12
58:5 61:19,19
bar 22:22
base 19:9
based 6:14 11:4
19:24 36:2
basic 53:14
bat 33:3
bay 34:3,4,5
39:19
bearing 21:4
beginning 3:14
behalf 33:5
37:8
believe 7:24
11:9,20 12:2,9
16:5,7 20:17
21:15,21 23:23
believes 60:9
belt 26:4
benefit 21:13
benefits 17:11
20:24 21:4,8
21:18,20
berlin 32:18
33:22,25 34:1
35:2
best 5:23 12:2
15:3 18:24

37:21
bifurcate 61:18
biggest 55:23
blood 45:17
board 1:13 2:5
2:17,22,23 3:8
5:21 6:6,21,22
9:14 10:7,11
10:12,15 11:2
11:13,14 15:12
17:21 18:7,10
18:11 19:4
20:2 24:15
25:24 29:4,23
31:4,10 32:14
32:19,23,24
33:7,14,16,19
35:14 39:9,12
41:9,22 42:2,3
42:20 43:9
47:13,20 48:16
50:6,12,23
51:11,16,19
52:4 53:3,4,7
53:10 56:23
59:14,17 60:4
60:11 62:10,16
62:21 63:4,21
64:7,7
board's 59:12
59:16,24 60:1
63:9
boards 16:21
16:24

bob 30:13
bodies 46:16
body 33:5
bolanos 13:2
boss 30:12
bottom 15:24
bred 46:20
briefly 16:11
bring 42:5 61:7
62:25 64:9
broad 63:25
broadmoor
45:9,15
brock 36:25
brought 2:8
50:8 58:8
business 34:23
buy 46:23

**c**

c 41:12 42:15
42:17,17 43:25
44:3,11,14,16
44:20,22 45:1
67:1,1
california
22:23 25:21
43:15,16 46:16
46:17 47:15
call 28:22 37:9
64:18 66:7
callagy 29:4
46:21
called 3:21
25:22 33:11

calling 2:3 3:20
25:14,25 26:6
37:10,22
calls 31:2
cameras 8:3
11:16
campaign 13:2
13:8 16:2,6
22:20 24:19
34:7 36:5
42:13
campaigning
24:11
candidate's
36:3
canepa 66:18
captain 55:1
captains 3:21
27:20
car 33:5
care 61:21
careful 23:11
23:13
carefully 53:10
cares 36:13,17
59:14
carlos 43:6
case 7:1,24
23:2,2 33:3
36:25 45:5
50:4 52:1
cast 64:23
caught 33:10
cause 2:7 43:19
46:10

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[caveat - commission]**

**caveat** 58:9
**cede** 45:23
**celebrated** 8:15
**certain** 20:20
  58:13
**certify** 67:3
**chair** 31:17
  44:19 49:4
  52:13 57:22
**challenge** 35:21
**challenged**
  50:17,19
**challenging**
  28:9
**chambers**
  28:17 35:6
  56:9,12
**chance** 5:19
  18:23 26:11
  30:17 53:17
**changed** 40:2
**changes** 30:8
**changing** 46:11
  46:12
**channel** 39:3
**chapter** 47:7,12
  47:22
**character** 6:11
**charge** 31:3
**charter** 2:5
  8:23 9:9 14:13
  17:18,20,22
  18:6,9,17,18
  19:2,16 22:14
  24:10 25:9,20

26:22 27:11
  37:11 38:3
  50:10,14,16,17
  50:21 51:18
  52:6
**charters** 48:4
**check** 32:4
  33:24
**cheerleaders**
  6:11
**chief** 49:11,14
  49:16,21
**chiefs** 30:9
**choice** 15:3
  64:9
**choose** 10:6
**chooses** 64:9
**chose** 11:12
  53:25
**chosen** 11:14
**christina** 29:6
  31:21 34:6,9
  39:20 40:1,9
  43:2,13,20
**christopher**
  28:18,20,21
  31:16,19
**cindy** 40:12
  41:11,12,14,15
  42:14
**circumstance**
  4:17
**circumstances**
  14:10 15:3,14
  16:17

**cities** 49:12
**citizen** 39:20
**city** 38:13
  39:19 42:18,18
  49:10,15,21,23
  49:25,25
**civil** 8:7 24:18
  27:24
**civilian** 27:22
  47:7,22
**claim** 56:2
**claims** 4:7
**clarification**
  63:21
**clarifications**
  27:5
**clarify** 63:3
**clarity** 25:3
  61:9
**clause** 37:14
  45:11 50:13
**clear** 6:8 8:25
  11:10 21:6
  23:1 25:16
  45:14 46:4
  51:9,21 54:10
  61:24 62:2
  63:1,13
**clearly** 45:12
  63:23
**clerk** 28:14
  35:6 44:9
**closely** 23:18
  24:13

**coast** 40:4
**code** 26:1 42:12
  42:22 43:15
  47:16 51:23
  60:19 63:16
**colbert** 33:23
  35:5
**colleagues**
  15:10 31:20
  55:15
**color** 57:9
**combined**
  46:20
**come** 6:23 9:12
  11:13 17:7
  18:23 20:1
  28:23 29:2
  30:1 34:2
  51:25 52:14
  55:8,11 56:9
  56:23 58:22
  61:4
**coming** 34:23
  56:17 58:21
**comment** 2:12
  15:18 27:4
  28:8,10,14
**comments** 2:10
  12:6 24:24
  28:16 49:4,6
  51:2,4 52:23
  57:13
**commission**
  45:9 47:8,23

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[commissioner - corzo]**

commissioner
  30:7
commitment
  11:4 38:6
committed   5:22
communicate
  23:14
communicating
  4:18
communication
  22:13,14 39:7
communicati...
  23:8,20 24:9
community   6:2
  8:6,19,23 9:13
  9:15,21 10:8
  12:9 30:19,19
  30:21 31:2
  34:4 37:22
  38:1,17 40:2,3
  44:4 45:21
  47:11 55:6,9
  57:1,11
company   4:6
complain   34:10
complainants
  6:25 7:17 8:8
  27:23 32:2
  57:8
complaint
  58:25
complaints
  3:15 17:4,4
  22:2,7 41:24
  47:10

completely
  34:14 54:14
  56:9
component
  64:11
concern   16:19
  48:23 55:19
concerned
  14:17 17:6
  39:20 48:11,14
  64:24
concerning
  56:19
concerns   3:11
  5:20 15:6
  16:21 39:4
conclude   12:6
concludes
  66:20
conclusion   63:5
conclusions
  9:13
conditions   8:13
  14:11,15
conduct   47:15
conducted   18:9
confidence
  27:16 29:17
  38:5 54:19
  56:17
confident   7:22
conflict   53:15
  60:9
conflicts   29:18
  53:15

consent   5:12
consequences
  7:23
consider   2:23
  15:14 16:3
  49:1
considered
  24:10 53:10
consolidate
  26:9,15
constituents
  41:19
constituted
  35:14
constitutional
  29:25 42:7
  46:10
contemplates
  19:17
contests   6:8
context   5:3
continuance
  51:4
continue   5:22
  22:1 28:5 31:6
  44:7 51:6,7
  64:25
continued   10:1
  10:1 29:8
  45:13 47:20
continues   9:5
continuing
  22:6
contrast   41:19

conversation
  11:14 19:13,20
  19:22 29:19
  54:3,4
convicted
  20:20
conviction   21:2
cooperate   33:2
coordinator
  30:5
cops   46:20,21
cordell   32:24
  33:2 36:18,24
  45:13
core   12:10
  53:12 54:6
cornerstone
  37:16
corpus   10:24
  13:7 29:6,7
  31:21 32:13,21
  32:21 34:3,6,9
  39:21 40:1,9
  43:13,20 46:20
  46:25 51:25
  52:14
correct   2:13
  22:21 52:7,8
corresponden...
  2:15 3:6
corrupt   34:21
corruption
  11:9 34:22
corzo   2:9 5:7
  12:17,19 17:1

