

# SAN MATEO COUNTY SHERIFF'S OFFICE
### 400 COUNTY CENTER   REDWOOD CITY, CA 94063   650-216-7676
## FELONY REPORT

Page 1

Case 24-08320

## OFFENSES

| F/M | A/C | Offenses | | (A/C - Attempt/Completed) |
|---|---|---|---|---|
| F | C | 422(A) PC | Threaten crime with intent to terrorize | |
| M | C | 76(A) PC | Threaten pub official | |

**Date Occurred:** 10/29/2024  
**Time Occurred:** Unknown  
**Incident #:**

**Date Reported:** 11/05/2024  
**Time Reported:** 1055

**Related Cases:**

**Date Printed:** 11/18/2024  
**Time Printed:** 15:14:28  
**Printed By:** 25904

**Latitude:** 37.487890  
**Longitude:** -122.231580

**Location:** Maguire Correctional Facility, 300 Bradford St, Redwood City, CA 94063  
**Beat:**  **Area:**  **Disposition:**  **Dispo Date:**

**Location Type:**  **Location of Entry:**  **Method of Entry:**  **Point of Entry:**  **Alarm System:**  **Means of Attack (Robbery):**

---

**Victim:** Corpus, Christina  
**Drivers License:**  **Cell Phone:**  **Email:**

**Residence Address:**  **Notified of Victim Rights:**  **Residence Phone:**  **DOB:**  **Age:**  **Sex:**  **Race:**

**Business Name and Address:** San Mateo County Sheriff's Office, 1590 Maple St., Redwood City, CA 94063  
**Business Phone:** 650-363-4310  
**Height:**  **Wt:**  **Hair:**  **Eyes:**

**Assistance Rendered/Victim Disposition:**  **Transporting Agency:**  **Means of Attack (Assaults):**

**Description of Injuries:**  **Other Information:**

---

**Name:**  **Drivers License:**  **Cell Phone:**  **Email:**

**Residence Address:**  **Residence Phone:**  **DOB:**  **Age:**  **Sex:**  **Race:**

**Business Name and Address:**  **Business Phone:**  **Height:**  **Wt:**  **Hair:**  **Eyes:**

---

**SUSPECT:** Taylor, James David  
**Action Taken:**  **Charges:** 422(A) PC, 76(A) PC

**Residence Address:** Transient, San Francisco, CA 94102  
**Residence Phone:** NONE  
**DOB:** [REDACTED]  **Age:** 37  **Sex:** M  **Race:** B

**Business Name and Address:**  **Business Phone:**  **Height:** 5`7"  **Wt:** 155  **Hair:** BLK  **Eyes:** BRO

**Identifying Features:**  **Cell Phone:** NONE  **Drivers License:** [REDACTED]  **Arrest Number:**

**Aliases:**  **CII:** [REDACTED]

---

## VEHICLES

**Status:**  **Vehicle Make and Model:**  **License/State:**  **VIN:**  **Val Damgd:**

---

## DEPUTIES

**Prepared By:** 25172 - Storch, Eliot  
**Date:** 11/05/2024  
**Assisted By:**  
**Approved By:** 17810 - Carr, Jeffrey  
**Date:** 11/13/2024

**Routed To:** Court Packet Email Sent  
Reviewed by Sergeant - Case to DA  
**Date:**  
**Routed To:**  **Date:**  
**Notes:** Do not include this case in the Clery report

# CONTROLLED DOCUMENT

| SAN MATEO COUNTY SHERIFF'S OFFICE | Page 1 |
|---|---|
| 400 COUNTY CENTER    REDWOOD CITY, CA 94063    650-216-7676<br>NARRATIVE | 24-08320 |

### SUMMARY:
On 10/29/2024, an inmate at the Maguire Correctional Facility made several written threats to a Sheriff's Office employee and elected official. The subject later admitted to making the threats but denied any intent to act upon them. The victim has been unable to provide a statement at this time. This case will be forwarded to the San Mateo County District Attorney's Office for their review.

### PLEO:
Detective Storch: BWC

### AWARENESS:
On 11/04/2024, I was assigned as the on-call Detective. At approximately 1919 hours, Lieutenant Trickett contacted me and notified me that an inmate had made threats towards Sheriff Corpus in a written grievance form. He provided me with a copy of an ATIMS incident report (report #I043027). I later attached a copy of that report as well as a copy of the original written grievance form to RIMS. It should be noted that the ATIMS report was not a fully accurate transcription of what was written on the grievance form, as there were a few words missing. However, the content and tone were largely the same. The form was written on 10/29/2024. In summary, the author stated that he wanted to do something "severe" to Sheriff Corpus. He said that she was a liar and that he thought physically attacking Sheriff Corpus would be funny. He also wrote, "We had best hope and pray that we never see each other [in] person, because if that were to ever transpire, I will guarantee it will be a show to the point where you're going to have your weapons drawn in order for me to stop..."

