| HUERTA SHBAH3 | SAN MATEO COUNTY SHERIFF OFFICE<br>INCIDENT REPORT | | 03/10/2025 14:40 |
|---|---|---|---|
| **INMATE INFORMATIONAL** | I-044634 | | Date: 02/18/2025 14:00 |
| **LOCATION**<br>MCF FLR3 EAST 34 3E | **REPORTED BY**<br>PEDRAZA DE LA O, J<br>SHJPD1 | **REPORT DATE**<br>02/18/2025 | **REPORT TIME**<br>16:55 |



| **NAME:** TAYLOR JAMES DAVID | | | **NUM:** 1239613 |
|---|---|---|---|
| **CURRENT HOUSING**<br>MCF FLR3 EAST BOT 34 | **CURRENT CLASSIFY**<br>COUNTY LEVEL SPECIAL MANAGEMENT | **INV PARTY TYPE**<br>SUSPECT | **BYPASS HEARING**<br>Yes |

**SHORT SYNOPSIS**

SUMMARY: On February 18, 2025, an Incarcerated Person (IP) at the Maguire Correctional Facility (MCF) made criminal threats against the San Mateo County Sheriff.

CONTROLLED DOCUMENT
NOT TO BE DUPLICATED
RELEASED FOR:
COURT
DESTROY WHEN NO LONGER NEED
CHRISTINA CORPUS, SHERIFF
SAN MATEO COUNTY

The Information contained within JMS is confidential and subject to revision and update at any time. Classification information contained within JMS may have been obtained without Miranda warnings and has been collected solely for jail inmate management purposes; use this information for other purposes is the sole responsiblity of the receiving end-user.

| HUERTA SHBAH3 | SAN MATEO COUNTY SHERIFF OFFICE<br>INCIDENT REPORT | | 03/10/2025 14:40 |
|---|---|---|---|
| **INMATE INFORMATIONAL** | I-044634 | | Date: 02/18/2025 14:00 |
| **LOCATION**<br>MCF FLR3 EAST 34 3E | **REPORTED BY**<br>PEDRAZA DE LA O, J SHJPD1 | **REPORT DATE**<br>02/18/2025 | **REPORT TIME**<br>16:55 |

## NARRATIVES

| **REPORTING OFFICER**<br>PEDRAZA DE LA O, J SHJPD1 | **SUBMIT DATE/TIME**<br>02/23/2025 17:01 | **APPROVING SUPERVISOR**<br>BRAY, A SHAMB1 | **APPROVAL DATE/TIME**<br>02/26/2025 16:22 |
|---|---|---|---|

### SUMMARY:

On February 18, 2025, an Incarcerated Person (IP) at the Maguire Correctional Facility (MCF) made statement of harm against county official. (Refer to RIMS report 25-01249).

### PLEO:

**Name RIMS User ID# Agency In-Car Camera BWC**

DST J. Pedraza De La O 26058 SMCSO NO YES

> CONTROLLED DOCUMENT
> NOT TO BE DUPLICATED
> RELEASED FOR:
> COURT
> DESTROY WHEN NO LONGER NEED
> CHRISTINA CORPUS, SHERIFF
> SAN MATEO COUNTY

> The information contained within JMS is confidential and subject to revision and update at any time. Classification information contained within JMS may have been obtained without Miranda warnings and has been collected solely for jail inmate management purposes; use this information for other purposes is the sole responsiblity of the receiving end-user.

### AWARENESS:

On February 18, 2025, I was on duty in full uniform at the Maguire Correctional Facility as a Deputy Sheriff Trainee (DST). I was assigned to 3 East (3E). 3E was a housing unit consisting of Special Management IPs who were not fit for General Population (GP) at the time of reporting.

At approximately 1400 hours, I was notified about threats made to the San Mateo County Sheriff, Sheriff Christina Corpus, by an inmate housed on 3E, IP Taylor, James David (SMCO# 1239613). I was informed by Forensic Mental Health (FMH) Andrea that during her interview with IP Taylor, he had disclosed his discontent with Sheriff Corpus and that if she were to walk into the housing unit, he would try to kill her with the wheelbase of the trash bin.

At approximately 1412 hours, I approached cell 3E34 which at the time of reporting housed IP Taylor, James as the sole occupant. IP Taylor approached the cell door, and I directed him to take a seat on the bottom bunk in the back of the cell. IP Taylor complied, and I opened the cell door. I Mirandized IP Taylor with a County issued Miranda card. I asked IP Taylor if he understood each of the rights I had explained to him. IP Taylor responded, "yes sir."

