**SAN MATEO COUNTY HEALTH**
**CORRECTIONAL HEALTH SERVICES**

**Michael del Rosario**
Director

**Correctional Health Services**
300 Bradford Street
Redwood City, CA 94063
smchealth.org

Date: 2/20/2025

Christina Corpus
400 County Ctr
Redwood City, CA 94063

Dear Sheriff Corpus,

We are obligated by law to inform you that Mr. James Taylor booking number (#0815284), threatened to kill you. During an evaluation interview on (2/18/2025) he said, "If you ever come here (referring to where he is housed at Maguire Correctional Facility), I will be charged for aggravated murder." We spoke to you on today's date (2/20/2025) regarding the incident.

A copy of this letter will be sent to the San Mateo County Police Department and a copy will be given to the Maguire Correctional Facility administration. The police officer who took our call on 2/18/25 is named Sgt. Hathaway and her badge number is 25134. The case number is 25-01250 and the Police Department telephone number is (650) 363-4911.

Please contact us if you have any questions.
Sincerely,

Andrea Candalla, MA
(650) 363-7847

cc: Nancy Chen, WOC Clinical Services Manager
    Dr. Reyna Downey, Ph.D. Supervising Psychologist
    San Mateo County Police Department
    Captain Fogarty, Maple Street Correctional Center and Maguire Correctional Facility

