

**PROBATION DEPARTMENT**
COUNTY OF SAN MATEO

June 17, 2025

San Mateo County Board of Supervisors
C/O: John Nibbelin
500 County Center, 4th Floor.
Redwood City, Ca. 94063

**John T. Keene**
Chief Probation Officer

**Michelle Kozul**
Assistant Chief Probation Officer

**Jehan Clark**
Deputy Chief Probation Officer
Juvenile Services

**Ghazi Wossne**
Deputy Chief Probation Officer
(Work-Out-Of-Class)
Adult and Pretrial Services

**Moniay Wade**
Deputy Chief Probation Officer
Administrative Services and Institutions

**Hong Liu**
Deputy Director
Administrative Services

222 Paul Scannell Drive
San Mateo, CA 94402
650-312-8816 T
650-312-5597 F
http://probation.smcgov.org/

**PRE-REMOVAL CONFERENCE RECOMMENDATION**

San Mateo County Board of Supervisors,

On June 2, 2025, the County provided Sheriff Christina Corpus a Notice of Intent to Remove the Sheriff ("Notice of Intent") wherein the County informed her of its intent to remove her from her position as Sheriff of the County of San Mateo. The Notice of Intent contained the specific grounds and bases for her proposed removal. Subsequently, and pursuant to the County Charter Section 412.5 Removal Procedures, the parties were required to meet within 5 calendar days for a Pre-Removal Conference.

On June 11, 2025, I appeared at the Pre-Removal Conference held at the offices of Murphy Pearson Bradley & Feeney, and the Sheriff and her representatives responded to the Notice of Intent. During the conference, I found portions of their presentation compelling; covering a diverse range of topics that they felt were relevant to the matter at hand. However, when asked to present a possible alternative resolution other than what is proposed in the Notice of Intent, none was provided. After considering the content of their presentation during the Pre-Removal Conference, and in accordance the Removal Procedures, I found that the Sheriff's conduct, as described in the Notice of Intent, violated the for cause provisions in County Charter Section 412.5 (b) as articulated in the Notice of Intent. Please consider this letter to serve as formal notice of my recommendation that the proposed removal of the Sheriff from her position as Sheriff of the County of San Mateo be upheld and sustained.

In accordance with the Removal Procedures, it is my recommendation that the Board of Supervisors approve and adopt the Notice of Intent and move forward with the proposed removal action.

Sincerely,

County of San Mateo Probation Department
Chief Probation Officer
John Keene

Enclosures:
County Charter Section 412.5 Removal Procedures
cc: Personnel File

**TEAMWORK • LEADERSHIP • INTEGRITY • PROFESSIONALISM • EXCELLENCE**