UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CORPUS,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID CANEPA, et al.,<br><br>        Defendants. | Case No. 25-cv-05962-VC<br><br>**ORDER RE HEARING** |

At tomorrow's hearing, the parties should be prepared to focus primarily on whether Sheriff Corpus has shown a likelihood that her termination pursuant to San Mateo County's existing process would harm her in a way that's irreparable.

**IT IS SO ORDERED.**

Dated: August 6, 2025

VINCE CHHABRIA
United States District Judge