UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CORPUS,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID CANEPA, et al.,<br><br>        Defendants. | Case No. 25-cv-05962-VC<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. Nos. 23, 33, 34 |

      The motion for a preliminary injunction is denied. As discussed at the hearing, the Court is skeptical that Corpus will ever be able to prevail on her claims that the removal process violates her federal constitutional rights. But even if there were serious questions going to the merits of her claims, the Court would decline to take the extraordinary step of interfering with an ongoing local government process, particularly given that Corpus could (if she were somehow able to prevail) get most of the relief she seeks in this lawsuit after the fact.

      **IT IS SO ORDERED.**

Dated: August 13, 2025

VINCE CHHABRIA
United States District Judge