| | |
|---|---|
| 1 | W.S. Wilson Leung – 190939 |
| | Wleung@mpbf.com |
| 2 | Thomas P. Mazzucco - 139758 |
| | TMazzucco@mpbf.com |
| 3 | James A. Lassart – 40913 |
| | JLassart@mpbf.com |
| 4 | Christopher R. Ulrich - 271288 |
| | CUlrich@mpbf.com |
| 5 | Mariah S. Cooks – 333361 |
| | MCooks@mpbf.com |
| 6 | Matthew J. Frauenfeld - 336056 |
| | MFrauenfeld@mpbf.com |
| 7 | **MURPHY, PEARSON, BRADLEY & FEENEY** |
| | 550 California Street, Floor 14 |
| 8 | San Francisco, CA 94104-1001 |
| | Telephone:     (415) 788-1900 |
| 9 | Facsimile:      (415) 393-8087 |
| 10 | Attorneys for Plaintiff |
| | **SHERIFF CHRISTINA CORPUS** |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERIFF CHRISTINA CORPUS, | Case No.: 25-CV-05962-VC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE FILING OF CORRECTED COMPLAINT AND DEADLINE TO RESPOND TO CORRECTED COMPLAINT** |
| v. | |
| DAVID CANEPA, President and Member of the San Mateo County Board of Supervisors, NOELIA CORZO, Vice-President and Member of the San Mateo County Board of Supervisors, JACKIE SPEIER, Member of the San Mateo County Board of Supervisors, RAY MUELLER, Member of the San Mateo County Board of Supervisors, LISA GAUTHIER, Member of the San Mateo County Board of Supervisors, and DOES 1-10, | |
| Defendants. | |

Plaintiff Christina Corpus, by and through her counsel W.S. Wilson Leung, of Murphy, Pearson, Bradley & Feeney, and Defendants David Canepa, Noelia Corzo, Jackie Speier, Ray Mueller, and Lisa Gauthier, by and through their counsel Jan Little and Andrew Dawson, of Keker, Van Nest &

1  Peters, hereby stipulate and agree to the following:

2      1.    Plaintiff intends to file a corrected Complaint in the above-captioned action. The
3  corrected Complaint will address clerical matters, including correcting citations to the corrected
4  Declaration of W.S. Wilson Leung in Support of Complaint for Declaratory and Injunctive Relief. *See*
5  ECF 29. The corrected Complaint will include a substantive edit to Paragraph 29, but otherwise will
6  not include substantive changes.

7      2.    Plaintiff will file her corrected Complaint no later than September 15, 2025.

8      3.    Pursuant to Fed. R. Civil P. 15(a)(2), Defendants consent to Plaintiff's filing of a
9  corrected Complaint as described in Paragraph One, above.

10     4.    The parties previously stipulated, and the Court ordered, that Defendants shall file their
11 response to the Complaint on September 11, 2025. The parties agree that rather than September 11,
12 2025, Defendants shall have two weeks after the filing of the corrected Complaint to file their
13 response.

14     SO STIPULATED.

16 DATED: September 8, 2025        MURPHY, PEARSON, BRADLEY & FEENEY

18                                          By:  /s/ W.S. Wilson Leung
                                                  W.S. Wilson Leung
19                                                   Attorneys for PLAINTIFF CHRISTINA CORPUS

21 DATED: September 8, 2025        KEKER, VAN NEST & PETERS

22                                          By:  /s/ Andrew Dawson
                                                  Jan Little
23                                                   Andrew F. Dawson
                                                  Attorneys for DEFENDANTS DAVID CANEPA,
24                                                   NOELIA CORZO, JACKIE SPEIER, RAY MUELLER,
                                                  and LISA GAUTHIER

26 //
27 //
28 //

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  September 9, 2025

_____
VINCE CHHABRIA
United States District Judge