**[corzo - democratic]**

25:6 27:2,3
28:13 34:16
38:18 52:25
53:1 57:17
61:8 62:5
63:20 64:21,22
65:9,11,19,24
66:2,10,11
**cost** 11:24 17:7
**council** 49:10
50:1
**councils** 49:15
**counsel** 2:13,15
2:17,21,24 3:5
3:7 13:11
16:11 20:1
29:5,9 31:21
32:14 46:9
51:3 52:2 58:1
59:8 60:8
62:17,19,22,23
63:6,8,10,17
**counsel's** 60:17
**count** 32:22
**counter** 40:18
41:1
**county** 1:13 2:5
4:6,11 5:5 8:15
9:8,21 10:1,3,4
10:18,23,25
11:24 13:11,14
14:22 17:2,2
17:11,11,14,18
22:20,23 23:11
23:12,12,14

24:2,3,13,14,19
26:18 29:9
30:6 33:3,6,8
36:9,13 37:24
38:14 40:17
41:20,24 42:23
43:1 45:12,19
46:19 47:6,17
47:23 48:5
49:13,25 53:14
54:18 55:18
56:3,20 57:23
60:5,15 63:16
**county's** 15:23
**couple** 12:21
17:19,24 25:19
27:4 43:16
47:6,18,18
61:10
**course** 60:14,16
**court** 7:21 32:6
44:6 46:6,7
50:17,20
**courthouse**
32:8,8
**courtrooms**
7:15,18
**cover** 59:9
**creating** 39:1
44:4 45:18
**credibility** 6:14
**credible** 6:25
6:25
**crime** 30:19,22
34:12 40:3

43:2
**crimes** 20:21
**criminal** 21:1
24:18,20
**critical** 37:25
38:16
**criticisms**
10:22
**crossed** 26:5
**cube** 42:23
**curious** 16:25
17:3,8 18:22
57:22
**current** 32:21
38:19,20,22
48:10 53:13
**currently** 35:14
**curtain** 43:8

**d**

**da** 30:2
**dan** 46:1,1,3
47:2
**date** 13:19 19:4
51:10,16 67:6
**dates** 51:22
**dating** 20:24
**dave** 2:1 5:6,8
12:14 15:8
22:8 24:23
25:4 26:25
28:12 35:1
36:20 43:23
44:9,13,21,24
48:2 49:5
52:19,24 57:15

57:19 61:15
64:14,19 65:2
65:5,8,14,17
66:5,8,19
**day** 8:12 32:8
54:20
**days** 26:14
47:18 51:13,22
**deadline** 51:13
**deadlines** 51:22
**death** 34:24
**december** 1:14
2:6 13:14
51:12,20 52:1
57:25 58:4
59:6 64:8
**decide** 9:8
46:23 51:16,17
59:2
**decided** 12:8
50:12
**decision** 15:11
54:10 63:22
**decisions** 10:15
10:16,18 54:16
55:7
**defense** 18:5,16
**defined** 47:16
63:23
**deflecting** 8:2
**delay** 9:7 31:22
32:15
**delaying** 8:2
**democratic**
37:17 46:17

Page 6

**[deny - endorsed]**

**deny** 56:10
**denying** 8:2
**department**
3:17 4:12
24:14 30:23
31:1 38:20,21
50:1
**departments**
23:12 24:2
**depaula** 28:19
31:16 32:18,19
**deprive** 20:23
**deputies** 33:4
34:5,8,13
**deputy** 27:19
54:23
**determinations**
6:14
**determine** 6:18
6:19
**develop** 39:6
**devil** 43:7
**dialogue** 62:10
**dictated** 60:18
**different** 19:20
19:21 40:21
49:21 58:14
60:13
**difficult** 15:21
15:22
**directed** 57:23
**direction** 59:20
**directly** 28:19
55:11

**disappointed**
11:17
**disclosed** 41:6
**disclosure**
36:10
**discretion**
59:12,16,19,24
60:1
**discussed** 26:19
**disk** 33:18
**disrespectful**
35:16
**distinction** 23:4
**distracting**
34:16,17
**district** 32:25
33:1,8 45:16
**diver** 46:13
**documents**
43:22
**doing** 5:23 10:8
10:20 11:5
20:9 26:20
28:6 29:20
34:23 38:15
48:22 50:4,5
56:20 60:19
**dollars** 11:24
**dollhouse**
33:12
**donald** 34:23
**don't** 5:12 16:7
**door** 3:1 24:8
**dotted** 26:5

**dozens** 43:3
**drawn** 23:4
**driving** 45:17
**dropped** 40:4
**due** 11:10
29:17,24 50:9
50:15
**dui** 45:16
**duties** 39:13
**duty** 34:5 47:14
**dysfunction**
14:21 55:24
57:2

**e**

**e** 51:21 67:1
**earlier** 8:14
14:2 50:21
**earliest** 13:21
**early** 13:13
**earrings** 34:18
**echo** 31:22
**educate** 9:14
**educated** 9:3
**educating** 23:5
23:16
**education** 38:1
**effect** 14:16,19
**either** 4:19
21:16,20 22:24
59:12
**elected** 2:7 7:3
32:22 33:13
35:23 37:19
43:15 45:9
48:16 49:17

50:6
**election** 2:3
9:11 11:22,25
13:18 19:4,7
19:11 21:7
22:15 25:15,20
25:24,25 26:1
26:3,7,9,22
27:11 35:22
37:10,23 42:12
44:23 48:12,13
48:20,21 51:8
51:10,12,21,23
52:7
**elections** 13:15
26:10
**eliminate** 29:24
36:9
**else's** 54:12
**embedded** 26:1
**emergency**
57:1
**employee** 4:7
4:11,15 10:4
16:16 20:18
**employees** 3:16
5:4 8:7,15,17
10:2 14:12,16
24:3 55:19
**empowers** 38:1
**encounter** 34:5
34:13
**endeavor** 17:23
**endorsed** 33:17

Page 7

**[endured - forward]**

| | | | |
|---|---|---|---|
| **endured** 8:19 | **example** 40:24 | **fall** 14:7 | 61:21 |
| **enforcement** 30:5,18 37:18 45:11,19 46:15 56:19 | **exclusive** 48:16 | **false** 13:3,8 | **fist** 46:22 |
| **engage** 34:9 | **excuse** 58:1 | **families** 8:19 | **five** 43:11 |
| **engagement** 38:1 | **executive** 17:2 | **fani** 36:8 | **fixin** 38:14 |
| **english** 47:25 | **exercise** 17:22 46:9 | **far** 41:2 57:6 | **flag** 60:19 |
| **ensure** 23:20 37:21 | **exist** 14:13 16:17 | **fashion** 47:17 | **flaws** 40:21 |
| **ensures** 37:25 | **existed** 16:17 | **fast** 41:2 | **folks** 20:23 27:5,12 |
| **entire** 34:4 54:18 | **exists** 49:18 | **faster** 14:5 | **follow** 22:11 43:14 53:13 |
| **entirely** 36:17 | **expect** 28:9 | **favor** 34:2 45:10 48:10 | **followed** 28:18 31:16 32:18 33:22 35:10 37:4 38:10 39:15 40:12 41:12 42:15 46:1 47:3 |
| **entitled** 17:12 21:7 | **expense** 37:15 | **fbi** 30:13 33:12 33:18 | |
| **entitlement** 21:18 | **explain** 7:10 | **fear** 55:23 | |
| **especially** 9:21 31:9 | **explanation** 18:5,16,22 | **feasibly** 13:21 | |
| **essential** 45:21 | **expression** 35:25 | **february** 67:6 | |
| **establish** 18:11 | **extend** 52:13 | **federal** 44:6 46:11,12,14 | **following** 42:12 |
| **estate** 33:6 | **extent** 2:20 | **feel** 14:24 15:1 55:18 61:9 | **follows** 53:5 |
| **esteemed** 31:25 | **extremely** 8:12 64:24 | **feeling** 16:23 | **foreclose** 20:9 |
| **etcetera** 23:19 25:15 | **f** | **feelings** 15:25 16:1 | **foregoing** 67:4 |
| **ethics** 53:14 | **f** 67:1 | **female** 28:2 36:11 | **forensically** 4:4 |
| **event** 14:20,22 | **face** 7:23 44:5 | **fifteen** 7:9 | **formally** 57:24 |
| **events** 40:5 | **faces** 34:8 | **fifths** 2:8 17:24 | **former** 4:7,10 4:15,22 7:12 7:15 10:22 13:1 33:9 54:24 |
| **everyday** 55:25 | **fact** 20:14 43:14 | **fight** 16:6 46:22 | |
| **evidence** 6:19 15:5 52:3 53:19 | **facts** 6:14 9:12 10:16 11:4 15:14 16:4,6 | **file** 36:15 | |
| | **factually** 53:19 | **finally** 17:8 | **forth** 18:17 19:16 23:3 51:23 |
| | **failed** 28:3 | **find** 53:11 | **forum** 5:13 |
| | **fails** 16:11 | **fire** 4:14 49:16 | **forward** 2:9 5:4 11:22 12:10 18:23 |
| | **fair** 15:16 23:22,23 | **first** 7:3 12:16 20:25 25:20 28:2,17 55:13 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[forward - heard]**