I saw that the inmate who had written the grievance was identified as (S) James Taylor. I observed that Taylor had a violent criminal history both in and out of custody, and that he had made multiple threats to correctional staff and had assaulted correctional staff on several prior occasions. I observed that Taylor had an upcoming hearing for mental health diversion for his criminal cases.

At approximately 2040 hours, I contacted Taylor on the 3 East housing unit at the Maguire Correctional Facility. Correctional Officers escorted him into the multi-purpose room to meet with me. Taylor was not placed in handcuffs or otherwise restrained. I obtained a Mirandized statement from him. In summary, Taylor admitted to making threats towards Sheriff Corpus but he said he did not intend to carry out the threats. He said he was writing out of anger. For further details, refer to his full statement below.

Detectives with the Administrative Classification Unit reviewed Taylor's jail telephone calls and did not observe anything relating to this incident or anything pertaining to Sheriff Corpus. Taylor's jail tablet messages were also checked and nothing relevant was observed.

Due to scheduling challenges, Sheriff Corpus has been unable to meet with me and provide a statement. If a statement is obtained at a later time, I will document it in a supplemental report.

Based on Taylor's grievance and his subsequent statements, as well as his history of assaults on staff, I determined that violations of 664/422(a) PC-Attempted Criminal Threats and 664/76(a) PC-Attempted Threats to a Public Official had occurred.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 25172 | STORCH, ELIOT | 11/05/2024 | 17810 | CARR, JEFFREY | 11/13/2024 |

**CONTROLLED DOCUMENT**

| SAN MATEO COUNTY SHERIFF'S OFFICE | Page 2 |
|---|---|
| 400 COUNTY CENTER   REDWOOD CITY, CA 94063   650-216-7676<br>**NARRATIVE** | 24-08320 |

### STATEMENTS:

**Statement of (S) James Taylor (paraphrased, BWC recorded, and summarized):**

I advised Taylor that I was not going to be asking him questions about his ongoing cases. I read Taylor his Miranda rights from my printed Sheriff's Office Miranda card. I asked Taylor if he understood his rights and he said, "Yeah." I asked Taylor if he had written a grievance form recently and he said he did. He told me the grievance contained "terroristic threats" but would not specify what those were. I read him some sections of the grievance off of the copy of the ATIMS report and asked him if they sounded familiar. Taylor said they did not. I asked him if he had written anything else and he said he did not recall.

I asked Taylor why he had made the threats and he said, "I get tired of lies." He said that Sheriff Corpus was a liar. He said that she lied about people's safety in the jail, and referenced an incident where he had assaulted another inmate and the correctional staff did not prevent him from committing the assault. He also reference several suicides that had occurred in the facility. Taylor said he had read in the newspaper that Sheriff Corpus discussed safety but that she had lied. Taylor said the lies made him mad. Taylor said he was writing out of anger and had no intention of acting on the threats. Taylor said that if he were to see Sheriff Corpus either at the jail or in other situations, he would turn and walk the other way. He said he had not contacted anybody outside of the facility to act upon the threats on his behalf. He said he had not seen Sheriff Corpus since either last year or the year before. I asked Taylor if he thought it was a good idea to write the threats because of how it would be received. He said it was not. Taylor also stated that all ladies were liars. I asked him if that belief was one of the reasons why he wrote the threats, but he said he didn't recall because he had been stabbed in the head by a lady in 2019.

I asked Taylor if he wanted to write an apology note to Sheriff Corpus and he said he would be willing do to so. I provided Taylor with a pencil and piece of paper, however when I provided him with the materials he changed his mind and said he was not ready to write the apology at that time. I told him that if he wanted to in the future he could ask correctional staff on his housing unit.

### POTENTIAL LEADS AND RECOMMENDATIONS:

I recommend this case be forwarded to the San Mateo County District Attorney's Office for their review and consideration to prosecute Taylor for violations of 664/422(a) PC-Attempted Criminal Threats and 664/76(a) PC-Attempted Threats to a Public Official.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 25172 | STORCH, ELIOT | 11/05/2024 | 17810 | CARR, JEFFREY | 11/13/2024 |

**CONTROLLED DOCUMENT**