After having been Mirandized, I asked IP Taylor if he recalled saying anything threatening towards somebody or that he was planning to do something against them. IP Taylor said, "I did." I asked IP Taylor who it was, and he disclosed that it was Christina Corpus. IP Taylor mentioned that he would assault Sheriff Corpus by hitting her with a utility cart to her head or one of the tray racks that normally holds the breakfast and dinner trays for the inmates on the housing unit. IP Taylor acknowledged the possible harm that could come from the metal tray rack as he claimed it was "heavy." IP Taylor mentioned his displeasure with Sheriff Corpus coming from a belief that she is, "against the LGBTQ+ community." IP Taylor repeatedly mentioned that Sheriff Corpus was against homosexuals. IP Taylor confirmed he had spoken with FMH about wanting to get Sheriff Corpus out by "the New York City Way," which he specified would be through assault, or the "California way," which would have been through paperwork. I asked IP Taylor if there was anything else he would like to tell me or if he had any questions. IP Taylor responded, "nope, I just had to confess." I ended contact with IP Taylor without incident.

Based on IP Taylor's history with making threats toward staff and other inmates located at the Maguire Correctional Facility. IP Taylor has successfully fulfilled his threats by assaulting other inmates and a Correctional Officer. Please refer to RIMS report 24-08446 for further information regarding IP Taylor's past threats and continued behavior.

End of report

### STATEMENTS:

**Statements of IP Taylor (Summarized, not verbatim, not chronological, recorded on BWC):** I read IP Taylor his Miranda Rights from a San Mateo County Sheriff's Office issued Miranda Rights warning card. IP Taylor related the following after I asked him if he had made any threats:

"I did." When I asked if he recalled who it was about IP Taylor said, "Christina Corpus." I asked him what he said, IP Taylor responded, "I said um, that I was going to do everything I could to get her out of here before she gets voted out." I asked if he said he would harm Sheriff Corpus. IP Taylor said, "I did." "I was thinking of using something as a weapon." "I said I was going to do something physically. Some physical injury to her." I asked if he had a plan or method to accomplish his threat. IP Taylor said, "I would use something in this POD as a weapon." I asked if he saw an opportunity where he could accomplish his threat. IP Taylor responded, "I don't think there would be any chances." I asked if he had the intent of harming Sheriff Corpus. IP Taylor said, "Yes." I asked if given the opportunity would he harm Sheriff Corpus and how. IP Taylor said, "I probably would. Yeah." "Using one of the utility carts to bump her upside the head. Or also use that square things. Where the trays are used. Where the trays come in." I asked if he was referring to the tray rack. IP Taylor said, "I would use that, and that is heavy." I asked if he recalled who he spoke to about the threats and what he told them. IP Taylor said, "I did speak to FMH about that." "I said that I was really mad about Christina Corpus being against the LGBT community. I was upset about the fact that she made those gay slurs. And that she has been saying things that were not cool about the gay community. She's against gays. And I said in the report if you're against the LGBTQ community she would be paying one way or another." I asked him what he meant. IP Taylor said, "either the New York city way which would be like bopping her upside the head by aggravated assault, or the California way which is through paperwork." When asked if he had any question or further statements to make, IP Taylor said, "Nope I just had to confess."

| HUERTA SHBAH3 | SAN MATEO COUNTY SHERIFF OFFICE<br>INCIDENT REPORT | | 03/10/2025 14:40 |
|---|---|---|---|
| INMATE INFORMATIONAL | I-044634 | | Date: 02/18/2025 14:00 |
| **LOCATION**<br>MCF FLR3 EAST 34 3E | **REPORTED BY**<br>PEDRAZA DE LA O, J<br>SHJPD1 | **REPORT DATE**<br>02/18/2025 | **REPORT TIME**<br>16:55 |

End of statement.

### *EXAMINATION OF CRIME SCENE:*

3 East is a Special Management housing unit located within Maguire Correctional Facility, consisting of an A, B and C wall with a deputy station located in the center of the day room. 3 East has 48 two-man cells ranging from Cell #1 – Cell #24 on the lower tier and Cell #25 - Cell #48 on the top tier. There are two phones on a conjoined wall connected to two separate shower stalls on the top tier, followed by five visitation rooms (number 5 through 1, left to right). The incident occurred on the top tier B wall cell #34.

### *EVIDENCE:*

Item #1: Body Worn Camera (BWC). Uploaded to AXON by DST Pedraza De La O.

### *INJURIES:*

None.

### *NEIGHBORHOOD CHECK:*

None.

### *POTENTIAL LEADS AND RECOMMENDATIONS:*

Forward this report to the San Mateo County District Attorney's Office A Rutherford, and San Mateo County Adult Probation Officer A. Garibay for their perusal.

CONTROLLED DOCUMENT
NOT TO BE DUPLICATED
RELEASED FOR:
COURT
DESTROY WHEN NO LONGER NEED
CHRISTINA CORPUS, SHERIFF
SAN MATEO COUNTY

The Information contained within JMS is confidential and subject to revision and update at any time. Classification information contained within JMS may have been obtained without Miranda warnings and has been collected solely for jail inmate management purposes; use this Information for other purposes is the sole responsiblity of the receiving end-user.