20:1 23:24
36:10 53:7
58:8 59:2
**found**  20:25
27:25
**four**  2:8 17:23
27:8
**frame**  59:18
**francisco**  30:2
**frankly**  22:4
58:20
**fraternization**
36:6
**fraudulent**
42:24 44:8
**front**  8:3 9:1
11:16 15:2
28:1
**full**  13:14,16,17
43:22
**fully**  32:16 38:2
**fund**  63:17
**funny**  49:10
**further**  49:4
52:22
**future**  4:20
16:21,24 38:25
48:15

**g**

**galen**  40:18
**gather**  13:18
**gathered**  14:2
**general**  39:2,6
47:9,13 48:24
63:25

**generally**  22:22
**george**  40:18
**getting**  17:3
**girl**  33:11
**give**  6:11 29:10
30:17 31:10
32:15 39:12,22
39:22 40:7,8
42:7 50:12
**given**  4:16
16:24
**giving**  4:20
31:13 48:16
**go**  5:12 21:2,23
25:4 26:12
27:4 43:10
45:3 46:23
49:19 50:13
51:17 52:6,21
57:14 60:22
61:1,22
**goes**  22:17
**going**  2:25 9:1
14:25 22:16
23:24 26:12
28:22,22 29:18
30:14,16 36:10
37:14 42:9
44:5 48:13
51:17 53:9
65:1
**golestan**  35:8
37:3 38:9
39:14 40:11
41:11 42:14

44:2,15,18
45:2,25 47:2
48:7 49:3
**good**  5:24 11:6
29:3 31:19
33:25 35:12
39:17 40:19
45:7
**goodban**  37:4
38:10,12,13
**government**
22:24 24:4
45:17 47:16
48:23 60:18
63:16
**governor**  43:16
**grab**  48:19
**grant**  15:12,15
37:12
**granting**  2:5
**great**  4:16 34:7
55:19
**greatly**  8:1
**grounds**  18:2
18:13 19:6
**guess**  2:18 22:5
23:10 26:13
30:9 61:3 63:4
**guilty**  46:8
**guys**  42:20,21
43:12,14,19
44:1,3,5,7,14
44:17,20,22

**h**

**half**  34:3,3,5
39:19
**hall**  45:3,7,8
**hand**  23:1 43:5
45:3,4 57:20
65:11
**handling**  35:15
**hands**  40:12
**happen**  14:4,8
17:18,25 18:18
41:4,10 57:1
**happened**  9:6
33:18 58:23
59:1
**happening**  5:16
7:8 9:16 20:10
40:2 55:4
**happens**  12:8
16:10,10
**happiness**
30:10
**happy**  41:25
56:15
**harass**  33:4
**hard**  55:10
**harm**  9:5 10:2
**harmed**  57:7
**hasn't**  43:20
**haven't**  63:5
**hear**  28:8,17,23
29:21 56:15
**heard**  6:1 8:22
9:17 18:4
19:18 34:10

Page 9

**[heard - introduced]**

37:24 41:17,21
50:23
**hearing**  14:11
18:14
**heather**  33:22
35:4
**held**  2:3 12:4
50:15
**hello**  33:25
35:12 37:7
**helped**  40:3
**hesitant**  22:2
**hi**  38:12 41:14
**hire**  37:1 49:11
49:13 63:8
**hired**  4:6 30:9
32:24 45:16
**hispanic**  33:11
**historically**
49:18
**history**  15:23
**hold**  11:25
**holding**  54:11
**homonyms**
43:22
**honestly**  10:3
**hope**  39:1,10
41:8
**hopefully**  34:21
34:25
**hoping**  25:2
**hours**  41:4
**house**  33:10
**hr**  22:3

**huge**  9:20
10:24
**human**  6:4
49:14
**hundreds**
46:15
**hunt**  39:25
43:7,7
**hyde**  67:3,12
**hyperboles**
43:22
**hypothetically**
13:13 14:1
**hysteria**  35:13
44:4

**i**

**icac**  47:19
**identified**
62:19
**imagine**  16:16
**impact**  20:15
21:18
**impacted**  10:5
55:20
**implemented**
48:5
**implications**
38:3
**important**
40:22 49:24
**inappropriate**
34:15,18
**inappropriately**
50:18,20

**incapable**
54:11
**incarceration**
36:14
**inclined**  19:15
19:21 20:10
**include**  26:2
**included**  20:19
25:12,16 26:18
26:21
**includes**  50:21
**including**  24:15
**inconclusive**
6:16,23
**incorrect**  53:20
**incumbent**
49:20
**independence**
37:20
**independent**
3:3 6:4 7:14
39:3
**indiana**  33:4
**indicate**  2:16
**indicated**  2:22
**indicating**  2:21
**indiscernible**
24:24 36:11
39:11 44:10
52:18
**indiscretions**
42:4
**individual**  33:6
**individuals**
62:18

**inform**  9:2
**information**
23:15,15 27:1
41:6
**informational**
23:5
**initiated**  13:13
**injunction**  44:6
**innocent**  33:4
**input**  47:9
**inspector**  39:2
39:6 47:9,13
**instance**  21:8
24:7
**institutions**
37:17 38:5
**integrity**  48:12
48:21
**intends**  4:14
**interest**  5:24
29:18 37:22
53:16
**interesting**
49:9
**interests**  54:13
**interim**  14:23
**interrupt**  60:25
**intervention**
27:11
**interviewed**  8:9
32:1
**interviews**  5:2
**introduced**
25:8

Page 10

**[investigate - largely]**

**investigate**
6:13 32:25
47:10
**investigated**
6:10 7:5 40:5
**investigates**
47:8
**investigation**
3:2,3 4:19 6:4
7:3 11:12 56:6
58:15
**investigations**
6:7,12,23 7:11
55:3
**investigator**
32:1
**investigators**
7:14
**invitation**
19:25 52:14
59:18,20,21
61:18,25 62:11
62:24 64:5
**invite** 3:4 57:24
59:13 61:4
**invited** 11:13
**involved** 32:20
**involvement**
55:2
**issue** 22:18
24:15 25:24
35:15,24 36:4
37:25 53:12
59:20 60:20
63:23 64:1,5

**issues** 36:15
47:10
**it'll** 22:17
**item** 2:2 18:25
25:12 33:24
35:9 52:16
66:20
**items** 26:24
58:20

**j**

**jails** 36:16
**james** 41:12
42:15,15,17,17
43:25 44:3,11
44:14,16,20,22
45:1
**jewelry** 34:16
**jimenez** 38:10
39:15,17,18
**joaquin** 38:10
39:15,15,17,18
**job** 28:11
**john** 2:14 13:20
14:6 17:16
19:1,12 20:3,5
20:8,12 21:10
21:15,21,25
22:22 24:2,12
24:20,25 25:5
50:19 51:9,19
52:8 59:11
61:24 62:6,14
63:12,15 64:2
65:22 66:1

**johnson** 41:12
42:15,17,17
43:24,25 44:3
44:11,14,15,16
44:18,20,22
45:1
**join** 57:25
**joking** 36:8
**judge** 7:12
32:24 33:2
36:24
**judge's** 40:20
**judges** 7:15
**juncture** 38:16
**justice** 31:9,9
37:9 38:7
46:18
**justifiable**
43:18
**justification**
43:13
**justify** 42:23
43:25
**justifying** 43:8

**k**

**kangaroo** 46:7
**keep** 35:17
**kind** 5:9 19:13
19:22 22:3
23:2 26:3
54:21
**kinds** 5:10 6:6
6:12,15,18,22
7:11 8:16

**know** 4:13,21
4:23 5:11,18
6:21 7:13,17
7:20 8:1,6 9:17
9:25 10:11,16
11:8 13:8,9
16:7,19 17:13
19:9,14 20:6
20:17 26:13
28:2,3,4,7
29:13 30:25
31:22 34:20
41:16 42:8,10
43:6 45:8,18
47:21 53:18
54:1,2 55:5,21
56:5,13,16
59:3,5,17,21,25
60:2,3
**knowing** 33:17
**knowledge**
21:10
**known** 12:25
**knows** 4:23,24
53:4 56:5

**l**

**la** 47:23
**lack** 29:17
40:16
**ladoris** 36:18
36:24
**language** 26:2
**largely** 46:11
46:12

Page 11

**[late - means]**

| | | | |
|---|---|---|---|
| **late** 57:7 | **lied** 54:7 | **m** | 26:13 37:10 |
| **law** 7:21 12:5,6 | **lies** 7:22 | | 51:10 |
| 20:17 22:23 | **lieutenants** | **madam** 35:6 | **mark** 28:19 |
| 23:1 25:21,22 | 27:19 | 44:9 | 31:16 32:17,19 |
| 30:4,18 32:6 | **life** 34:4 | **madden** 35:9 | 45:1 |
| 37:18 45:11,19 | **lift** 9:20 | 35:12 36:22 | **mass** 24:9 |
| 46:6,14 53:5 | **light** 34:8 | **made** 2:24 | **mat** 36:24 |
| 56:18 64:3 | **lightly** 55:8 | 10:16 15:9 | **mateo** 1:13 2:5 |
| **lawsuits** 17:6 | **likely** 13:23 | 17:14 26:10 | 4:12 9:8 30:6 |
| **lawyers** 31:10 | 17:7 | 27:17,24 32:9 | 32:22 33:3,5,8 |
| 53:3,4 | **line** 15:24 | 32:10 53:24 | 37:23 38:14 |
| **lead** 16:2 | **listen** 51:3 | 54:8 63:22 | 41:19,23 42:23 |
| **leader** 54:15 | **listened** 47:19 | 64:15 | 43:1 45:12,19 |
| **leadership** | **listening** 40:15 | **major** 14:21 | 47:17 48:5 |
| 27:10 | **literally** 28:11 | **majority** 49:12 | 49:13,25 |
| **leave** 22:6 | **little** 22:2 29:7 | **make** 6:3,13 | **matter** 2:18 |
| **led** 53:8 | **live** 34:3 38:13 | 7:21 8:5,5 9:3 | 7:21 9:4 29:8 |
| **ledanski** 67:3 | **local** 25:23 | 9:15 10:18 | 31:3,6 51:20 |
| 67:12 | 46:14 | 26:14 27:4,12 | 58:2 61:11 |
| **left** 16:23 27:8 | **long** 54:24 | 27:15 37:24 | 62:15 65:10 |
| 43:5 | **look** 11:8 15:2 | 39:8 41:10 | **matters** 10:19 |
| **legal** 23:21 | 23:7,18 32:3,3 | 42:22 51:10 | 22:4 55:4 |
| 24:16 44:6 | 36:10,25 39:1 | 52:1,9 54:15 | **mayor** 39:18 |
| 46:5,9 | **looked** 4:5 | 57:2,24 61:2 | **mazulla** 28:24 |
| **letter** 3:10,12 | 50:11 | 62:7 63:13 | **mazzucco** |
| 3:12 4:1 | **looking** 14:24 | **makes** 26:15 | 28:25,25 29:1 |
| **letterhead** 24:9 | 23:23 25:10 | 45:13 | 29:3 31:20 |
| **letters** 29:9 | **los** 26:17 47:6 | **making** 26:5 | **mcreynolds** |
| **level** 3:19 7:7 | **lot** 5:15 14:6 | 54:10 58:10 | 41:14,15 |
| 27:18,21 45:18 | 25:1 31:3,4 | **male** 36:11 | **mean** 2:20 14:1 |
| 53:22 54:20 | **loud** 8:4 | **man** 33:5 40:1 | 14:21 23:1 |
| 55:23 56:21 | **loudly** 8:3 | 52:18 | 55:25 56:1 |
| **liability** 39:6 | **low** 30:11 | **managed** 50:2 | 60:3,25 63:3 |
| **lie** 65:1 | **lowered** 45:4 | **march** 2:3 | **means** 4:21 |
| | | 11:22 17:10 | 63:7 |
| | | 19:3,7 26:10 | |

Page 12

**[meant - noelia]**

| | | | |
|---|---|---|---|
| **meant** 6:9 12:18 45:5 | **misconceptio...** 6:1 | **moving** 5:4 53:7 | **need** 5:13 30:16 31:10 36:21 |
| **measure** 21:12 22:25 23:9 41:1 58:5 61:19 | **misconduct** 20:24 | **mueller** 2:9,11 2:19 12:12,15 12:16,20 13:24 | 37:12 46:24 48:3 57:9,10 57:10 |
| **media** 11:19 | **misrecalling** 21:2 | 14:9 17:1 22:9 22:10 23:25 | **needs** 12:4 23:7 45:12 54:15 |
| **meet** 51:17 | **mix** 25:2 | 24:6,17,22 | **neither** 48:10 |
| **meeting** 18:10 25:8,11 26:19 41:3,5 47:19 51:25 52:15 64:7,7 | **mixed** 15:25 16:1 | 29:14 30:13 38:17 41:5 46:25 49:7,8 51:1,14,24 | **never** 7:2 9:6 10:12 30:10 34:10 |
| | **mobile** 33:3 | | **new** 27:9 41:9 42:10 54:22,25 |
| | **moment** 18:21 | 52:12,21 58:6 | **newly** 35:23 |
| | **monica** 32:18 33:22,25 34:1 35:2 | 60:21,24 61:20 62:5,7 63:2,14 63:19 64:12,16 65:3,4 66:3,12 66:13 | **news** 5:1 12:23 |
| **member** 5:14 6:21,22 46:18 | | | **newsletter** 24:8 |
| **members** 29:3 29:23 47:20 55:10,19 | **moon** 34:3,3,5 39:19 | **mueller's** 19:24 | **nibbelin** 2:14 13:20 14:6 17:16 19:1,12 |
| | **morale** 30:11 30:24 34:13 | **mute** 44:21 | 20:3,5,8,12 21:10,15,21,25 |
| **men** 30:25 | | **n** | 22:22 24:2,12 |
| **mentality** 54:14 | **morning** 29:3 31:20 33:25 35:12 39:17 45:7 | **n** 67:1 | 24:20,25 25:5 29:5,9 50:10 |
| **mention** 45:5 | | **nagging** 16:23 | 50:19 51:9,19 |
| **mere** 8:18 | **motion** 57:13 59:9,13,13,19 61:2,10,12,23 61:25 62:8 64:4,13,14 65:9,18,22 66:17 | **name** 28:23 34:1 37:7 38:13 39:18 41:14 45:7 | 52:8 59:11 61:24 62:6,14 63:12,15 64:2 65:22 66:1 |
| **messages** 58:20 | | | |
| **method** 49:12 | | | |
| **mic** 28:20 | | **nancy** 37:4 38:9,10,12,13 39:14 | **night** 3:10,25 |
| **mike** 43:4 | | | **nine** 30:3 |
| **mike's** 43:7 | | | **noelia** 12:19 27:3 53:1 57:17 61:8 63:20 64:22 |
| **millions** 11:23 | **motions** 61:16 | **necessarily** 7:12 | |
| **minority** 36:7 | **mott** 23:2 | | |
| **minus** 51:12,21 51:22 | **mouth** 56:17 | **necessary** 13:17 | |
| **minute** 16:12 28:20 31:18 37:5 40:24 | **move** 2:2 11:22 12:10 28:13 59:2 65:10,19 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[noelia - pathetic]**

65:19,24 66:2
66:11
**non** 59:15,25
**normal** 7:6,16
27:20
**nose** 34:17
**note** 2:14 17:14
17:19 20:14
25:5,11 26:8
26:17 60:2
62:15 63:21
**noted** 20:20
25:6 50:21
62:18
**notes** 40:17
**notice** 18:12,12
19:17,19 50:22
52:10
**notified** 41:2
**november**
13:22,25 14:8
26:23 51:8
56:8
**number** 35:9
59:22

**o**

**o** 67:1
**oath** 7:17,23
64:24
**obviously** 3:1
15:20
**occur** 19:2,3
**occurred** 20:25
63:18

**occurring**
26:10
**offer** 10:7
18:16 58:1
**offered** 32:13
**office** 3:22 7:8
8:17 9:5 10:2
13:15 14:13
17:5 20:21
27:10 28:4
30:4,12 34:12
39:7 44:23
47:8,12 54:16
54:20 55:24
57:2,6 60:5,5,6
60:10,15
**officer** 45:16
56:19
**officers** 27:18
43:4
**official** 7:3
43:15 47:14
48:13
**officials** 24:14
37:19
**oh** 57:13
**okay** 2:1,19
12:20 21:20,23
28:21 35:5
45:2 52:12
61:24 63:14,19
64:12 65:15
**old** 30:12
**once** 2:23 3:4

**one's** 46:9
**ones** 59:5
**ongoing** 39:2
41:6
**operation**
33:12
**opinion** 41:18
**opinionated**
40:21
**opportunity**
11:11 15:13
18:4,14,15
19:18 27:9
29:10 31:11
32:10,15 38:4
38:24 39:4
41:16 42:8
50:23
**oppose** 22:25
**optimally** 14:7
**option** 12:2
**options** 53:6
**order** 14:7
48:20 51:10
**ordinance** 2:2
25:7,7,9,12,22
26:3,21 51:11
55:16 65:21,23
65:25
**ordinary** 60:16
**outlined** 38:18
**oversees** 50:1
**oversight** 45:13
45:19 47:7,23

**overtime** 36:16
**own** 9:12 32:2
41:18 58:25
**owned** 45:17

**p**

**package** 21:13
**packet** 25:10
**panel** 36:22
**part** 4:18 10:24
18:22 47:13
54:9
**participate** 3:1
11:11 38:23
**particularly**
37:17
**parties** 19:14
19:21 20:10
40:6
**party** 46:17
**pass** 9:9 17:19
18:19 22:13
45:22 56:23
65:20
**passed** 50:11
50:25 51:15
52:16
**passes** 16:10
65:9 66:18
**past** 11:8
**pat** 46:1 47:2,3
47:5 48:4,7
**path** 16:13
**pathetic** 44:16
44:17

Page 14

**[paul - previously]**

paul 42:15
pause 4:16
pay 63:6
pedophiles
  34:24
penalty 34:24
pending 23:9
pension 20:16
  20:18,23 21:4
  21:18
pensions 20:14
people 4:18 6:3
  7:5,18 9:5,7
  13:5 14:10
  22:19 27:15
  30:14 32:1
  36:25 39:3
  41:22,23 43:2
  43:11 48:22
  49:22 55:7,17
  56:1,16 57:5
people's 35:25
  48:23
pepra 20:18,23
percent 39:21
  40:10 43:2
perception
  48:25
period 14:23
  22:15
permission
  39:22 40:8
persky 36:24
person 4:24
  32:9 37:1

40:19
person's 20:16
personal 53:22
personally 6:24
  12:2
personnel 3:19
  3:22 36:15
phone 4:4,7
pick 36:19
pine 2:1 5:6,8
  12:13,14 15:8
  15:20 16:3
  22:8 24:23
  25:1,4 26:25
  28:12,16 35:1
  36:20 43:23
  44:9,13,21,24
  48:2 49:5
  52:19,24 53:2
  57:15,19,22
  61:15 64:14,18
  64:19 65:2,5,8
  65:12,14,16,17
  66:5,7,8,19
place 3:2 9:23
  12:3 13:22,25
  14:7 18:25
  19:14,20 23:6
  23:8 49:23
  53:8
placed 8:24
plain 47:25
planning 49:2
platform 6:9
  64:25

please 3:8
  28:19,23 29:1
  35:6,10 37:5,6
  38:11 39:16
  40:12 41:13
  42:16 44:21
  45:6 46:1 47:3
  48:8 49:1
  53:17
pledge 31:8
point 15:9 19:3
  19:4,7 21:3
  22:3 25:17
  31:23 62:3
points 15:9
  40:20
police 30:6,9
  45:9,15 49:11
  49:13,16,21
policies 42:22
policy 10:1
  39:8 46:11,12
  53:14
political 22:18
  32:6 56:13
popularity 6:8
portion 66:21
position 15:21
  39:2,24 48:17
  50:7 56:11
possibility
  52:10
possible 48:6
possibly 14:15

posted 40:18
  40:23
potential 26:9
  29:17
power 8:24
  15:15 17:22
  48:16,19 50:12
powers 39:13
practice 39:8
precedent
  48:15
predict 35:21
premature
  31:12
premier 23:2
prepared 26:6
  59:5 61:2
present 15:4
  52:3
presented 9:11
  15:5 29:16
  53:6 55:5
preserve 48:21
preserving
  48:11
president 54:23
  56:4 57:17
  61:12
pretty 49:15
prevent 15:4
  60:10
previous 10:13
  10:15
previously
  32:13

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[primary - ray]**

primary 21:3
principle 23:21
prior 25:8
  26:19 42:1,1,4
  50:23 51:11
proactive 57:4
proactively
  5:20
probable 43:19
  46:10
probably 13:22
  16:13 29:16
problem 4:9
  48:24
problems 38:25
  39:5
procedurally
  18:18
procedures
  18:8,11
proceed 35:7
proceeding
  18:8
proceedings
  67:5
process 11:10
  14:14 19:16
  29:24 31:5
  32:6 48:14
  49:19,22 50:9
  50:15,18,22
  60:18 63:16
processes 60:7
proclaims 26:3

proclamation
  25:24
prohibited
  22:16 24:1,3,7
prohibiting
  63:9
promote 56:11
promoting 43:9
proper 36:17
  36:23 52:20
proposals 5:11
proposed 37:11
  58:4 61:19
  65:20
protect 5:4
  28:3 31:6
  57:10
protected 8:11
protocol 39:7
proven 11:1
provide 3:8
  18:7 39:3
  58:11 59:3,5
  61:5 64:6
provided 18:3
  18:13 32:12
provides 18:6
  25:23 38:24
providing
  25:15 58:21
provision 16:20
  50:16,22 64:10
provisions
  20:17,19,22

public 5:13,14
  5:24 7:11 11:6
  14:20,22 15:11
  15:13,17 20:18
  23:5,16 27:4
  28:8,10,14,16
  37:16 38:5,16
  40:25 48:13,19
  48:25 54:17
  55:10,20 56:4
  63:3
publicly 8:3
puerwal 28:15
  29:1 31:15
  32:17 33:21
  35:4 64:17,20
  65:12,15 66:6
  66:9,12,14,17
pull 52:6 54:1
pulled 5:13
purported 3:6
purpose 2:4
  25:18
purposes 24:5
pursuant 18:8
  19:2
pursue 44:7
purview 46:5
push 13:18
  51:7
pushing 43:9
put 5:14 9:24
  12:24 13:4
  15:1 42:9
  46:21

putting 15:25
  54:12

**q**

qualified 56:12
question 17:9
  19:24 20:12
  22:11 51:5
  64:10
question's 22:1
questionable
  8:1
questioning 4:2
questions 5:16
  5:18 8:22
  10:11 16:9
  17:13 20:13
  31:4 39:4 62:9
quit 55:1
quite 46:4

**r**

r 67:1
raise 39:4 47:6
raised 57:19
rank 36:15
rare 7:6
rate 43:3
rather 48:13
  49:1
ray 2:11,19
  12:12,16,20
  13:24 14:9
  22:10 23:25
  24:6,17,22
  46:25 49:8

**[ray - required]**

| | | | |
|---|---|---|---|
| 51:1,14,24 | 46:25 48:12,20 | **regarding** 18:4 | 29:12,14 34:14 |
| 52:12,21 58:6 | 49:1 | 18:5 33:2 | 35:16,18 40:20 |
| 60:21,24 61:20 | **receive** 22:7 | 58:22 | 40:22 43:21 |
| 62:7 63:2,14 | **received** 2:15 | **regards** 42:12 | 45:13 49:14 |
| 63:19 64:12 | 3:10 | **registered** | 53:17,19 54:7 |
| 65:4 66:3,13 | **recent** 35:25 | 42:11 | 54:21 56:6,10 |
| **reached** 63:5 | **recently** 45:8 | **regular** 39:2 | **reported** 13:9 |
| **react** 41:7 | 54:2 | **reiterate** 9:20 | **reporter** 12:23 |
| **reacting** 49:24 | **recognize** 5:15 | 15:9 42:19 | 13:3 |
| **read** 35:15,18 | 10:21 60:15 | **related** 22:4 | **reports** 6:18 |
| **readiness** 14:20 | **recommendat...** | 47:10 | **represent** |
| **reading** 5:12 | 39:9 | **relationship** | 41:23 60:6 |
| 55:16 56:24 | **record** 3:23 | 58:19 | **representation** |
| 64:2 65:20 | 5:25 19:11 | **released** 54:21 | 60:13 62:25 |
| **reaffirm** 38:6 | 61:25 62:15 | 56:7 | 64:8,9 |
| **real** 3:11 33:6 | 67:5 | **relevant** 20:22 | **represented** |
| **reality** 53:12 | **recovering** | **remainder** | 2:13 3:5,7 8:10 |
| **really** 3:13 5:2 | 46:15 | 45:23 | 8:11 52:2 |
| 5:4 6:7 7:22 | **redwood** 38:13 | **remember** | **representing** |
| 9:16,20 32:4 | 42:18,18 | 49:22 | 29:5 41:22 |
| 48:21 49:9 | **references** 6:11 | **reminder** 31:17 | 60:10 63:10 |
| 53:23 54:6 | **referred** 4:25 | 37:5 | **represents** |
| 56:19 | **referring** 4:15 | **removal** 18:2,8 | 60:16 |
| **reason** 29:24 | 62:3 | 18:13 19:6 | **reputable** 7:14 |
| 58:3 | **refers** 4:22 | 21:17 50:24 | **request** 2:24 |
| **reasonable** | **reform** 20:18 | **remove** 2:7 | 26:8,16 31:22 |
| 18:3 | 46:18 | 17:23 37:13 | 58:11 60:7 |
| **reasons** 25:19 | **reformer** 36:12 | 39:23 40:9 | 63:24,25 |
| **recall** 9:18,18 | 36:18 | 42:21 43:10,12 | **requested** 2:16 |
| 9:20,21,23 | **refuse** 11:8 | 43:15 46:5 | 66:21 |
| 13:11,12,21 | **refused** 3:1 | 49:20 58:4 | **requesting** |
| 16:13 21:6 | **refuses** 38:23 | **removed** 21:16 | 32:14 |
| 27:12 32:20 | **regard** 15:16 | 40:7 44:23 | **required** 7:12 |
| 33:7 41:25 | 38:16 | **report** 5:19 6:2 | 7:16 9:22 |
| 42:8,13 46:24 | | 7:13 8:9 13:1,5 | 17:25 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[requires - seem]**

requires  21:1
　45:20 46:11,13
rescue  46:13
resident  10:4
　55:25
residents  38:2
resign  3:21,22
　11:21 17:9
　39:23
resigned  21:6
　33:13
resigning  21:3
resigns  20:15
resolution
　25:11,13,14,17
　25:18,25 26:6
　26:11,15,22
　45:10,22 55:17
　56:24 65:21,25
resolutions
　5:11 46:19
resoundingly
　14:12
resources  6:4
　22:20,23,24
　23:14 24:4,4
　24:19 49:14
respect  13:11
　19:18 20:13
　23:19 50:8
　53:14 55:13
　59:4
respected  8:16
respecting  50:6

respects  53:5
respond  17:15
　18:24 29:10
　31:11 32:11,16
　50:3 51:2
responded  36:5
responding
　31:1
response  19:17
　36:3 58:2,12
responsibilities
　47:21,25
responsibility
　10:7,17,17
responsible
　11:23 54:17
responsive
　28:10
rest  35:21
restate  5:21
retain  17:11
　37:20
retirement
　17:11 21:8
retract  13:4
review  53:17
rich  33:5
right  9:19
　10:18 11:6
　13:24 20:3,3
　24:23 26:25
　27:6 28:8,13
　29:15 30:25
　31:7 49:5 51:8
　55:4,9,12,13,18

56:12,25 57:11
　65:10 66:19
righteous  8:5
rights  29:25
　31:7 46:10
　55:14 56:2
ring  34:17
rise  3:13
risen  3:18
risk  14:23
role  39:11
roll  64:17 66:6
ron  39:15
　40:12,12,14
room  46:22,24
rubix  42:23
rule  36:6,9
run  23:20

**s**

safeguard
　38:24
safeguards
　37:21
safety  14:20,22
　38:17 54:17
sameena  35:10
　37:3,6,7,8
san  1:13 2:5
　4:12 9:8 30:2,6
　32:22 33:3,5,7
　37:23 38:14
　41:19,23 42:23
　43:1 45:12,19
　47:17 48:5
　49:13,25

sandwiches
　46:23
saw  8:14 12:23
　54:25 56:8
saying  3:7 4:14
　12:1 43:6
　56:18
says  31:22
scared  55:22
scenario  21:20
schedule  41:7
school  6:5,22
searched  40:16
seats  35:23
second  3:9,24
　5:11 8:21
　13:10 51:1
　55:16 56:24
　58:8 61:21,22
　64:13 65:20
　66:3
secondarily
　50:3
seconded  64:15
secondly  12:21
secretary  42:11
secure  37:9
see  2:12 8:2
　9:25 34:8 35:2
　55:23
seeing  9:6
seek  17:21
seem  29:13
　48:18

**[seems - soon]**

| | | | |
|---|---|---|---|
| **seems** 38:20,22 | **sheriff** 2:7,12 | **sheriff's** 4:12 | **similarly** 24:1 |
| **seen** 3:6 6:6,17 | 2:16,20,20 | 7:8 8:17 9:5 | **single** 27:20 |
| 6:22 7:3 | 3:11 4:1,13,17 | 10:2 14:12 | **sit** 4:13 11:7 |
| **send** 24:9 | 4:24,25 7:25 | 17:5 27:10,18 | 28:5 |
| **sense** 29:21 | 10:24,25 11:1 | 28:4 29:24 | **sitting** 43:5,11 |
| 57:24 | 11:1,11,12,16 | 31:1,6 34:12 | **situation** 28:1 |
| **sent** 4:1 29:9 | 11:21 12:4 | 39:7 43:4 47:7 | 54:22 |
| **sentence** 4:5,10 | 13:2,7 16:6,8 | 54:16,20,23 | **six** 27:7 40:11 |
| **separate** 2:16 | 17:9,10,23 | 55:24 57:2,6 | **sixty** 43:1 |
| 60:7,8,17 | 18:1,15,23 | 60:4,6 | **slave** 33:10 |
| 61:16 62:16,22 | 19:25 24:1,6 | **sheriffs** 10:13 | **slocum** 15:17 |
| 62:23 63:6,17 | 24:13 27:6 | 10:23 27:19 | 15:19 17:17 |
| **sergeants** 27:19 | 28:2 29:5,7,15 | **sherry** 35:8 | 18:20 19:8,23 |
| **serious** 6:13 | 29:19 30:17,22 | 37:3 38:9 | 20:4,6,11 21:5 |
| 29:19 31:23 | 31:11,21 32:21 | 39:14 40:11 | 21:11,19,23 |
| **serve** 31:2 | 32:21 33:9,13 | 41:11 42:14 | 22:12 57:16,18 |
| **served** 6:5 18:1 | 33:15 34:2 | 44:2,15,18 | 57:21 58:7 |
| 19:5 49:10 | 36:4,12 37:13 | 45:2,25 47:2 | 59:7 60:22 |
| **service** 31:2 | 38:19,22 39:9 | 48:7 49:3 | 61:1,13,14,17 |
| **serving** 27:6 | 39:20 40:9 | **shocking** 35:13 | 62:3,4,8,12 |
| **set** 5:25 19:16 | 41:25 42:1,10 | **shortly** 33:13 | 64:15 65:6,7 |
| 51:23 | 42:21 44:12 | 53:11 54:25 | 66:15,16 |
| **sets** 18:17 23:3 | 46:5,25 47:10 | **show** 60:12 | **slocum's** 61:23 |
| **setting** 48:15 | 47:15 48:11,20 | **shows** 34:20 | **slow** 41:8 |
| **seven** 7:2 | 49:17,21 50:7 | **side** 29:16 43:5 | **snow** 39:15 |
| **severity** 7:7 | 51:24 52:14 | **signature** 67:11 | 40:12,14 |
| **sex** 33:10 | 53:13,23 54:4 | **signatures** 9:22 | **solicit** 47:9 |
| **share** 5:9 13:10 | 54:5,22 55:1 | 12:17 13:17,18 | **solutions** 10:8 |
| 15:5 28:7 53:2 | 56:8,15 57:25 | 14:2,4 | 38:23 |
| 53:21 54:3 | 59:13 60:7,8 | **significantly** | **somebody** |
| 57:12 64:23 | 60:11,12,14,17 | 40:4 | 16:25 20:15,20 |
| **shared** 11:18 | 61:4 62:17,17 | **signs** 54:2 | 42:9 |
| **sharing** 23:15 | 62:20,23,24 | **silenced** 55:18 | **sonya** 67:3,12 |
| **she'll** 59:3 | 64:6,25 | **similar** 10:12 | **soon** 16:15 48:5 |
| | | 26:20 38:25 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[sorry - supervisors]**

| | | | |
|---|---|---|---|
| sorry 11:19 | staffing 30:22 | subjected 10:6 | 28:13,16 29:14 |
| 57:14 60:24 | stand 55:21 | suggesting | 35:1 36:2,20 |
| 61:8 65:15 | standard 23:7 | 20:21 | 43:23 44:9,13 |
| sort 3:14 23:6 | 24:16,18,18 | suggestions | 44:21,24 48:2 |
| 59:18 | stanson 23:2 | 42:22 | 49:5,7,8 51:1 |
| sound 54:15 | start 17:17 | sukhamani | 51:14,24 52:12 |
| speak 11:18 | 28:18 | 28:15 29:1 | 52:19,21,24,24 |
| 28:19 34:2 | state 42:11 | 31:15 32:17 | 53:1,2 57:14 |
| 45:6,10 50:7 | 46:12,13,14 | 33:21 35:4 | 57:15,16,17,19 |
| 55:22 61:6 | 47:15 49:19 | 64:17,20 65:12 | 57:21 58:6,7 |
| speaker 33:22 | 53:18 | 65:15 66:6,9 | 59:7,9 60:21 |
| 48:8 | statement 18:2 | 66:12,14,17 | 60:22,24 61:1 |
| speakers 28:23 | 18:12 19:5 | summarize | 61:8,14,15,17 |
| 35:6,9 | 54:7 | 3:14 | 61:20,22 62:3 |
| speaking 33:23 | statements | summer 54:3 | 62:4,5,5,7,8,12 |
| 37:8 39:19 | 27:17 40:21 | sunset 16:20,22 | 63:2,14,19,20 |
| speaks 7:7 | states 17:20 | 16:25 37:14 | 64:12,14,15,16 |
| special 2:3 | 30:3,4 | 45:11 50:13 | 64:18,19,21,22 |
| 11:25 25:15,23 | stats 30:20 | supervise 47:14 | 65:2,3,4,5,5,7,8 |
| 37:10,22 40:5 | statute 24:21 | supervisor 2:1 | 65:9,11,12,14 |
| 40:6 | statutorily | 2:11,19 5:6,6,8 | 65:16,17,19,24 |
| specific 19:16 | 13:16 14:3,5 | 10:18 12:12,12 | 66:2,3,5,7,8,10 |
| 20:19 36:3 | stegink 46:1,3 | 12:14,14,16,17 | 66:11,12,13,14 |
| 63:23 64:1 | step 5:9 38:7 | 12:19,20 13:24 | 66:16,18,19 |
| specifically 6:2 | stop 18:20 | 14:9,25 15:8 | supervisors |
| 17:21,25 25:21 | 19:13,19 | 15:17,19 16:2 | 1:13 2:6,8,9 |
| 36:14 58:18 | story 29:16 | 17:1,16 18:20 | 14:17 15:12 |
| specifies 47:23 | straight 5:25 | 19:8,23,24 | 18:7 19:5 29:4 |
| speed 35:13 | street 56:1 | 20:4,6,11 21:5 | 29:21 32:19,23 |
| spend 23:22 | strengthen | 21:11,19,23 | 32:24 33:7,14 |
| spirit 26:4 | 38:4 | 22:8,8,10,12 | 33:16,19 35:23 |
| spoken 43:3,4 | subcommittee | 23:25 24:6,17 | 38:17 40:14 |
| staff 17:5 27:22 | 61:3,4 62:1,2 | 24:22,23 25:1 | 41:9,17 42:2 |
| 27:24,24 30:10 | 64:5 | 25:4,6 26:25 | 42:20 43:10 |
| 47:23 | | 27:2,3 28:12 | 46:3 47:14 |

**[supervisors - think]**

62:16,21
**support**  22:24
  36:4 38:15,20
  38:22 39:20
  40:9 54:1
  55:16
**supported**
  10:24
**supporter**
  53:22 54:24
**supporters**
  13:2,7
**supporting**
  3:23 48:21
**supportive**
  34:7
**supposed**  41:3
  41:23
**sure**  6:3 9:15
  16:4 26:5,14
  27:12,15 33:19
  33:23 49:15
  52:9 62:12
  66:5
**surface**  16:14
  48:18
**surprising**  36:5
**suspenders**
  26:4
**sustained**  6:16
  6:20 7:9 27:25
  53:25
**sworn**  3:19,22
  27:18 58:9,11
  58:16,21 59:1

59:15,15,25,25
  61:5 62:9 64:6
**sydney**  41:12

**t**

**t**  67:1,1
**tactics**  7:25 8:1
**take**  5:9,19
  8:21,24 11:3,3
  13:14,15,21,25
  14:23 18:25
  28:16 32:23
  35:16,23 38:7
  42:6 45:20
  51:3,15,18,20
  52:2,4,15,16
  53:9 61:21
  64:17 66:6
**taken**  4:18 5:2
  27:17 35:24
  53:17
**takes**  30:11
  49:23
**talk**  3:10 41:16
  52:15
**talked**  22:12
**talking**  4:19
  16:14 19:6
  20:9 22:17
  26:20 29:12
**tapia**  46:20
**taxpayer**  37:15
**taxpayers**
  11:24
**team**  53:4

**tell**  58:22,25
**telling**  7:24
  35:17
**ten**  30:2 35:9
  49:10
**tenor**  23:6,19
**tens**  46:14
**term**  27:7
  44:23 63:7
**terming**  35:19
**terms**  11:9
  14:19 23:13
  59:14
**testify**  20:4
  52:3
**testifying**  2:23
**testimony**  3:8
  19:10 58:1,10
  58:11,16,22
  59:1,3,15,25
  61:5 62:9 64:6
**text**  4:6 12:23
  36:4 58:20
**texts**  4:2
**thank**  5:8 12:11
  15:19,20 17:16
  18:21 20:11
  21:24 24:22
  27:1 28:11,12
  28:15,25 31:13
  31:15,19 32:16
  32:17 33:21
  35:1,4,5,8
  36:20 37:2,3
  38:7,9,12,14

39:13,14 40:10
  40:11,15 41:10
  41:11,15 42:13
  42:14 43:23
  44:13 45:22,25
  46:3,25 47:2,5
  48:2,6,7,9 49:2
  49:3,6 53:1
  57:21 58:7
  62:6 64:20
  65:2,8 66:1,2,9
  66:17,20
**thanks**  12:13
  40:14
**that's**  64:3
**theatrics**  56:13
**theme**  22:12
**thereto**  17:8
**thing**  3:9 10:10
  12:7 13:10
  25:2 26:12
  30:19,24 31:7
  37:12 40:17
  42:5 51:2
  56:25
**things**  12:21
  14:6 17:19,24
  34:11 47:6,16
  52:9 58:13
**think**  7:6 12:18
  12:23 13:20
  14:18 15:16,23
  20:19 21:16,17
  21:25 34:11,19
  35:13 40:15,19

**[think - unmute]**

40:22 41:1
49:8,12,23
52:8 59:11,18
61:15 62:4
64:4
**thinking** 18:24
**third** 30:14,15
30:15
**thomas** 28:24
28:25 29:3
**thorough** 18:22
**thought** 6:24
41:22
**threat** 4:20
**threatening**
11:20
**three** 30:8,9
36:22
**tim** 31:20
**time** 2:21 10:14
13:15,16,17
14:3,23 20:24
22:15 23:6,23
24:24 30:11
31:14 32:16
34:22 35:17
37:25 39:12
41:7,7 44:2
45:20,24 52:5
52:20 57:8
**timer** 37:5
**times** 43:17
**timing** 23:19
**today** 4:13 5:3
8:14 10:9

14:13,25 16:18
22:14,16,17
35:20 45:22
49:2,6 51:15
52:17 62:19
63:10
**today's** 25:10
**took** 10:12
30:13
**totally** 16:4
59:15
**toward** 57:23
**trace** 4:6
**track** 19:21
**transcript** 67:4
**transmitted**
59:21
**transparency**
5:22 11:5
40:16
**treated** 3:16
**treatment** 8:20
**tried** 32:4
56:10
**true** 13:20
21:16,21 24:5
46:8 64:3 67:4
**trump** 34:23
43:1
**trust** 11:2
37:16 45:20
**truth** 7:24
**truthful** 8:6
56:18

**trying** 63:12
**ts** 26:5
**turner** 36:25
**twelve** 7:8
**two** 26:24 27:7
35:19 41:4
42:2 48:1 53:3
61:15,19
**type** 48:14
**typically** 5:10
**tyranny** 42:6

**u**

**u.s.** 30:12 46:16
**ulrich** 28:18,21
31:16,19
**ultimately**
15:10 27:25
54:13,17 55:5
56:22
**unaccountable**
35:20
**unanimous**
3:20
**unbefitting**
54:15
**uncertainty**
31:5
**under** 7:17,22
8:13,20 16:16
17:22 20:23
22:23 25:21
28:3 47:15
52:4 59:1,14
64:24

**underage** 33:11
**undersheriff**
3:24 33:10,15
38:21
**understand** 6:3
7:5,19 9:15
14:10 27:5,13
27:13,16 31:25
32:5,12 38:2
53:13 55:7
58:3
**understands**
53:5
**understood**
53:24
**undertake**
15:22
**unfounded**
6:16,20
**unhappy** 42:1
**unincorporated**
45:12
**union** 3:19 8:10
54:23 56:3
**unions** 8:11
**unique** 30:18
30:18,20
**united** 30:3,4
**unjustifiable**
44:5
**unmute** 35:10
37:6 38:11
39:16 40:13
41:13 42:16
45:6 46:2 47:3

Page 22

**[unmute - willpower]**

48:8

**unprecedented**
15:23

**unsubstantiat...**
29:13 34:15

**urge** 38:7 55:15
56:23

**urgency** 27:14
29:22,22

**use** 15:3 24:19
42:22 64:25

**used** 7:25 36:6

**using** 22:23
23:14 24:3,7,8
24:8

**usman** 35:10
37:4,7,8

**usurp** 30:21
31:12

**v**

**v** 23:2

**vehicle** 45:17

**verification**
14:4

**verify** 13:12,16
32:4

**versus** 23:5

**victor** 54:5,11
56:11

**violations** 10:1

**voice** 57:10

**voicemail**
11:19

**voices** 37:24

**voracity** 4:2

**vote** 2:8 10:9
11:3 15:22
17:24 22:17,19
27:9 32:15
35:20 36:2
37:11 39:22
40:8 41:9 42:9
43:10 46:12,13
53:9 61:11
64:23 65:13

**voted** 3:20 43:2
43:13

**voter** 15:7

**voters** 8:25 9:1
9:2,19 12:8,11
15:2 16:3
21:13 27:8
31:13 32:22
35:16,20 37:23
50:11

**votes** 9:3 27:16
42:7 43:1,12
54:19

**voting** 2:4

**vulnerable**
8:12

**w**

**wagstaff** 32:25
33:1,8

**wait** 9:18 35:22
56:25

**walk** 16:11

**walking** 56:1

**walkway** 32:7

**want** 5:19 6:3,7
7:5,10,18,20
8:6,21,25 9:9
9:19 10:10,21
11:10 14:9,18
15:9 18:9 22:4
22:5 25:5,16
26:8,14 27:5
27:12 28:7
30:24 33:20
34:14 42:10,19
43:12 46:6
47:5 49:22
50:3,7 51:6
52:13 53:2,21
54:3 55:6,12
55:15 56:16,22
56:23 59:3
61:9,12 62:1
62:15,25 63:3
64:22

**wanted** 3:9 5:9
12:22 13:10
17:19 22:10
27:3,15 34:1
45:5 51:2,25
52:4,6 60:12
60:19 61:18

**wants** 15:15
36:16 57:12
59:17 62:25
63:8

**war** 46:20

**warren** 15:19
18:20 19:8,23
20:4,6,11 21:5
21:11,19,23
57:21 59:7
60:22,25 61:1
61:14,17 62:4
62:12 65:7
66:16

**watch** 28:6

**way** 3:15 19:10
34:22 49:25

**ways** 59:22

**we've** 2:15 3:6
4:4 15:5 25:18
26:5,18 29:6,8
35:15

**week** 29:7 41:3

**weeks** 47:19

**weigh** 39:11

**welcome** 58:16
61:6 63:7

**went** 11:16
33:4 36:24
59:10

**whatsoever**
43:14

**whistleblower**
17:4

**wide** 9:21

**willard** 46:1
47:3,5 48:4

**willis** 36:8

**willpower** 8:18

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[win - zoom]**

| | |
|---|---|
| **win**  30:16 | **wrong**  37:1 |
| **witch**  39:25 | **y** |
| 43:6,7 | **yeah**  19:23 |
| **witness**  4:10,11 | 21:10 36:22 |
| 4:14,23 5:1 | 49:8 61:17 |
| **witnesses**  13:1 | **year**  27:7,7 |
| 13:6 | 34:21 41:10 |
| **woman**  36:7,7 | **years**  6:5,17 |
| **women**  8:8,8 | 7:2 27:8 30:2,3 |
| 27:23,25 28:3 | 30:7 42:19 |
| 30:25 36:14,17 | 49:11 |
| 57:8,9 | **yesterday** |
| **words**  45:1 | 45:15 |
| 58:25 | **z** |
| **work**  8:13,16 | **zero**  56:16 |
| 8:20 24:12 | **zoom**  28:17 |
| **worked**  46:14 | |
| **working**  14:11 | |
| 14:15 16:16 | |
| 29:6 30:5 57:6 | |
| **works**  4:11 | |
| **world**  12:25 | |
| **worse**  57:3 | |
| **worst**  36:19 | |
| **would've**  36:23 | |
| 40:1 | |
| **wrap**  12:1 | |
| 36:21 44:19,24 | |
| 48:3 | |
| **wrapping**  27:7 | |
| **written**  18:1,12 | |
| 18:12 19:5,17 | |
| 19:19 46:18 | |
| 50:22 | |

Page 24